## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No.  12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC. *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date: April 3, 2012 at 9:30 a.m.** |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 3, 2012, at 9:30 a.m., the undersigned shall appear before the Honorable Eugene R. Wedoff, United States Bankruptcy Judge, in the courtroom usually occupied by him, United States Courthouse, 219 South Dearborn Street, courtroom 744, Chicago, Illinois, and then and there present the **Motion to Authorize Agreed Motion Requesting Entry of a Revised Agreed Amended Final Order Authorizing Use of Cash Collateral in Which Amalgamated Bank of Chicago Asserts An Interest**, a copy of which is attached hereto and herewith upon you.

Dated: March 20, 2012

QUALTEQ, INC., D/B/A VCT NEW JERSEY, INC., *ET AL.*

By:  /s/ Matthew E. McClintock
    One of Their Attorneys

GOLDSTEIN & MCCLINTOCK LLLP
Harley J. Goldstein, Esq.
Matthew E. McClintock, Esq.
David A. Hall, Esq.
208 South LaSalle Street, Suite 1750
Chicago, Illinois  60604
Telephone: (312) 337-7700
Facsimile:  (312) 277-2305

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Anar Real Estate, LLC (9267); (vi) Automated Presort, Inc. (0850); (vii) Avadamma LLC (4775; 4800; 4810; 4829); (viii) Creative Automation Company (4350); (ix) Creative Investments, a General Partnership (5992); (x) Fulfillment Xcellence, Inc. (3461); (xi) Global Card Services, Inc. (4581); (xii) Unique Data Services, Inc. (1068); (xiii) Unique Embossing Services, Inc. (1043); (xiv) Unique Mailing Services, Inc. (2594); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

## <u>CERTIFICATE OF SERVICE</u>

     I, Matthew E. McClintock, an attorney, do hereby certify that on March 20, 2012, I caused true and correct copies of the **Notice of Motion** and **Motion to Authorize Agreed Motion Requesting Entry of a Revised Agreed Amended Final Order Authorizing Use of Cash Collateral in Which Amalgamated Bank of Chicago Asserts An Interest** to be served upon the parties listed below via CM/ECF, the Court's electronic filing system.

Dated: March 20, 2012                  <u>/s/ Matthew E. McClintock</u>

**Parties Served Via CM/ECF**

R Scott Alsterda on behalf of Creditor Federal Deposit Insurance Corporation as Receiver for Mutual Bank
rsalsterda@uhlaw.com

Thomas V Askounis on behalf of Creditor Alliance Leasing, Inc.
taskounis@askounisdarcy.com, jburt@askounisdarcy.com;jham@askounisdarcy.com

Richard M Bendix on behalf of Creditor BMO Harris Bank N.A.
rbendix@dykema.com, nrakunas@dykema.com

John M Brom on behalf of Creditor Allison's Hydraulic Service
jbrom@querrey.com

Marc J Carmel on behalf of Interested Party Bayside Vmark Funding, LLC
marccarmel@paulhastings.com, christianauty@paulhastings.com

Paul Catanese on behalf of Creditor Wells Fargo Equipment Finance, Inc.
pcatanese@mcguirewoods.com, docket@mcguirewoods.com

Jeffrey A Chadwick on behalf of Creditor Wells Fargo Equipment Finance, Inc.
jchadwick@mcguirewoods.com

Barry A Chatz on behalf of Creditor Brenda Porter Helms, as Chapter 7 Trustee of Parameswari and Pethinaidu Veluchamy
bachatz@arnstein.com

Christopher Combest on behalf of Creditor Burr Ridge Bank
christopher.combest@quarles.com, Faye.Feinstein@quarles.com;Sarah.Baker@quarles.com

Alex Darcy on behalf of Creditor Alliance Leasing, Inc.
adarcy@askounisdarcy.com, jham@askounisdarcy.com

Maria A Diakoumakis on behalf of Creditor BMO Harris Bank N.A.
mdiakoumakis@dykema.com, DocketCH@dykema.com

Megan A Drefchinski on behalf of Creditor Heartland Bank and Trust Company
mdrefchinski@collinslaw.com, ktaylor@collinslaw.com

Kevin C. Driscoll on behalf of Creditor Superior Staffing
kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com

