**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| | ) |
| In re | ) Chapter 11 |
| | ) |
| QUALTEQ, INC., | ) Case No. 12-05861 |
| d/b/a/ VCT NEW JERSEY, INC., *et al.,*[1] | ) Honorable Eugene R. Wedoff |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Objection Deadline: May 9, 2012 at 4:00 p.m.** |
| | ) **Hearing Date:  May 16, 2012 at 10:00 a.m.** |

**NOTICE OF APPLICATION**

**TO:**   The Debtors; counsel to the Debtors; the Office of the United States Trustee of the District of Illinois Eastern Division; all counsel to the Debtors' prepetition lenders; counsel to the Official Committee of Unsecured Creditors; and all parties requesting notices pursuant to Bankruptcy Rule 2002.

Fox Rothschild LLP, co-counsel to the debtors and debtors in possession in the above captioned cases, has filed the **Seventh Monthly and Final Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from February 1, 2012 through March 31, 2012 and for the Period from August 14, 2011 through March 31, 2012, Respectively** (the "Application").

Responses or objections to the Application, if any, are to be filed on or before **May 9, 2012 at 4:00 p.m. (Prevailing Central Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 606004. At the same time, you must serve a copy of the objection or response on the undersigned attorneys and upon the Notice Parties so as to be received on or before the Objection Deadline.

If any responses are timely filed in accordance with this Notice, a hearing on the Application will be held on **May 16, 2012 at 10:00 a.m. (Prevailing Central Time)** before the Honorable Eugene R. Wedoff, United States Bankruptcy Judge, United States Courthouse, 219 South Dearborn Street, Courtroom 744, Chicago, Illinois 60604.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Anar Real Estate, LLC (9267); (vi) Automated Presort, Inc. (0850); (vii) Avadamma LLC (4775; 4800; 4810; 4829); (viii) Katrine Automation Company (4350); (ix) 5300 Katrine, LLC, a General Partnership (5992); (x) Fulfillment Xcellence, Inc. (3461); (xi) Global Card Services, Inc. (4581); (xii) Unique Data Services, Inc. (1068); (xiii) Unique Embossing Services, Inc. (1043); (xiv) Unique Mailing Services, Inc. (2594); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT
MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER
NOTICE OR HEARING.

Dated: April 17, 2012          FOX ROTHSCHILD LLP
       Wilmington, Delaware

                               Jeffrey M. Schlerf (No. 3047)
                               Eric M. Sutty (No. 4007)
                               L. John Bird (No. 5310)
                               Citizens Bank Center
                               919 North Market Street, Suite 1600
                               Wilmington, DE 19801
                               Telephone:  (302) 654-7444
                               Facsimile:  (302) 656-8920

                                    – and –

                               GOLDSTEIN & MCCLINTOCK LLLP
                               Harley J. Goldstein, Esq.
                               Matthew E. McClintock, Esq.
                               David A. Hall, Esq.
                               208 South LaSalle Street, Suite 1750
                               Chicago, IL 60604
                               Telephone:  (312) 337-7700
                               Facsimile:  (312) 277-2305


                               *Co-Counsel to the Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| QUALTEQ, INC., | ) Case No. 12-05861 |
| d/b/a/ VCT NEW JERSEY, INC., *et al.*, [1] | ) Honorable  Eugene R. Wedoff |
|  | ) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) **Objection Deadline: May 9, 2012 at 4:00 p.m.** |
|  | ) **Hearing Date:  May 16, 2012 at 10:00 a.m.** |

**SEVENTH MONTHLY AND FINAL FEE APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2012 THROUGH MARCH 31, 2012 AND FOR THE PERIOD FROM AUGUST 14, 2011 THROUGH MARCH 31, 2012, RESPECTIVELY**

Name of Applicant:                                                    Fox Rothschild LLP

Authorized to Provide
Professional Services to:                                         Debtors and Debtors-In-Possession

Date of Retention:                                                    Order entered September 6, 2011 [Delaware Docket No. 126]

