**FILED**

**SEP 26 2012**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
) Case No. 12 B 05861
QUALTEQ, INC., )
d/b/a VCT NEW JERSEY, INC., et al., )
)
) Chapter 11
Debtors. )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO COZEN O'CONNOR, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $18,820.00 | TOTAL COSTS REQUESTED: | $1,625.68 |
| TOTAL FEES REDUCED: | $879.45 | TOTAL COSTS REDUCED: | $30.00 |
| TOTAL FEES ALLOWED: | $17,940.55 | TOTAL COSTS ALLOWED: | $1,595.68 |

**TOTAL FEES AND COSTS ALLOWED: $19,536.23**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)  Insufficient Description**
The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(6)  Meal Expenses**
The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor ... If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

**(7)  Lumping**
The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: Sept. 26, 2012

_____
Eugene R. Wedoff
United States Bankruptcy Judge

INVOICE NO.: 782899                          INVOICE DATE: Jan 13, 2012

       15213.0001.000 Qualteq, Inc.- Official Committee of Unsecu
       312427.000 Qualteq, Inc., - Chapter 11 case

| DATE | ATTY | DESCRIPTION OF SERVICES | CODE | HOURS |
|---|---|---|---|---|
| | | Case Administration | | |
| 11/14/11 | MEF | Memo to J. Prol and J. Schlerf re: hearing | BKY313 | 0.20 |
| 11/15/11 | MEF | Memos to E. Philips re: Chicago office | BKY313 | 0.10 |
| 11/16/11 | MEF | Memo to co-counsel re: committee meeting | BKY313 | 0.20 |
| 11/30/11 | MEF | Review memos from co-counsel re: status | BKY313 | 0.20 |
| 12/05/11 | MEF | Memos to co-counsel re: hearing | BKY313 | 0.20 |
| 12/06/11 | MEF | Attend Omnibus hearing | BKY313 | 1.20 |
| 12/08/11 | MEF | Memos to co-counsel re: hearing | BKY313 | 0.20 |
| 12/09/11 | MM | Update critical dates memo. | BKY313 | 0.30 |
| 12/12/11 | MEF | Attend hearing on discovery dispute and 2019 issues | BKY313 | 1.20 |
| 12/12/11 | MEF | Memos to co-counsel re: hearing | BKY313 | 0.30 |
| 12/19/11 | MM | Arrange for telephonic appearance of E. Phillips for 12/28/11 hearing on interim fee applications and email to counsel re same. | BKY313 | 0.20 |
| 12/27/11 | MEF | Memos to Debtor and Committee professionals re: 12/28 hearing | BKY313 | 0.30 |

*handwritten: -1.2 × $615 = -$738*

```
Qualteq, Inc.- Official Committee of Unsecured    Jan 13, 2012      PAGE    5
FILE NUMBER: 312427.000
INVOICE NO.: 782899
```

### Fee/Employment Applications

| Date | Atty | Description | Task | Hours |
|---|---|---|---|---|
| 11/02/11 | SEF | Exchanging emails with M. Felger re appearing at hearing (.1); reviewing agenda for hearing (.1) | BKY316 | 0.20 |
| 11/02/11 | SEF | Reviewing emails from M. Felger and T. Wheeler re appearing at hearing | BKY316 | 0.10 |
| (A) 11/02/11 | MEF | Memos re: 11/3 hearing | BKY316 | 0.20 |
| 11/03/11 | SEF | Attend hearing | BKY316 | 1.50 |
| 11/08/11 | MM | Draft Cozen's 1st monthly fee application. | BKY316 | 1.20 |
| 11/10/11 | MM | Prepare and file Cozen 1st monthly fee application. | BKY316 | 0.80 |
| 11/10/11 | MM | Draft Notice re Lowenstein Sandler 1st monthly fee application (.2); prepare and file Lowenstein's 1st monthly fee application (.8). | BKY316 | 1.00 |
| 11/10/11 | MM | Emails to and from co-counsel re preparation of monthly fee application. | BKY316 | 0.20 |
| (7) 11/10/11 | MEF | Review and file 1st monthly fee application and memos re: same | BKY316 | 0.30 |
| 11/15/11 | MEF | Telephone conference with J. Schlerf re: interim fee application hearing | BKY316 | 0.20 |
| 11/15/11 | MEF | Memos to Debtors, Committee and Court re: fee application hearing | BKY316 | 0.20 |
| 11/16/11 | MM | Draft Cozen's 1st interim fee application. | BKY316 | 0.90 |

Handwritten annotations:
- Next to 11/02/11 MEF entry: "−.2 × $615 = −$123"
- Next to 11/10/11 MEF entry: "−.3 × .1 × $615 = −18.45"



**COZEN O'CONNOR**

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

Qualteq, Inc.- Official Committee of Unsecured    Jan 13, 2012    PAGE  3
FILE NUMBER: 312427.000
INVOICE NO.: 782899

| Date | Description | Amount |
|---|---|---|
| 12/13/11 | Service Fees Parcels, Inc.; Fee for Bankruptcy Service; Invoice # 352916 dated 12/5/11; CC192034 dated 12/7/11 | 91.11 |
| 12/13/11 | Service Fees Parcels, Inc.; Fee for Bankruptcy Service; Invoice # 350870 dated 11/22/11; CC192034 dated 12/7/11 | 54.53 |
| 12/13/11 | Duplicating 4 copies 12/13 | 0.40 |
| 12/14/11 | Courier Service Parcels Inv. 348861 11/10/11 | 30.00 |
| 12/21/11 | Travel & meals Subject to I.R.S. Limitations on Business Meals and Travel Expenses Parcels Inv. 351008 11/22/11 | 30.00 |
| 12/21/11 | Duplicating 351 copies 12/21 | 35.10 |
| 12/23/11 | Courier Service Parcels Inv. 352958 12/5/11 | 30.00 |
| 12/27/11 | Courier Service Parcels Inv 352526 12/1/11 | 45.00 |
| 12/27/11 | Courier Service Parcels Inv 351635 11/28/11 | 30.00 |
| 12/30/11 | Courier Service Parcels Inv 355631 12/17/11 | 17.50 |
| 12/30/11 | Courier Service Parcels Inv 354587 12/13/11 | 15.00 |

(handwritten annotation: ⑥ -$30)

EXPENSES INCURRED.....................    $1,065.68

INVOICE TOTAL                              $1,065.68

GRAND TOTAL DUE COZEN AND O'CONNOR
    AS OF THE ABOVE DATE                   $15,221.68