

**FILED**

**SEP 26 2012**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
                                          )      Case No. 12 B 05861
     QUALTEQ, INC.,                    )
     d/b/a VCT NEW JERSEY, INC., et al., )
                                          )
                                          )      Chapter 11
     Debtors.                          )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO
LOWENSTEIN SANDLER PC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $299,033.00 | TOTAL COSTS REQUESTED: | $5,753.10 |
| TOTAL FEES REDUCED: | $1,463.20 | TOTAL COSTS REDUCED: | $583.14 |
| TOTAL FEES ALLOWED: | $297,569.80 | TOTAL COSTS ALLOWED: | $5,196.96 |

**TOTAL FEES AND COSTS ALLOWED: $302,739.76**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below. Due to the large number of detailed time entries contained in the fee application, the court employed a sampling methodology to review the application. The court reviewed approximately one-half of all detailed time entries and multiplied all disallowances by two. All requests for reimbursement of expenses were reviewed.

**(4)     Insufficient Description**

      The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(6)     Meal Expenses**

      The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

**(7)     Lumping**

      The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(11)  Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: Sept. 26, 2012

Eugene R. Wedoff
United States Bankruptcy Judge

Page 8
March 21, 2012

The Official Committee of Unsecured Creditors of Qualteq, Inc.
Invoice No.: 620646

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 01/19/12 | JDP | Prepare for committee call | 0.30 | 184.50 |
| B150 | 01/19/12 | JDP | Participate in committee conference call | 0.50 | 307.50 |
| B150 | 01/19/12 | JDP | Participate in call with committee | 0.60 | 369.00 |
| B150 | 01/19/12 | TRW | Further review of EisnerAmper flash report prepared for the Committee | 0.10 | 49.00 |
| B150 | 01/19/12 | TRW | Exchange correspondence with D. Candeub re: Debtors' plan of reorganization | 0.10 | 49.00 |
| B150 | 01/19/12 | TRW | Attend weekly telephonic Committee meeting to discuss status and direction of cases | 0.60 | 294.00 |
| B150 | 01/20/12 | ESC | Confer with T. Wheeler re: various issues with committee call | 0.20 | 98.00 |
| B150 | 01/23/12 | ESC | Draft e-mail to D. Claussen re: upcoming committee call | 0.10 | 49.00 |
| B150 | 01/23/12 | ESC | Draft minutes for the January 19, 2012 committee call | 0.70 | 343.00 |
| B150 | 01/23/12 | ESC | Draft e-mail to Committee members re: disclosure statement | 0.10 | 49.00 |
| B150 | 01/24/12 | ESC | Review e-mail from D. Claussen re: issues with e-mail to committee members concerning bar date | 0.10 | 49.00 |
| B150 | 01/24/12 | ESC | Confer with T. Wheeler re: call from Plami's counsel | 0.10 | 49.00 |
| B150 | 01/24/12 | TRW | Exchange correspondence with D. Claussen re: bar date for filing proofs of claim and summary correspondence for the Committee | 0.20 | 98.00 |
| B150 | 01/25/12 | DC | Revise draft e-mail to committee members re: bar date for filing proofs of claim and confer with Phase Eleven Consultants re: links to conflicting forms for proof of claim forms posted on their website | 0.40 | 76.00 -$7.60 |

⑦

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.  Page 10
Invoice No.: 620646  March 21, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 01/26/12 | TRW | Review documents, pleadings and correspondence and prepare internal agenda in preparation for telephonic Committee meeting | 1.20 | 588.00 |

⑦  −$58.80

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 01/27/12 | TRW | Review correspondence from creditor M. Adrig of JDSU re: payment of unsecured claims | 0.10 | 49.00 |
| B150 | 01/30/12 | DC | Coordinate weekly committee conference call for February 2, 2012 | 0.20 | 38.00 |
| B150 | 01/30/12 | ESC | Revise and finalize committee call minutes for the January 19, 2012 call | 0.10 | 49.00 |
| B150 | 01/30/12 | ESC | Draft e-mail to T. Wheeler re: minutes from January 19, 2012 committee call | 0.10 | 49.00 |
| B150 | 01/30/12 | TRW | Draft correspondence to creditor M. Adrig of JDSU re: payment of unsecured claims | 0.10 | 49.00 |
| B150 | 01/30/12 | TRW | Review and revise draft minutes from January 19, 2012 telephonic Committee meeting | 0.10 | 49.00 |
| B150 | 01/30/12 | TRW | Exchange correspondence with D. Claussen re: upcoming Committee call | 0.10 | 49.00 |
| B150 | 01/31/12 | DC | Review Schedules filed by VCT and draft e-mail to JDSU Uniphase summarizing claims listed on Schedule F and Amendments to Schedule F | 0.50 | 95.00 |

⑦  −$9.50

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 01/31/12 | DC | Prepare Minutes of Committee conference call from January 26, 2012 | 0.70 | 133.00 |
| B150 | 01/31/12 | ESC | Confer with D. Claussen re: issues with January 26, 2012 committee call minutes | 0.10 | 49.00 |
| B150 | 01/31/12 | TRW | Drafting and revisions to minutes for January 26, 2012 telephonic Committee meeting | 0.10 | 49.00 |
| B150 | 01/31/12 | TRW | Review correspondence from D. Claussen to M. Adrig re: unsecured claims | 0.10 | 49.00 |
| B150 | 01/31/12 | TRW | Telephone conference with creditor M. Adrig re: payment of general unsecured claims | 0.20 | 98.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Quatro, Inc.  
Invoice No.: 620646

