UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

SEP 26 2012

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE



In re:  )
       )
       )   Case No. 12 B 05861
QUALTEQ, INC.,  )
d/b/a VCT NEW JERSEY, INC., et al.,  )
       )
       )   Chapter 11
       )
Debtors.  )
       )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO LOWENSTEIN SANDLER PC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $286,663.50 | TOTAL COSTS REQUESTED: | $12,576.26 |
| TOTAL FEES REDUCED: | $5,278.70 | TOTAL COSTS REDUCED: | $9,016.12 |
| TOTAL FEES ALLOWED: | $281,384.80 | TOTAL COSTS ALLOWED: | $3,560.14 |

**TOTAL FEES AND COSTS ALLOWED: $284,944.94**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below. Due to the large number of detailed time entries contained in the fee application, the court employed a sampling methodology to review the application. The court reviewed approximately one-half of all detailed time entries and multiplied all disallowances by two. All requests for reimbursement of expenses were reviewed.

(5)  **Duplication of Services**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991); *In re Pettibone*, 74 B.R. at 303.

(6)  **Meal Expenses**

The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

(7)     **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(11)    **Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

(14)    **Computational or Typographical Error**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated: Sept. 26 2012

Eugene R. Wedoff
United States Bankruptcy Judge

The Official Committee of Unsecured Creditors of Qualteq, Inc.  
Invoice No.: 622922

Page 10  
March 22, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B140 | 02/07/12 | ESC | Confer with T. Wheeler re: various issues with the debtors' emergency motion related to the chapter 7 assertion that the proposed plan violates the automatic stay, issues with Crowe Horwath's fees and issues with Amalgamated Bank's fees | 0.30 | 147.00 |
| B140 | 02/07/12 | JDP | Prepare for hearing on motion to lift stay in chapter 7 case | 1.50 | 922.50 |
| B140 | 02/07/12 | JDP | Attend telephonic hearing on motion to lift stay in chapter 7 case | 2.00 | 1,230.00 |
| B140 | 02/07/12 | TRW | Review correspondence from M. McClintock, J. Prol and E. Chafetz re: telephonic appearance at initial hearing on Debtors' motion for stay relief in the Veluchamy's chapter 7 bankruptcy case | 0.10 | 49.00 |
| B140 | 02/08/12 | ESC | Begin reviewing and analyzing debtors' amended motion in response to chapter 7 trustee's claim that the proposed plan violates the automatic stay | 0.60 | 294.00 |
| B140 | 02/08/12 | JDP | Review and comment of debtors' emergency motion for declaration that stay is not applicable or to lift/annul stay | 1.00 | 615.00 |
| B140 | 02/08/12 | TRW | Further review of Debtors' amended motion to lift stay in chapter 7 case | 0.20 | 98.00 |
| B140 | 02/08/12 | TRW | Confer with J. Prol re: Debtors' lift stay motion in chapter 7 case and hearing coverage | 0.20 | 98.00 |
| B140 | 02/09/12 | ESC | Review e-mail from A. Kapai re: issues with the debtors' amended emergency motion related to the chapter 7 trustee's claim that the proposed plan violates the automatic stay | 0.10 | 49.00 |
| B140 | 02/09/12 | ESC | Phone call with J. Prol re: various issues with the debtors' supplemental motion concerning the chapter 7 trustee's claim that the debtors' plan violates the automatic stay | 0.10 | 49.00 |
| B140 | 02/10/12 | ESC | Review various documents to locate scheduling order related to the debtors' emergency motion for a determination that their plan does not violate the chapter 7 automatic stay; draft e-mail to committee members re: same | 0.20 | 98.00 |

*-$9.80* (handwritten)

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.	Page 26
Invoice No.: 622922	March 22, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 02/29/12 | DC | Review and print docket sheets from chapter 7 and chapter 11 cases, review local rules re: admission and finalize pro hac papers, confer with local counsel re: filing requirements, tend to filing pro hac papers with the court, draft letter to the district court enclosing check for payment of filing fees | 1.90 | 361.00 |
| B190 | 02/29/12 | TRW | Review order extending deadline for objections to dischargeability in chapter 7 case | 0.10 | 49.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 10.10 | $4,304.00 |

(7) − $36.10

B195 Non-Working Travel

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B195 | 02/29/12 | TRW | Travel to Chicago to attend hearing on Debtors' motion for stay relief in chapter 7 case | 7.70 | 1,886.50 |
| | | | **Total B195 - Non-Working Travel** | 7.70 | $1,886.50 |

