**FILED**

**OCT 23 2012**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Case No. 12 B 05861 |
| QUALTEQ, INC., ) | |
| d/b/a VCT NEW JERSEY, INC., et al., ) | |
| ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO COZEN O'CONNOR, LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $24,428.50 | TOTAL COSTS REQUESTED: | $558.78 |
| TOTAL FEES REDUCED: | $0.0 | TOTAL COSTS REDUCED: | $22 |
| TOTAL FEES ALLOWED: | $24,428.50 | TOTAL COSTS ALLOWED: | $536.78 |

**TOTAL FEES AND COSTS ALLOWED: $24,965.28**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below. Due to the large number of detailed time entries contained in the fee application, the court employed a sampling methodology to review the application. The court reviewed approximately one-half of all detailed time entries and multiplied all disallowances by two. All requests for reimbursement of expenses were reviewed.

(3)     **Reimbursement Limited to Actual, Necessary Expenses**

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for **facsimiles**.

Dated: October 2?, 2012

Eugene R. Wedoff
United States Bankruptcy Judge

# EXHIBIT "B"

## SUMMARY OF COZEN O'CONNOR EXPENSES
## FEBRUARY 1, 2012 THROUGH APRIL 30, 2012

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | |
| Facsimile (with rates) | $1.00/page | $22.00 |
| Long Distance Telephone | | $23.30 |
| In-House Reproduction | $0.10/page | $199.40 |
| Outside Reproduction (Special Copy) | Parcel's | $71.77 |
| Outside Research | | |
| Filing/Court Fees | Pro hac motions | $150.00 |
| Court Reporting/Transcribers | | |
| Local Travel | | |
| Meals | | |
| Out-of-Town Travel | | |
| Courier & Express Carriers | Parcel's; UPS | $44.55 |
| PACER | | |
| Secretarial Overtime | | |
| Postage | | $47.76 |
| **TOTAL EXPENSES** | | **$558.78** |