**FILED**

**NOV -6 2012**

**EUGENE R. WEDOFF,**
**BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              )
                                                    )
                                                    )     Case No. 12 B 05861
    QUALTEQ, INC.,                             )
    d/b/a VCT NEW JERSEY, INC., et al.,        )
                                                    )
                                                    )     Chapter 11
                                                    )
            Debtors.                         )
_____ )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FRED CARUSO, AS CHAPTER 11 TRUSTEE TO THE DEBTORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $1,183,829.00 | TOTAL COSTS REQUESTED: | $13,919.95 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $695.86 |
| TOTAL FEES ALLOWED: | $1,183,829.00 | TOTAL COSTS ALLOWED: | $13,224.09 |

**TOTAL FEES AND COSTS ALLOWED: $1,197,053.09.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)    Insufficient Description**

    The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(6)    Meal Expenses**

    The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

Dated: November 6, 2012

                                                           Eugene R. Wedoff
                                                           United States Bankruptcy Judge

Nº 9784



**DSI**
Development
Specialists, Inc.

REMIT TO:
Three First National Plaza   70 West Madison Street   Suite 2300   Chicago, Illinois 60602-4250
Telephone 312.263.4141   Telecopier 312.263.1180

Date:   09/20/12

Qualteq, Inc.

F.E.I.N. 36-2967476

| Description of Services and Disbursements | Fees | Disbursements | Credits | Balance |
|---|---|---|---|---|
| For professional services rendered through August 31, 2012: | | | | |
| Fees per attached category summary: | $345,769.00 | | | |
| 80% of Fees | $276,615.20 | | | |
| Administrative Costs: | | | | |
| Airfare | | $  818.38 | | |
| Lodging | | 148.35 | | ##C |
| Meals | | 88.04 | | |
| Parking/Tolls/Cabs/Mileage | | 3,575.97 | | |
| Messenger/Overnight Services | | 13.90 | | |
| Photocopies (268 at 0.10) | | 26.80 | | |
| Long Distance Calls | | 94.98 | | |
| | | $4,766.42 | | |
| | | | | $281,381.62 |
| Approximate disbursements per week: | | | | $3,000,000.00 |

PAY LAST AMOUNT
IN THIS COLUMN

TIMELY PAYMENT OF INVOICES IS ALWAYS APPRECIATED.

Curaso
607

№ 9717



**Development Specialists, Inc.**

REMIT TO:
Three First National Plaza   70 West Madison Street   Suite 2300   Chicago, Illinois 60602-4250
Telephone 312.263.4141   Telecopier 312.263.1180

Date:   08/24/12

Qualteq, Inc.

F.E.I.N. 36-2967476

| Description of Services and Disbursements | Fees | Disbursements | Credits | Balance |
|---|---|---|---|---|
| For professional services rendered through July 31, 2012: | | | | |
| Fees per attached category summary: | $299,678.00 | | | |
| 80% of Fees | $239,742.40 | | | |
| Administrative Costs: | | | | |
| Parking/Tolls/Cabs/Mileage | | $1,491.24 | | |
| Photocopies (814 at 0.10) | | 81.40 | | |
| Long Distance Calls | | 401.57 | | |
| Miscellaneous Charges (supplies) | | 286.67 | | |
| | | $2,260.88 | | |
| | | | | $242,003.28 |
| Approximate disbursements per week: | | | | $3,000,000.00 |

PAY LAST AMOUNT IN THIS COLUMN

TIMELY PAYMENT OF INVOICES IS ALWAYS APPRECIATED.

№ 9688

**DSI**
Development
Specialists, Inc.

REMIT TO:
Three First National Plaza 70 West Madison Street Suite 2300 Chicago, Illinois 60602-4250
Telephone 312.263.4141 Telecopier 312.263.1180

Date: 07/24/12

Qualteq, Inc.

F.E.I.N. 36-2967476

| Description of Services and Disbursements | Fees | Disbursements | Credits | Balance |
|---|---|---|---|---|
| For professional services rendered through June 30, 2012: | | | | |
| Fees per attached category summary: | $328,638.00 | | | |
| 80% of Fees | $262,910.40 | | | |
| Administrative Costs: | | | | |
| Airfare | | $1,258.16 | | |
| Lodging | | 364.98 | | |
| Parking/Tolls/Cabs/Mileage | | 2,484.30 | | |
| Photocopies (755 at 0.10) | | 75.50 | | |
| Postage | | .45 | | |
| Long Distance Calls | | 130.12 | | |
| Miscellaneous Charges (internet services and supplies) | | 82.12 | | |
| | | $4,395.63 | | |
| | | | | $267,306.03 |
| Approximate disbursements per week: | | | | $3,000,000.00 |

TIMELY PAYMENT OF INVOICES IS ALWAYS APPRECIATED.

PAY LAST AMOUNT IN THIS COLUMN

Nº 9656  447



**Development Specialists, Inc.**

REMIT TO:
Three First National Plaza   70 West Madison Street   Suite 2300   Chicago, Illinois 60602-4250
Telephone 312.263.4141   Telecopier 312.263.1180

Date: 06/25/12

Qualteq, Inc.

F.E.I.N. 36-2967476

| Description of Services and Disbursements | Fees | Disbursements | Credits | Balance |
|---|---|---|---|---|
| For professional services rendered through May 31, 2012: | | | | |
| Fees per attached category summary: | $209,744.00 | | | |
| Administrative Costs: | | | | |
|   Airfare | | $ 802.38 | | |
|   Lodging | | 159.85 | | |
|   Meals | | 7.41 | | |
|   Parking/Tolls/Cabs/Mileage | | 986.35 | | |
|   Messenger/Overnight Services | | 15.05 | | |
|   Photocopies (2,926 at 0.10) | | 292.60 | | |
|   Postage | | 1.55 | | |
|   Long Distance Calls | | .21 | | |
|   Miscellaneous Charges (office equipment and supplies) | | 231.62 | | |
| | | $2,497.02 | | |
| | | | | $212,241.02 |
| Approximate disbursements per week: | | | | $3,000,000.00 |

PAY LAST AMOUNT IN THIS COLUMN

TIMELY PAYMENT OF INVOICES IS ALWAYS APPRECIATED.