**FILED**

**NOV -6 2012**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 12 B 05861 |
| QUALTEQ, INC., | ) |
| d/b/a VCT NEW JERSEY, INC., et al., | ) |
| | ) |
| | ) Chapter 11 |
| Debtors. | ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MCGLADREY LLP, INDEPENDENT AUDITORS FOR CERTAIN DEBTOR ESTATES, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $70,000.00 | TOTAL COSTS REQUESTED: | $305.57 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $34.13 |
| TOTAL FEES ALLOWED: | $70,000.00 | TOTAL COSTS ALLOWED: | $271.44 |

**TOTAL FEES AND COSTS ALLOWED: $70,271.44**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

((6)    **Meal Expenses**

The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

Dated: November 6, 2012

Eugene R. Wedoff
United States Bankruptcy Judge

McBride #793

Meals $34.13

## Expenses Incurred

| Date | Name | Description of Expenses | Amount |
|---|---|---|---|
| 3/5/2012 | Robert Cleary | 40 miles round trip for two days on site driving to client | $44.40 |
| 3/12/2012 | Tanya Kalachynskaya | Charged cab cost to home from office | $25.00 |
| 3/26/2012 | Tanya Kalachynskaya | 50 miles client round trip, 18 round trip to office = 32 net trip | $17.76 |
| 3/27/2012 | Jeff Brown | 28 miles round trip to Hillside plus parking | $15.54 |
| 3/27/2012 | Tanya Kalachynskaya | 50 miles client round trip, 18 round trip to office = 32 net trip | $17.76 |
| 3/28/2012 | Tanya Kalachynskaya | 50 miles client round trip, 18 round trip to office = 32 net trip | $17.76 |
| 3/29/2012 | Jeff Brown | 28 miles round trip to Hillside plus parking, $6 | $21.54 |
| 3/29/2012 | Jeff Brown | Lunch for engagement team (Jeff B., Jamillah S. and Tanya K.) | $34.13 |
| 3/29/2012 | Tanya Kalachynskaya | 50 miles client round trip, 18 round trip to office = 32 net trip | $17.76 |
| 3/30/2012 | Tanya Kalachynskaya | 50 miles client round trip, 18 round trip to office = 32 net trip | $17.76 |
| 5/17/2012 | Terry Schwartz | 84 miles round trip for bankruptcy/client meeting | $46.62 |
| 5/17/2012 | Jeff Brown | 28 miles round trip to Hillside plus parking, $14 | $29.54 |
| | | | $305.57 |

K&E 23710554