**FILED**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NOV - 6 2012

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                                              )
                                                    )
                                                    )     Case No. 12 B 05861
    QUALTEQ, INC.,                              )
    d/b/a VCT NEW JERSEY, INC., et al.,         )
                                                    )
                                                    )     Chapter 11
                                                    )
        Debtors.                            )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO PRICEWATERHOUSECOOPERS CORPORATE FINANCE LLC, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $100,000.00 | TOTAL COSTS REQUESTED: | $646.48 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $64.91 |
| TOTAL FEES ALLOWED: | $100,000.00 | TOTAL COSTS ALLOWED: | $581.57 |

**TOTAL FEES AND COSTS ALLOWED: $100,581.57**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(6)  **Meal Expenses**

    The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

Dated: November 6, 2012

_____
Eugene R. Wedoff
United States Bankruptcy Judge

*handwritten: PwC # 796   Meals = $64.91   #6*

**Exhibit D**

QUALTEQ, INC., d/b/a VCT NEW JERSEY, INC., et al., Case No. 12-05861
PricewaterhouseCoopers Corporate Finance LLC - Investment Banker
Detail of Expenditures by Project, Professional and Date
For the Period June 12, 2012 through August 31, 2012

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| *Investment Banker Services* | | | | |
| 6/18/2012 | Michael L. Milani | Public/Ground Transportation | 0812E0001: CITY SERVICE TAXI ASSOCIATION, CHICAGO IL - TAXI FROM PWC OFFICE TO CHICAGO CUT. | $7.00 |
| 6/18/2012 | Michael L. Milani | Public/Ground Transportation | 0812E0002: SUN TAXI ASSOC., INC., CHICAGO IL - TAXI FROM CHICAGO CUT TO PWC OFFICE. | $7.00 |
| 7/5/2012 | Matt Wilson | Public/Ground Transportation | 0812E0003: CHOICE TAXI ASSN. 30 CHICAGO IL - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $13.25 |
| 7/10/2012 | Matt Wilson | Public/Ground Transportation | 0812E0004: CHICAGO TAXI 2 CITY LONG ISLAND CITY NY - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $16.05 |
| 7/12/2012 | Mike Gilkes | Public/Ground Transportation | 0812E0005: YELLOW CAB YELLOW CA CHICAGO IL - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $8.05 |
| 7/16/2012 | Matt Wilson | Public/Ground Transportation | 0812E0006: CHICAGO TAXI 1 GLOBE LONG ISLAND CITY NY - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $12.85 |
| 7/16/2012 | Mike Gilkes | Parking | 0812E0007: MILLENNIUM CENTRE SP CHICAGO IL - 1 DAY PARKING TO KEEP RENTAL CAR OVERNIGHT. | $34.00 |
| 7/17/2012 | Keith L Kaiser | Mileage Allowance | 0812E0008: ROUNDTRIP TRAVEL TO SIX PLANTS IN DOWNERS GROVE IL, BLOOMINGDALE IL, AND HILLSIDE IL FROM RIVERSIDE IL (HOME). | $22.20 |
| 7/17/2012 | Matt Wilson | Public/Ground Transportation | 0812E0009: CHICAGO ELITE 3296 0 CHICAGO IL - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $13.59 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 1 of 3
Friday, October 12, 2012

Exhibit D

QUALTEQ, INC., d/b/a VCT NEW JERSEY, INC., et al., Case No. 12-05861
PricewaterhouseCoopers Corporate Finance LLC - Investment Banker
Detail of Expenditures by Project, Professional and Date
For the Period June 12, 2012 through August 31, 2012

