**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: February 13, 2013 at |
| | ) | 9:30 a.m. (prevailing Central Time) |

**NOTICE OF SECOND INTERIM FEE APPLICATION OF
PRICEWATERHOUSECOOPERS CORPORATE FINANCE LLC FOR
COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF
EXPENSES AS INVESTMENT BANKER FOR THE PERIOD
SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

**AND**

**NOTICE OF FINAL FEE APPLICATION OF PRICEWATERHOUSECOOPERS
CORPORATE FINANCE LLC FOR COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER FOR THE
PERIOD JUNE 12, 2012 THROUGH NOVEMBER 30, 2012**

**PLEASE TAKE NOTICE** that on February 13, 2013 at 9:30 a.m. (prevailing Central Time) or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff in Courtroom 744 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the *Second Interim Fee Application of PricewaterhouseCoopers Corporate Finance LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker for the Period September 1, 2012 Through November 30, 2012* (the "Interim Fee Application"), and the *Final Fee Application of PricewaterhouseCoopers Corporate Finance LLC for Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Period June 12, 2012 through November 30, 2012* (the "Final Fee Application,"

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

K&E 24936780

together with the Interim Fee Application, the "Application"), at which time and place you may appear if you so desire.

**PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning the above-captioned chapter 11 cases at the website maintained in these chapter 11 cases at http://www.phaseeleven.com/qualteq/.

Dated:  January 22, 2013

Respectfully Submitted,

*/s/ David L. Eaton*
James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Chapter 11 Trustee*

K&E 24936780

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In re:<br>QUALTEQ, INC.,<br>d/b/a VCT NEW JERSEY, INC., et al.,[1]<br><br><br><br>Debtor(s) | BK No.: 12-05861<br>(Jointly Administered)<br>Chapter: 11<br><br>Honorable Eugene R. Wedoff<br><br>**Objection Deadline: February 11, 2013 at 4:00 p.m. (CT)**<br><br>**Hearing Date:  February 13, 2013 at 9:30 a.m.**<br>**(Only if objection is filed)** |

**SECOND INTERIM FEE APPLICATION
OF PRICEWATERHOUSECOOPERS CORPORATE FINANCE LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER
FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

**AND**

**FINAL FEE APPLICATION
OF PRICEWATERHOUSECOOPERS CORPORATE FINANCE LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER
FOR THE PERIOD JUNE 12, 2012 THROUGH NOVEMBER 30, 2012**

PricewaterhouseCoopers Corporate Finance LLC ("PwC CF")[2] hereby submits this

*Second Interim Fee Application of PricewaterhouseCoopers Corporate Finance LLC for*

*Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for*

*the Period September 1, 2012 through November 30, 2012* (the "Interim Fee Application") for

interim allowance and payment of compensation as Investment Banker for services performed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estates, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the applicable Motion, Order or other Court filing defined.

1

and expenses incurred during the period commencing September 1, 2012 through November 30, 2012 (the "Interim Period") *and Final Fee Application of PricewaterhouseCoopers Corporate Finance LLC for Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Period June 12, 2012 through November 30, 2012* (the "Final Fee Application", collectively with the Interim Fee Application, the "Application")

In support of this Application, PwC CF respectfully represents as follows:

### Jurisdiction

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### Background

4. On August 14, 2011 (the "Initial Petition Date"), each of the Debtors except for Anar Real Estates, LLC ("Anar") filed petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. On September 11, 2011 (the "Anar Petition Date," and together with the Initial Petition Date, the "Petition Date"), Anar filed its petition for relief with the United States Bankruptcy Court for the District of Delaware.

5. On August 25, 2011, the United States Trustee (the "U.S. Trustee") appointed the official committee of unsecured creditors (the "Committee").

6. On February 16, 2012, the United States Bankruptcy Court for the District of Delaware transferred venue to the United States Bankruptcy Court for the Northern District of

2

Illinois (the "Court").

