UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 )  ) |
| QUALTEQ, INC., d/b/a/ VCT NEW JERSEY, INC., *et al.*,[1] | ) Case No. 12-05861 ) Honorable Eugene R. Wedoff ) |
| | ) Jointly Administered ) |
| Debtors. | ) Related Document: Docket No. 281 ) ) |

**ORDER GRANTING SEVENTH MONTHLY AND FINAL FEE APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2012 THROUGH MARCH 31, 2012 AND FOR THE PERIOD FROM AUGUST 14, 2011 THROUGH MARCH 31, 2012, RESPECTIVELY**

Upon consideration of the Seventh Monthly and Final Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Periods from February 1, 2012 through March 31, 2012 and for the Period from August 14, 2011 through March 31, 2012, Respectively, as filed by Fox Rothschild LLP ("Fox")[2], co-counsel for the debtors and debtors-in-possession in the above-captioned cases; and this Court having determined that proper and adequate notice of the Application has been given under the circumstances and that no other or further notice is required; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is GRANTED; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Anar Real Estate, LLC (9267); (vi) Automated Presort, Inc. (0850); (vii) Avadamma LLC (4775; 4800; 4810; 4829); (viii) Katrine Automation Company (4350); (ix) 5300 Katrine, LLC, a General Partnership (5992); (x) Fulfillment Xcellence, Inc. (3461); (xi) Global Card Services, Inc. (4581); (xii) Unique Data Services, Inc. (1068); (xiii) Unique Embossing Services, Inc. (1043); (xiv) Unique Mailing Services, Inc. (2594); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).
[2] Capitalized terms not defined herein shall have the meaning ascribed to them in such Application.

WM1A 1028723v2 04/17/12

ORDERED that, Fox is allowed $535,856.25 in compensation and $47,075.45 for reimbursement of expenses for the period from August 14, 2011 through March 31, 2012 plus the Additional Period; and it is further

ORDERED that the Debtors are ~~authorized and directed~~ allowed to pay Fox the portion of such allowed amounts which are unpaid; and it is further

ORDERED that this Order shall be effective immediately upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction over all matters related to the implementation of this Order.

Dated: February 13, 2013
Chicago, Illinois

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

2

WM1A 1028723v2 04/17/12