**FILED**

**FEB 26 2013**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
) Case No. 12 B 05861
QUALTEQ, INC., )
d/b/a VCT NEW JERSEY, INC., et al., )
)
) Chapter 11
)
Debtors. )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO LOWENSTEIN, ATTORNEYS FOR UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $349,613.00 | TOTAL COSTS REQUESTED: | $4,597.20 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $1,276.90 |
| TOTAL FEES ALLOWED: | $349,613.00 | TOTAL COSTS ALLOWED: | $3,320.30 |

**TOTAL FEES AND COSTS ALLOWED: $352,933.30**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(11)   Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

**(13)   No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work prior to retention to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

Dated: February 26, 2013

_____
Eugene R. Wedoff
United States Bankruptcy Judge

| | | | | | |
|---|---|---|---|---|---|
| 04/17/2012 IL Docket # 280 04/18/2012 IL Docket # 290 | Second Interim 11/01/2011 – 01/31/2012 | $299,033.00 | $5,753.10 | | 09/26/2012 IL Docket #729 |
| 04/13/2012 IL Docket # 270 | 02/01/2012-02/29/2012 | $68,959.50 | $1,391.62 | $55,167.60 | $1,391.62 | 05/16/2012 IL Docket # 362 |
| 06/06/2012 IL Docket # 405 | 03/01/2012-03/31/2012 | $97,957.00 | $2,026.76 | $78,365.60 | $2,026.76 | 07/10/2012 IL Docket #482 |
| 06/26/2012 IL Docket # 450 | 04/01/2012-04/30/2012 | $119,717.00 | $9,157.88 | $95,773.60 | $9,157.88 | 07/17/2012 IL Docket # 492 |
| 07/17/2012 IL Docket # 493 | Third Interim 02/01/2012 – 04/30/2012 | $286,633.50 | $12,576.26 | | | 09/26/2012 Il Docket #732 |
| 08/03/2012 IL Docket # 532 | 05/01/2012-05/31/2012 | $61,274.50 | $1,008.88 | $49,019.60 | $1,008.88 | 08/27/2012 IL Docket # 623 |
| 08/17/2012 IL Docket # 574 | 06/01/2012-06/30/2012 | $60,149.00 | $942.42 | $48,119.20 | $942.42 | 09/14/2012 IL Docket # 666 |
| 08/17/2012 IL Docket # 575 | 07/01/2012-07/31/2012 | $31,787.50 | $387.20 | $25,430.00 | $387.20 | 09/14/2012 IL Docket #667 |
| 09/24/2012 IL Docket # 702 | Fourth Interim 05/01/2012 – 07/31/2012 | $153,211.00 | 2,338.50 | | | 10/23/2012 IL Docket #812 |
| 12/18/2012 IL Docket # 969 AAR | 08/01/2012-08/31/2012 | $50,593.00 | $1,069.93 | $40,474.40 | $1,069.93 | 01/28/2013 IL Docket #1060 |
| 01/03/2013 IL Docket # 991 | 09/01/2012-09/30/2012 | $117,773.00 | $1,133.90 $2,701.96 | $94,218.40 | $2,701.96 | 01/28/2013 IL Docket #1061 |
| 01/03/2013 IL Docket # 992 | 10/01/2012-10/31/2012 | $88,231.50 | 13 4-80 $453.82 | $70,585.20 | $453.82 | 01/28/2013 IL Docket #1062 |
| 01/03/2013 IL Docket # 993 | 11/01/2012-11/30/2012 | $93,015.50 | 13 8-63 $371.49 | $74,412.40 | $371.49 | 01/28/2013 IL Docket #1063 |

- 6 -

| | | |
|---|---|---|
| Fee/Employment Objections | 91.00 | 46,871.50 |
| Fee Applications and Invoices - Others | 3.90 | 1,989.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 1.00 | 510.00 |
| Non-Working Travel | 10.40 | 3,354.00 |
| Business Operations | 5.30 | 2,703.00 |
| Employee Benefits/Pensions | 1.00 | 510.00 |
| Financing/Cash Collateral | 26.50 | 13,480.00 |
| Claims Administration and Objections | 0.70 | 357.00 |
| **Total** | **237.40** | **$117,773.00** |

## EXPENSE SUMMARY

**Summary of Disbursement Charges**

| | |
|---|---|
| Messenger and delivery charges | 258.09 |
| Computerized legal research  ~Westlaw | 1,133.90 |
| Telecommunications | 154.41 |
| Travel | 1,155.56 |
| **Total Disbursements** | **$2,701.96** |

