UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>QUALTEQ, INC., et al.,<br>d/b/a VCT NEW JERSEY, INC., et al.,<br><br><br><br>Debtor(s) | BK No.:   12-05861<br>(Jointly Administered)<br>Chapter: 11<br>Honorable Eugene R. Wedoff |

**Order Granting the Final Application of Focalpoint Securities, LLC, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtors for the Period from November 1, 2011 through June 21, 2012**

This matter coming before the Court on the Final Application of Focalpoint Securities, LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtors for the Period from November 1, 2011 rhough June 21, 2012 (the Application"); copies of the Application having been served on the proper parties; due notice of the Application having been provided; no further notice being necessary; the Court having received no objections to the Application; the Court having reviewed the Application and having heard the statements of counsel regarding the relief requested in the Application at a hearing before the Court (the "Hearing");

It is hereby ORDERED THAT:

1. The Application is granted as provided herein;

2. FocalPoint Securities, LLC (the "Applicant"), having requested final compensation in the amount of $350,000, is allowed final compensation in the amount of $350,000;

3. The Applicant, having requested reimbursement of expenses in an amount of $13,826.05, is allowed reimbursement of expenses in an amount of $10,652.40;

4. The Debtors are allowed to pay the Applicant the amounts set froth herein;

5. The Application and entry of this Order are core proceedings within the meaning of 28 U.S.C. 157(b); and

6. This Order is a final Order and is effective immediately.

Enter:

Dated: 27 FEB 2013

United States Bankruptcy Judge

**Prepared by:**
Patrick M. Jones, IL #6271256
Greensfelder, Hemker & Gale, P.C.

Rev: 20120501_bko

200 West Madison Street, Suite 2700
Chicago, Illinois 60606
Tel: (312) 419-9090
Fax: (312) 419-1930
pmj@greensfelder.com

Counsel to FocalPoint, LLC