**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB 27 2013

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re: )
)
) Case No. 12 B 05861
QUALTEQ, INC., )
d/b/a VCT NEW JERSEY, INC., et al., )
)
) Chapter 11
Debtors. )
_____ )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FOCALPOINT SECURITIES LLC, INVESTMENT BANKER FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $350,000.00 | TOTAL COSTS REQUESTED: | $13,826.05 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $3,173.65 |
| TOTAL FEES ALLOWED: | $350,000.00 | TOTAL COSTS ALLOWED: | $10,652.40 |

**TOTAL FEES AND COSTS ALLOWED: $360,652.40**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(6)    Meal Expenses**

The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

**(13)    No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work prior to retention to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

Dated: February 27, 2012

_____
Eugene R. Wedoff
United States Bankruptcy Judge

*Focal point*

# EXHIBIT B

| | | | |
|---|---|---|---|
| 11/2/2011 | Flash Cab (Home – Qualteq meeting) – Mitchell/Mills | | 74.00 |
| 11/16/2011 | Taxi (to lender meeting) – Mills | | 7.25 |
| 11/16/2011 | Taxi (to airport in Chicago) – Mills | | 40.85 |
| 11/16/2011 | GOGOAIR.COM (wifi) (Qualteq business while traveling) – Mills | | 12.95 |
| 11/16/2011 | Working meal while traveling – Mills | | 6.00 |
| 11/17/2011 | Working meal while traveling – Mills/Debtors | | 50.00 |
| 11/17/2011 | working meal (client meeting) – Mills/Debtors | | 74.66 |
| 11/17/2011 | working meal (travel) – Mills | | 6.62 |
| 11/17/2011 | Working meal (LAX Airport) – Stevenson | | 59.00 |
| 11/17/2011 | Taxi (to airport) - Stevenson | | 39.45 |
| 11/17/2011 | Starbucks Chicago – working meal (travel) - Mills | | 7.60 |
| 11/17/2011 | Great American Bag Chicago – working meal (travel) - Mills | | 5.37 |
| 11/18/2011 | American Airlines Onboard Sale – working meal (travel) – Stevenson | | 6.00 |
| 11/18/2011 | W CHICAGO CITY CENTER – Lodging – Stevenson | | 314.45 |
| 11/29/2011 | spirit airlines – Mills | | 387.38 |
| 12/1/2011 | AA AIR TICKET SALE (LA/Chicago)– Stevenson | | 847.40 |
| 12/7/2011 | NYC Bagel Deli – working meal (overtime) – Stevenson | | 9.70 |
| 12/9/2011 | Working meal (client meeting) – Mills/Mitchell/Debtors | | 88.05 |
| 12/13/2011 | SubWay – working meal (overtime) – Mitchell | | 5.37 |
| 12/13/2011 | Working meal (capital provider) – Mills/Investor | | 44.00 |
| 12/15/2011 | Working meal (capital provider) – Mills/Investor | | 67.72 |
| 12/16/2011 | Working meal (capital provider) – Mills/Investor | | 39.45 |
| 12/19/2011 | Working meal (overtime) – Mitchell | | 29.98 |
| 12/20/2011 | Chipotle – working meal (overtime) – Mitchell | | 7.27 |
| 12/22/2011 | Working meal –Mills/Investors/Debtors | | 324.17 |
| 12/22/2011 | American airlines – Mills | | 436.40 |
| 12/30/2011 | Taxi (to client site) – Mills | | 55.00 |
| 12/30/2011 | Taxi (from client site) – Mills | | 55.00 |
| Monthly | Conference Call - Various | | 100.28 |
| Total | 1/1/12 Invoice | | 3,201.37 |

Handwritten annotations: "Meals 6"; "74.66"; "9.70, 88.05, 5.37, 44, 67.72, 39.45, 29.98, 7.27, 324.17"

| | | | |
|---|---|---|---|
| 12/23/2011 | Parking – client meeting – Mills | | 27.00 |
| 12/23/2011 | Working meal (client) – Mills/Debtors | | 51.00 |
| 12/24/2011 | Parking – client meeting – Mills | | 23.00 |
| 12/25/2011 | Parking – client dinner – Mills | | 27.00 |
| 1/4/2012 | Working meal (traveling) – Mills | | 52.00 |
| 1/4/2012 | Working meal (capital providers) – Mills/Investors | | 120.84 |
| 1/5/2012 | Working meal (capital providers) – Mills/Mitchell/Investors | | 88.00 |
| 1/5/2012 | Parking - Hotel (travel) – Mills | | 85.00 |
| 1/5/2012 | Taxi (to / from airport) – Mills | | 125.00 |
| 1/6/2012 | Lodging – capital provider meeting – Mills | | 331.74 |
| 1/6/2012 | American Airlines flight – Mills | | 75.00 |
| 1/16/2012 | Working meal (overtime) - Mills | | 0.29 |
| 1/20/2012 | Working meal (capital provider) – Mills/Investor | | 59.00 |

Handwritten: "120.84, 88"

