# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| QUALTEQ, INC., <br> d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | Case No. 12-05861 (ERW) |
| Debtors. | Jointly Administered |
|  | Hearing Date: May 14, 2013 at <br> 9:30 a.m. (prevailing Central Time) |

## NOTICE OF THE FOURTH AND FINAL FEE APPLICATION OF CROWE HORWATH LLP AS ACCOUNTANT AND TAX ADVISOR FOR THE TRUSTEE AND THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD DECEMBER 1, 2012 THROUGH MARCH 31, 2013

**PLEASE TAKE NOTICE** that on **May 14, 2013, at 9:30 a.m. (prevailing Central Time)** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff in Courtroom 744 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the *Fourth and Final Fee Application of Crowe Horwath LLP as Accountant and Tax Advisor for the Trustee and the Debtors for Allowance of Compensation and for Reimbursement of Actual and Necessary Expenses Incurred for the Period December 1, 2012 Through March 31, 2013* (the "Final Application"), at which time and place you may appear if you so desire.

**PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning the above-captioned chapter 11 cases at the website maintained in these chapter 11 cases at http://www.phaseeleven.com/qualteq/.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

K&E 25883392

Dated:  April 22, 2013

Respectfully Submitted,

*/s/ David L. Eaton*

James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Chapter 11 Trustee*

K&E 25883392

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| QUALTEQ, INC.,<br>d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | Case No. 12-05861 (ERW) |
| Debtors. | Jointly Administered |
| | Hearing Date: May 14, 2013 at<br>9:30 a.m. (prevailing Central Time) |

**COVER SHEET FOR THE FOURTH AND FINAL FEE APPLICATION OF CROWE HORWATH LLP AS ACCOUNTANT AND TAX ADVISOR FOR THE TRUSTEE AND THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD DECEMBER 1, 2012 THROUGH MARCH 31, 2013**

| | |
|---|---|
| Name of Applicant: | Crowe Horwath LLP |
| Authorized to Provide Professional Services to: | Fred C. Caruso, solely in his capacity as the chapter 11 trustee (the "Trustee") in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New Jersey, Inc. ("Qualteq") and its affiliated chapter 11 debtors (collectively, with Qualteq, the "Debtors") and the Debtors |
| Date of Retention: | December 6, 2011 *nunc pro tunc* to November 3, 2011 [Delaware Docket No. 567], as amended on July 3, 2012 [Docket No. 474] |
| Period for which compensation and reimbursement is sought: | December 1, 2012 through March 31, 2013 |

This is a:  __ monthly ___ interim  X  final application.

This is Crowe Horwath LLP's fourth and final fee application in this case.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

## Summary of Crowe's Monthly Fee Statements

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | CNO/Order Date & Docket No. | Approved Fees | Approved Expenses | Holdback |
|---|---|---|---|---|---|---|---|
| 01/27/12 [28] | 11/03/11 through 11/30/11 | $43,619.50 | $151.70 | 02/24/12 [42] | $34,895.60 | $151.70 | $8,723.90 |
| 01/27/12 [29] | 12/01/11 through 12/31/11 | $196,884.75 | $2,712.00 | 02/24/12 [43] | $157,507.80 | $2,712.00 | $39,376.95 |
| 03/21/12 [157] | 01/01/12 through 01/31/12 | $37,917.50 | $0.00 | 04/11/12 [260] | $30,334.00 | $0.00 | $7,583.50 |
| **First Interim Application** **04/16/12** **[274]** | **11/3/11 through 1/31/12** | **$278,421.75** | **$2,863.70** | **07/24/12** **[514]** | **$278,421.75** | **$2,863.70** | **$0.00** |
| 05/09/12 [345] | 02/01/12 through 02/29/12 | $12,667.00 | $0.00 | 06/21/12 [437] | $10,133.60 | $0.00 | $2,533.40 |
| 05/09/12 [346] | 03/01/12 through 03/31/12 | $2,177.50 | $0.00 | 06/21/12 [438] | $1,742.00 | $0.00 | $435.50 |
| 08/27/12 [618] | 04/01/12 through 06/30/12 | $72,685.00 | $219.70 | 09/20/12 [694] | $58,148.00 | $219.70 | $14,537.00 |
| 08/27/12 [619] | 07/01/12 through 07/31/12 | $47,424.50 | $0.00 | 09/20/12 [695] | $37,939.60 | $0.00 | $9,484.90 |
| 09/13/12 [660] | 08/01/12 through 08/31/12 | $40,361.00 | $46.00 | 10/08/12 [777] | $32,288.80 | $46.00 | $8,072.20 |
| **Second Interim Application** **10/15/12** **[794]** | **02/01/12 through 08/31/12** | **$175,315.00** | **$265.70** | **11/06/12** **[892]** | **$175,315.00** | **$265.70** | **$0.00** |

