**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAY 14 2013

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re: )
)
) Case No. 12 B 05861
QUALTEQ, INC., )
d/b/a VCT NEW JERSEY, INC., et al., )
)
) Chapter 11
)
Debtors. )
_____ )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO KIRKLAND & ELLIS, ATTORNEYS FOR THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF <u>INTERIM</u> COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $1,083,634.50 | TOTAL COSTS REQUESTED: | $19,907.89 |
| TOTAL FEES REDUCED: | $655.00 | TOTAL COSTS REDUCED: | $2,834.97 |
| TOTAL FEES ALLOWED: | $1,082,979.50 | TOTAL COSTS ALLOWED: | $17,072.92 |

**TOTAL FEES AND COSTS ALLOWED: $1,100,052.42**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Improper Allocation of Professional Resources**

The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(11)    Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs

or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: May 14, 2013

                                               Eugene R. Wedoff
                                               United States Bankruptcy Judge

Legal Services for the Period Ending December 31, 2012
Fred C. Caruso, as Chapter 11 Trustee
  2 - Adversary Proceedings, Contested Matters

### Description of Legal Services

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 12/05/12 | Mike Jones | 2.60 | 1,287.00 | Review and analyze objection to discharge re Veluchamy chapter 7 case (2.1); draft summary of same (.4); correspond with working group re same (.1). |
| 12/05/12 | David Ogles | .40 | 148.00 | Office conference with E. Larson re motion. —148 |
| 12/05/12 | Micah E Marcus | .60 | 411.00 | Review BofA pleading re fraudulent transfers in Veluchamy chapter 7. |
| 12/06/12 | Neal P Donnelly | .70 | 301.00 | Review complaint filed by BofA objecting to discharge in Veluchamy chapter 7 case (.6); correspond with M. Jones re same (.1). |
| 12/06/12 | Micah E Marcus | 1.20 | 822.00 | Review BofA pleadings re fraudulent transfers in Veluchamy chapter 7 matter. |
| 12/06/12 | Scott A McMillin, P.C. | 2.00 | 1,590.00 | Review BofA objection to discharge (1.1); analyze Veluchamy litigation issues (.9). |
| 12/10/12 | Micah E Marcus | .30 | 205.50 | Correspond and conference with S. McMillin and R. Dahl re U.S. Trustee inquiry. |
| 12/10/12 | Ryan P Dahl | .60 | 426.00 | Analyze pleadings filed in BofA adversary proceeding. |
| 12/10/12 | Scott A McMillin, P.C. | 1.50 | 1,192.50 | Telephone conferences with B. Klein re witness and lease issues (.3); office conferences with working group re same (.3); office conferences with working group re U.S. Attorney issues (.2); prepare for client meeting with U.S. Attorney (.7). |

3

Legal Services for the Period Ending December 31, 2012
Fred C. Caruso, as Chapter 11 Trustee
11 - Customer & Creditor Communications

### Description of Legal Services

*Handwritten annotations: "Coordinate mtg @ 200/hr x .8 = 160", "$408"*

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 12/03/12 | Ryan P Dahl | .80 | 568.00 | Coordinate in person meeting with BofA, chapter 7 trustee and FDIC. |
| 12/04/12 | Ryan P Dahl | .60 | 426.00 | Respond to creditor calls re sale process. |
| 12/04/12 | David L Eaton | 1.00 | 1,025.00 | Telephone conference with UCC re plan update. |
| 12/06/12 | Neal P Donnelly | .40 | 172.00 | Conference with creditor re status of claims administration process (.3); correspond with R. Dahl re same (.1). |
| 12/06/12 | Ryan P Dahl | 2.60 | 1,846.00 | Prepare for and participate in office conference with BofA, FDIC and chapter 7 trustee representatives (1.5); follow up correspondence and telephone conferences with working group re same (1.1). |
| 12/06/12 | David L Eaton | 2.00 | 2,050.00 | Office conference with chapter 7 trustee, BofA and FDIC re plan and related issues. |
| 12/11/12 | Ryan P Dahl | .70 | 497.00 | Telephone conference with UCC professionals re case status. |
| 12/18/12 | Ryan P Dahl | .40 | 284.00 | Participate in status update call with UCC professionals. |
| 12/18/12 | David L Eaton | .80 | 820.00 | Prepare for and participate in telephone conference with committee re real estate sale and plan update. |
| 12/20/12 | Ryan P Dahl | .20 | 142.00 | Correspond with T. Kiriakos re diligence requests. |
| 12/27/12 | Ryan P Dahl | .50 | 355.00 | Office conference with D. Eaton re UCC comments to plan term sheet. |

3

Legal Services for the Period Ending December 31, 2012
Fred C. Caruso, as Chapter 11 Trustee
18 - Schedules, SoFAs & MORs

### Description of Legal Services

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 12/05/12 | Joseph M Graham | .20 | 99.00 | Correspond *with?* re issues re amending schedules. |
| | | .20 | $99.00 | TOTAL HOURS |

ч

3

# EXHIBIT D

## Summary of Expenses Incurred for the Fee Period and Detailed Description of Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $231.21 |
| Standard Copies or Prints | $2,310.60 |
| Tabs/Indexes/Dividers | $21.06 |
| Color Copies or Prints | $16.50 |
| Scanned Images | $124.80 |
| Overnight Delivery | $21.23 |
| Overnight Delivery - Refund | ($51.02) |
| Outside Messenger Services | $66.24 |
| Local Transportation | $17.55 |
| Court Reporter Fee/Deposition | $54.00 |
| Computer Database Research | $2,012.74 |
| Overtime Transportation | $44.85 |
| Secretarial Overtime | $5.46 |
| **Total** | **$4,875.22** |

*Handwritten annotations:* "westlaw" next to Computer Database Research; "-170.84"; "-5.46"; strikethroughs on Computer Database Research, Overtime Transportation, and Secretarial Overtime lines.

K&E 25337734

## EXHIBIT D

### Summary of Expenses Incurred for the
### Fee Period and Detailed Description of Expenses

| Expenses Categories | Amount |
| --- | --- |
| Third Party Telephone Charges | $187.08 |
| Standard Copies or Prints | $1,416.20 |
| Color Copies or Prints | $35.75 |
| Scanned Images | $186.90 |
| Overnight Delivery | $51.02 |
| Outside Messenger Services | $192.99 |
| Local Transportation | $15.65 |
| Outside Copy/Binding Services | $45.60 |
| Outside Retrieval Service | $630.00 |
| Computer Database Research | $2,830.67 |
| Overtime Transportation | $312.49 |
| Total | $5,904.35 |

*Handwritten annotations:*

u

2,830.67
- 23
- 94    } 172
Allowed         - 29
Restructuring   - 26
Concepts LLC

Disallowed → $ 2,658.67

K&E 24933483