Faye B Feinstein on behalf of Creditor Burr Ridge Bank
faye.feinstein@quarles.com, stella.love@quarles.com;anthony.steinike@quarles.com

Michael L. Gesas on behalf of Creditor Brenda Porter Helms, as Chapter 7 Trustee of Parameswari and Pethinaidu Veluchamy
mlgesas@arnstein.com, blsutton@arnstein.com;lcsolomon@arnstein.com;jbmedziak@arnstein.com

Joshua M Grenard on behalf of Creditor BANK OF AMERICA, N.A.
jgrenard@mayerbrown.com, courtnotification@mayerbrown.com

Claude W Irmis
cirmis@elevenllc.com

James Kenny on behalf of Creditor Lamb Little & Company
james@kennylawfirm.com

Synde B. Keywell on behalf of Creditor Amalgamated Bank Of Chicago
skeywell@keywell-law.com, jthomas@nslaw.net

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Nicole J Moody on behalf of Creditor Committee Official Committee of Unsecured Creditors
nmoody@cozen.com, erodeghier@cozen.com;mfelger@cozen.com

Kevin H Morse on behalf of Creditor Brenda Porter Helms, as Chapter 7 Trustee of Parameswari and
Pethinaidu Veluchamy
khmorse@arnstein.com

Lauren N. Nachinson on behalf of Creditor Burr Ridge Bank
Lauren.Nachinson@quarles.com, Faye.Feinstein@quarles.com;sara.sullivan@quarles.com

John Nasiakos on behalf of Creditor Dreamworks Graphic Communications LLC
john@nasiakoslaw.com

Jeffrey K. Paulsen on behalf of Interested Party Rajiv Parthasarathy
jpaulsen@wfactorlaw.com, nb@wfactorlaw.com

Elizabeth Gayle Peterson on behalf of Creditor Plami S.A. de C.V.
epeterson@fhslc.com, docket@fhslc.com;clukey@fhslc.com;acotter@fhslc.com

Ann E Pille on behalf of Creditor GE Capital Commerical, Inc., General Electric Capital Corporation &
GE Government Finance
ann.pille@dlapiper.com, apille@reedsmith.com

N Neville Reid on behalf of Creditor Plami S.A. de C.V.
nreid@fhslc.com, docket@fhslc.com;kgoin@fhslc.com

Peter J Roberts on behalf of Creditor MB Financial Bank, N.A.
proberts@shawgussis.com

Patrick F Ross on behalf of Creditor Federal Deposit Insurance Corporation as Receiver for Mutual Bank
pfross@uhlaw.com,
kburde@uhlaw.com;rjanczak@uhlaw.com;TEFiester@uhlaw.com;KAMcLoud@uhlaw.com;jruskusky@
uhlaw.com;keedeus@uhlaw.com;sgfeibus@uhlaw.com

Miriam R. Stein on behalf of Creditor Brenda Porter Helms, as Chapter 7 Trustee of Parameswari and
Pethinaidu Veluchamy
mrstein@arnstein.com, jbmedziak@arnstein.com

L. Judson Todhunter on behalf of Creditor Case Packaging LLC
JTodhunter@howardandhoward.com

Elizabeth B Vandesteeg on behalf of Creditor The Northern Trust Company
evandesteeg@lplegal.com, nbailey@lplegal.com,mmcginnis@lplegal.com

Timothy Wheeler on behalf of Creditor Committee Official Committee of Unsecured Creditors
twheeler@lowenstein.com, dclaussen@lowenstein.com;echafetz@lowenstein.com

Charles R Woolley on behalf of Creditor Alliance Leasing, Inc.
rwoolley@askounisdarcy.com, tslome@msek.com

Barbara L Yong on behalf of Creditor Bell & Howell Company
blyong@golanchristie.com, mperez@golanchristie.com;myproductionss@gmail.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: April 3, 2012 at 9:30 a.m. |

## MOTION TO AUTHORIZE AGREED MOTION REQUESTING ENTRY OF A REVISED AGREED AMENDED FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL IN WHICH AMALGAMATED BANK OF CHICAGO ASSERTS AN INTEREST

The debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the *"Debtors"),* by and through their undersigned counsel, respectfully submit this Motion Requesting Entry of a Revised Agreed Amended Final Order Authorizing Use of Cash Collateral in Which Amalgamated Bank of Chicago Asserts An Interest ("Motion").   The Motion has been agreed to in form and substance by both Amalgamated Bank of Chicago ("ABOC") and the Official Committee of Unsecured Creditors appointed in these chapter 11 cases (the "Committee").   In support of the Motion, the Debtors state as follows:

1.      On January 17, 2012, the Delaware Bankruptcy Court entered an Agreed Amended Final Order Authorizing the Use of Cash Collateral in Which Amalgamated

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Anar Real Estate, LLC (9267); (vi) Automated Presort, Inc. (0850); (vii) Avadamma LLC (4775; 4800; 4810; 4829); (viii) Creative Automation Company (4350); (ix) Creative Investments, a General Partnership (5992); (x) Fulfillment Xcellence, Inc. (3461); (xi) Global Card Services, Inc. (4581); (xii) Unique Data Services, Inc. (1068); (xiii) Unique Embossing Services, Inc. (1043); (xiv) Unique Mailing Services, Inc. (2594); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

Bank of Chicago Asserts an Interest (the "Amended Cash Collateral Order") [DE Docket No. 692].

      2.     The Debtors, ABOC, and the Committee have agreed to request that this Court enter a Revised Agreed Amended Final Order Authorizing the Use of Cash Collateral in Which Amalgamated Bank of Chicago Asserts an Interest (the "Revised Amended Cash Collateral Order"), revising the Amended Cash Collateral Order to: (1) include an Approved Extended Budget for the period of time from March 17, 2012, to the close of business on June 15, 2012; (2) memorialize ABOC's acknowledgement that its Prepetition Liens do not extend to certain assets and their respective proceeds, if any (collectively the "Unencumbered Assets"); (3) extend the Committee's deadline with respect to the Prepetition ABOC Liens on certain assets (collectively the "Other Assets"), to the effective date of any plan of reorganization that is confirmed by an order of the Bankruptcy Court in these Chapter 11 Cases;  and (4) incorporate the terms of the Amended Cash Collateral Order.[2]

      3.     A copy of the proposed Revised Amended Cash Collateral Order, redlined against the Amended Cash Collateral Order, is attached hereto as <u>Exhibit 1</u>.  A clean version of the proposed Revised Amended Cash Collateral Order, with exhibits, is attached hereto as <u>Exhibit 2</u>.

      WHEREFORE, the Debtors respectfully request that the Court enter the Revised Amended Cash Collateral Order, and award such other relief as it deems equitable and just.

---

[2]     Capitalized terms not defined herein have the meanings assigned to them in the Amended Cash Collateral Order.

Dated:  March 20, 2012                    **GOLDSTEIN & MCCLINTOCK LLLP**

                                          By:

                                          /s/ Matthew E. McClintock

                                          Harley J. Goldstein, Esq.
                                          Matthew E. McClintock, Esq.
                                          David A Hall, Esq.
                                          208 S. LaSalle Street, Suite 1750
                                          Chicago, Illinois 60604
                                          Telephone: (312) 337-7700
                                          Facsimile: (312) 277-2305

                                          *Counsel for the Debtors and Debtors in Possession*

**[Signatures concluded on following page]**

**AGREED AS TO FORM AND SUBSTANCE: AMALGAMATED BANK OF CHICAGO**


By: __/s/ Synde B. Keywell_____
      One of its Attorneys

Synde B. Keywell, Esq. (6185620)
3656 West Fullerton, First Floor
Chicago, IL 606047
Telephone:312-546-4818
Facsimile: 312-464-1377


-- and--

**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**
Natalie D. Ramsey, Esq. (admitted *pro hac vice*)
Joseph O'Neil, Jr., Esq. (admitted *pro hac vice*)
1105 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  302-504-7800
Facsimile:  302-504-7820


*Counsel to Amalgamated Bank of Chicago*

**AGREED AS TO FORM AND SUBSTANCE: THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**


By:   ___/s/ Timothy R. Wheeler_____
      One of its Attorneys

**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq. (admitted pro hac vice)
Timothy R. Wheeler, Esq. (admitted pro hac vice)
Eric Chafetz, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400


*Counsel to the Official Committee
    of Unsecured Creditors of Qualteq, Inc., d/b/a
        New Jersey, Inc., et al.*