Monthly Period for which compensation
and reimbursement is sought:                               February 1, 2012 through March 31, 2012[2]

Amount of compensation sought
as actual, reasonable and necessary
for the Monthly Application Period:                                        $27,468.00

Amount of expense reimbursement sought
as actual, reasonable and necessary for the
Monthly Application Period:                                                    $6,451.57

Final Period for which compensation
and reimbursement is sought:                               August 14, 2011 through March 31, 2012

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Anar Real Estate, LLC (9267); (vi) Automated Presort, Inc. (0850); (vii) Avadamma LLC (4775; 4800; 4810; 4829); (viii) Katrine Automation Company (4350); (ix) 5300 Katrine, LLC, a General Partnership (5992); (x) Fulfillment Xcellence, Inc. (3461); (xi) Global Card Services, Inc. (4581); (xii) Unique Data Services, Inc. (1068); (xiii) Unique Embossing Services, Inc. (1043); (xiv) Unique Mailing Services, Inc. (2594); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

[2]      See footnote 3 regarding estimated fees and expenses incurred in preparing this application and seeking Court approval at a hearing.

Amount of compensation sought
as actual, reasonable and necessary
for the Final Application Period:                         $543,817.75 [3]

Amount of expense reimbursement sought
as actual, reasonable and necessary for the
Final Application Period:                                 $50,525.98

This is Fox's seventh monthly and final fee application in these cases.

---

[3]     Such total includes estimated fees for certain services rendered and expenses incurred after the Final Fee Application Period, ending March 31, 2012. Specifically, Fox has expended and anticipates expending additional time and expenses from April 1, 2012 through the date of a final hearing on this Application (the "Additional Period"). Fox estimates that the combined attorney and paralegal time may result in an additional $6,000.00 in fees and expenses during the Additional Period including, but not limited to, time and expenses for attending the hearing on the final fee application. Fox will advise lead counsel to the Debtors as to its actual fees and expenses during the Additional Period at or before a final hearing on the Application and hereby reserves the right to request payment of any additional fees and expenses incurred during the Additional Period beyond the estimated $6,000.00 amount (or to adjust the requested payment downwards if the estimate was too high).

2

WM1A 1028723v2 04/17/12

### Summary of Fox's Monthly Fee Applications

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 9/30/11 [236] | 8/14/11 through 8/31/11 | $58,283.00 | $1,410.05 | 10/24/11 [342] | $58,283.00 | $1,410.05 | $0.00 |
| 10/28/11 [407] | 9/1/11 through 9/30/11 | $58,940.00 | $4,348.92 | 11/23/11 [527] | $58,940.00 | $4,348.92 | $0.00 |
| 11/18/11 [502] | 10/1/11 through 10/31/11 | $54,623.50 | $3,940.20 | 12/12/11 [612] | $54,623.50 | $3,940.20 | $0.00 |
| 12/6/11 [573] | 11/1/11 through 11/30/11 | $141,493.25 | $4,314.20 | 12/29/11 [667] | $113,194.60 | $4,314.20 | $28,298.65 |
| 1/9/12 [673] | 12/1/11 through 12/31/11 | $126,165.50 | $17,743.03 | 2/1/12 [716] | $100,932.40 | $17,743.03 | $25,233.10 |
| 2/7/12 [720] | 1/1/12 through 1/31/12 | $70,844.50 | $12,250.19 | Objection Deadline: 2/27/12 | $0.00 | $0.00 | $0.00 |
| 4/17/2012 [TBD] | 2/1/12 through 3/31/12 | $27,468.00 | $6,451.57 | Objection Deadline: 5/9/12 | $0.00 | $0.00 | $0.00 |
| **Totals** | 9/6/11 through 3/31/12 | $543,817.75[4] | $50,525.98 | N/A | $385,973.50 | $31,756.40 | $53,531.75 |