Page 20  
March 21, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 01/05/12 | TRW | Draft summary correspondence to E. Phillips and E. Chafetz re: proposed pay down of Amalgamated Bank facility | 0.20 | 98.00 |
| B230 | 01/05/12 | TRW | Exchange correspondence with D. Hall, E. Phillips and E. Chafetz re: resolution of Amalgamated Bank objection to the use of cash collateral | 0.30 | 147.00 |
| B230 | 01/05/12 | TRW | Further review of proposed amended Amalgamated Bank final cash collateral order and related budget | 0.20 | 98.00 |
| B230 | 01/05/12 | TRW | Exchange correspondence with T. Mills, T. Buck, J. Prol and E. Chafetz re: negotiations with potential investors | 0.20 | 98.00 |
| B230 | 01/06/12 | ESC | Review e-mail from D. Hall to counsel for Amalgamated Bank re: issues with revised cash collateral order | 0.10 | 49.00 |
| B230 | 01/06/12 | ESC | Review e-mail from S. Keywell re: issues with revised Amalgamated Bank cash collateral order | 0.10 | 49.00 |
| ⑦ B230 | 01/06/12 | ESC | Review and analyze revised Amalgamated Bank cash collateral order; Confer with T. Wheeler re: same | 0.30 | 147.00  −$14.70 |
| B230 | 01/09/12 | ESC | Review e-mail from counsel for Amalgamated Bank re: proposed revisions to amended cash collateral order | 0.10 | 49.00 |
| B230 | 01/09/12 | ESC | Review e-mail from M. McClintock re: various issues with equipment lessor adequate protection stipulation | 0.10 | 49.00 |
| B230 | 01/09/12 | ESC | Begin reviewing and analyzing revised cash collateral order including Amalgamated Bank's proposed changes | 0.50 | 245.00 |
| B230 | 01/10/12 | ESC | Review e-mail from L. Tobiason re: stipulation with Burr Ridge granting them lien in a certain piece of equipment | 0.10 | 49.00 |
| B230 | 01/10/12 | ESC | E-mail chain with D. Hall re: various issues with the amended Amalgamated Bank cash collateral order | 0.10 | 49.00 |
| B230 | 01/10/12 | ESC | Review, analyze and comment on draft of amended Amalgamated Bank cash collateral order | 0.60 | 294.00 |
| B230 | 01/10/12 | ESC | Confer with T. Wheeler re: issues with the amended Amalgamated Bank cash collateral order | 0.10 | 49.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 01/11/12 | ESC | Confer with D. Hall re: various issues with further proposed revisions to Amalgamated Bank cash collateral order | 0.10 | 49.00 |
| B230 | 01/11/12 | ESC | Review e-mail from E. Phillips re: issue with Amalgamated Bank's request for financial statements | 0.10 | 49.00 |
| B230 | 01/11/12 | ESC | Review e-mail from D. Hall re: proposed updated cash collateral budgets for VCT and FXI; Draft e-mail to E. Phillips and T. Buck re: same | 0.10 | 49.00 |
| B230 | 01/11/12 | ESC | Confer with D. Hall re: various issues with Amalgamated's request to receive financial statements within 45 days | 0.10 | 49.00 |
| B230 | 01/11/12 | ESC | Review e-mails from J. O'Neil re: Amalgamated Bank's legal invoices entitled to payment under cash collateral order | 0.10 | 49.00 |
| B230 | 01/11/12 | ESC | Review e-mail from D. Hall re: issues with notice period in the Amalgamated Bank cash collateral order for obtaining court relief in the event that access to cash collateral is cut off | 0.10 | 49.00 |
| B230 | 01/11/12 | ESC | Review e-mail from D. Hall to S. Keywell re: issues with timing to provide financial statements to Amalgamated Bank | 0.10 | 49.00 |
| B230 | 01/11/12 | ESC | Review and analyze various additional proposed changes to the Amalgamated Bank cash collateral order | 0.20 | 98.00 |
| B230 | 01/11/12 | ESC | E-mail chain with S. Keywell re: further issues with Amalgamated cash collateral order | 0.10 | 49.00 |
| B230 | 01/11/12 | ESC | Confer with E. Phillips re: various issues with Amalgamated Bank's cash collateral order; Confer with D. Hall re: same | 0.30 | 147.00 -$14.70 |
| B230 | 01/11/12 | ESC | Confer with T. Wheeler re: issues with the Amalgamated Bank cash collateral order, joint defense agreement, plan of reorganization, Burr Ridge stipulation, and adequate protection stipulation with Key Equipment | 0.20 | 98.00 |
| B230 | 01/11/12 | ESC | Review and respond to e-mails from D. Hall and S. Keywell re: issues with the FXI and VCT budgets | 0.10 | 49.00 |

(handwritten: ⑦)