B200 - Operations

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 02/01/12 | ESC | Review e-mail from J. O'Neil re: issues with time entries related to confidentiality agreement referenced in bills sought to be paid pursuant to cash collateral order | 0.10 | 49.00 |
| B230 | 02/03/12 | TRW | Review correspondence from E. Chafetz re: Amalgamated Bank legal fees in connection with cash collateral order | 0.10 | 49.00 |
| B230 | 02/06/12 | DC | Review docket and Order re: extension of time for lien challenge deadline with respect to Amalgamated and update critical dates memo | 0.40 | 76.00 |
| B230 | 02/06/12 | ESC | Confer with T. Wheeler re: issues with the Sterling DIP budget | 0.10 | 49.00 |
| B230 | 02/06/12 | ESC | Review and analyze e-mail and revised DIP budget related to the Sterling Bank loan | 0.10 | 49.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

The Official Committee of Unsecured Creditors of Qualteq, Inc.  Page 30
Invoice No.: 622922  March 22, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 02/01/12 | TRW | Draft correspondence to J. Prol re: professionals' call to discuss plan issues | 0.10 | 49.00 |
| B320 | 02/03/12 | ESC | Review and analyze the debtors' second motion to extend the exclusive period by which they may solicit acceptances of a chapter 11 plan of reorganization | 0.20 | 98.00 |
| B320 | 02/03/12 | TRW | Initial review of the Debtors' motion to further extend exclusivity periods | 0.20 | 98.00 |
| B320 | 02/04/12 | TRW | Initial review of correspondence from the United States Trustee re: comments on the Debtors' plan and disclosure statement | 0.10 | 49.00 |
| B320 | 02/05/12 | TRW | Further review of comments from United States Trustee in connection with Debtors' plan and disclosure statement | 0.30 | 147.00 |
| B320 | 02/06/12 | ESC | Review e-mail from the US Trustee re: issues with plan and disclosure statement (.7); confer with T. Wheeler re: same (.2) | 0.90 | 441.00 |
| B320 | 02/06/12 | ESC | Confer with D. Claussen re: second motion to extend exclusivity | 0.10 | 49.00 |
| B320 | 02/06/12 | JDP | Review trustee letter re: stay violation; review debtors' draft motion in response; develop position | 1.80 | 1,107.00  — $110.70 |
| B320 | 02/06/12 | JDP | Telephone conference with M. McClintock re: emergency motion re: alleged stay violation | 0.20 | 123.00 |
| B320 | 02/07/12 | DC | Review and download Debtors' Second Motion to Extend Exclusivity, update calendar and circulate same to the attorney team | 0.10 | 19.00 |
| B320 | 02/08/12 | ESC | Confer with T. Wheeler re: various issues with committee call and plan of reorganization | 0.10 | 49.00 |
| B320 | 02/08/12 | ESC | Review e-mail from T. Wheeler re: proposed adjournment of disclosure statement hearing | 0.10 | 49.00 |
| B320 | 02/08/12 | JDP | Confer with T. Wheeler re: adjournment of disclosure statement hearing | 0.20 | 123.00 |
| B320 | 02/08/12 | TRW | Review notice of adjourned disclosure statement hearing date | 0.10 | 49.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.  Page 2
Invoice No.: 625229  May 17, 2012