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 7/17/2012 | Mike Gilkes | Rental Car | 0812E0010: HERTZ CAR RENTAL CHICAGO IL - RENTAL CAR FOR SITE VISITS ON JULY 17. | $84.76 |
| 7/17/2012 | Mike Gilkes | Rental Car | 0812E0011: PLATEPASS HERTZ TOLL 8774114300 AZ - TOLLS FOR SITE VISITS ON JULY 17. | $9.35 |
| 7/18/2012 | Matt Wilson | Public/Ground Transportation | 0812E0012: CHI TAXI MED 1613 09 CHICAGO IL - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $12.65 |
| 7/19/2012 | Matt Wilson | Public/Ground Transportation | 0812E0013: CHI TAXI MED 1487 09 CHICAGO IL - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $12.85 |
| 7/21/2012 | Matt Wilson | Rental Car | 0812E0014: HERTZ CAR RENTAL CHICAGO IL. | $123.60 |
| 7/23/2012 | Mike Gilkes | Meals | 0812E0015: PROTEIN BAR CHICAGO IL - DINNER - SELF. | $12.49 |
| 7/24/2012 | Mike Gilkes | Meals | 0812E0016: JIMMY JOHN'S # 1236 CHICAGO IL - DINNER - SELF. | $8.95 |
| 7/24/2012 | Mike Gilkes | Public/Ground Transportation | 0812E0017: TAXICAB TRANSPORTATI CHICAGO IL - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $7.45 |
| 7/25/2012 | Matt Wilson | Public/Ground Transportation | 0812E0018: CTA-DAMEN/O'HARE L95 CHICAGO IL - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $5.00 |
| 7/26/2012 | Matt Wilson | Public/Ground Transportation | 0812E0019: TAXICAB TRANSPORTATI CHICAGO IL - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $27.10 |
| 7/30/2012 | Matt Wilson | Public/Ground Transportation | 0812E0020: TAXI TAXI CHICAGO IL - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $12.65 |
| 7/30/2012 | Matt Wilson | Meals | 0812E0021: PROTEIN BAR CHICAGO IL - DINNER WITH M. BEHRNDT & SELF. | $20.77 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 2 of 3
Friday, October 12, 2012

Exhibit D

**QUALTEQ, INC., d/b/a VCT NEW JERSEY, INC., et al., Case No. 12-05861**
**PricewaterhouseCoopers Corporate Finance LLC - Investment Banker**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 12, 2012 through August 31, 2012**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 7/31/2012 | Matt Wilson | Public/Ground Transportation | 0812E0022: NURLAN SHABDANOV NUR CHICAGO IL - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $12.85 |
| 8/1/2012 | Matt Wilson | Public/Ground Transportation | 0812E0023: MR. TAXI VTS MR TAXI CHICAGO IL - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $7.45 |
| 8/2/2012 | Matt Wilson | Public/Ground Transportation | 0812E0024: CHICAGO TAXI 1 GLOBE LONG ISLAND CITY NY - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $13.25 |
| 8/6/2012 | Matt Wilson | Public/Ground Transportation | 0812E0025: CHICAGO ELITE 3403 0 CHICAGO IL - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $12.31 |
| 8/7/2012 | Matt Wilson | Public/Ground Transportation | 0812E0026: CHICAGO ELITE 1859 0 CHICAGO IL - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $14.11 |
| 8/8/2012 | Matt Wilson | Public/Ground Transportation | 0812E0027: CHI TAXI MED 3804 09 CHICAGO IL - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $13.05 |
| 8/8/2012 | Matt Wilson | Parking | 0812E0028: 201 W MADISON SELF P CHICAGO IL. | $40.00 |
| 8/15/2012 | Matt Wilson | Public/Ground Transportation | 0812E0029: BLUE RIBBON TAXI ASS CHICAGO IL - TAXI FROM PWC OFFICE TO HOME (WORKING LATE). | $39.15 |
| 8/15/2012 | Matt Wilson | Meals | 0812E0030: ROTI MEDITERRANEAN # CHICAGO IL - DINNER WITH M. BEHRNDT & SELF. | $22.70 |

*Subtotal - Expenditures Sought for Investment Banker Services*     *$646.48*

**Total - Expenditures Sought for Reimbursement**     **$646.48**

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 3 of 3
Friday, October 12, 2012