7.  On April 5, 2012, Bank of America, N.A., filed the *Motion to Appoint a Chapter 11 Trustee* [Docket No. 202], and on May 2, 2012, the Court entered the *Order Granting Motion for Appointment of a Chapter 11 Trustee* [Docket No. 334].

8.  On May 9, 2012, the U.S. Trustee filed an application to appoint Fred C. Caruso as chapter 11 trustee in these chapter 11 cases (the "Trustee") [Docket No. 342].

9.  On May 10, 2012 (the "Appointment Date"), the Court entered an order approving Mr. Caruso's appointment as the Trustee [Docket No. 351], thereby taking the Debtors and their assets out of possession and placing their assets and businesses under the Trustee's control.

10. On June 21, 2012, the Trustee filed the *Notice of the Chapter 11 Trustee's Application for Entry of an Order Authorizing the Employment and Retention of PricewaterhouseCoopers Corporate Finance LLC as Investment Banker Effective Nunc Pro Tunc to the Engagement Date* [Docket No. 439] (the "Retention Application").

11. On June 26, 2012, this Court approved the retention of PwC CF and Investment Banker services to the Trustee by entering the *Order Authorizing the Employment and Retention of PricewaterhouseCoopers Corporate Finance LLC as Investment Banker Nunc Pro Tunc to the Engagement Date* [Docket No. 462] (the "Retention Order").  The Retention Order states, among other things, that the Trustee are authorized to retain and employ PwC CF as their Investment Banker in accordance with the terms and conditions set forth in Engagement Letter, *Nunc Pro Tunc* to the Engagement Date.  The Engagement Letter is approved and the Trustee is authorized to pay fees to PwC CF on the terms specified in the Engagement Letter without the necessity of filing interim or monthly fee applications.

3

**Relief Requested**

12. This Application has been prepared in accordance with sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Granting the Chapter 11 Trustee's Motion for an Order Pursuant to Section 105(A) of the Bankruptcy Code Amending Certain Orders in the Chapter 11 Cases of Qualteq, Inc., and its Affiliated Debtors to be Made Applicable to the Chapter 11 Trustee,* dated June 6, 2012 [Docket No. 411] *(*the "Interim Compensation Order"), and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, effective January 30, 1996 (the "UST Guidelines", collectively with the Bankruptcy Code, Bankruptcy Rules and the Interim Compensation Order, the "Compensation Guidelines").

13. At three-month intervals or such other intervals convenient to the Court, the Interim Compensation Order provides that Professionals shall file with the Court and serve on the Notice Parties an Interim Fee Application Request, for interim Court approval and allowance of the compensation and reimbursement of expenses sought by the Professional in its Monthly Fee Applications[3], including any holdbacks, filed during the Interim Fee Period, pursuant to section 331 of the Bankruptcy Code. All fees and expenses paid are on an interim basis until final allowance by the Court.

    (a)    This is PwC CF's second Interim Fee Application Request.

    (b)    On October 15, 2012, PwC CF submitted its first Interim Fee Application Request for compensation for services rendered and for reimbursement of expenses incurred from June 12, 2012 through August 31, 2012, representing $100,000.00 in fees and $646.48 in expenses [Docket No. 796]. The Court has approved PwC CF's fees and expenses sought in the first Interim Fee Application

---

[3] As noted within PwC CF's Retention Order, PwC CF is not required to file interim or monthly fee applications. As PwC CF provides services and receives retainer payments, our time and expense details will be reported to the Notice Parties on an interim basis and contained herein.

      Request [Docket No. 894] totaling $100,000.00 in fees and $581.57 in expenses. PwC CF has received full payment of the fees and expenses associated with the first Interim Fee Application.