$1,133.90

The Official Committee of Unsecured Creditors of Qualteq, Inc.  
Invoice No.: 644193

Page 53  
December 31, 2012

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 09/01/12 | Other Telecommunications Charges  VENDOR: Prol, Jeffrey D.; INVOICE#: 100912; DATE: 10/9/2012 cell phone calls 08/21-09/20/12 | $48.86 |
| 10/20/12 | Other Telecommunications Charges  VENDOR: Prol, Jeffrey D.; INVOICE#: 120612; DATE: 12/6/2012 cell phone calls 09/21-10/20/12 | 23.38 |
| 09/10/12 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 12313089 DATE: 9/30/2012 ReadyConference - Toll Free - USA | 0.20 |
| 09/10/12 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 12313089 DATE: 9/30/2012 ReadyConference - Toll Free - USA | 3.22 |
| 09/27/12 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 12313089 DATE: 9/30/2012 ReadyConference - Toll Free - USA | 13.79 |
| 10/03/12 | Travel - Meals  VENDOR: Chafetz, Eric S.; INVOICE#: 100312; DATE: 10/3/2012 - Working late on file - 9/30/12 | 6.90 |
| 10/03/12 | Travel - Meals  VENDOR: Chafetz, Eric S.; INVOICE#: 100312; DATE: 10/3/2012 - Working late on file - 9/28/12 | 5.95 |
| 10/03/12 | Travel - Meals  VENDOR: Chafetz, Eric S.; INVOICE#: 100312; DATE: 10/3/2012 - Working late on file - 10/1/12 | 6.92 |
| 10/03/12 | Travel - Meals  VENDOR: Chafetz, Eric S.; INVOICE#: 100312; DATE: 10/3/2012 - Working late on file - 10/2/12 | 6.00 |
| 10/03/12 | Local Travel  VENDOR: My Limousine Service; INVOICE#: 47055; DATE: 10/3/2012 - From: ORD 3698 UA / To: 500 South Dearborn Drive, Chicago, IL / Travel Date: 9/25/2012 | 108.40 |
| 09/30/12 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: LS2941-Q32012 DATE: 10/5/2012 Date range: 07/01/2012-09/30/2012 | $230.20 |
| | Total Disbursements | $453.82 |

*Handwritten annotations:* 13; $80; MY LIMO? Taxi = $38 + tip

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

The Official Committee of Unsecured Creditors of Qualteq, Inc.      Page 60
Invoice No.: 646894      December 28, 2012

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 10/02/12 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 12529202 DATE: 10/31/2012 ReadyConference - Toll Free - USA | $14.74 |
| 10/03/12 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 12529202 DATE: 10/31/2012 ReadyConference - Toll Free - USA | 6.54 |
| 10/11/12 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 12529202 DATE: 10/31/2012 ReadyConference - Local Access - USA | 0.83 |
| 10/11/12 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 12529202 DATE: 10/31/2012 ReadyConference - Toll Free - USA | 9.18 |
| 10/23/12 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 12529202 DATE: 10/31/2012 ReadyConference - Toll Free - USA | 0.74 |
| 10/25/12 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 12529202 DATE: 10/31/2012 ReadyConference - Toll Free - USA | 10.42 |
| 10/25/12 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 12529202 DATE: 10/31/2012 ReadyConference - Toll Free - USA | 9.24 |
| 10/31/12 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 12529202 DATE: 10/31/2012 ReadyConference - Toll Free - USA | 5.71 |
| 11/05/12 | Travel - Meals  VENDOR: Chafetz, Eric S.; INVOICE#: 110712; DATE: 11/7/2012 hearings - From: New York / To: Chicago IL / Travel Date: 11/05-11/06/12 | 153.14 |
| 11/05/12 | Local Travel  VENDOR: Chafetz, Eric S.; INVOICE#: 110712; DATE: 11/7/2012 hearings - From: New York / To: Chicago IL / Travel Date: 11/05-11/06/12 | 112.87 |
| 11/14/12 | Local Travel  VENDOR: XYZ Two Way Radio Service, Inc.; INVOICE#: 1471689; DATE: 11/14/2012 - From: LS - NY Office / To: LGA Airport / Travel Date: 11/5/2012 | 47.68 |
| | Internal photocopies: 4 pages at $0.10 per page | 0.40 |
| | Total Disbursements | $371.49 |

[Handwritten annotations: "13" in left margin; next to 11/05/12 Travel-Meals entry: "$63.4" (crossed out "153.14") "Why so much? Assume 3 people? ÷10"]

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.