11

| Date | Description | Amount | Annotation |
|---|---|---|---|
| 1/26/2012 | Working meal (overtime) – Mills/Mitchell | 28.15 | 28.15 |
| 1/31/2012 | Working meal (capital provider) – Mills/Investor | 44.23 | 44.23 |
| 2/1/2012 | Various Parking (lender meetings in Chicago) – 10x (Mills) | 203.00 | |
| 2/1/2012 | Working meal (overtime) – Mills/Mitchell | 52.00 | 52.00 |
| 2/1/2012 | Working meal (client) – Mills/Mitchell/Debtors | 175.09 | 175.09 |
| 2/2/2012 | Taxi (client meeting) – Mills | 11.25 | |
| 2/12/2012 | Parking (airport – investor meetings) – Mills | 116.00 | |
| 2/13/2012 | Parking (client meeting) – Mills | 29.00 | |
| 2/22/2012 | Parking (airport) – Mills | 23.00 | |
| 2/23/2012 | Working meal (capital provider) – Mills/Investors | 168.83 | 168.83 |
| 2/23/2012 | Hotel (client and capital provider meeting) – Mills | 383.07 | |
| 2/23/2012 | Flights (multi-site capital provider meetings) – Mills/Mitchell | 1,321.20 | |
| 2/23/2012 | Taxi (from airport to hotel) – Mills/Mitchell | 60.00 | |
| 2/23/2012 | Taxi (from hotel to meeting) – Mills/Mitchell | 30.00 | |
| 2/24/2012 | Working meal (travel) – Mills/Mitchell/Debtors | 95.96 | |
| 2/24/2012 | Hotel Parking (travel) – Mills/Mitchell | 51.00 | |
| 2/24/2012 | Working meal (travel) – Mills/Mitchell | 50.07 | |
| 2/24/2012 | Taxis (multi-site) – Mills/Mitchell | 172.00 | |
| 2/24/2012 | Working meal (overtime) – Mitchell | 9.86 | 9.86 |
| Monthly | Conference Calls – Various | 222.10 | |
| Monthly | Printing and Reproduction (Nov – February) | 550.00 | |
| Monthly | Cellular Phone (Nov – February) | 412.50 | |
| Total | 3/1/12 invoice | 5,273.18 | |

| Date | Description | Amount | Annotation |
|---|---|---|---|
| 3/1/2012 | Working meal – Mills/capital provider/Mitchell | 160.66 | 160.66 |
| 3/6/2012 | Working meal (travel / capital provider)/Mills | 70.54 | |
| 3/7/2012 | Working Meal (travel – LV conference)/Mills/Debtors/Investors | 349.63 | |
| 3/7/2012 | Flights (travel – LV card conference) - Mills | 807.58 | |
| 3/7/2012 | Hotel (travel – LV card conference) - Mills | 400.96 | |
| 3/7/2012 | Taxi (to / from airport) – Mills/Debtors | 56.00 | |
| 3/7/2012 | Working meals (conference) – Mills/Investors/Debtors | 137.92 | 137.92 |
| 3/8/2012 | Parking (various meetings) – Mills | 61.00 | |
| 3/12/2012 | Working meal (overtime – Mitchell | 9.63 | |
| 3/12/2012 | Cabs (various meetings) – Mills | 64.90 | |
| 3/13/2012 | Working meal (overtime) – Mitchell | 23.00 | 23 |
| 3/13/2012 | Working meal (appraisal provider) – Mills | 71.81 | |
| 3/14/2012 | Working meal (capital provider) – Mills/Investors/Debtors | 238.14 | 238.14 |
| 3/14/2012 | Working entertainment (capital provider) – Mills/Investors | 86.00 | 86.00 |
| 3/15/2012 | Working meal (capital provider) – Mills | 6.20 | 6.2 |
| 3/15/2012 | Working meal (capital provider) – Mills/Mitchell/Investors | 139.00 | 139 |
| 3/27/2012 | Working meal (overtime) – Mills/Mitchell | 45.93 | 45.93 |
| 3/27/2012 | Working meeting (capital provider) – Mills | 26.95 | |
| 3/29/2012 | Working meal (capital provider) – Mills | 88.44 | 88.44 |
| 3/29/2012 | Working meeting (client) – Mills/Debtors | 34.68 | |
| 3/30/2012 | Working meal (capital provider) – Mills | 63.48 | 63.48 |
| 4/2/2012 | Working meal (capital provider) – Mills/Mitchell/Investors/Debtors | 231.60 | 231.6 |
| 4/10/2012 | Working meal (overtime) – Mills/Mitchell | 31.53 | 31.53 |
| 4/12/2012 | Working meal (capital provider) - Mills | 51.83 | 51.83 |

ex 13

| Date | Description | Amount | |
|---|---|---|---|
| 4/15/2012 | Taxi (to / from various lender meetings) – Mills | 38.00 | |
| 4/16/2012 | Working meal (capital provider) – Mills | 60.16 | 60.16 |
| 4/16/2012 | Airfare - Mills | 338.60 | |
| 4/17/2012 | Hotel - (client / capital provider meetings) 2 nights – Mills/Mitchell | 703.00 | |
| 4/18/2012 | Working meal (capital provider) – Mills/Mitchell | 51.19 | 51.19 |
| 4/18/2012 | Parking (2 meetings) – Mills | 30.00 | |
| 4/22/2012 | Working meal (travel) - Mills | 23.87 | |
| 4/22/2012 | Working entertainment (capital provider) – Mills | 96.88 | 96.88 |
| 4/23/2012 | Parking (airport) – Mills | 82.00 | |
| 4/23/2012 | Working meal (Mills/Mitchell/Debtors/investor) | 198.32 | 198.32 |
| 4/23/2012 | Taxi (to / from airport) 2 trips – Mills | 145.00 | |
| Monthly | Cellular Charges (Qualteq) – Mills/Mitchell | 250.00 | |
| Monthly | March Conference Calls (Qualteq) – Various | 48.15 | |
| Monthly | April Conference Calls (Qualteq) - Various | 28.92 | |
| Total | 5/1/12 invoice | 5,351.50 | |
| | | 13,826.05 | |

6
13

non travel meals $2,990.77
entertainment $182.88
_____
$3,173.65

RLF1 3589285v. 1
2137107.1