K&E 25883392

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | CNO/Order Date & Docket No. | Approved Fees | Approved Expenses | Holdback |
|---|---|---|---|---|---|---|---|
| 10/25/12 [816] | 09/01/12 through 09/01/12 | $25,462.00 | $0.00 | 11/19/12 [917] | $25,462.00 | $0.00 | $0.00 |
| 11/28/12 [939] | 10/01/12 through 10/31/12 | $22,810.00 | $0.00 | 12/18/12 [972] | $22,810.00 | $0.00 | $0.00 |
| 12/21/12 [982] | 11/01/12 through 11/30/12 | $16,730.00 | $337.34 | 1/10/13 [1012] | $16,730.00 | $0.00 | $0.00 |
| **Third Interim Application** **01/22/13 [1037]** | **09/01/12 through 11/30/12** | **$65,002.00** | **$337.34** | 2/13/13 [1162] | **$65,002.00** | **$0.00** | **$0.00** |
| 01/25/13 [1052] | 12/01/12 through 12/31/12 | $15,790.00 | $0.00 | 02/15/13 [1172] | $12,632.00 | $0.00 | $3,158.00 |
| 02/22/13 [1206] | 01/01/13 through 01/31/13 | $17,880.00 | $0.00 | 03/14/13 [1346] | $14,304.00 | $0.00 | $3,576.00 |
| 03/25/13 [1413] | 02/01/13 through 02/28/13 | $17,462.00 | $0.00 | 4/16/13 [1501] | $13,969.60 | $0.00 | $3,492.40 |
| 04/22/13[1] | 03/01/13 through 03/31/13 | $9,040.00 | $0.00 | N/A | N/A | N/A | N/A |
| **Totals for the Fourth and Final Application Period** | **12/01/12 through 03/31/13** | **$60,172.00** | **$0.00** | **N/A** | **$40,905.60** | **$0.00** | **$10,226.40** |

---

[1]    Crowe has filed the *Fifteenth Monthly Application for Allowance of Compensation and for Reimbursement of Actual and Necessary Expenses* (the "Fifteenth Monthly Application") contemporaneously herewith, and will file a certificate of no objection with the United States Bankruptcy Court for the Northern District of Illinois if no objections are received to the Fifteenth Monthly Application in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* [Delaware Docket No. 125], as amended by [Docket No. 411].

K&E 25883392

Dated:  April 22, 2013              Respectfully Submitted,

/s/ David L. Eaton
James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Chapter 11 Trustee*

4

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: May 14, 2013 at |
| | ) | 9:30 a.m. (prevailing Central Time) |

**FOURTH AND FINAL FEE APPLICATION OF CROWE HORWATH LLP AS
ACCOUNTANT AND TAX ADVISOR FOR THE TRUSTEE AND THE DEBTORS FOR
ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ACTUAL
AND NECESSARY EXPENSES INCURRED FOR THE PERIOD DECEMBER 1, 2012
THROUGH MARCH 31, 2013**

Crowe Horwath LLP ("Crowe"), accountant and tax advisor for the above-captioned

debtors (collectively, the "Debtors") and Fred C. Caruso, solely in his capacity as the chapter 11

trustee (the "Trustee") in the Debtors' chapter 11 cases, hereby submits this application