---

4       See footnote 3 of Application.

WM1A 1028723v2 04/17/12

### Seventh Monthly Period Timekeeper Summary

| Timekeeper | Position | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jeffrey M. Schlerf | Partner | Joined firm as Partner in 2009. Member of DE and PA Bars since 1992. Areas of Expertise: Bankruptcy and Commercial Law. | $615.00 | 24.7 | $15,190.50 |
| Samuel H. Israel | Partner | Partner since 1998. Joined firm in 1991. Member of PA and NJ Bars since 1989. Areas of Expertise: Bankruptcy and Litigation. | $520.00 | 1.7 | $884.00 |
| Eric M. Sutty | Partner | Joined firm as Partner in 2008. Member of DE Bar since 2000. Areas of Expertise: Bankruptcy and Creditors' Rights. | $420.00 | 12.4 | $5,208.00 |
| John H. Strock | Associate | Associate since 2006. Joined firm in 2009. Member of DE Bar since 2007. Areas of Expertise: Bankruptcy and Commercial Law. | $325.00 | 0.8 | $260.00 |
| L. John Bird | Associate | Joined firm as Associate in 2010. Member of DE Bar since 2009. Area of Expertise: Bankruptcy. | $280.00 | 14.3 | $4,004.00 |
| Judith B. Wray | Paralegal | Paralegal since 2010. Joined firm as Legal Assistant in 2009. Area of Expertise: Bankruptcy. | $195.00 | 9.7 | $1,891.50 |
| Christopher R. Dumas | Senior Litigation Support Specialist | Joined firm as Senior Litigation Support Specialist in 2001. Area of Expertise: Litigation and Technology | $100.00 | 0.3 | $30.00 |
| | | | **Totals** | **63.9** | **$27,468.00** |

**Blended Rate: $429.86**

4

## Final Period Timekeeper Summary

| Timekeeper | Position | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jeffrey M. Schlerf | Partner | Joined firm as Partner in 2009. Member of DE and PA Bars since 1992. Areas of Expertise: Bankruptcy and Commercial Law. | $615.00 | 266.80 | $164,082.00 |
| Jerald D. August | Partner | Joined firm as Partner in 2005. Member of FL, PA and NY Bars since 1977, 1979 and 2010, respectively. Areas of Expertise: Taxation and Wealth Planning. | $645.00 | 25.60 | $16,462.00 |
| Samuel H. Israel | Partner | Partner since 1998. Joined firm in 1991. Member of PA and NJ Bars since 1989. Areas of Expertise: Bankruptcy and Litigation. | $520.00 $260.00 | 169.55 42.45 | $86,868.50 $12,335.75 |
| Eric M. Sutty | Partner | Joined firm as Partner in 2008. Member of DE Bar since 2000. Areas of Expertise: Bankruptcy and Creditors' Rights. | $420.00 | 264.90 | $111,258.00 |
| John H. Strock | Associate | Joined firm as Associate in 2009. Member of DE Bar since 2007 and PA and NJ Bar since 2010. Areas of Expertise: Bankruptcy and Commercial Law. | $325.00 | 23.50 | $7,637.50 |
| Carl D. Neff | Associate | Joined firm as Associate in 2010. Member of DE Bar since 2005. Areas of Expertise: Corporate and Commercial Litigation | $305.00 | 62.80 | $19,154.00 |
| Ricardo A. Antaramian | Associate | Joined firm as Associate in 2007. Member of FL Bar since 2005. Areas of Expertise: Taxation, Wealth Planning and Health Law | $300.00 | 18.50 | $5,550.00 |
| L. John Bird | Associate | Joined firm as Associate in 2010. Member of DE Bar since 2009. Area of Expertise: Bankruptcy. | $280.00 | 241.50 | $67,620.00 |
| Robin I. Solomon | Paralegal | Paralegal since 1982. Joined firm in 1987. Area of Expertise: Bankruptcy. | $265.00 | 1.00 | $265.00 |
| Nancy Sarr | Paralegal | Paralegal since 1984. Joined firm as Legal Secretary in 1982. Area of Expertise: Litigation | $260.00 | 0.10 | $26.00 |
| Joseph DiStanislao | Paralegal | Paralegal since 1991. Joined firm as Paralegal in 2003. Area of Expertise: Bankruptcy | $255.00 | 6.40 | $1,632.00 |
| Marcia L. Steen | Paralegal | Paralegal since 1988. Joined firm as Paralegal in 2010. Area of Expertise: Bankruptcy and Creditors' Rights. | $220.00 | 15.50 | $3,410.00 |