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 01/01/12 | Other Telecommunications Charges  VENDOR: Prol, Jeffrey D.; INVOICE#: 011212-1; DATE: 1/12/2012 cell phone calls 09/21-10/20/11 | — $36.00 |
| 01/01/12 | Other Telecommunications Charges  VENDOR: Prol, Jeffrey D.; INVOICE#: 011212-1; DATE: 1/12/2012 cell phone calls 10/21-11/20/11 | — 36.00 |
| 01/01/12 | Other Telecommunications Charges  VENDOR: Prol, Jeffrey D.; INVOICE#: 011212-1; DATE: 1/12/2012 cell phone calls 11/21-12/20/11 | — 36.00 |
| 01/01/12 | Other Telecommunications Charges  VENDOR: American Express; INVOICE#: 122811; DATE: 12/28/2011 Courtcall - Telephonic court appearance | 47.08 |
| 01/01/12 | Other Telecommunications Charges  VENDOR: American Express; INVOICE#: 122811; DATE: 12/28/2011 Courtcall - Telephonic court appearance | 39.59 |
| 01/01/12 | Other Telecommunications Charges  VENDOR: American Express; INVOICE#: 012812; DATE: 1/28/2012 Courtcall - Telephonic Court appearance | 32.10 |
| 01/01/12 | Other Telecommunications Charges  VENDOR: Prol, Jeffrey D.; INVOICE#: 030512; DATE: 3/5/2012 cell phone calls 12/21/11-01/20/12 | — 45.67 |
| 01/09/12 | Other Telecommunications Charges  VENDOR: Rosen, Kenneth A.; INVOICE#: 012412; DATE: 1/24/2012 cell phone calls 12/10/11 - 01/09/12 | — 6.76 |
| 01/10/12 | Other Telecommunications Charges  VENDOR: American Express; INVOICE#: 012812; DATE: 1/28/2012 Telephonic Court appearance | 32.10 |
| 01/01/12 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 10330877 DATE: 12/31/2011 ReadyConference - Toll Free  - USA Transation Date 12/15/11 | 5.32 |
| 01/01/12 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 10330877 DATE: 12/31/2011 ReadyConference - Toll Free  - USA Transction Date 12/2/11 | 22.09 |
| 01/01/12 | Out of state ground travel  VENDOR: American Express/Trv. INVOICE#: 122811 DATE: 12/28/2011 Ticket #: 1120510504; Route: NYP WIL NYP; Date: 12/06/2011; LTS #: 68093 Transaction Date 12/5/11 | 198.00 |
| 01/01/12 | Out of state ground travel  VENDOR: American Express/Trv. INVOICE#: 122811 DATE: 12/28/2011 Ticket #: 1121512165; Route: NYP WIL NYP; Date: 12/16/2011; LTS #: 68516 Transaction Date 12/15/11 | 256.00 |
| 01/01/12 | Out of state ground travel  VENDOR: American Express/Trv. INVOICE#: 122811 DATE: 12/28/2011 Ticket #: 1121512134; Route: NWK WIL NWK; Date: 12/16/2011; LTS #: 68517 Transaction Date 12/15/11 | 256.00 |
| 01/01/12 | Out of state ground travel  VENDOR: American Express/Trv. INVOICE#: 122811 DATE: 12/28/2011 Ticket #: 0569623538; Route: ; Date: ; LTS #: 68093 Transaction Date 12/5/11 | 39.00 |
| 01/01/12 | Out of state ground travel  VENDOR: American Express/Trv. INVOICE#: 122811 DATE: 12/28/2011 Ticket #: 0569904401; Route: ; Date: ; LTS #: 68516 | 39.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.
Invoice No.: 614685

Page 3
December 23, 2011

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B110 | 11/03/11 | ESC | Review e-mail from court reporter re: transcript of 341 hearing; draft e-mail to and review response from T. Wheeler re: same | 0.10 | 49.00 |
| ④ B110 | 11/03/11 | JSB | Organize, review and set up file | 1.00 | —95.00 |
| B110 | 11/04/11 | ESC | E-mail chain with D. Claussen re: issues with committee call | 0.10 | 49.00 |
| B110 | 11/04/11 | TRW | Exchange correspondence with D. Claussen re: Committee member expense reimbursement | 0.10 | 49.00 |
| B110 | 11/06/11 | ESC | Review e-mail from T. Wheeler re: issues with payments made by committee members | 0.10 | 49.00 |
| B110 | 11/07/11 | ESC | Confer with T. Wheeler re: status of case | 0.30 | 147.00 |
| B110 | 11/09/11 | DC | Retrieve Monthly Operating Report filed by 5300 Katrine and forward same to financial advisors via e-mail | 0.20 | 38.00 |
| B110 | 11/09/11 | ESC | Review and analyze critical date memorandum | 0.10 | 49.00 |
| ④ B110 | 11/09/11 | JSB | Organize, review and set up file | 1.50 | —142.50 |
| B110 | 11/11/11 | ESC | Review e-mail from H. Goldstein re: issues with joint defense agreement | 0.10 | 49.00 |
| B110 | 11/11/11 | ESC | Review and analyze draft joint defense agreement (.4); phone call to D. Van Grouw re: same (.2) | 0.60 | 294.00 |
| B110 | 11/11/11 | ESC | Draft joint defense/common interest agreement with the debtors | 0.90 | 441.00 |
| B110 | 11/14/11 | DC | Retrieve Monthly Operating Report for September 2011 for Veluchamy and forward same to the financial advisors | 0.10 | 19.00 |
| B110 | 11/14/11 | DC | Review Notice of Agenda for 11-15 Hearing and circulate same to the attorney team | 0.20 | 38.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.
Invoice No.: 614685

Page 7
December 23, 2011

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 11/03/11 | TRW | Exchange correspondence with D. Candeub re: upcoming Committee conference call | 0.10 | 49.00 |
| B150 | 11/04/11 | DC | Review Flash Report forwarded by EisnerAmper, revise telephonic minutes from 10/21/11, and prepare for committee conference call | 0.50 | 95.00 |