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B110 | 03/01/12 | DC | Review dockets in both Illinois cases for all recent filings and forward docket entries to E. Chafetz with summary | 0.30 | $57.00 |
| B110 | 03/01/12 | ESC | Confer with D. Claussen re: various case management issues | 0.10 | 49.00 |
| B110 | 03/02/12 | DC | Review all court dockets and update attorney calendars with hearing dates, objection deadlines, conference calls and scheduled appearances | 0.30 | 57.00 |
| B110 | 03/05/12 | DC | Revise Notice of Appearance for chapter 7 bankruptcy case and prepare Notice of Appearance for chapter 11 bankruptcy case | 0.30 | 57.00 |
| B110 | 03/07/12 | TRW | Telephonic meeting with M. Felger re: status of cases, local counsel issues and strategy going forward | 0.40 | 196.00 |
| B110 | 03/08/12 | DC | Review dockets in both cases to confirm filing of pro hac motions, telephone call to the Bankruptcy Court re: orders for admission and confer with T. Wheeler re: same | 0.20 | 38.00 |
| B110 | 03/09/12 | TRW | Review and revise notices of appearance for Northern District of Illinois chapter 7 case and chapter 11 cases | 0.20 | 98.00 |
| B110 | 03/13/12 | DC (7) | Review dockets and calendars in both Illinois cases, update critical dates memo and confer with E. Chafetz re: upcoming deadlines | 1.50 | 285.00 -$28.50 |
| B110 | 03/13/12 | ESC | Confer with D. Claussen re: various issues with critical date memorandum | 0.10 | 49.00 |
| B110 | 03/13/12 | ESC | Review and analyze critical date memorandum; phone call with D. Claussen re: same | 0.20 | 98.00 |
| B110 | 03/13/12 | TRW | Review correspondence from D. Claussen re: notices of appearance in Illinois chapter 7 and chapter 11 cases | 0.10 | 49.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.     Page 6
Invoice No.: 625229     May 17, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B120A | 03/07/12 | ESC | Phone call with S. Keywell re: issues with Amalgamated Bank lien review | 0.30 | 147.00 |
| B120A | 03/07/12 | ESC | Phone call with A. Kapai re: issues with Amalgamated Bank lien review | 0.20 | 98.00 |
| B120A | 03/07/12 | ESC | E-mail chain with A. Kapai re: issues with Amalgamated Bank lien review | 0.10 | 49.00 |
| B120A | 03/07/12 | ESC | Multiple phone calls with E. Newlands re: issues with Amalgamated Bank lien review | 0.20 | 98.00 |
| B120A | 03/07/12 | ESC | E-mail chain with E. Newlands re: revised lien review memorandum | 0.10 | 49.00 |
| B120A | 03/07/12 | TRW | Review various correspondence from A. Kapai, M. McClintock and E. Chafetz re: Amalgamated Bank lien review and analysis | 0.20 | 98.00 |
| B120A | 03/07/12 | TRW | Review correspondence from E. Newlands and E. Chafetz and attached draft lien review analysis in connection with pre-petition lender ABOC | 0.30 | 147.00 |
| B120A | 03/07/12 | TRW | Review correspondence from E. Chafetz re: stipulation to resolve ABOC lien issues | 0.10 | 49.00 |
| B120A | 03/08/12 | ESC | Research and draft e-mail to and review response from T. Wheeler, J. Prol and E. Newlands and D. Barkin re: conclusions with respect to Amalgamated Bank lien review | 1.10 | 539.00 −$53.90 |
| B120A | 03/08/12 | ESC | Phone call and multiple e-mails to and from counsel for Amalgamated Bank re: issues with lien review | 0.20 | 98.00 |
| B120A | 03/08/12 | JDP | Review research memo on Amalgamated Bank liens; confer with E. Chafetz re: recommendation | 0.30 | 184.50 |
| B120A | 03/08/12 | TRW | Review summary correspondence and attached memorandum re: ABOC lien review and analysis | 0.20 | 98.00 |
| B120A | 03/08/12 | TRW | Review correspondence from J. Prol re: ABOC lien analysis | 0.10 | 49.00 |
| B120A | 03/09/12 | ESC | Multiple phone calls to and from S. Keywell re: issues with Amalgamated Bank lien review | 0.30 | 147.00 |

(handwritten annotation near 03/08/12 ESC row: circled "7"; "−$53.90")

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.  
Invoice No.: 625229

Page 18  
May 17, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 03/09/12 | TRW | Telephonic conference with E. Chafetz re: agenda for upcoming Committee call | 0.10 | 49.00 |
| B150 | 03/09/12 | TRW | Exchange further correspondence with N. Reid re: Plami Committee representatives | 0.10 | 49.00 |
| B150 | 03/10/12 | ESC | Confer with D. Claussen re: issues with minutes from March 3, 2012 call | 0.10 | 49.00 |
| B150 | 03/12/12 | ESC | Confer with J. Prol re: issues with committee call | 0.10 | 49.00 |
| B150 | 03/12/12 | ESC | Confer with D. Claussen re: various issues with committee call | 0.10 | 49.00 |
| B150 | 03/12/12 | ESC | Confer with D. Claussen re: issues with committee call | 0.10 | 49.00 |
| B150 | 03/12/12 | TRW | Exchange correspondence with J. Prol re: upcoming telephonic Committee meeting | 0.10 | 49.00 |
| B150 | 03/12/12 | TRW | Review correspondence from N. Reid re: replacement Committee representative for Plami | 0.10 | 49.00 |
| B150 | 03/13/12 | DC | Draft e-mail to committee members providing dial in information for March 13, 2012 conference call | 0.10 | 19.00 |
| B150 | 03/13/12 | DC | Review status update from E. Chafetz and confer with attorney team re: cancellation of conference call | 0.20 | 38.00 |
| B150 | 03/13/12 | ESC | Draft e-mail to the committee postponing committee call and recapping hearing on debtors' motion for relief from automatic stay | 0.30 | 147.00 |
| B150 | 03/13/12 | ESC | Confer with J. Prol re: various issues with committee call and hearing involving debtors' stay relief motion | 0.10 | 49.00 |
| B150 | 03/13/12 | ESC | Review e-mail from D. Claussen to committee members re: issues with committee call | 0.10 | 49.00 |
| B150 | 03/13/12 | ESC | Confer with T. Wheeler re: various issues with committee call | 0.10 | 49.00 |
| B150 | 03/13/12 | TRW | Review correspondence from D. Candeub, N. Reid and E. Chafetz re: Debtors' motion to approve disclosure statement and chapter 7 trustee's proof of claim | 0.20 | 98.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.  
Invoice No.: 625229