14. Other than as provided in Section 504(b) of the Bankruptcy Code, PwC CF has not shared, or agreed to share, any compensation received with respect to the Interim Period as a result of this case with any person, firm or entity other than to PwC LLP for subcontracting of certain services as disclosed within the Retention Application. No agreement or understanding concerning compensation prohibited by 18 U.S.C. § 155 has been made to PwC CF by any firm, person or entity. The sole and exclusive source of compensation shall be funds of the Debtors' estates.

15. This is PwC CF's second Interim Fee Application. PwC CF submits this Interim Fee Application for approval and allowance of interim compensation equal to $620,000.00 for actual, reasonable and necessary professional services rendered, and reimbursement of $875.13 for actual, reasonable and necessary expenses incurred during the Interim Period[4] for a total request of $620,875.13 (the "Total Compensation Amount").

16. PwC CF is filing the attached Interim Fee Application for compensation for professional services rendered and reimbursement of expenses made in these Cases during the Interim Period. The Interim Fee Application contains detailed time logs describing the actual and necessary services provided by PwC CF during the Interim Period, as well as other detailed information required to be included in fee applications. The Interim Fee Application is comprised of several exhibits which are attached hereto as follows:

*Investment Banker Services*
- Exhibit A, provides a summary of the fixed fee hours and payment information for the Investment Banker Services, including cumulative hours incurred by each

---

[4] PwC CF reserves its right to seek at a later date compensation for services rendered and expenses incurred during the Interim Period that are not otherwise included in this Interim Fee Application, due to internal billing delays.

professional;

- <u>Exhibit B,</u> provides the daily time for each of the professionals (tracked in half-hour (0.5) increments) for the Investment Banker Services;

*Expenditures Incurred*

- <u>Exhibit C</u>, provides the expenditures incurred by project by type; and
- <u>Exhibit D</u>, provides the details of the expenditures incurred by project and by date, including the vendor and description.

## Summary of Professional Services Rendered

17.     As described within the Retention Application, PwC CF continues to provide Investment Banker services pursuant to the Engagement Letter. A summary of the hours and compensation sought by type of service is shown below:

| Type of Services | Hours | Total Compensation |
|---|---|---|
| Investment Banker Services | 823.10 | $620,000.00 |
| **Total - Hours and Compensation Sought for Reimbursement** | **823.10** | **$620,000.00** |

### Investment Banker Services

18.     During the Interim Period, PwC CF professionals rendered investment banking services in connection with the evaluation and preparation of a possible Transaction. Below is a summary of the various services offered to the Trustee during the Interim Period:

19.     **Due Diligence Advisory Services -** PwC CF professionals assisted the Trustee in the Trustee's preparation for potential buyers' due diligence and coordination of due diligence visits.

20.     **Data Room Preparation -** PwC CF professionals gathered historical, functional and operational data from the Trustee about various operating entities.

21.     *Marketing Services* - PwC CF professionals (a) contacted potential buyers agreed to by the Trustee, facilitated the Trustee's execution of Confidentiality Agreements with potential buyers, assisted the Trustee in issuing the Offering Memorandums and requested indications of interest from potential buyers for the Transaction(s) and (b) assisted the Trustee in the Trustee's

6

evaluation of indications of interest and the Trustee's negotiation of term sheets and/or letters of intent.

22. **Negotiations** - PwC CF professionals assisted the Trustee in the Trustee' negotiation of a sale agreement(s) with a potential buyer(s).

23. **Bankruptcy Related Services** - PwC CF professionals (a) assisted the Trustee in its preparation for meetings with the Debtor's existing lenders, creditor groups, official constituencies and other interested parties, as necessary, and assisted and participated in management's presentations to potential buyers, (b) participated in hearings before the Court in which the Trustee commenced its cases under the Bankruptcy Code and provided relevant testimony with respect to the matters described herein and arising in connection with any Transaction(s) including assistance with the sale of the Debtor's assets under Section 363 of the Bankruptcy Code, and as appropriate, coordinated with the Trustee's other financial and legal advisors, and (c) advised and assisted the Trustee in the Trustee's selection of a commercial real estate brokerage firm, (PwC CF will not provide any real estate advisory or brokerage services).