(the "Final Application") for entry of an order, substantially in the form attached hereto as

**Exhibit A**, for (a) allowance of compensation for professional services rendered to the Trustee

and reimbursement of actual and necessary expenses incurred in the amount of $60,172.00 for

the period December 1, 2012 through and including March 31, 2013 (the "Final Fee Period"), as

required by the *Order Establishing Procedures for Interim Compensation and Reimbursement of*

*Expenses for Professionals and Official Committee Members* [Delaware Docket No. 125], as

amended by [Docket No. 411] (the "Interim Compensation Order"); (b) final allowance of

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091);
(c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267);
(f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation
Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461);
(k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services,
Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258);
(p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

1

compensation for professional services rendered and expenses incurred by Crowe on behalf of the Trustee and the Debtors' estates during these chapter 11 cases; (c) authorization for the Trustee to pay the full amounts requested in the Monthly Applications (as defined herein), including the 20% holdback of fees as provided for in the Interim Compensation Order; and (d) related relief.  In support of its Final Application, Crowe respectfully represents as follows:

<u>**Compensation Requested**</u>

1.      By this Final Application, Crowe seeks approval and allowance of its compensation for professional services and reimbursement of expenses incurred during the Final Fee Period, including the authorization for the Trustee to pay the 20% holdback of fees as provided by the Interim Compensation Order.  Crowe has previously filed and served monthly applications for the periods covering December 1, 2012 through March 31, 2013 (collectively, the "<u>Monthly Applications</u>").[2]  Each of the Monthly Applications is incorporated herein by reference.

2.      A summary of the hours spent, the names of each professional and paraprofessional rendering services to the Trustee and the Debtors' estates during the Final Fee Period, the regular customary billing rates, and the total value of time incurred by each Crowe professional rendering services to the Trustee and the Debtors' estates during the Final Fee Period is attached to the Monthly Applications as **Exhibit A**.  A copy of the time entries reflecting the time recorded for these services is attached to the Monthly Applications as **Exhibit B**.  All time entries and requested expenses are in substantial compliance with Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "<u>Local Rules</u>").

---

[2]     Crowe has filed the *Fifteenth Monthly Application for Allowance of Compensation and for Reimbursement of Actual and Necessary Expenses* (the "<u>Fifteenth Monthly Application</u>") contemporaneously herewith.

2

3.      By this Final Application, Crowe seeks: (a) allowance of fees in the amount of $60,172.00 for professional services rendered for the Final Fee Period; (b) final allowance of compensation for professional services rendered and expenses incurred by Crowe on behalf of the Trustee and the Debtors' estates during these chapter 11 cases; (c) authorization for the Trustee to pay the $10,226.40 in fees representing the 20% holdback of fees required by the Interim Compensation Order; and (d) authorization for the Trustee to pay the $9,040.00 in fees requested in the Fifteenth Monthly Application without any holdback as required by the Interim Compensation Order.

4.      The undersigned has reviewed the requirements of Local Rule 5082-1 and certifies to the best of his information, knowledge, and belief that this Final Application complies with that Local Rule.  Notice of this Final Application has been provided in accordance with the Interim Compensation Order.  Crowe submits that no other or further notice need be provided.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**WHEREFORE**, Crowe respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**: (a) allowing and awarding compensation for professional services rendered during the Final Fee Period in the amount of $60,172.00; (b) final allowance of compensation for professional services rendered and expenses incurred by Crowe on behalf of the Trustee and the Debtors' estates during these chapter 11 cases; (c) authorization for the Trustee to pay the full amounts requested in the Monthly Applications, including the 20% holdback of fees as provided for in the Interim Compensation Order; and (d) granting related relief.

Dated:  April 22, 2013

Respectfully submitted,

CROWE HORWATH LLP

/s/ *John A. Grivetti*
John A. Grivetti III, CPA
One Mid-America Plaza, Suite 700
Oakbrook Terrace, IL 60181
Telephone:  630-586-5340

*Accountant and Tax Advisor to the Chapter 11 Trustee*

4

**<u>Exhibit A</u>**

**Proposed Order**