5

| Timekeeper | Position | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Judith B. Wray | Paralegal | Paralegal since 2010. Joined firm as Legal Assistant in 2009. Area of Expertise: Bankruptcy. | $195.00 | 201.60 | $39,312.00 |
| Lisa A. Stewart | Legal Administrative Assistant | Joined firm in 2011. Legal Administrative Assistant since 1990. Areas of Expertise: Bankruptcy and Litigation. | $125.00 | 12.40 | $1,550.00 |
| Sandra I. Collazo | Legal Administrative Assistant | Joined firm in 2010. Legal Administrative Assistant since 2010. Area of Expertise: Bankruptcy. | $125.00 | 5.00 | $625.00 |
| Christopher R. Dumas | Senior Litigation Support Specialist | Joined firm as Senior Litigation Support Specialist in 2001. Area of Expertise: Litigation and Technology | $100.00 | 0.30 | $30.00 |
| | | | **Sub- Total** | **1357.9** | **$537,817.75** |
| | | | **Estimate for Additional Period** | | **$6,000.00**[5] |
| | | | **Total** | **1357.9** | **$543,817.75** |

**Blended Rate:  $396.07**

---

[5]   See footnote 3 of Application.

WM1A 1028723v2 04/17/12

### Seventh Monthly Period Project Category Summary by Task Code

| Project Category | Hours | Amount |
|---|---|---|
| Asset Analysis & Recovery (AA) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (AP) | 3.6 | $1,820.50 |
| Business Operations (BO) | 0.9 | $259.50 |
| Case Administration (CA) | 14.9 | $5,703.00 |
| Court Hearings (CH) | 4.8 | $1,584.50 |
| Creditor Inquiries (CI) | 0.2 | $56.00 |
| Cash Collateral/DIP Financing (CR) | 0.0 | $0.00 |
| Disclosure Statement (DS) | 15.4 | $7,617.50 |
| Employment Application of Fox Rothschild (EA1) | 0.0 | $0.00 |
| Employment Application of Other Professionals (EA2) | 0.0 | $0.00 |
| Employee Matters (EB) | 0.0 | $0.00 |
| Lease/Executory Contract Issues (EC) | 0.0 | $0.00 |
| Fee Application of Fox Rothschild (FA1) | 5.7 | $2,413.50 |
| Fee Application of Other Professionals (FA2) | 0.5 | $142.50 |
| General Corporate Matters (MA) | 0.0 | $0.00 |
| Meeting of Creditors (MC) | 0.0 | $0.00 |
| Stay Relief Matters (MR) | 0.0 | $0.00 |
| Claims, Analysis, Objections & Resolutions (PC) | 1.6 | $945.00 |
| Plan (PL) | 15.6 | $6,772.50 |
| Use, Sale or Lease of Property (SA) | 0.0 | $0.00 |
| Trustee Reporting/Schedules (TR) | 0.7 | $153.50 |
| Utility Matters (UM) | 0.0 | $0.00 |
| **Totals** | **63.9** | **$27,468.00** |