(7)  -$9.50

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 11/04/11 | DC | Participate on committee conference call and take meeting minutes | 1.10 | 209.00 |
| B150 | 11/04/11 | DC | Respond to e-mails from committee members re: attendance on the conference call | 0.10 | 19.00 |
| B150 | 11/04/11 | ESC | Review e-mail from T. Buck re: flash report for committee call; review and analyze flash report | 0.40 | 196.00 |
| B150 | 11/04/11 | TRW | Telephone conference with M. Gordon re: bank of America venue transfer motion | 0.30 | 147.00 |
| B150 | 11/04/11 | TRW | Attend weekly telephonic Committee meeting re: case update and pending matters | 0.80 | 392.00 |
| B150 | 11/08/11 | TRW | Telephone conference with Advanced Mailing re: bank of America subpoena and request for documents | 0.30 | 147.00 |
| B150 | 11/08/11 | TRW | Telephone conference with H. Vale of Superior Staffing re: bank of America subpoena and document request | 0.20 | 98.00 |
| B150 | 11/10/11 | ESC | E-mail chain with T. Wheeler re: issues with call from S. Friedman of CRG | 0.10 | 49.00 |
| B150 | 11/10/11 | ESC | Review e-mail from D. Claussen re: issues with committee call minutes and fee application | 0.10 | 49.00 |
| B150 | 11/10/11 | TRW | Review correspondence from D. Claussen re: update and minutes for Committee | 0.10 | 49.00 |
| B150 | 11/16/11 | DC | Respond to e-mails from the attorney team re: coordination of Committee Conference call for November 18, 2011 | 0.10 | 19.00 |
| B150 | 11/16/11 | DC | Prepare draft Minutes from 11/4/11 Committee Conference call | 1.10 | 209.00 |
| B150 | 11/16/11 | ESC | Confer with D. Claussen re: issues with committee call and minutes | 0.10 | 49.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.
Invoice No.: 614685

Page 19
December 23, 2011

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| | | | Total B185 - Assumption/Rejection of Leases and Contracts | 0.50 | $245.00 |

**B190 Other Contested Matters (excluding assumption/rejection motions)**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 11/01/11 | DC | Review Notice of Hearing filed by Bank of America and update calendar with hearing date | 0.10 | 19.00 |
| B190 | 11/01/11 | DC | Retrieve and review Debtors' Response to the Objections filed by BOA and US Trustee re: the Confidentiality Motion | 0.10 | 19.00 |
| B190 | 11/01/11 | DC | Retrieve Scheduling Order relating to BOA Venue Motion and draft summary of all deadlines set forth therein for distribution to the committee professionals and update critical dates memo and calendar with same | 1.10 | 209.00 -$20.90 |
| B190 | 11/01/11 | ESC | Review e-mails from M. Felger re: issues with (a) committee's joinder to debtors' sterling Dip financing motion and (b) response to Bank of America's objection to same | 0.10 | 49.00 |
| B190 | 11/01/11 | ESC | Review e-mail from D. Claussen re: issues with scheduling order concerning motion to transfer venue | 0.10 | 49.00 |
| B190 | 11/01/11 | ESC | Review e-mail chain between M. McClintock and the US Trustee concerning rule 107 protective order motion | 0.10 | 49.00 |
| B190 | 11/01/11 | TRW | Review notice of hearing for bank of America venue transfer motion | 0.10 | 49.00 |
| B190 | 11/01/11 | TRW | Further drafting and revisions to joinder in support of Debtors' debtor in possession financing motion | 0.90 | 441.00 |
| B190 | 11/01/11 | TRW | Telephone conference with E. Chafetz re: response to bank of America motion to transfer venue | 0.20 | 98.00 |
| B190 | 11/01/11 | TRW | Drafting and revisions to joinder to Debtors' motion for debtor in possession financing | 1.70 | 833.00 |
| B190 | 11/01/11 | TRW | Review correspondence from D. Claussen re: critical dates included in bank of America scheduling order | 0.10 | 49.00 |

(7)