Page 23  
May 17, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 03/30/12 | ESC | Confer with T. Wheeler re: issues with and comments to agenda | 0.10 | 49.00 |
| B150 | 03/30/12 | JDP | Participate in committee conference call | 1.00 | 615.00 |
| B150 | 03/30/12 | JDP | Prepare for committee call | 0.40 | 246.00 |
| B150 | 03/30/12 | TRW | Review correspondence from E. Chafetz re: revised agenda for weekly Committee telephonic meeting | 0.10 | 49.00 |
| B150 | 03/30/12 | TRW | Attend weekly telephonic Committee meeting | 1.00 | 490.00 |
| B150 | 03/30/12 | TRW | Exchange correspondence with D. Claussen re: agenda and substance of weekly Committee call | 0.10 | 49.00 |
| B150 | 03/30/12 | TRW | Exchange correspondence with E. Chafetz re: upcoming Committee telephonic meeting agenda | 0.10 | 49.00 |
| B150 | 03/30/12 | TRW | Exchange correspondence with E. Chafetz re: issues related to upcoming telephonic Committee meeting | 0.10 | 49.00 |
| B150 | 03/30/12 | TRW | Exchange correspondence with J. Prol re: revisions to Debtors' proposed plan to consider during upcoming Committee call | 0.10 | 49.00 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 32.30 | $15,184.50 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 03/02/12 | LP | Edit and revise Monthly Fee Application | 1.50 | 165.00 |
| B160 | 03/05/12 | DC | Correspondence to local counsel re: Certificate of No Objection for December fee application | 0.10 | 19.00 |
| B160 | 03/08/12 | DC | Retrieve Certificate of No Objection for December, draft e-mail to J. Prol forwarding billing details and update fee application chart accordingly | 0.20 | 38.00 |
| B160 | 03/08/12 | TRW | Review notice of certificate of no objection to LS fee application for December 2011 | 0.10 | 49.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.  Page 40
Invoice No.: 625229  May 17, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 03/08/12 | TRW | Review marked to show changes version of the Debtors' third amended disclosure statement and related correspondence | 0.30 | 147.00 |
| B320 | 03/08/12 | TRW | Review correspondence from T. Buck re: Debtors' plan and discussions with Focal Point | 0.10 | 49.00 |
| B320 | 03/08/12 | TRW | Review correspondence from J. Prol re: proposed revised sale process in connection with the Debtors' plan | 0.10 | 49.00 |
| B320 | 03/08/12 | TRW | Confer with J. Prol re: update on Debtors' plan process and upcoming hearing | 0.20 | 98.00 |
| B320 | 03/09/12 | ESC | Review e-mail chain between T. Wheeler and D. Hall re: issues with exclusivity motion and hearing to approve exit financing | 0.10 | 49.00 |
| B320 | 03/09/12 | ESC | Confer with T. Wheeler re: various issues with debtors' exclusivity motion and committee's limited objection/reservation of rights to debtors' motion for exit financing | 0.20 | 98.00 |
| B320 | 03/09/12 | ESC | Review e-mails from D. Hall and H. Goldstein re: issues with exclusivity motion | 0.10 | 49.00 |
| B320 | 03/09/12 | ESC | Review documents and begin drafting committee's limited objection/reservation of rights to debtors motion for exit financing ⑦ | 3.30 | 1,617.00 −$161.70 |
| B320 | 03/09/12 | TRW | Exchange correspondence with Debtors' counsel re: Debtors' motion to approve exit financing related to plan | 0.10 | 49.00 |
| B320 | 03/09/12 | TRW | Exchange correspondence with Debtors' counsel re: Debtors' motion to extend exclusivity | 0.10 | 49.00 |
| B320 | 03/09/12 | TRW | Telephonic conference with E. Chafetz re: Committee's objection to Debtors' motion to extend exclusivity | 0.20 | 98.00 |
| B320 | 03/09/12 | TRW | Telephonic conference with E. Chafetz re: Committee's objection to Debtors' motion for approval of exit financing related to plan | 0.20 | 98.00 |
| B320 | 03/09/12 | TRW | Review Sterling Bank joinder in support of Debtors' motion to extend exclusive solicitation period | 0.10 | 49.00 |
| B320 | 03/09/12 | TRW | Further review of Committee's draft limited objection to Debtors' proposed exit financing related to plan | 0.20 | 98.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.  
Invoice No.: 625229