24. As described within the Application, PwC CF is due a Transaction Fee (as described within the Engagement Letter) totaling $720,000.00. PwC CF previously requested and approved on an interim basis, $100,000.00 during the First Interim Fee Period. This Application requests the final amount towards the Transaction Fee. PwC CF's totals fees are calculated as follows: (a) Retainers paid upon PwC CF's retention of $100,000.00 plus October 15th retainer of $100,000.00 plus November 15th retainer of $160,000.00 which were credited against the $720,000.00 of Transaction Fees described below. The Minimum Transaction Fee of $650,000.00 plus $70,000.00 for the $3.5 million of real estate that was sold to the buyer of the business assets for which PwC CF received 2% (or one half of the 4% fee paid to Hilco).

25. The time records of PwC CF, annexed hereto as <u>Exhibit A</u> and <u>Exhibit B</u>, provide

7

a summary and daily breakdown of the time spent by each PwC CF timekeeper.[5]

26. The fees sought by this Interim Fee Application reflect an aggregate of 823.10 hours of professional time spent and recorded in performing services for the Trustee during the Interim Period. PwC CF is only seeking compensation for services rendered to the Trustee in connection with these Cases as specified in the Engagement Letter. PwC CF will continue to disclose the hours within each interim fee application submission.

## Summary of Expenditures Incurred

27. PwC CF professionals incurred out-of-pocket expenditure during the Interim Period. The expense records of PwC CF, annexed hereto as Exhibit C and Exhibit D, provide a summary and daily breakout of the expenditures by each PwC CF timekeeper.

## Reasonable and Necessary Services Rendered by PwC CF

28. This Interim Fee Application includes details of the services provided by PwC CF to the Trustee, including, in each instance, the identity of the professionals involved in the provision of such services, the dates of service, the time expended, and a brief description of the services sought. PwC CF charged and now requests those fees that are reasonable and necessary in order for PwC CF to perform its duties and obligations to the Trustee and customary in this marketplace for similar Chapter 11 cases. The compensation requested in this Interim Fee Application does not exceed the reasonable value of the services rendered.

29. This Interim Fee Application covers the period from September 1, 2012 through and including November 30, 2012. Although every effort was made to include all fees and expenses from the Interim Period in this Interim Fee Application, some fees and/or expenses

---

[5] As disclosed within the Retention Application, PwC CF has subcontracted PwC LLP to provide certain services. Mr. Kaiser and Mr. Golosinskiy are the only PwC LLP professionals within this Interim Fee Application.

from the Interim Period might not be included in this Interim Fee Application due to delays in processing time and receipt of invoices for expenses and/or for preparation for the instant application subsequent to the covered period. Accordingly, PwC CF reserves the right to make further applications for allowance of fees and expenses not included herein. This Interim Fee Application is also made without prejudice to PwC CF's right to seek further interim allowances and/or a final allowance of compensation in the future in accordance with the Retention Order and the Interim Compensation Order.

### Final Period Summary

30.     By this Application, PwC CF is requesting final approval of the Interim Fee Applications filed with the Court. Accordingly, PwC CF is seeking final approval of fees in the amount of $720,000.00 and expenses in the amount of $1,456.70. The fees sought by this Application reflect an aggregate of 1,986.40 hours of professional time spent as Investment Banker to the Debtors during the Final Fee Period at a blended average hourly rate of $362.46.

### Certificate of Compliance and Waiver

31.     To the best of its knowledge, PwC CF believes that this Interim Fee Application and the description of services set forth herein of work performed are in compliance with the requirements as outlined within the Compensation Guidelines, as well as its Retention Order which granted a waiver of the information requirements relating to compensation requests set forth in Local Bankruptcy Rule 2016-2(d). To the extent that this Interim Fee Application does not comply in all respects with the requirements of the Compensation Guidelines, PwC CF believes that such deviations are not material and respectfully requests that such requirements be waived.