WM1A 1028723v2 04/17/12

**Final Period Project Category Summary by Task Code**

| Project Category | Hours | Amount |
|---|---|---|
| Asset Analysis & Recovery (AA) | 0.2 | $56.00 |
| Litigation/Adversary Proceedings (AP) | 404.1 | $168,072.25 |
| Business Operations (BO) | 11.6 | $4,528.00 |
| Case Administration (CA) | 222.7 | $75,933.50 |
| Court Hearings (CH) | 204.9 | $78,837.00 |
| Creditor Inquiries (CI) | 3.7 | $1,204.00 |
| Cash Collateral/DIP Financing (CR) | 81.1 | $34,801.50 |
| Disclosure Statement (DS) | 97.3 | $45,853.00 |
| Employment Application of Fox Rothschild (EA1) | 13.2 | $4,892.50 |
| Employment Application of Other Professionals (EA2) | 36.5 | $13,500.50 |
| Employee Matters (EB) | 0.2 | $123.00 |
| Lease/Executory Contract Issues (EC) | 4.2 | $1,333.00 |
| Fee Application of Fox Rothschild (FA1) | 39.3 | $13,832.00 |
| Fee Application of Other Professionals (FA2) | 42.4 | $13,903.50 |
| General Corporate Matters (MA) | 2.8 | $1,396.00 |
| Meeting of Creditors (MC) | 28.7 | $15,180.00 |
| Stay Relief Matters (MR) | 4.6 | $1,334.50 |
| Claims, Analysis, Objections & Resolutions (PC) | 26.8 | $10,370.50 |
| Plan (PL) | 55.0 | $23,346.50 |
| Use, Sale or Lease of Property (SA) | 0.0 | $0.00 |
| Trustee Reporting/Schedules (TR) | 74.3 | $27,637.00 |
| Utility Matters (UM) | 4.3 | $1,683.50 |
| **Totals** | **1357.9** | **$543,817.75[6]** |

---

[6]   See footnote 3 of Application.

WM1A 1028723v2 04/17/12

## Seventh Monthly Period Expense Category Summary

| Expense Category | Amount |
|---|---|
| Westlaw, Research | $77.55 |
| PACER | $245.84 |
| Court Filings | $30.00 |
| Deposition/Transcript | $1,704.04 |
| Outside Vendor Copies | $2,357.43 |
| Messenger Service/Delivery | $1,530.00 |
| Messenger Service/Federal Express | $318.76 |
| Photocopying ($0.10 per page) | $67.00 |
| Telephone Charges | $87.55 |
| Postage Charges | 33.40 |
| **Total** | **$6,451.57** |

WM1A 1028723v2 04/17/12

## Final Period Expense Category Summary

| Expense Category | Amount |
|---|---|
| Westlaw, Research | $119.48 |
| PACER | $2,078.24 |
| Court Filings | $2,740.20 |
| Deposition/Transcript | $8,638.19 |
| Outside Vendor Copies | 15,358.30 |
| Messenger Service/Delivery | $6,440.20 |
| Meals | $2,137.01 |
| Messenger Service/Federal Express | $1,437.59 |
| Photocopying ($0.10 per page) | $3,490.80 |
| Photocopying (color) | $18.00 |
| Telephone Charges | $714.37 |
| Secretarial Overtime | $980.21 |
| Postage Charges | $55.56 |
| Travel Expense | $212.64 |
| Publication/Research | $75.00 |
| Miscellaneous (Concordance Licenses for External Document Review) | $213.84 |
| Out-of-Town Travel Expense | $5,816.35 |
| **Total** | **$50,525.98** |

WM1A 1028723v2 04/17/12

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 12-05861 |
| d/b/a/ VCT NEW JERSEY, INC., *et al.*, [1] | ) | Honorable  Eugene R. Wedoff |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Deadline: May 9, 2012 at 4:00 p.m.** |
| | ) | **Hearing Date:  May 16, 2012 at 10:00 a.m.** |

SEVENTH MONTHLY AND FINAL FEE APPLICATION OF FOX ROTHSCHILD LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD
FROM FEBRUARY 1, 2012 THROUGH MARCH 31, 2012 AND FOR THE PERIOD
FROM AUGUST 14, 2011 THROUGH MARCH 31, 2012, RESPECTIVELY

By this application (the "Application"), pursuant to sections 330 and 331 of title 11 of the