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.
Invoice No.: 614685

Page 39
December 23, 2011

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 11/18/11 | ESC | Review e-mail chain between T. Wheeler and J. Prol re: issues with committee member deposition | 0.10 | 49.00 |
| B190 | 11/18/11 | ESC | Review e-mail chain between counsel for Plami and counsel for Bank of America re: issues with Plami's deposition | 0.20 | 98.00 |
| B190 | 11/18/11 | ESC | Review e-mail from T. Wheeler to P. Rydzik re: issues with deposition of committee representative (.1); phone call with T. Wheeler re: same (.2) | 0.30 | 147.00 |
| B190 | 11/18/11 | ESC | Phone call with T. Wheeler re: issues with discovery | 0.20 | 98.00 |
| B190 | 11/18/11 | ESC | Review documents responsive to Bank of America's discovery requests | 1.80 | 882.00 |
| B190 | 11/18/11 | ESC | Phone call with T. Wheeler to S. Brown re: issues with committee member deposition | 0.10 | 49.00 |
| B190 | 11/18/11 | ESC | Phone call with T. Wheeler re: issues with Bank of America discovery and call with S. Brown | 0.10 | 49.00 |
| B190 | 11/18/11 | TRW | Review draft settlement proposal from the Debtors' principals to the chapter 7 trustee in connection with certain potential claims against the Debtors' estates | 0.30 | 147.00 |
| B190 | 11/18/11 | TRW | Telephone conference with E. Chafetz re: discovery issues related to Bank of America venue transfer motion | 0.30 | 147.00 |
| B190 | 11/18/11 | TRW | Participate in discovery issues status conference before Judge Carey (.6); follow up with E. Chafetz (.2) | 0.80 | 392.00 |
| ⑦ B190 | 11/18/11 | TRW | Review and negotiate outstanding discovery issues related to Bank of America motion to transfer venue | 2.80 | 1,372.00 −$137.20 |
| B190 | 11/19/11 | TRW | Review correspondence from H. Roin and M. McClintock re: discovery issues related to Bank of America motion to transfer venue | 0.10 | 49.00 |
| B190 | 11/19/11 | TRW | Review correspondence from H. Roin and M. McClintock re: discovery issues related to Bank of America venue transfer motion | 0.20 | 98.00 |
| B190 | 11/20/11 | TRW | Attend conference call with Bank of America's counsel and the Debtors' counsel re: discovery issues | 0.80 | 392.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Case 12-05861  Doc 730  Filed 09/26/12  Entered 09/27/12 08:33:52  Desc Main
Document  Page 12 of 19

The Official Committee of Unsecured Creditors of Qualteq, Inc.
Invoice No.: 614685

Page 59
December 23, 2011

## DISBURSEMENT DETAIL:

| Date | Description | Amount |
|---|---|---|
| 10/12/11 | Other Telecommunications Charges VENDOR: American Express; INVOICE#: 102811; DATE: 10/28/2011 Telephonic Court Appearance | $47.08 |
| 10/05/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 09695850 DATE: 10/31/2011 ReadyConference - Toll Free - USA | 6.73 |
| 10/05/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 09695850 DATE: 10/31/2011 ReadyConference - Toll Free - USA | 8.83 |
| 10/06/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 09695850 DATE: 10/31/2011 ReadyConference - Toll Free - USA | 0.99 |
| 10/07/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 09695850 DATE: 10/31/2011 ReadyConference - Local Access - USA | 3.09 |
| 10/07/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 09695850 DATE: 10/31/2011 ReadyConference - Toll Free - USA | 30.75 |
| 10/07/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 09695850 DATE: 10/31/2011 ReadyConference - Toll Free - USA | 0.19 |
| 10/14/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 09695850 DATE: 10/31/2011 ReadyConference - Toll Free - USA | 7.99 |
| 10/14/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 09695850 DATE: 10/31/2011 ReadyConference - Toll Free - USA | 8.09 |
| 10/14/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 09695850 DATE: 10/31/2011 ReadyConference - Toll Free - USA | 1.14 |
| 10/20/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 09695850 DATE: 10/31/2011 ReadyConference - Toll Free - USA | 0.14 |
| 10/21/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 09695850 DATE: 10/31/2011 ReadyConference - Local Access - USA | 3.14 |
| 10/21/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 09695850 DATE: 10/31/2011 ReadyConference - Toll Free - USA | 42.41 |
| 10/24/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 09695850 DATE: 10/31/2011 ReadyConference - Toll Free - USA | 20.78 |
| 10/24/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 09695850 DATE: 10/31/2011 ReadyConference - Toll Free - USA | 0.38 |
| 11/10/11 | Transcript Charges VENDOR: Reliable Copy Service, Inc.; INVOICE#: WL029997-B; DATE: 11/10/2011 Transcript Charges | 789.90 |
| 11/16/11 | Travel - Airfare VENDOR: Wheeler, Timothy R.; INVOICE#: 112111; DATE: 11/21/2011 Settlement Conference - From: New Jersey / To: Chicago IL / Travel Date: 11/16/11 | 923.40 |
| 11/02/11 | Travel - Meals VENDOR: Chafetz, Eric S.; INVOICE#: 110311; DATE: 11/3/2011 attend 341 meeting - From: | 39.40 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.
Invoice No.: 614685