Page 44  
May 17, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 03/15/12 | ESC | Phone call with J. Prol and N. Reid re: various issues with the debtors' exclusivity motion, strategy and next steps | 0.40 | 196.00 |
| B320 | 03/15/12 | ESC | Review and analyze Bank of America's motion to schedule status conference on debtors' exclusivity motion | 0.40 | 196.00 |
| B320 | 03/15/12 | ESC | Phone call with H. Goldstein and J. Prol re: status of amended plan of reorganization, strategy and next steps | 0.50 | 245.00 |
| B320 | 03/15/12 | ESC | Review e-mail from N. Reid re: issues with debtors' participation in committee call related to plan | 0.10 | 49.00 |
| B320 | 03/15/12 | ESC | Draft e-mail to debtors' counsel re: proposed e-mail to counsel for Bank of America re: sale process through plan | 0.10 | 49.00 |
| B320 | 03/15/12 | ESC | Begin reviewing and analyzing Bank of America's objection to the debtors' exit financing motion related to plan | 0.30 | 147.00 |
| B320 | 03/15/12 | ESC | Begin reviewing and analyzing the chapter 7 trustee's objection to the debtors' exit financing motion related to plan | 0.30 | 147.00 |
| B320 | 03/15/12 | ESC | Review proposed e-mail from J. Prol to counsel for Bank of America re: proposal for sale process through plan | 0.20 | 98.00 |
| B320 | 03/15/12 | JDP | Telephone conference with H. Goldstein re: plan issues | 0.30 | 184.50 |
| B320 | 03/15/12 | JDP | Review e-mails re: exclusivity motion; confer with E. Chafetz re: status and scheduling | 0.50 | 307.50 |
| B320 | 03/16/12 | ESC | Office conference with T. Wheeler re: various issues with exclusivity, motion for relief from the stay, exit financing and plan issues | 0.40 | 196.00 |
| B320 | 03/16/12 | ESC | Review and analyze Dreamworks' joinder to the debtors' motion for exclusivity extension | 0.10 | 49.00 |
| B320 | 03/16/12 | ESC | Confer with T. Wheeler and J. Prol re: coverage for omnibus hearing on Debtors' plan | 0.10 | 49.00 |
| B320 | 03/16/12 | JDP | Develop plan outline; draft term sheet | 1.70 | 1,045.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

[handwritten: 7]  
[handwritten: — $104.55]

The Official Committee of Unsecured Creditors of Qualteq, Inc.     Page 2
Invoice No.: 628299     June 25, 2012

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B110 | 04/02/12 | DC | Confer with T. Wheeler re: telephonic appearance at 4-3-12 hearing, coordinate appearance with Judge Wedoff's chambers and confirm dial-in via e-mail to attorney team | 0.30 | $57.00 |
| B110 | 04/03/12 | DC | Review judge's calendar for April 10, 2012, verify dates contained in memorandum drafted by E. Chafetz, update critical dates memo and update team calendar | 0.90 | 171.00 |
| B110 | 04/03/12 | ESC | Confer with D. Claussen re: issues with critical date memorandum | 0.10 | 49.00 |
| B110 | 04/04/12 | ESC | Review, analyze and revise critical date memorandum | 0.30 | 147.00 |
| B110 | 04/04/12 | TRW | Review correspondence from E. Chafetz re: comments and correspondence in connection with critical dates memorandum | 0.10 | 49.00 |
| B110 | 04/05/12 | DC | Review docket for additional calendar updates and revise critical dates memo as per comments received from E. Chafetz | 0.50 | 95.00 |
| B110 | 04/05/12 | ESC | Confer with D. Claussen re: issues with the critical date memorandum | 0.10 | 49.00 |
| B110 | 04/05/12 | TRW | Review correspondence from E. Chafetz re: matters on for upcoming hearing on April 10, 2012 | 0.10 | 49.00 |
| B110 | 04/05/12 | TRW | Review revised critical dates memorandum | 0.10 | 49.00 |
| B110 | 04/05/12 | TRW | Review correspondence from D. Claussen and E. Chafetz re: upcoming critical deadlines, hearings and other dates | 0.10 | 49.00 |
| B110 | 04/09/12 | DC | Coordinate telephonic appearances of T. Wheeler and J. O'Neil, update calendar with additional matter for hearing and confer with J. Prol re: hearing documents | 0.70 | 133.00 |

[handwritten: 7]

[handwritten: −$13.30]