### Notice

32.     Notice of this Interim Fee Application has been provided to the Trustee and the

9

Notice Parties (as defined within the Compensation Order) and PwC CF believe that no other or further notice need be provided.

### **Conclusion**

33. PwC CF respectfully submits that the Total Compensation Amount requested herein is reasonable compensation for the actual and necessary services rendered based upon the time, nature and value of such services and the terms and times specified in the Engagement Letter. PwC CF will continue to disclose its hours and services throughout each Interim Fee Period. PwC CF further asserts that the costs of services rendered and expenses incurred are comparable to the cost of similar services and expenses in matters other than under the Bankruptcy Code and consistent with its Retention Application.

34. In summary, by this Interim Fee Application, PwC CF respectfully requests approval by the Trustee of (a) interim compensation for professional services rendered as Investment Banker for the Trustee in the sum of $620,000.00; (b) reimbursement of actual and necessary expenses incurred in the sum of $875.13; and (c) final compensation for professional services rendered for investment banking services performed for the Debtors in the sum of $720,000.00 incurred by the Debtors for reasonable and necessary investment banking services performed by PwC CF; and $1,456.70 for actual and necessary expenses during the Final Fee Period. As noted above, PwC CF has received the Total Compensation Amount of $721,456.70 as described within the Engagement Letter.

WHEREFORE, PwC CF requests that is be allowed reimbursement for its fees and expenses incurred during the Interim Period and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated: January 22, 2013
Chicago, Illinois

_____
Michael L. Milani, Senior Managing Director
PricewaterhouseCoopers Corporate Finance LLC
One North Wacker
Chicago, IL 60606
*Investment Banker to the Trustee*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In re:<br>QUALTEQ, INC.,<br>d/b/a VCT NEW JERSEY, INC., et al.,[1]<br><br><br>Debtor(s) | )  BK No.: 12-05861<br>)  (Jointly Administered)<br>)  Chapter: 11<br>)<br>)  Honorable Eugene R. Wedoff<br>)<br>)  **Objection Deadline: February 11, 2013 at 4:00 p.m. (CT)**<br>)<br>)  **Hearing Date: February 13, 2013 at 9:30 a.m.**<br>)  **(Only if objection is filed)** |

**SECOND INTERIM FEE APPLICATION
OF PRICEWATERHOUSECOOPERS CORPORATE FINANCE LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER
FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

**AND**

**FINAL FEE APPLICATION
OF PRICEWATERHOUSECOOPERS CORPORATE FINANCE LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER
FOR THE PERIOD JUNE 12, 2012 THROUGH NOVEMBER 30, 2012**

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers Corporate Finance LLC ("PwC CF")[2] |
| Authorized to Provide Professional Services to: | Trustee |
| Date of Retention: | Effective *nunc pro tunc* to June 12, 2012 by order signed June 26, 2012 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estates, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the applicable Motion, Order or other filing defined.

1

| | |
|---|---|
| Period for which compensation and reimbursement is sought: | September 1, 2012 through November 30, 2012 (the "Interim Period") |
| Amount of Compensation sought as actual, reasonable and necessary: [3] | $620,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $875.13 |
| Period for which compensation and reimbursement is sought: | June 12, 2012 through November 30, 2012 (the "Final Fee Period") |
| Amount of Compensation sought as actual, reasonable and necessary: | $720,000.00[4] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,456.70[4] |

This is a: ___ monthly  X  interim  X  final application.

The total time expended for fee application preparation is approximately 0.00 hours and the corresponding compensation requested is approximately $0.00.

This is the second Interim Fee Application filed by PwC CF.