United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), Fox Rothschild LLP ("Fox") hereby seeks reasonable

compensation in the above-captioned cases of the affiliated debtors and debtors in possession

(collectively, the "Debtors") for professional legal services rendered as co-counsel to the Debtors

in the amount of $27,468.00, together with reimbursement for actual and necessary expenses

incurred in the amount of $6,451.57 for the period commencing February 1, 2012, through and

including March 31, 2012 (the "Monthly Application Period").  In addition, Fox seeks final

approval of all interim fee applications, monthly and quarterly applications for professional legal

services rendered as co-counsel to the Debtors in the total amount of $543,817.75[2] in

---

[2]    Such total includes estimated fees for certain services rendered and expenses incurred after the Final Fee Application Period, ending March 31, 2012.  Specifically, Fox has expended and anticipates expending additional time and expenses from April 1, 2012 through the date of a final hearing on this Application (the "Additional Period"). Fox estimates that the combined attorney and paralegal time may result in an additional $6,000.00 in fees and expenses during the Additional Period including, but not limited to, time and expenses for attending the hearing on the final fee application. Fox will advise lead counsel to the Debtors as to its actual fees and expenses during the Additional Period at or before a final hearing on the Application and hereby

compensation, together with reimbursement for actual and necessary expenses incurred in the total amount of $50,525.98 for the period commencing August 14, 2011, through and including March 31, 2012 (the "Final Application Period"). In support of this Application, Fox represents as follows:

## Jurisdiction and Venue

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

## Background

3.      On August 14, 2011, Qualteq, Inc. d/b/a VCT New Jersey, Inc. and its affiliated debtors and on September 11, 2011, the remaining debtor, Anar Real Estate, LLC, (collectively the "Debtors") each commenced a chapter 11 case in this Court by filing a voluntary petition for relief under the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court").

4.      The Debtors' chapter 11 cases (the "Cases") are being jointly administered by Orders entered with the Delaware Bankruptcy Court dated August 16, 2011 (Case No. 11-12572) [D.I. 28] and September 13, 2011 (Case No. 11-12572) [Delaware Docket No. 172] and (Case No. 11-12860) [Delaware Docket No. 20].

5.      On September 6, 2011, the Delaware Bankruptcy Court approved Fox's retention as co-counsel to the Debtors [Delaware Docket No. 126].

---

reserves the right to request payment of any additional fees and expenses incurred during the Additional Period beyond the estimated $6,000.00 amount (or to adjust the requested payment downwards if the estimate was too high).

WM1A 1028723v2 04/17/12

6.     The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7.     On August 25, 2011, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Official Committee of Unsecured Creditors (the "Committee") in these Cases.  No examiner or trustee has been requested or appointed in any of the Debtors' Cases.

8.     On September 6, 2011, the Delaware Bankruptcy Court entered the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Administrative Order") [Delaware Docket No. 125].  The Administrative Order provides that professionals retained in these cases file a monthly fee application on or before the 25th day of each month following the month for which compensation is sought and be paid eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses upon the filing of a certificate of no objection after the expiration of the Objection Deadline (as that term is defined in the Administrative Order).

9.     On February 16, 2012, the Delaware Bankruptcy Court granted the Motion of Bank of America, N.A. to Transfer Venue to the United States Bankruptcy Court for the Northern District of Illinois [Delaware Docket No. 106] and transferred venue of these cases to the United States Bankruptcy Court for the Northern District of Illinois (the "Illinois Bankruptcy Court").  Since the date these Cases have been transferred to the Illinois Bankruptcy Court, Fox has limited its fees and expenses to those matters specifically required by the Delaware Bankruptcy Court or specifically requested by Debtors' lead bankruptcy counsel in their continued representation of the Debtors in the Illinois Bankruptcy Court.

3

WM1A 1028723v2 04/17/12

## Relief Requested

10.    Fox submits this Application in accordance the Court's Compensation Order. All services for which Fox requests compensation were performed for, or on behalf of, the Debtors.