Page 60
December 23, 2011

| | | | |
|---|---|---|---|
| | | office / To: Delaware / Travel Date: 11/02/11 | |
| ⑥ | 11/22/11 | Travel - Meals  VENDOR: Chafetz, Eric S.; INVOICE#: 112311; DATE: 11/23/2011 attend hearing on Bank of America discovery issues - From: office / To: Delaware / Travel Date: 11/21, 11/22/11 | — 70.09 |
| | 10/05/11 | Out of state ground travel  VENDOR: American Express/Trv. INVOICE#: 102811 DATE: 10/28/2011 Ticket #: 1100518483; Route: NYP WIL NYP; Date: 10/06/2011; LTS #: 65577 | 249.00 |
| | 10/05/11 | Out of state ground travel  VENDOR: American Express/Trv. INVOICE#: 102811 DATE: 10/28/2011 Ticket #: 1100518514; Route: NWK WIL NWK; Date: 10/06/2011; LTS #: 65578 | 249.00 |
| | 10/05/11 | Out of state ground travel  VENDOR: American Express/Trv. INVOICE#: 102811 DATE: 10/28/2011 Ticket #: 0550807584; Route: ; Date: ; LTS #: 65577 | 39.00 |
| | 10/06/11 | Out of state ground travel  VENDOR: American Express/Trv. INVOICE#: 102811 DATE: 10/28/2011 Ticket #: 1100518514; Route: NWK WIL NWK; Date: 10/06/2011; LTS #: 65578 | 39.00 |
| | 11/02/11 | Local Travel  VENDOR: Chafetz, Eric S.; INVOICE#: 110311; DATE: 11/3/2011 attend 341 meeting - From: office / To: Delaware / Travel Date: 11/02/11 | 15.00 |
| | 11/03/11 | Local Travel  VENDOR: Wheeler, Timothy R.; INVOICE#: 110411; DATE: 11/4/2011 hearing - From: office / To: Newark / Travel Date: 11/03/11 | 42.32 |
| | 11/16/11 | Local Travel  VENDOR: Wheeler, Timothy R.; INVOICE#: 112111; DATE: 11/21/2011 Settlement Conference - From: New Jersey / To: Chicago IL / Travel Date: 11/16/11 | 56.87 |
| | 11/22/11 | Local Travel  VENDOR: Chafetz, Eric S.; INVOICE#: 112311; DATE: 11/23/2011 attend hearing on Bank of America discovery issues - From: office / To: Delaware / Travel Date: 11/21, 11/22/11 | 69.00 |
| ⑪ | 11/02/11 | Computerized legal research: Westlaw: User Name: WHEELER,TIMOTHY R / Duration of Search: 00:00 | — $157.61 |
| ⑪ | 11/04/11 | Computerized legal research: Westlaw: User Name: WHEELER,TIMOTHY R / Duration of Search: 00:00 | — 18.81 |
| | | Total Disbursements | $2,940.13 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualtec, Inc.
Invoice No.: 617616

Page 2
January 26, 2012

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B110 | 12/02/11 | ESC | Confer with T. Wheeler re: issues with omnibus hearing | 0.10 | $49.00 |
| B110 | 12/02/11 | ESC | Review agenda for December 6, 2011 hearing | 0.10 | 49.00 |
| B110 | 12/05/11 | ESC | Draft e-mail to and review response from debtors' counsel re: Bank of America's fraudulent transfer analysis | 0.10 | 49.00 |
| B110 | 12/05/11 | ESC | E-mail chain with E. Phillips re: issues with debtors' use of DISC vehicles | 0.10 | 49.00 |
| B110 | 12/06/11 | DC | Retrieve all orders entered on 12/6/11 and forward same the attorney team via e-mail | 0.20 | 38.00 |
| B110 | 12/06/11 | ESC | Confer with T. Wheeler re: recap of omnibus hearing | 0.30 | 147.00 |
| B110 | 12/06/11 | ESC | E-mail chain with M. McClintock re: issues with committee appearance at omnibus hearing | 0.10 | 49.00 |
| B110 | 12/06/11 | ESC | Confer with D. Claussen re: issues with orders entered after omnibus hearing | 0.10 | 49.00 |
| B110 | 12/08/11 | DC | Review docket and judge's calendar for hearing dates and deadlines, review Notice of Agenda and Order Setting Omnibus Hearing dates and update attorney calendar and critical dates memo | 1.10 | 209.00 −$20.90 |
| B110 | 12/09/11 | DC | Review Notice of Amended Agenda and Order Setting Omnibus Hearing Dates and forward same to the attorney team | 0.20 | 38.00 |
| B110 | 12/09/11 | ESC | Confer with D. Claussen re: issues with motion to extend exclusivity | 0.10 | 49.00 |

(7)

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Case 12-05861  Doc 730  Filed 09/26/12  Entered 09/27/12 08:33:52  Desc Main
Document  Page 15 of 19

The Official Committee of Unsecured Creditors of Qualteq, Inc.
Invoice No.: 617616

Page 14
January 26, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 12/28/11 | DC | Review docket for Certificates of No Objection, update fee application chart in preparation for hearing on Interim Fee Applications and confer with T. Wheeler re: same | 0.40 | 76.00 |

⑦ −$7.60

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 12/28/11 | ESC | Confer with T. Wheeler re: issues with the hearing on LS interim fee application and the Amalgamated Bank cash collateral order | 0.30 | 147.00 |
| B160 | 12/29/11 | DC | Draft e-mail to L. Bonito re: CNO dates for preparation of November fee application | 0.10 | 19.00 |
| B160 | 12/29/11 | ESC | Review e-mail from G. Buccellato re: issues with second monthly fee application of LS | 0.10 | 49.00 |
| | | | **Total B160 - Fee/Employment Applications** | **10.30** | **$3,104.50** |

**B165 Employment and Retention Applications - Others**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B165 | 12/02/11 | TRW | Review correspondence from H. Goldstein and T. Mills re: final revisions to Focalpoint engagement letter and related retention order | 0.20 | 98.00 |
| B165 | 12/07/11 | ESC | Review notice of hearing regarding interim fee applications of professionals | 0.10 | 49.00 |
| B165 | 12/17/11 | ESC | Review e-mail from M. Felger re: issues with local counsel's first fee application | 0.10 | 49.00 |
| B165 | 12/17/11 | TRW | Exchange correspondence with E. Phillips, M. Millis, M. Felger and E. Chafetz re: hearing on interim fee applications | 0.20 | 98.00 |
| B165 | 12/19/11 | ESC | E-mail chain with M. Felger re: issues with appearances at interim compensation hearing | 0.10 | 49.00 |
| B165 | 12/19/11 | ESC | Review e-mail from E. Phillips re: issues with the Eisner Amper fee application | 0.10 | 49.00 |
| B165 | 12/19/11 | ESC | E-mail chain with M. McClintock, T. Wheeler and F. Feinstein re: issues with call to discuss Burr Ridge Bank's objections to committee's professionals' fee applications and continued use of cash collateral | 0.10 | 49.00 |