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.  
Invoice No.: 628299

Page 10  
June 25, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 04/03/12 | TRW | Attend weekly telephonic Committee meeting to discuss status of case and strategy going forward | 0.90 | 441.00 |
| B150 | 04/03/12 | TRW | Exchange correspondence with N. Reid re: upcoming Committee telephonic meeting | 0.10 | 49.00 |
| B150 | 04/03/12 | TRW | Review correspondence from E. Chafetz re: proposed agenda for upcoming telephonic Committee meeting | 0.10 | 49.00 |
| B150 | 04/04/12 | ESC | Continue drafting e-mail to the Committee re: strategies and options going forward | 0.60 | 294.00 |
| B150 | 04/04/12 | ESC | Review and revise minutes for the March 9, 2012 committee call | 0.10 | 49.00 |
| B150 | 04/04/12 | JDP | Review and edit e-mail to the committee re: plan options | 0.30 | 184.50 |
| B150 | 04/04/12 | JDP | Review and edit memo to committee re: status and strategy | 0.50 | 307.50 |
| B150 | 04/04/12 | TRW | Review correspondence from N. Reid re: Committee's options in connection with Debtors' proposed revised amended plan | 0.10 | 49.00 |
| B150 | 04/05/12 | DC | Participate on emergency conference call with the committee members and committee professionals | 1.30 | 247.00 |
| B150 | 04/05/12 | ESC | Confer with D. Claussen re: issues with committee call minutes | 0.10 | 49.00 |
| B150 | 04/05/12 | ESC | Revise minutes for the March 9, 2012 committee call | 0.10 | 49.00 |
| B150 | 04/05/12 | ESC | Participate in committee call involving potential exit strategies | 1.30 | 637.00 |
| B150 | 04/05/12 | JDP | Participate in committee call | 1.30 | 799.50 |
| B150 | 04/05/12 | JDP | Prepare for committee call | 0.50 | 307.50 |
| B150 | 04/05/12 | TRW | Participate in emergency Committee telephonic meeting to discuss Committee's position on Debtors' proposed third amended plan | 1.30 | 637.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.                                    Page 18
Invoice No.: 628299                                                                          June 25, 2012

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 04/17/12 | DC | Prepare and file Certification of Service of Fifth and Sixth Monthly Fee Applications and tend to filing same with the Court | 0.50 | 95.00 |
| B160 | 04/17/12 | DC | Finalize Second Interim Fee Application of Lowenstein Sandler and confer with T. Wheeler re: revisions to same, prepare Notice and Certification of Service and tend to filing Fee Application with the Court and service of same upon all notice parties | 3.20 | 608.00  -$60.80 |
| B160 | 04/17/12 | LP | Edit and revise interim fee application | 0.50 | 55.00 |
| B160 | 04/17/12 | TRW | Exchange correspondence with J. Prol and D. Claussen re: LS second interim fee application | 0.10 | 49.00 |
| B160 | 04/17/12 | TRW | Review draft certificate of service in connection with LS fifth and six monthly fee applications | 0.10 | 49.00 |
| B160 | 04/17/12 | TRW | Review and revise LS second interim fee application, notice, certification of service and proposed form of order | 0.50 | 245.00 |
| B160 | 04/18/12 | DC | Discussions with T. Wheeler and L. Pami re: Debtors' request for amended Second Interim Fee Application excluding February invoice | 0.20 | 38.00 |
| B160 | 04/18/12 | DC | Revise Second Interim Fee Application to exclude February time and tend to filing and service of same | 1.10 | 209.00 |
| B160 | 04/18/12 | TRW | Confer with D. Claussen re: revised second interim fee application of LS | 0.10 | 49.00 |
| B160 | 04/18/12 | TRW | Review amended second interim fee application, proposed form of order and related papers | 0.20 | 98.00 |
| B160 | 04/18/12 | TRW | Review as-filed LS second interim fee application and related correspondence from D. Claussen | 0.10 | 49.00 |
| B160 | 04/18/12 | TRW | Review notice of hearing on second interim fee applications | 0.10 | 49.00 |
| B160 | 04/19/12 | DC | Review exhibit to Notice of Hearing on Interim Fee Applications and verify number for Lowenstein | 0.30 | 57.00 |
| B160 | 04/19/12 | ESC | Confer with D. Claussen re: issues with Lowenstein's second interim fee application | 0.10 | 49.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

The Official Committee of Unsecured Creditors of Qualteq, Inc.　　　　　　　　　　　　　　　　Page 40
Invoice No.: 622922　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 22, 2012

⑥　02/29/12　Travel - Meals  VENDOR: Wheeler, Timothy R.;　　　　　67.39
　　　　　　　INVOICE#: 030512; DATE: 3/5/2012 attend hearing on
　　　　　　　Debtors Motion in Chapter 7 for Stay Relief - From: New
　　　　　　　Jersey / To: Chicago IL / Travel Date: 02/29/12