**Fee Period**

SUMMARY BY PROJECT AND PROFESSIONAL

| Project Category and Professional | Position | Total Hours | Compensation |
|---|---|---|---|
| *Investment Banker Services* | | | |
| Michael L. Milani | Senior Managing Director | 77.70 | $0.00 |
| Keith L Kaiser | Director | 52.00 | $0.00 |
| Mads Behrndt | Vice President | 136.50 | $0.00 |
| Mike Gilkes | Senior Associate | 110.70 | $0.00 |
| Sergey Golosinskiy | Associate | 41.20 | $0.00 |
| Matt Wilson | Analyst | 405.00 | $0.00 |
| Transaction Fee | Transaction Fee | 0.00 | $620,000.00 |
| *Subtotal - Hours and Compensation - Investment Banker Services* | | *823.10* | *$620,000.00* |
| **Total - Hours and Compensation - Investment Banker Services** | | **823.10** | **$620,000.00** |

---

[3] As noted within PwC CF's Retention Order, PwC CF is not required to file interim or monthly fee applications. As PwC CF provides services and receives retainer payments, our time and expense details will be reported to the Notice Parties on an interim basis and contained herein.

[4] PwC CF has received payment for the total amount of compensation and expenses of $721,456.70.

2

**Expense Summary**

SUMMARY BY TYPE

PwC CF professionals incurred the following expenditures during this Interim Period.

| Transaction Type by Project | Total Expenditures |
|---|---:|
| *Investment Banker Services* | |
| Parking | $34.00 |
| Public/Ground Transportation | $436.55 |
| Rental Car | $404.58 |
| *Subtotal - Expenditures Sought for Investment Banker Services* | *$875.13* |
| **Total - Expenditures Sought for Reimbursement** | **$875.13** |

**Final Fee Period**

SUMMARY BY PROJECT AND PROFESSIONAL

| Project Category and Professional | Position | Total Hours | Compensation |
|---|---|---:|---:|
| *Investment Banker Services* | | | |
| Michael L. Milani | Senior Managing Director | 188.70 | $0.00 |
| Keith L Kaiser | Director | 137.50 | $0.00 |
| Mads Behrndt | Vice President | 363.70 | $0.00 |
| Mike Gilkes | Senior Associate | 372.00 | $0.00 |
| Sergey Golosinskiy | Associate | 54.50 | $0.00 |
| Matt Wilson | Analyst | 870.00 | $0.00 |
| Transaction Fee | Transaction Fee | 0.00 | $720,000.00 |
| *Subtotal - Hours and Compensation - Investment Banker Services* | | *1,986.40* | *$720,000.00* |
| **Total - Hours and Compensation - Investment Banker Services** | | **1,986.40** | **$720,000.00** |

## Expense Summary

### SUMMARY BY TYPE

PwC professionals incurred the following expenditures during this Final Fee Period:[5]

| Transaction Type by Project | Total Expenditures |
|---|---:|
| *Investment Banker Services* | |
| Mileage Allowance | $22.20 |
| Parking | $108.00 |
| Public/Ground Transportation | $704.21 |
| Rental Car | $622.29 |
| *Subtotal - Expenditures Sought for Investment Banker Services* | *$1,456.70* |
| **Total - Expenditures Sought for Reimbursement** | **$1,456.70** |

---

[5]  PwC CF's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

4



**QUALTEQ, INC., d/b/a VCT NEW JERSEY, INC.,** *et al.***, Case No. 12-05861 (ERW)**
**PricewaterhouseCoopers Corporate Finance LLC - Investment Banker**

**Hours and Compensation Submission**
**For the Period September 1, 2012 through November 30, 2012**

**Enclosure:**

PwC CF Interim Fee Application for professional fees rendered and expenses incurred
    Fees,   $620,000.00
    Expenses,   $875.13

| **Hours and Compensation:** | **Exhibits:** |
|---|---|
| *Investment Banker Services* | |
| Summary of Hours and Fees by Project and Professional | A |
| Professional Services by Project, Professional and Date | B |
| *Expenditures Incurred* | |
| Summary of Expenditures Project and Type | C |
| Detail of Expenditures by Project, Professional and Date | D |