11.    This Application is the seventh monthly fee application filed by Fox in these cases.  In connection with the professional services rendered, by this Application, Fox seeks compensation in the amount of $27,468.00 and expense reimbursement of $6,451.57 for the Monthly Application Period.  Attached hereto as Exhibit A is a detailed statement of hours spent rendering legal services to the Debtors supporting Fox's request of $27,468.00 in compensation for fees incurred during the Monthly Application Period. Attached hereto as Exhibit B is a detailed list of disbursements made by Fox supporting Fox's request of $6,451.57 in expense reimbursement for the Monthly Application Period.  A description of the task codes used to categorize time spent by project category is attached as Exhibit C.

12.    Given the nature and value of the services that Fox provided as described herein, the interim amounts sought under this Application are fair and reasonable under section 330 of the Bankruptcy Code.

13.    This Application is also the final fee application filed by Fox in these cases.  By this Application, Fox seeks this Court's approval on a final basis of all compensation and expense reimbursement sought in this case along with approval of all interim fee applications, monthly and quarterly, in the total amounts of $543,817.75[3] and $50,525.98, for fees and expenses respectively.   Attached as Exhibit D is a detailed statement of the attorneys and paraprofessionals who rendered services relating to each project category and summaries of the hours and fees of each professional for the Final Application Period.  Attached as Exhibit E is a

---

[3]      See footnote 2 of Application.

4

summary of disbursements made by Fox during the Final Application Period.  In accordance

with the Compensation Order, Fox filed monthly fee applications as follows:

a)  on September 30, 2011 for the first monthly period from August 14, 2011 through August 31, 2011 (the "First Monthly") in the amounts of $58,583.00 in fees and $1,410.05 in expenses [Delaware Docket No. 236];

b)  on October 28, 2011 for the second monthly period of September 1, 2011 through September 30, 2011 (the "Second Monthly") in the amounts of $58,940.00 in fees and $4,348.92 in expenses [Delaware Docket No. 407];

c)  on November 18, 2011 for the third monthly period of October 1, 2011 through October 31, 2011 (the "Third Monthly") in the amounts of $54,623.50 in fees and $3,940.20 in expenses [Delaware Docket No. 502];

d)  on December 6, 2011 for the fourth monthly period of November 1, 2011 through November 30, 2011 (the "Fourth Monthly") in the amounts of $141,493.25 in fees and $4,314.20 in expenses [Delaware Docket No. 573];

e)  on January 9, 2012 for the fifth monthly period of December 1, 2011 through December 31, 2011 (the "Fifth Monthly") in the amounts of $126,165.50 in fees and $17,743.03 in expenses [Delaware Docket No. 673];

f)  on February 7, 2012 for the six monthly period of January 1, 2012 through January 31, 2012 (the "Sixth Monthly") in the amounts of $70,844.50 in fees and $12,250.19 in expenses [Delaware Docket No. 720];

g)  on April 17, 2012 for the seventh monthly period of February 1, 2012 through March 31, 2012 (the "Seventh Monthly") in the amounts of $27,468.00 in fees and $6,451.57 in expenses [Illinois Docket No. TBD].

Collectively, these monthly fee applications support Fox's total request of $543,817.75 in

compensation and $50,525.98 in expense reimbursement for the Final Application Period.

14.      Also, and in accordance with the Compensation Order, Fox filed a quarterly

interim fee application as follows:

a)  on November 18, 2011 for the first quarterly period of August 14, 2011 through October 31, 2011 (the "First Quarterly") in the amounts of $171,846.50 in fees and $9,699.17 in expenses [Delaware Docket No. 503]. On December 28, 2011, the Delaware Bankruptcy Court entered the Omnibus Order Approving Interim (Quarterly) Fee Applications of Professionals for the First Interim Period [Delaware Docket No. 663] including the First Quarterly.