The Official Committee of Unsecured Creditors of Qualteq, Inc.  
Invoice No.: 617616

Page 16  
January 26, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B165 | 12/28/11 | ESC | Review e-mail from D. Claussen re: various issues with hearing on interim fee applications | 0.10 | 49.00 |
| B165 | 12/28/11 | TRW | Review as filed version of order approving first interim fee applications | 0.10 | 49.00 |
| B165 | 12/28/11 | TRW | Exchange correspondence with D. Claussen re: hearing on first interim fee applications | 0.10 | 49.00 |
| | | | **Total B165 - Employment and Retention Applications - Others** | **3.00** | **$1,470.00** |

B170 Fee/Employment Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B170 (7) | 12/01/11 | ESC | Review and revise e-mail from T. Buck re: proposal to Debtors' counsel concerning investment banker retention; confer with T. Wheeler re: same | 0.40 | 196.00 −$19.60 |
| B170 | 12/01/11 | ESC | Review and respond to various e-mail from the Debtors' professionals re: proposed changes to investment banker's fee structure | 0.10 | 49.00 |
| B170 | 12/01/11 | ESC | Confer with T. Wheeler, E. Phillips re: investment banker retention issues | 0.40 | 196.00 |
| B170 | 12/01/11 | ESC | E-mails to and from H. Goldstein re: scheduling follow up call regarding FocalPoint's retention | 0.10 | 49.00 |
| B170 | 12/01/11 | ESC | Call with the Debtors' professionals re: FocalPoint retention issues | 0.60 | 294.00 |
| B170 | 12/01/11 | ESC | Draft e-mail to team re: updated information for follow up call concerning FocalPoint retention | 0.10 | 49.00 |
| B170 | 12/01/11 | ESC | Draft e-mail to Committee professionals re: preparation for follow up call concerning FocalPoint retention | 0.10 | 49.00 |
| B170 | 12/01/11 | ESC | Call with committee professionals re: issues with FocalPoint retention | 0.30 | 147.00 |
| B170 | 12/01/11 | TRW | Telephone conference with T. Buck, E. Phillips and E. Chafetz re: issues in connection with proposed retention of Focalpoint as Debtors' investment bankers | 0.50 | 245.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.
Invoice No.: 617616

Page 34
January 26, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 12/14/11 | ESC | Review e-mail chain between counsel for Sterling Bank and Bank of America's counsel re: issues with testimony during venue transfer hearing | 0.10 | 49.00 |
| B190 | 12/14/11 | ESC | Review e-mail from T. Wheeler to H. Goldstein re: issues with hearing on Bank of America's motion to transfer venue | 0.10 | 49.00 |
| B190 | 12/14/11 | ESC | Review e-mail from judge Carey's clerk re: issues with exhibits for venue transfer hearing | 0.10 | 49.00 |
| B190 | 12/14/11 | ESC | Confer with T. Wheeler re: issues with Bank of America's motion to transfer venue | 0.10 | 49.00 |
| B190 | 12/14/11 | JDP | Telephone conference with Debtors' counsel re: BOA motion to transfer venue | 0.60 | 369.00 |
| B190 | 12/14/11 | TRW | Initial review of Bank of America's trial brief and related exhibits in support of motion to transfer venue | 0.80 | 392.00 |
| B190 | 12/14/11 | TRW | Initial review of Bank of America's trial brief and exhibits in support of venue transfer motion | 0.40 | 196.00 |
| B190 | 12/14/11 | TRW | Review correspondence from S. Harris re: discovery issues related to motion to transfer venue | 0.10 | 49.00 |
| B190 | 12/14/11 | TRW | Review correspondence from Bank of America re: exhibits to pre-trial submissions | 0.10 | 49.00 |
| B190 | 12/14/11 | TRW | Exchange correspondence with H. Goldstein re: venue motion transfer | 0.10 | 49.00 |
| B190 | 12/14/11 | TRW | Telephone conference with Debtors re: venue transfer motion strategy | 0.70 | 343.00 |
| B190 | 12/14/11 | TRW | Initial review of Bank of America proofs of claim in connection with venue transfer motion | 0.40 | 196.00 |
| B190 | 12/15/11 | DC | Review Notice of Agenda for Bank of America Transfer Venue Trial, compile all pleadings and exhibits for trial binder, prepare index, prepare binder, forward all documents to E. Chafetz for preparation of duplicate binder and confer with T. Wheeler re: same | 3.90 | 741.00 |
| B190 | 12/15/11 | ESC | Review and analyze debtors' motion to strike statement included in Bank of America's trial brief in support of motion to transfer venue | 0.10 | 49.00 |

(7)