　　02/29/12　Local Travel  VENDOR: Wheeler, Timothy R.; INVOICE#:　23.87
　　　　　　　030512; DATE: 3/5/2012 attend hearing on Debtors Motion
　　　　　　　in Chapter 7 for Stay Relief - From: New Jersey / To:
　　　　　　　Chicago IL / Travel Date: 02/29/12

　　　　　　　Federal Express　　　　　　　　　　　　　　　　　　　21.60

　　　　　　　Internal photocopies:  143 pages at $0.10 per page　　　14.30

　　　　　　　Total Disbursements　　　　　　　　　　　　　　　$1,391.62

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.     Page 55
Invoice No.: 625229     May 17, 2012

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---:|
| 03/03/12 | Other Telecommunications Charges VENDOR: American Express; INVOICE#: 032812; DATE: 3/28/2012 CourtCall - Telephonic court appearance | $32.10 |
| 02/10/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 10817004 DATE: 2/29/2012 ReadyConference - Local Access - USA | 2.82 |
| 02/10/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 10817004 DATE: 2/29/2012 ReadyConference - Toll Free - USA | 23.35 |
| 02/14/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 10817004 DATE: 2/29/2012 ReadyConference - Toll Free - USA | 0.19 |
| 02/20/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 10817004 DATE: 2/29/2012 ReadyConference - Toll Free - USA | 11.22 |
| 02/23/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 10817004 DATE: 2/29/2012 ReadyConference - Toll Free - USA | 22.39 |
| 02/28/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 10817004 DATE: 2/29/2012 ReadyConference - Toll Free - USA | 14.31 |
| 03/21/12 | Travel - Airfare VENDOR: Prol, Jeffrey D.; INVOICE#: 032912; DATE: 3/29/2012 Hearing - From: New Jersey / To: Chicago IL / Travel Date: 03/21/12 | 752.60 |
| 03/21/12 | Travel - Meals VENDOR: Prol, Jeffrey D.; INVOICE#: 032912; DATE: 3/29/2012 Hearing - From: New Jersey / To: Chicago IL / Travel Date: 03/21/12 | 15.19 |
| 03/01/12 | Local Travel VENDOR: My Limousine Service; INVOICE#: 41492; DATE: 3/1/2012 - From: LS - Roseland Office / To: EWR Airport / Travel Date: 2/29/2012 | 76.66 |
| 03/21/12 | Local Travel VENDOR: Prol, Jeffrey D.; INVOICE#: 032912; DATE: 3/29/2012 Hearing - From: New Jersey / To: Chicago IL / Travel Date: 03/21/12 | 56.87 |
| 03/26/12 | Local Travel VENDOR: Chafetz, Eric S.; INVOICE#: 032912; DATE: 3/29/2012 working late on file - From: office / To: home / Travel Date: 03/26/12 | 4.75 |
| 03/27/12 | Local Travel VENDOR: Chafetz, Eric S.; INVOICE#: 032912; DATE: 3/29/2012 working late on file - From: office / To: home / Travel Date: 03/27/12 | 5.75 |
| 03/28/12 | Local Travel VENDOR: Chafetz, Eric S.; INVOICE#: 032912; DATE: 3/29/2012 working late on file - From: office / To: home / Travel Date: 03/28/12 | 5.25 |
| | Federal Express | 21.60 |
| 03/18/12 | Computerized legal research: Westlaw: User Name: WHEELER,TIMOTHY R / Duration of Search: 00:00 | $18.81 |
| 03/30/12 | Computerized legal research: Westlaw: User Name: CHAFETZ,ERIC / Duration of Search: 00:00 | 962.30 |
| | Internal photocopies: 6 pages at $0.10 per page | 0.60 |
| | Total Disbursements | $2,026.76 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.  
Invoice No.: 628299