15. Given the nature and value of the services that Fox provided to the Debtors as described herein, the amounts sought under this Application for the Final Application Period are fair and reasonable under section 330 of the Bankruptcy Code.

16.    Fox has received no payment and no promises for payment from any source for services rendered in connection with these cases other than those in accordance with the Bankruptcy Rules.  There is no agreement or understanding between Fox and any other person (other than members of Fox) for the sharing of compensation to be received for the services rendered in these cases.

### Summary of Services Rendered

17.    In general, the services that Fox rendered as co-counsel to the Debtors included, without limitation, the following:

(a)    representing them at all hearings held in Delaware in these cases;

(b)    reviewing all pleadings and papers filed in these cases;

(c)    drafting pleadings;

(d)    advising regarding practice and procedure in the United States Bankruptcy and District Courts for the District of Delaware;

(e)    coordinating responsibility for filing and service of pleadings;

(f)    coordinating weekly (or more frequent) updating of docket sheets, critical dates, schedules and calendars and maintaining case and pleadings files;

(g)    assisting with the drafting of language in the Disclosure Statement relating to tax consequences; and

(h)    representing the Debtors in a lead role with respect to litigation, including with regard to Bank of America's motion to transfer venue.

18.    The services provided by Fox during the Monthly and Final Application Periods (the Compensation Period) were rendered to ensure no unnecessary duplication with lead counsel

6

and are grouped into the categories set forth in Exhibit A. The attorneys and paraprofessionals who rendered services relating to each category are identified in the Timekeeper Summary tables outlined above and summaries of the hours and fees of each professional for the Compensation Period and the total compensation by project category are also included in Exhibit A.

## Amounts Requested

19.    For the Monthly Application Period,  Fox seeks compensation in the amount of $27,468.00 in connection with the professional services summarized above and detailed in Exhibit A.  Fox incurred or disbursed the actual and necessary costs and expenses related to these cases in the amount of $6,451.57 and as detailed in Exhibit B and summarized in the attachments hereto.

20.    For the Final Application Period, Fox seeks final approval of all of its interim fee applications, monthly and quarterly, in the total amount of $543,817.75 in compensation and $50,525.98 in expense reimbursement.

## Certification and Notice

21    Fox represents as follows with regard to its charges for actual and necessary costs and expenses during the Application Period:

(a)    Copy, scanning and printing charges are $0.10 per page, which charge is reasonable and customary in the legal industry representing costs of copy materials, outside service costs, acquisition, maintenance, storage and operation of copy machines, printers and copy center, together with a margin for recovery of lost expenditures.

(b)    Incoming facsimiles are not billed.

(c)    Out-going facsimiles are billed at the rate of $1.00 per page. The cost represents operator time, maintaining several dedicated facsimile telephone lines, supplies and equipment, and includes a margin for recovery of lost expenditures.

7

WM1A 1028723v2 04/17/12

22.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested for compensation and expense reimbursement are fair and reasonable given: (a) the complexity of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the cost of comparable services other than in a case under the Bankruptcy Code.

WHEREFORE, Fox respectfully requests that this Court:

(a)    allow Fox compensation for the Monthly Application Period in the sum of $59,785.00 for professional services rendered and the sum of 6,451.57 for reimbursement of actual and necessary costs and expenses incurred by it in these cases from February 1, 2012 through March 31, 2012 (plus the "Additional Period" per footnote 2);

(b)    allow compensation on a final basis for all of Fox's interim fee applications, monthly and quarterly, in the total amounts of $543,817.75 in compensation and $50,525.98 in expense reimbursement for the period of August 14, 2011 through March 31, 2012 (plus the "Additional Period" per footnote 2);

(c)    authorize and direct the Debtor to pay Fox any unpaid portion of its fees and expenses allowed herein; and

(d)    granting such other and further relief as this Court deems just and proper.

Dated: April 17, 2012
        Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
L. John Bird (No. 5310)
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

*Co-Counsel to the Debtors and Debtors in Possession*

8

WM1A 1028723v2 04/17/12