-$74.10

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.  
Invoice No.: 617616

Page 36  
January 26, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 12/15/11 | ESC | Confer with T. Wheeler re: various issues with opening remarks for motion to transfer venue hearing | 0.10 | 49.00 |
| B190 | 12/15/11 | ESC | Review and revise T. Wheeler's proposed opening remarks for hearing on Bank of America's motion to transfer venue (.5); confer with T. Wheeler re: same (.3) | 0.80 | 392.00 |
| B190 | 12/15/11 | ESC | Prepare for and phone call with debtors' counsel re: strategy for hearing on motion to transfer venue | 0.50 | 245.00 |
| B190 | 12/15/11 | ESC | Confer with T. Wheeler and J. Prol re: issues with hearing on motion to transfer venue | 0.10 | 49.00 |
| B190 | 12/15/11 | ESC | Review various documents in preparation for hearing on motion to transfer venue | 3.00 | 1,470.00 |
| ⑦ B190 | 12/15/11 | GCB | Preparation of trial binder and numerous discussions with team relating to same | 5.50 | 990.00 -$99 |
| B190 | 12/15/11 | JDP | Telephone conference with Debtors' counsel re: venue hearing | 0.50 | 307.50 |
| B190 | 12/15/11 | TRW | Telephone conference with the Debtors re: hearing strategy re: venue transfer motion | 0.60 | 294.00 |
| B190 | 12/15/11 | TRW | Review original notice of hearing for matters scheduled for December 16, 2011 | 0.10 | 49.00 |
| B190 | 12/15/11 | TRW | Exchange correspondence and documents with L. Tobiason in connection with motion to transfer venue | 0.40 | 196.00 |
| B190 | 12/15/11 | TRW | Drafting and revisions to opening remarks and closing argument in connection with hearing on venue transfer motion | 3.90 | 1,911.00 |
| B190 | 12/15/11 | TRW | Review documents, pleadings and correspondence in preparation for hearing on venue transfer motion | 2.40 | 1,176.00 |
| B190 | 12/15/11 | TRW | Review entered order granting Bank of America's motion to strike ad hoc committee objection to venue transfer motion | 0.10 | 49.00 |
| B190 | 12/15/11 | TRW | Review amended notice of agenda for matters to be heard December 16, 2011 | 0.10 | 49.00 |
| B190 | 12/15/11 | TRW | Review unredacted memo from the chapter 7 trustee produced in connection with venue transfer motion | 0.20 | 98.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.
Invoice No.: 617616

Page 57
January 26, 2012

## DISBURSEMENT DETAIL:

| Date | Description | Amount |
|---|---|---|
| 11/04/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 10118627 DATE: 11/30/2011 ReadyConference - Local Access - USA | $2.42 |
| 11/04/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 10118627 DATE: 11/30/2011 ReadyConference - Toll Free - USA | 16.63 |
| 11/08/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 10118627 DATE: 11/30/2011 ReadyConference - Toll Free - USA | 14.05 |
| 11/17/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 10118627 DATE: 11/30/2011 ReadyConference - Toll Free - USA | 27.87 |
| 11/18/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 10118627 DATE: 11/30/2011 ReadyConference - Toll Free - USA | 1.56 |
| 11/30/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 10118627 DATE: 11/30/2011 ReadyConference - Toll Free - USA | 6.04 |
| 11/30/11 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 10118627 DATE: 11/30/2011 ReadyConference - Toll Free - USA | 0.19 |
| 12/06/11 | ⑥ Travel - Meals VENDOR: Chafetz, Eric S.; INVOICE#: 120711; DATE: 12/7/2011 attend Omnibus hearing - From: New Jersey / To: Delaware / Travel Date: 12/06/11 | — 65.89 |
| 12/12/11 | ⑥ Travel - Meals VENDOR: Chafetz, Eric S.; INVOICE#: 121411; DATE: 12/14/2011 attend hearing on Ad Hoc Committee and Bank of America discovery issues - From: New York / To: Delaware / Travel Date: 12/12/11 | — 61.31 |
| 12/16/11 | ⑥ Travel - Meals VENDOR: Chafetz, Eric S.; INVOICE#: 121911; DATE: 12/19/2011 participate in hearing on motion to transfer venue - From: office / To: court / Travel Date: 12/16/11 | — 9.60 |
| 11/01/11 | Out of state ground travel VENDOR: American Express/Trv. INVOICE#: 112811 DATE: 11/28/2011 Ticket #: 1110117055; Route: NYP WIL NYP; Date: 11/02/2011; LTS #: 66806 | 272.00 |
| 11/01/11 | Out of state ground travel VENDOR: American Express/Trv. INVOICE#: 112811 DATE: 11/28/2011 Ticket #: 0551662711; Route: ; Date: ; LTS #: 66806 | 39.00 |
| 11/02/11 | Out of state ground travel VENDOR: American Express/Trv. INVOICE#: 112811 DATE: 11/28/2011 Ticket #: 1110215184; Route: NWK WIL NWK; Date: 11/03/2011; LTS #: 66867 | 272.00 |
| 11/02/11 | Out of state ground travel VENDOR: American Express/Trv. INVOICE#: 112811 DATE: 11/28/2011 Ticket #: 0568699957; Route: ; Date: ; LTS #: 66867 | 39.00 |
| 11/02/11 | Out of state ground travel VENDOR: American Express/Trv.; INVOICE#: 112811; DATE: 11/28/2011 - VENDOR: American Express/Trv. INVOICE#: 112811 DATE: 11/28/2011 Amtrak credit tkt# 0530576362 | | -29.70 |
| 11/08/11 | Out of state ground travel VENDOR: American Express/Trv.; INVOICE#: 112811; DATE: 11/28/2011 - VENDOR: American Express/Trv. INVOICE#: 112811 DATE: 11/28/2011 Amtrak tkt# 5855521607 | | -1.80 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.