Page 52  
June 25, 2012

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 03/02/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 11037182 DATE: 3/31/2012 ReadyConference - Local Access - USA | $2.43 |
| 03/02/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 11037182 DATE: 3/31/2012 ReadyConference - Toll Free - USA | 23.05 |
| 03/05/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 11037182 DATE: 3/31/2012 ReadyConference - Toll Free - USA | 0.87 |
| 03/05/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 11037182 DATE: 3/31/2012 ReadyConference - Toll Free - USA | 6.90 |
| 03/05/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 11037182 DATE: 3/31/2012 ReadyConference - Toll Free - USA | 4.76 |
| 03/06/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 11037182 DATE: 3/31/2012 ReadyConference - Toll Free - USA | 10.37 |
| 03/09/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 11037182 DATE: 3/31/2012 ReadyConference - Local Access - USA | 2.23 |
| 03/09/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 11037182 DATE: 3/31/2012 ReadyConference - Toll Free - USA | 27.32 |
| 03/13/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 11037182 DATE: 3/31/2012 ReadyConference - Toll Free - USA | 0.14 |
| 03/19/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 11037182 DATE: 3/31/2012 ReadyConference - Toll Free - USA | 55.71 |
| 03/21/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 11037182 DATE: 3/31/2012 ReadyConference - Toll Free - USA | 8.01 |
| 03/27/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 11037182 DATE: 3/31/2012 ReadyConference - Toll Free - USA | 10.97 |
| 03/30/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 11037182 DATE: 3/31/2012 ReadyConference - Local Access - USA | 2.87 |
| 03/30/12 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 11037182 DATE: 3/31/2012 ReadyConference - Toll Free - USA | 23.50 |
| 04/16/12 | Long distance telephone - External VENDOR: Chafetz, Eric S.; INVOICE#: 041812; DATE: 4/18/2012 fee to review and analyze various pleadings associated with lift stay motion | 9.95 |
| 04/04/12 | Travel - Meals VENDOR: Chafetz, Eric S.; INVOICE#: 040912; DATE: 4/9/2012 Overtime meals whiles reviewing and analyzing Bank of America'a motion for appointment of CH. 11 Trustee and various douments related to exit strategy on 4/5/12 and 4/4/12 | 18.00 |
| 04/09/12 | Travel - Meals VENDOR: Chafetz, Eric S.; INVOICE#: 041112; DATE: 4/11/2012 Overtime meal while reviewing and analyzing the debtor's fourth amened plan | 5.25 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.  Page 53
Invoice No.: 628299  June 25, 2012

| Date | Description | Amount |
|---|---|---|
| 04/10/12 | Travel - Meals VENDOR: Prol, Jeffrey D.; INVOICE#: 041712; DATE: 4/17/2012 Hearing - From: New Jersey / To: Chicago / Travel Date: 04/10/12 | 24.24 |
| 04/10/12 | Local Travel VENDOR: Prol, Jeffrey D.; INVOICE#: 041712; DATE: 4/17/2012 Hearing - From: New Jersey / To: Chicago / Travel Date: 04/10/12 | 776.47 |
| 03/31/12 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: LS2941-Q12012 DATE: 4/3/2012 Date range: 01/01/2012-03/31/2012 | $226.32 |
| 04/02/12 | Computerized legal research: Westlaw: User Name: CHAFETZ,ERIC / Duration of Search: 00:00 | 192.56 |
| 04/07/12 | Computerized legal research: Westlaw: User Name: CHAFETZ,ERIC / Duration of Search: 00:00 | 462.26 |
| 04/08/12 | Computerized legal research: Westlaw: User Name: CHAFETZ,ERIC / Duration of Search: 00:00 | 994.70 |
| 04/09/12 | Computerized legal research: Westlaw: User Name: CHAFETZ,ERIC / Duration of Search: 00:00 | 187.92 |
| 04/11/12 | Computerized legal research: Westlaw: User Name: CHAFETZ,ERIC / Duration of Search: 00:00 | 404.84 |
| 04/16/12 | Computerized legal research: Westlaw: User Name: CHAFETZ,ERIC / Duration of Search: 00:00 | 1,919.22 |
| 04/18/12 | Computerized legal research: Westlaw: User Name: CHAFETZ,ERIC / Duration of Search: 00:00 | 817.80 |
| 04/19/12 | Computerized legal research: Westlaw: User Name: WHEELER,TIMOTHY R / Duration of Search: 00:00 | 1,130.42 |
| 04/21/12 | Computerized legal research: Westlaw: User Name: WHEELER,TIMOTHY R / Duration of Search: 00:00 | 664.68 |
| 04/22/12 | Computerized legal research: Westlaw: User Name: WHEELER,TIMOTHY R / Duration of Search: 00:00 | 181.54 |
| 04/19/12 | Computerized legal research: Westlaw: User Name: CHAFETZ,ERIC / Duration of Search: 00:00 | 87.58 |
| 04/20/12 | Computerized legal research: Westlaw: User Name: CHAFETZ,ERIC / Duration of Search: 00:00 | 56.26 |
| 04/21/12 | Computerized legal research: Westlaw: User Name: CHAFETZ,ERIC / Duration of Search: 00:00 | 132.82 |
| 04/23/12 | Computerized legal research: Westlaw: User Name: WHEELER,TIMOTHY R / Duration of Search: 00:00 | 63.80 |
| 04/22/12 | Computerized legal research: Westlaw: User Name: CHAFETZ,ERIC / Duration of Search: 00:00 | 382.22 |
| | Bulk rate/special postage | 71.50 |
| | Internal photocopies: 1684 pages at $0.10 per page | 168.40 |
| | Total Disbursements | $9,157.88 |