## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>QUALTEQ, INC.,<br>d/b/a VCT NEW JERSEY, INC., *et al.,* [1]<br><br>Debtors. | Chapter 11<br>Case No. 12-05861 (ERW)<br>Jointly Administered<br><br>**Hearing Date: July 16, 2013 @ 9:30 a.m.**<br>**Objection Deadline: July 9, 2013 @ 4:00 p.m.** |

**TWENTIETH MONTHLY STATEMENT AND FINAL FEE APPLICATION OF
LOWENSTEIN SANDLER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM
AUGUST 25, 2011 THROUGH JUNE 19, 2013**

| | |
|---|---|
| **Name of Applicant:** | **Lowenstein Sandler LLP**[2]<br>**65 Livingston Avenue**<br>**Roseland, New Jersey 07068**<br>**Telephone: (973) 597-2500** |
| **Authorized to provide**<br>**professional services to:** | **Official Committee of Unsecured Creditors of**<br>**Qualteq, Inc. d/b/a VCT New Jersey, Inc., *et al*.** |
| **Date of Retention:** | **October 20, 2011, effective as of August 25, 2011** |
| **TWENTIETH MONTHLY**<br>**FEE PERIOD:** | **April 1, 2013 through June 19, 2013** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Anar Real Estate, LLC (9267); (vi) Automated Presort, Inc. (0850); (vii) Avadamma LLC (4775; 4800; 4810; 4829); (viii) Creative Automation Company (4350); (ix) Creative Investments, a General Partnership (5992); (x) Fulfillment Xcellence, Inc. (3461); (xi) Global Card Services, Inc. (4581); (xii) Unique Data Services, Inc. (1068); (xiii) Unique Embossing Services, Inc. (1043); (xiv) Unique Mailing Services, Inc. (2594); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

[2] Lowenstein Sandler (defined below) underwent a firm name change, effective January 1, 2013. Previously, Lowenstein Sandler LLP was known as Lowenstein Sandler PC. *See* Notice of Firm Name Change, filed on January 2, 2013 [Illinois Docket No. 989].

**Compensation sought as actual,
reasonable and necessary for the
Twentieth Monthly Fee Period:** $62,758.50

**Expense Reimbursement sought as
actual, reasonable and necessary for the
Twentieth Monthly Fee Period:** $   3,800.42

**FINAL FEE PERIOD:** **August 25, 2010 through June 19, 2013**

**Compensation sought as actual,
reasonable and necessary for
the Final Fee Period:** **$1,677,008.60**[3]

**Expense reimbursement sought
as actual, reasonable and necessary
for the Final Fee Period:** **$ 28,255.18**[4]

**Total fees and expenses for
the Final Fee Period:** **$1,705,263.78**

**This is a:   Twentieth Monthly and Final Fee Application**[5]

---

[3]  Lowenstein Sandler provided services for and on behalf of the Committee in the amount of $1,683,720.50 during the Final Fee Period.  However, Lowenstein Sandler agreed to voluntary fee reductions of $1,463.20 for the Second Interim Fee Period and $5,248.70 for the Third Interim Fee Period. The fees requested on a final basis in this Final Application of $1,677,008.60 reflect these voluntary reductions in the total amount of $6,711.90.

[4]  Lowenstein Sandler incurred costs and expenses of $39,104.34 during the Final Fee Period.  However, Lowenstein Sandler agreed to voluntary reductions of $556.14 for the Second Interim Fee Period, $9,016.12 for the Third Interim Fee Period, and $1,276.90 for the Fifth Interim Fee Period.  The total costs and expenses requested in this Final Application for the Final Fee Period of $28,255.18 reflect these voluntary reductions in the total amount of $10,849.16.

[5]  The Twentieth Monthly and Final Fee Application (as defined herein) includes Lowenstein Sandler's fees and expenses incurred in these Chapter 11 Cases (as defined herein) up to and including June 19, 2013.  Lowenstein Sandler expressly reserves its right to file a supplemental fee application for any additional fees and expenses incurred in connection with the Twentieth Monthly and Final Fee Application.

## ATTACHMENT TO FINAL FEE APPLICATION

**PRIOR APPLICATION HISTORY**

| Date Filed | Period Covered | Requested | | Approved | | Certificate of No Objection/Signed Order |
|---|---|---|---|---|---|---|
| | | Fees 100% | Expenses | Fees 80% | Expenses | |
| 11/10/2011 DE Docket No. 462 | 08/25/2011 - 09/30/2011 | $170,959.50 | $3,126.11 | $136,767.60 | $3,126.11 | 12/2/2011 DE Docket No. 558 |
| 12/1/2011 DE Docket No. 552 | 10/01/2011 - 10/31/2011 | $139,782.00 | $5,175.19 | $111,825.60 | $5,175.19 | 12/27/2011 DE Docket No. 658 |
| 1st INTERIM 12/5/2011 DE Docket No. 561 | 8/25/2011 – 10/31/2011 | $310,741.50 | $8,301.30 | $248,593.20 | $8,301.30 | 12/28/2011 DE Docket No. 663 |
| 01/05/2012 DE Docket No. 672 | 11/1/2011 – 11/30/2011 | $111,796.50 | $2,940.13 | $89,437.20 | $2,940.13 | 01/27/2012 DE Docket No. 712 |
| 02/12/2012 DE Docket No. 717 | 12/1/2011 – 12/31/2011 | $111,472.00 | $1,190.08 | $89,177.60 | $1,190.08 | 03/08/2012 IL Docket No. 99 |
| 04/13/2012 IL Docket No. 269 | 01/01/2012– 01/31/2012 | $75,764.50 | $1,622.89 | $60,611.60 | $1,622.89 | 5/16/2012 IL Docket No. 361 |
| 2nd INTERIM 4/18/2012 IL Docket No.  290 | 11/1/2011 – 01/31/2012 | $299,033.00 | $5,753.10 | $297,569.80 | $5,196.96 | 09/26/2012 IL Docket No. 729 |
| 04/13/2012 IL Docket No. 270 | 02/01/2012– 02/29/2012 | $68,959.50 | $1,391.62 | $55,167.60 | $1,391.62 | 5/16/2012 IL Docket No. 361 |
| 06/06/2012 IL Docket No. 405 | 03/01/2012 – 03/31/2012 | $97,957.00 | $2,026.76 | $78,365.60 | $2,026.76 | 7/10/2012 IL Docket No. 482 |
| 06/26/2012 IL Docket No. 450 | 04/01/2012 – 04/30/2012 | $119,717.00 | $9,157.88 | $95,773.60 | $9,157.88 | 7/17/2012 IL Docket No. 492 |
| 3rd INTERIM 7/17/2012 IL Docket No. 493 | 02/01/2012 – 04/30/2012 | $286,663.50 | $12,576.26 | $281,384.80 | $3,560.14 | 09/26/2012 IL Docket No. 732 |
| 08/03/2012 IL Docket No. 532 | 05/01/2012 – 05/31/2012 | $61,274.50 | $1,008.88 | $49,019.60 | $1,008.88 | 8/27/2012 IL Docket No. 623 |
| 08/17/2012 IL Docket No. 574 | 06/01/2012 – 06/30/2012 | $60,149.00 | $942.42 | $48,119.20 | $942.42 | 9/17/2012 IL Docket No. 666 |
| 08/17/2012 IL Docket No. 575 | 07/01/2012 – 07/31/2012 | $31,787.50 | $387.20 | $25,430.00 | $387.20 | 9/17/2012 IL Docket No. 667 |
| 4th INTERIM 9/24/2012 IL Docket No. 702 | 05/01/2012 – 07/31/2012 | $153,211.00 | $2,338.50 | $153,211.00 | $2,338.50 | 10/23/2012 IL Docket No. 812 |
| 12/18/2012 IL Docket No. 969 | 08/01/2012 – 08/31/2012 | $50,593.00 | $1,069.93 | $40,474.40 | $1,069.93 | 01/28/13 IL Docket No. 1060 |
| 01/03/2013 IL Docket No. 991 | 09/01/2012 – 09/30/2012 | $117,773.00 | $2,701.96 | $94,218.40 | $2,701.96 | 01/28/13 IL Docket No. 1061 |
| 01/03/2013 IL Docket No. 992 | 10/01/2012 – 10/31/2012 | $88,231.50 | $453.82 | $70,585.20 | $453.82 | 01/28/13 IL Docket No. 1062 |
| 01/03/2013 IL Docket No. 993 | 11/01/2012 – 11/30/2012 | $93,015.50 | $371.49 | $74,412.40 | $371.49 | 01/28/13 IL Docket No. 1063 |

| 5th INTERIM IL Docket No. 1083 | 08/01/2012 – 11/30/2012 | $349,613.00 | $4,597.20 | $349,613.00 | $3,320.30 | 02/26/2013 IL Docket No. 1214 |
|---|---|---|---|---|---|---|
| 02/28/2013 IL Docket No. 1232 | 12/01/2012 – 12/31/2012 | $52,722.00 | $813.59 | $42,177.60 | $813.59 | 03/22/2013 IL Docket No. 1394 |
| 04/25/2013 IL Docket No. 1569 | 01/01/2013 – 01/31/2013 | $54,246.00 | $418.51 | $43,396.80 | $418.51 | 05/20/2013 IL Docket No. 1674 |
| 04/25/2013 IL Docket No. 1572 | 02/01/2013 – 02/28/2013 | $44,579.00 | $464.34 | $35,663.20 | $464.34 | 05/20/2013 IL Docket No. 1675 |
| 04/25/2013 IL Docket No. 1573 | 03/01/2013 – 03/31/2013 | $70,183.00 | $41.12 | $56,146.40 | $41.12 | 05/20/2013 IL Docket No. 1676 |

## SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL FOR PERIOD FROM AUGUST 25, 2011 THROUGH JUNE 19, 2012

| Name Of Professional | Year Admitted | Total Hours | Billing Rate | Fee Totals |
|---|---|---|---|---|
| Banker, David M. | 2000 | 0.80 | $540.00 | $432.00 |
| ** Barkin, Daniel J. – rate increase | 1981 | 11.30 | 600.00 | 6,780.00 |
| Barkin, Daniel J. | 1981 | 1.30 | 630.00 | 819.00 |
| Buechler, Bruce | 1987 | 0.70 | 615.00 | 430.50 |
| * Prol, Jeffrey D. - travel time | 1989 | 29.00 | 307.50 | 8,917.50 |
| * Prol, Jeffrey D. - travel time | 1989 | 10.40 | 322.50 | 3,354.00 |
| Prol, Jeffrey D. | 1989 | 279.90 | 615.00 | 172,138.50 |
| ** Prol, Jeffrey D. – rate increase | 1989 | 54.50 | 645.00 | 35,152.50 |
| Rosen, Kenneth A. | 1979 | 7.10 | 745.00 | 5,289.50 |
| ** Rosen, Kenneth A. – rate increase | 1979 | 5.40 | 780.00 | 4,212.00 |
| Wovsaniker, Alan | 1977 | 5.50 | 680.00 | 3,740.00 |
| Abrams, Jeri L. | 1990 | 5.10 | 550.00 | 2,805.00 |
| * Chafetz, Eric S. - travel time | 2004 | 43.10 | 245.00 | 10,559.50 |
| * Chafetz, Eric S. - travel time | 2004 | 26.90 | 255.00 | 6,859.50 |
| Chafetz, Eric S. | 2004 | 844.40 | 490.00 | 413,756.00 |
| ** Chafetz, Eric S. – rate increase | 2004 | 704.90 | 510.00 | 359,499.00 |
| Corbi, Richard J. | 2005 | 0.30 | 495.00 | 148.50 |
| Spindel, Norman W. | 1973 | 5.50 | 590.00 | 3,245.00 |

| Name Of Professional | Year Admitted | Total Hours | Billing Rate | Fee Totals |
|---|---|---|---|---|
| Van Grouw, David A. | 1995 | 10.30 | 480.00 | 4,944.00 |
| * Wheeler, Timothy R. - travel time | 2003 | 38.50 | 245.00 | 9,432.50 |
| * Wheeler, Timothy R. - travel time | 2003 | 11.50 | 255.00 | 2,932.50 |
| Wheeler, Timothy R | 2003 | 672.10 | 490.00 | 329,329.00 |
| **Wheeler, Timothy R. – rate increase | 2003 | 408.00 | 510.00 | 210,069.00 |
| Eakley, Joy N. | 2007 | 0.50 | 455.00 | 227.50 |
| Newlands, Edward J. | 2009 | 21.50 | 330.00 | 7,095.00 |
| ** Newlands, Edward J. – rate increase | 2009 | 17.30 | 380.00 | 6,574.00 |
| * Williams, Beth L. – travel time | 2010 | 6.30 | 150.00 | 945.00 |
| Williams, Beth L. | 2010 | 2.20 | 300.00 | 660.00 |
| Worenklein, Elie J. | 2011 | 1.50 | 310.00 | 465.00 |
| Adams, Kimberly M. | | 0.50 | 190.00 | 95.00 |
| Belvin, Jada S. | | 2.50 | 95.00 | 237.50 |
| Bonito, Lisa Marie | | 1.90 | 180.00 | 342.00 |
| **Bonito, Lisa Marie – rate increase | | 0.50 | 185.00 | 92.50 |
| Buccellato, Gina C. | | 7.00 | 180.00 | 1,260.00 |
| Claussen, Diane  C. | | 226.90 | 190.00 | 43,111.00 |
| ** Claussen, Diane C. – rate increase | | 112.70 | 200.00 | 22,540.00 |
| LaFiura-Smith, Kim Marie | | 0.50 | 180.00 | 90.00 |
| ** LaFiura-Smith, Kim Marie – rate increase | | 4.70 | 185.00 | 869.50 |
| Mignone, Joseph | | 1.60 | 245.00 | 392.00 |
| Sudol, Jeanne | | 2.50 | 100.00 | 250.00 |
| Toulson, Denise | | 0.60 | 95.00 | 57.00 |
| Grant, Natasha | | 2.50 | 160.00 | 400.00 |
| Pami, Laurie | | 21.00 | 110.00 | 2,310.00 |
| ** Pami, Laurie – rate increase | | 7.50 | 115.00 | 862.50 |

| | | |
|---|---:|---:|
| **TOTAL ALL TIMEKEEPERS** | 3,622.60 | $1,683,720.50 |
| **Attorney Blended Rate** | | $498.75 |

\*    Reflects 50% reduction due to non-working travel time
\*\*  Reflects a rate increase effective as of July 1, 2012

### COMPENSATION BY PROJECT CATEGORY

| Description | Hours | Fees |
|---|---:|---:|
| Adversary Proceedings and Bankruptcy Court Litigation | 2.10 | $854.00 |
| Asset Analysis and Recovery | 8.60 | 4,238.00 |
| Asset Disposition | 302.10 | 155,199.00 |
| Assumption/Rejection of Leases and Contracts | 13.70 | 7,038.00 |
| Avoidance Action Analysis | 8.90 | 4,587.00 |
| Business Operations | 133.90 | 67,739.50 |
| Case Administration | 174.60 | 62,625.00 |
| Claims Administration and Objections | 63.40 | 31,667.50 |
| Claims Administration and Objections | 0.10 | 51.00 |
| Court Hearings | 40.90 | 18,127.50 |
| Employee Benefits/Pensions | 1.00 | 510.00 |
| Employment and Retention Applications - Others | 91.30 | 43,633.00 |
| Fee Applications and Invoices - Others | 106.80 | 53,752.50 |
| Fee/Employment Applications | 250.30 | 81,609.50 |
| Fee/Employment Objections | 122.00 | 62,139.50 |
| Financing/Cash Collateral | 370.30 | 188,009.50 |
| Investigation of Prepetition Lenders | 130.50 | 60,586.50 |
| Meetings of and Communication with Creditors | 446.60 | 204,883.50 |
| Non-Working Travel | 166.20 | 43,255.50 |
| Other - Environmental Issues | 2.90 | 1,711.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 538.10 | 261,220.50 |
| Plan and Disclosure Statement (including Business Plan) | 484.70 | 249,604.50 |
| Relief from Stay/Adequate Protection Proceedings | 153.10 | 76,634.50 |

| | | |
|---|---|---|
| Schedules and Statements | 10.50 | 4,044.00 |
| **Total** | **3,622.60** | **$1,683,720.50** |

## EXPENSE SUMMARY

**Summary of Disbursement Charges**

| | |
|---|---|
| Bulk rate/special postage | $251.80 |
| Computerized legal research | 18,077.82 |
| Filing fees | 100.00 |
| Messenger and delivery charges | 2,036.10 |
| Printing and Duplicating Services - External | 20.00 |
| Telecommunications | 2,582.28 |
| Transcript charges | 789.90 |
| Travel | 14,283.64 |
| Printing and Duplicating Services - Internal 9628 pages at $0.10 per page | 962.80 |
| **Total Disbursements** | **$39,104.34** |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>QUALTEQ, INC.,<br>d/b/a VCT NEW JERSEY, INC., *et al.,* [1]<br><br>                  Debtors. | Chapter 11<br>Case No. 12-05861 (ERW)<br>Jointly Administered<br><br>**Hearing Date: July 16, 2013 @ 9:30 a.m.**<br>**Objection Deadline: July 9, 2013 @ 4:00 p.m.** |

**TWENTIETH MONTHLY STATEMENT AND FINAL FEE APPLICATION OF
LOWENSTEIN SANDLER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM
AUGUST 25, 2011 THROUGH JUNE 19, 2013**

Lowenstein Sandler LLP[2] ("**Lowenstein Sandler**"), as counsel to the Official Committee

of Unsecured Creditors (the "**Committee**"), appointed in the chapter 11 cases of Qualteq, Inc.,

d/b/a VCT New Jersey, Inc., *et al.*, the above-captioned debtors (the "**Debtors**"), hereby applies

for an order allowing and directing payment to Lowenstein Sandler (A) on a monthly basis (i)

compensation in the total amount of $62,758.50 for the reasonable and necessary legal services

Lowenstein Sandler rendered to the Committee from April 1, 2013 through June 19, 2013 (the

"**Monthly Fee Period**" and "**Twentieth Monthly Application**"); and (ii) reimbursement for the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Anar Real Estate, LLC (9267); (vi) Automated Presort, Inc. (0850); (vii) Avadamma LLC (4775; 4800; 4810; 4829); (viii) Creative Automation Company (4350); (ix) Creative Investments, a General Partnership (5992); (x) Fulfillment Xcellence, Inc. (3461); (xi) Global Card Services, Inc. (4581); (xii) Unique Data Services, Inc. (1068); (xiii) Unique Embossing Services, Inc. (1043); (xiv) Unique Mailing Services, Inc. (2594); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

[2]      Lowenstein Sandler underwent a firm name change, effective January 1, 2013. Previously, Lowenstein Sandler LLP was known as Lowenstein Sandler PC. *See* Notice of Firm Name Change, filed on January 2, 2013 [Docket No. 989].

actual and necessary costs and expenses that Lowenstein Sandler incurred during the Monthly

Fee Period in the amount of $3,800.42; and (B) on a final basis (i) compensation in the amount

of $1,677,008.60 for the reasonable and necessary legal services that Lowenstein Sandler

rendered to the Committee from August 25, 2011 through June 19, 2013 (the "**Final Application**

**Period**" and "**Final Application**"); and (ii) reimbursement for the actual and necessary costs and

expenses that Lowenstein Sandler incurred during the Final Application Period in the amount of

$28,255.18 for a total payment of $1,705,263.78. In support of this Final Application,

Lowenstein Sandler respectfully states as follows:

## BACKGROUND

1.      On August 14, 2011 (the "**Petition Date**"), each of the above-captioned Debtors

except for Debtor Anar Real Estate, LLC ("**Anar**") filed voluntary petitions for relief under

chapter 11 of the Bankruptcy Code (the "**Initial Chapter 11 Cases**") in the United States

Bankruptcy Court for the District of Delaware (the "**Delaware Bankruptcy Court**").  By Order

of the Delaware Bankruptcy Court dated August 16, 2011, the Initial Chapter 11 Cases were

consolidated for procedural purposes only and are being jointly administered. *See* Delaware

Docket No. 28.

2.      On August 25, 2011, the Office of the United States Trustee for the District of

Delaware appointed the Committee pursuant to Section 1102 of title 11 of the United States

Code (the "**Bankruptcy Code**"). The Committee selected Applicant to serve as its counsel and

Cozen O'Connor to serve as its co-counsel.

3.      On September 11, 2011, Anar filed a petition for relief under chapter 11 of the

Bankruptcy Code (the "**Anar Real Estate Chapter 11 Case**" and together with the Initial

Chapter 11 Cases, the "**Chapter 11 Cases**").  On September 13, 2011, the Delaware Bankruptcy

Court ordered the Anar Real Estate Chapter 11 Case to be consolidated with the Initial Debtors'
Chapter 11 Cases for procedural purposes only and the Chapter 11 Cases were jointly
administered [Delaware Docket No. 172].

4.      On September 6, 2011, the Delaware Bankruptcy Court entered an *Administrative
Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the
Bankruptcy Code* ("**Interim Compensation Order**").  *See* Delaware Docket No. 125, as
amended by Illinois Docket No. 411.

5.      On October 20, 2011, the Delaware Bankruptcy Court entered an *Order
Authorizing the Employment and Retention of Lowenstein Sandler, as Counsel to the Committee,
Effective as of August 25, 2011.  See* Delaware Docket No. 330.

6.      On February 17, 2012, the Delaware Bankruptcy Court transferred venue of the
Chapter 11 Cases to the United States Bankruptcy Court for the Northern District of Illinois (the
"**Illinois Bankruptcy Court**").

7.      In April 5, 2012, Bank of America, N.A. filed a *Motion to Appoint a Chapter 11
Trustee.  See* Illinois Docket No. 202.  On May 2, 2012, the Illinois Bankruptcy Court entered an
*Order for Appointment of a Chapter 11 Trustee.  See* Illinois Docket No. 334.

8.      On May 9, 2012, the U.S. Trustee filed an application to appoint Fred C. Caruso as
chapter 11 trustee (the "**Chapter 11 Trustee**") in these Chapter 11 Cases.

9.      On May 10, 2012, the Illinois Bankruptcy Court entered an order approving Mr.
Caruso's appointment as the Chapter 11 Trustee.  *See* Illinois Docket No. 351.

10.      On April 23, 2013, the Illinois Bankruptcy Court entered an order (the
"**Confirmation Order**") confirming the Chapter 11 Trustee's *First Amended Joint Plan of
Liquidation for Qualteq, Inc., d/b/a VCT New Jersey, and Certain of Its Affiliated Chapter 11*

*Debtors Pursuant to Chapter 11 of the Bankruptcy Code (With Technical Amendments)* (the "**Plan**").  *See* Docket Nos. 1555 and 1530.

## JURISDICTION

11.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of the Debtors' cases in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. 157(b)(2).  The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.

## RELIEF REQUESTED

12.      By this Application, Lowenstein Sandler seeks the allowance of $62,758.50 for services rendered, and reimbursement of actual and necessary expenses of $3,800.42 incurred during the Monthly Fee Period.  A description of the services rendered, and actual and necessary costs and expenses incurred during the Monthly Fee Period are attached hereto as **Exhibit A** and **Exhibit B** respectively.

13.      Additionally, Lowenstein Sandler seeks the final allowance of fees in the amount of $1,677,008.60[3] for professional services rendered, and final reimbursement of actual and necessary costs of $28,255.18[4] incurred during the Final Fee Period, including the fees and expenses set forth on the Sixteenth, Seventeenth, Eighteenth, Nineteenth, and Twentieth Monthly

---

[3]      Lowenstein Sandler actually provided services for and on behalf of the Committee in the amount of $1,683,720.50 during the Final Fee Period.  However, Lowenstein Sandler agreed to voluntary fee reductions of $1,463.20 for the Second Interim Fee Period and $5,248.70 for the Third Interim Fee Period. The fees requested on a final basis in this Final Application of $1,677,008.60 reflect these voluntary reductions in the total amount of $6,711.90.

[4]      Lowenstein Sandler actually incurred costs and expenses of $39,104.34 during the Final Fee Period.  However, Lowenstein Sandler agreed to voluntary reductions of $556.14 for the Second Interim Fee Period, $9,016.12 for the Third Interim Fee Period, and $1,276.90 for the Fifth Interim Fee Period.  Thus, the total costs and expenses requested in this Final Application for the Final Fee Period of $28,255.18 reflect these voluntary reductions in the total amount of $10,849.16.

Statements that have not been the subject of a prior interim fee application.  A description of the

services rendered, and costs and expenses incurred during the Final Fee Period are attached to

the First, Second, Third, Fourth and Fifth Interim Fee Applications filed by Lowenstein Sandler.

## RETENTION OF LOWENSTEIN SANDLER

14.    By order dated October 20, 2011, the Delaware Bankruptcy Court approved

Lowenstein Sandler's retention as counsel to the Committee, effective as of August 25, 2011 (the

"**Retention Order**").  *See* Delaware Docket No. 330.

15.    Lowenstein Sandler was retained to:

> (a)    advise the Committee regarding its rights, powers and duties as an official committee appointed under section 1102 of the Bankruptcy Code;
>
> (b)    assisting the Committee in investigating the acts, conduct, assets, liabilities, and financial condition of the Debtors, the operation of the Debtors' businesses, potential claims, and any other matters relevant to the case, to the sale of assets or to the formulation of a plan of reorganization (a "**Plan**");
>
> (c)    participating in the formulation of a Plan;
>
> (d)    providing legal advice as necessary with respect to any disclosure statement and Plan filed in these Chapter 11 Cases and with respect to the process for approving or disapproving disclosure statements and confirming or denying confirmation of a Plan;
>
> (e)    preparing on behalf of the Committee, as necessary, applications, motions, complaints, answers, orders, agreements and other legal papers;
>
> (f)    appearing in Court to present necessary motions, applications, and pleadings, and otherwise protecting the interests of those represented by the Committee;
>
> (g)    assisting the Committee in requesting the appointment of a trustee or examiner, should such action be necessary; and

(h)    that are in the best interests of the Committee and creditors.

*See Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Lowenstein Sandler PC as Counsel to the Official Committee of Unsecured Creditors Effective as of August 25, 2011*, filed on September 22, 2011 [Delaware Docket No. 218].

16.    Throughout the course of its engagement, Lowenstein Sandler rendered only those services that were within the scope of its retention and requested by the Committee in connection with the Chapter 11 Cases.

**SUMMARY OF PROFESSIONAL SERVICES RENDERED**

I.    **Summary Of Services By Project Category**

17.    The services performed by Lowenstein Sandler in the Chapter 11 Cases were necessary to the administration of these cases and were beneficial at the time at which the services were rendered.  All services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.  Detailed descriptions of services rendered by professionals and by project category are annexed to the First, Second, Third, Fourth and Fifth Interim Fee Applications filed by Lowenstein Sandler.  A list of services rendered by Lowenstein Sandler by project category is included in this Final Application.

18.    The professional services that Lowenstein Sandler performed as counsel to the Committee during these cases included, but were not limited to, the following:

**Case Administration** (174.60 hours; $62,625.00).  This category includes time spent on a number of different tasks necessary to comply with the requirements of this Court, the Office of the United States Trustee, the Bankruptcy Code, the Bankruptcy Rules and the Local

Bankruptcy Rules, including without limitation, reviewing general case documents, reviewing

and maintaining dockets and case calendars, scheduling of hearings with the Court, filing and

service of pleadings and preparation of affidavits of mailing and service lists, time spent

conferring with the Debtors and others regarding action items, as well as other miscellaneous

tasks not otherwise separately classifiable.

**Asset Analysis and Recovery** (8.60 hours; $4,238.00).  This category includes

time expended by Lowenstein Sandler analyzing the Debtors' assets and recovery thereof.  This

category includes the review of financial advisor presentations, requests for and review of

documents concerning the Debtors' business, and review of the Debtors' agreements with

various parties.

**Investigation of Prepetition Lenders** (130.50 hours; $60,586.50).   This

category includes time expended by Lowenstein Sandler reviewing various cash collateral orders

and related loan and security agreements, the nature, extent and validity of the liens asserted by

each of the Debtors' prepetition secured lenders, researching relevant law in connection

therewith, extensive lien review, and negotiating with the lenders to resolve the remaining issues

relating to the alleged prepetition liens.

**Asset Disposition** (302.10 hours; $155,199.00).  This category includes time

expended by Lowenstein Sandler related to various aspects of the sale process, including

communication with various potential investment bankers and the Chapter 11 Trustee, review of

motion to retain auctioneer and motion to conduct auction sale, objections related to same,

various motions to dispose of assets or to establish procedures for the sale of certain assets.

Lowenstein Sandler also spent a considerable amount of time reviewing marketing materials for

the sale of the Debtors' assets and communicating with its financial advisors regarding potential

stalking horse bidders, reviewing and revising proposed asset purchase agreements, schedules and amendments related to same, and reviewing and revising proposed bid procedures in connection with asset sale. Additionally, Lowenstein Sandler attended various meetings with the Chapter 11 Trustee, participated in court hearings and attended several auctions related to the sale of the Debtors' assets which ultimately led to the approval of the Debtors' asset sales with respect to various properties.

**Relief from Stay/Adequate Protection Proceedings** (153.10 hours; $76,634.50). This category includes time expended by Lowenstein Sandler in connection with Bank of America's motions to lift stay and transfer venue, development of strategy related to same, participation in various court hearings and meetings with representatives from Bank of America and Veluchamy chapter 7 trustee in order to negotiate a resolution, and drafting joinders to the Debtors' objection related to the lift stay motion. Lowenstein Sandler also reviewed various motions for stay relief and/or adequate protection filed by different parties in interest, addressed ongoing issues with respect to the proposed plan resulting in violation of automatic stay issues, and addressing venue transfer issues. Lowenstein Sandler spent a considerable amount of time reviewing various versions of the plan related to stay relief, addressing lease issues related to the Debtors' various properties and negotiating with the Chapter 11 Trustee regarding violation of automatic stay issues.

**Meetings of and Communication with Creditors** (446.60 hours; $204,883.50). Lowenstein Sandler spent a considerable amount of time communicating with the Committee and its members (both in written updates and through telephonic meetings) and other creditors concerning all aspects of these cases, including but not limited to: retention of professionals, status of lien review, various motions filed by the Debtors, objections and joinders filed by the

Committee, case strategy, negotiations concerning the sale process and elements of the Plan, and the Debtors' business operations, financial performance, and business plan.

**Fee/Employment Applications** (250.30 hours; $81,609.50).  This category includes time spent by Lowenstein Sandler preparing Lowenstein Sandler's twenty monthly fee statements, five interim fee statements, and monitoring objections related to same.

**Employment and Retention Applications - Others** (91.30 hours; $43,633.00). This category includes time spent by Lowenstein Sandler reviewing and analyzing the proposed retention applications of professionals retained by the Debtors in these cases, including tracking retention of various ordinary course professionals and communications with various parties regarding those applications.  Lowenstein Sandler also prepared retention papers for the Committee's retention of a financial advisor, communicated with and retained local counsel in Delaware and ultimately Illinois as a result of the transfer of venue to Illinois.

**Fee/Employment Objections** (122.00 hours; $62,139.50).  This category includes time spent by Lowenstein Sandler addressing and resolving issues related to the Debtors' retention of various professionals, including its investment bankers and ordinary course professionals.  This category also includes time spent resolving objections raised by the Court, the United States Trustee, Bank of America and the Debtors' secured lenders to interim fee applications filed by various professionals, including objections to Lowenstein Sandler's fee applications. Lowenstein Sandler spent time preparing responses to fee objections, reviewing fee applications of various professionals, the Debtors' secured lenders and others, and attending court hearings related to same.

**Fee Applications and Invoices - Others** (106.80 hours; $53,752.50).  This category includes time spent by Lowenstein Sandler reviewing the monthly fee statements filed by other professionals and objections to same.  This category also includes time spent in addressing Chapter 11 Trustee's motion for 2004 examination as it related to the Committee.

**Assumption/Rejection of Leases and Contracts** (13.70 hours; $7,038.00).  This

category includes time incurred by Lowenstein Sandler in connection with the Debtors' motions to assume or reject unexpired leases, executory contracts and licensing agreements, particularly leases relating to non-residential real estate.  Lowenstein Sandler spent time reviewing various objections relating to assumption/rejection of leases and contracts, including cure objections and intercompany leases.

**Other Contested Matters** (538.10 hours; $261,220.50).  This category includes time spent by Lowenstein Sandler analyzing and addressing the claims of Bank of America against the Debtors' former principals and the impact of same on the Debtors' Chapter 11 Cases. Lowenstein Sandler spent a considerable amount of time reviewing pleadings, scheduling orders and discovery-related documents with respect to the District Court case and formulating a strategy for the benefit of the Committee.  This category also includes time spent addressing and responding Bank of America's various motions, including the motion to modify the protective order and motion to transfer venue, and responding to deposition notices and subpoenas.

**Non-Working Travel** (166.20 hours; $43,255.50).  This category includes time spent by attorneys from Lowenstein Sandler traveling to Court hearings and meetings on behalf of the Committee.  Travel related time incurred by Lowenstein Sandler is billed at 50% of normal hourly rates.

**Business Operations** (133.90 hours; $67,739.50).  This category includes time spent by Lowenstein Sandler reviewing and analyzing various aspects of the Debtors' business operations and the Debtors' business plan and communicating with the Committee's financial advisor relating to same.  This category also includes the review of weekly financial reports and the Debtors' monthly operating reports filed with the Court and meetings with the Chapter 11 Trustee to discuss status and strategy with respect to the general operation of the Debtors' businesses.

**Financing/Cash Collateral** (370.30; $188,009.50).  This category includes time expended by Lowenstein Sandler reviewing various cash collateral orders for each of the Debtors' secured lenders, addressing various issues related to the use of cash collateral,

reviewing and responding to motions related to same, attending hearings on the motions, reviewing cash collateral budget and addressing issues with the Committee's financial advisor. Lowenstein Sandler also spent a considerable amount of time analyzing motions and objections related to DIP financing.

**Claims Administration** (63.40 hours; $31,667.50).  This category includes time incurred by Lowenstein Sandler reviewing and analyzing various claims asserted against the Debtors' estates, including transfers of claims, as well as the Debtors' proposed bar date motion. Lowenstein Sandler also spent time reviewing omnibus claims objections.

**Plan and Disclosure Statement** (484.70 hours; $249,604.50).  This category includes work performed by Lowenstein Sandler in all aspects of the Debtors' Plan process including but not limited to, meetings with the Committee, its financial advisor, the Chapter 11 Trustee and others to develop a Plan strategy and address potential issues with respect to Debtors' Plan and disclosure statement.  Specifically, Lowenstein Sandler reviewed, analyzed and revised all versions of the Plan and disclosure statement, communicated with the Chapter 11 Trustee to negotiate further revisions to the Plan, addressed Plan confirmability issues, and ultimately  negotiated a confirmable Plan.

the preparation of pleadings related thereto, and discussions with the Debtors and other parties in connection therewith.

**Court Hearings** (40.90 hours; $18,127.50).  This category includes time spent by attorneys from Lowenstein Sandler in Court at scheduled hearings in these cases.

**Schedules and Statements** (10.50 hours; $4,044.00).  This category includes time spent reviewing the Debtors' schedules and statement of financial affairs.

19.    The professional services for which compensation is requested in this Final Application were provided on behalf of the Committee solely in connection with these cases. The services performed were reasonable and necessary for the administration of these cases and

were beneficial to the interests of unsecured creditors and the Debtors' estates at the time such services were provided.  All services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.

20.    The compensation requested herein is consistent with the nature and extent of the services provided during the Final Fee Period, including the Twentieth Monthly Fee Period, the size and complexity of these cases, the time, labor and special expertise required, and other related factors.  Additionally, the compensation requested herein is reasonable based on the rates charged by comparably skilled practitioners in this and other firms in non-bankruptcy cases.  As such, Lowenstein Sandler submits that the compensation is reasonable within the meaning of sections 330 and 331 of the Bankruptcy Code

21.    Lowenstein Sandler has endeavored at all times to assign attorneys to tasks commensurate with their level of experience and to avoid the unnecessary duplication of services by attorneys and/or paraprofessionals.[5]  This Application requests no compensation for services which represent charges normally associated with Lowenstein Sandler's overhead costs.

22.    Lowenstein Sandler maintained contemporaneous records of the time expended in providing the professional services required by the Committee.  The documentation reflecting the services performed, the time expended by each professional, and the hourly rate of each

---

[5]       Lowenstein Sandler is a firm consisting of approximately 275 attorneys practicing in multiple areas of the law, each with various levels of experience.  At times, attorneys and paralegals in the firm confer with one another for the purposes of: (i) discussing nuances of the case that may involve a specific area of the law; (ii) discussing strategy; (iii) explaining and/or delegating assignments; and/or (iv) discussing the results of research.  Periodically, more than one attorney or paralegal will participate in or attend a court hearing, meeting or telephone conference.  In such cases, it is the regular practice of Lowenstein Sandler for all attorneys and paralegals involved in the hearing, meeting, or conference to enter time for such activity, except when the attendance of a professional or paraprofessional is effected purely for educational purposes.  Lowenstein Sandler believes that the combined efforts of multiple attorneys and paralegals in such cases are not an unnecessary duplication of services.  Drawing on the strengths and resources of the firm's attorneys in such fashion also ensures that the client is properly and vigorously represented.  Indeed, the size and range of the firm's practice is one of the many reasons that clients are drawn to Lowenstein Sandler in the first instance.

professional is annexed to the First, Second, Third, Fourth and Fifth Interim Fee Applications filed by Lowenstein Sandler. A chart summarizing the hourly rate of each professional for services performed in the Final Fee Period is attached hereto as **Exhibit C**.

### SUMMARY OF EXPENSES INCURRED

23.    Lowenstein Sandler incurred out-of-pocket expenses during the Final Fee Period in the amount $39,104.34, including $3,800.42 during the Twentieth Monthly Fee Period, all of which were reasonable and necessary in connection with the legal services rendered. As previously discussed, however, Lowenstein Sandler agreed to voluntary reductions of $556.14 for the Second Interim Fee Period, $9,016.12 for the Third Interim Fee Period, and $1,276.90 for the Fifth Interim Fee Period. Thus, the total costs and expenses requested in this Application for the Final Fee Period is $28,255.18, which reflects these voluntary reductions in the total amount of $10,849.16

24.    A detailed description of expenses incurred is annexed to the First, Second, Third, Fourth and Fifth Interim Fee Applications filed by Lowenstein Sandler.

25.    Such disbursements include postage, photocopying, messenger service, federal express and telecopy expenses. Lowenstein Sandler has sought to utilize the most cost efficient method of communication consistent with the necessary time constraints. Lowenstein Sandler's regular charge for photocopy expenses is $0.10 per page (which is less than the maximum allowed by the Court). No charge is made for telecopies. Westlaw and Lexis charges have been waived/voluntarily excluded.

### PRIOR FEE STATEMENTS AND APPLICATIONS

26.    On September 6, 2011, the Delaware Bankruptcy Court entered an *Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the*

*Bankruptcy Code* ("**Interim Compensation Order**"), establishing procedures for monthly compensation and reimbursement of expenses of professionals, which permitted the payment of 80% fees and 100% expenses on a monthly basis, subject to the filing of interim fee applications. *See* Delaware Docket No. 125, as amended by Illinois Docket No. 411.  All fees and expenses, however, are subject to approval by the Court.

27.    In accordance with the Interim Compensation Order, Lowenstein Sandler filed the following fee statements with respect to the Final Fee Period covered by this Final Application:

| Date Filed | Period Covered | Requested | | Approved | | Certificate of No Objection/Signed Order |
|---|---|---|---|---|---|---|
| | | Fees 100% | Expenses | Fees 80% | Expenses | |
| 11/10/2011 DE Docket No. 462 | 08/25/2011 - 09/30/2011 | $170,959.50 | $3,126.11 | $136,767.60 | $3,126.11 | 12/2/2011 DE Docket No. 558 |
| 12/1/2011 DE Docket No. 552 | 10/01/2011 - 10/31/2011 | $139,782.00 | $5,175.19 | $111,825.60 | $5,175.19 | 12/27/2011 DE Docket No. 658 |
| 1st INTERIM 12/5/2011 DE Docket No. 561 | 8/25/2011 – 10/31/2011 | $310,741.50 | $8,301.30 | $248,593.20 | $8,301.30 | 12/28/2011 DE Docket No. 663 |
| 01/05/2012 DE Docket No. 672 | 11/1/2011 – 11/30/2011 | $111,796.50 | $2,940.13 | $89,437.20 | $2,940.13 | 01/27/2012 DE Docket No. 712 |
| 02/12/2012 DE Docket No. 717 | 12/1/2011 – 12/31/2011 | $111,472.00 | $1,190.08 | $89,177.60 | $1,190.08 | 03/08/2012 IL Docket No. 99 |
| 04/13/2012 IL Docket No. 269 | 01/01/2012– 01/31/2012 | $75,764.50 | $1,622.89 | $60,611.60 | $1,622.89 | 5/16/2012 IL Docket No. 361 |
| 2nd INTERIM 4/18/2012 IL Docket No. 290 | 11/1/2011 – 01/31/2012 | $299,033.00 | $5,753.10 | $297,569.80 | $5,196.96 | 09/26/2012 IL Docket No. 729 |
| 04/13/2012 IL Docket No. 270 | 02/01/2012– 02/29/2012 | $68,959.50 | $1,391.62 | $55,167.60 | $1,391.62 | 5/16/2012 IL Docket No. 361 |
| 06/06/2012 IL Docket No. 405 | 03/01/2012 – 03/31/2012 | $97,957.00 | $2,026.76 | $78,365.60 | $2,026.76 | 7/10/2012 IL Docket No. 482 |
| 06/26/2012 IL Docket No. 450 | 04/01/2012 – 04/30/2012 | $119,717.00 | $9,157.88 | $95,773.60 | $9,157.88 | 7/17/2012 IL Docket No. 492 |
| 3rd INTERIM 7/17/2012 IL Docket No. 493 | 02/01/2012 – 04/30/2012 | $286,663.50 | $12,576.26 | $281,384.80 | $3,560.14 | 09/26/2012 IL Docket No. 732 |
| 08/03/2012 IL Docket No. 532 | 05/01/2012 – 05/31/2012 | $61,274.50 | $1,008.88 | $49,019.60 | $1,008.88 | 8/27/2012 IL Docket No. 623 |
| 08/17/2012 IL Docket No. 574 | 06/01/2012 – 06/30/2012 | $60,149.00 | $942.42 | $48,119.20 | $942.42 | 9/17/2012 IL Docket No. 666 |
| 08/17/2012 IL Docket No. 575 | 07/01/2012 – 07/31/2012 | $31,787.50 | $387.20 | $25,430.00 | $387.20 | 9/17/2012 IL Docket No. 667 |

| | | | | | |
|---|---|---|---|---|---|
| **4th INTERIM** <br> **9/24/2012** <br> **IL Docket No. 702** | **05/01/2012 –** <br> **07/31/2012** | **$153,211.00** | **$2,338.50** | **$153,211.00** | **$2,338.50** | **10/23/2012** <br> **IL Docket No. 812** |
| **12/18/2012** <br> **IL Docket No. 969** | **08/01/2012 –** <br> **08/31/2012** | **$50,593.00** | **$1,069.93** | **$40,474.40** | **$1,069.93** | **01/28/13** <br> **IL Docket No. 1060** |
| **01/03/2013** <br> **IL Docket No. 991** | **09/01/2012 –** <br> **09/30/2012** | **$117,773.00** | **$2,701.96** | **$94,218.40** | **$2,701.96** | **01/28/13** <br> **IL Docket No. 1061** |
| **01/03/2013** <br> **IL Docket No. 992** | **10/01/2012 –** <br> **10/31/2012** | **$88,231.50** | **$453.82** | **$70,585.20** | **$453.82** | **01/28/13** <br> **IL Docket No. 1062** |
| **01/03/2013** <br> **IL Docket No. 993** | **11/01/2012 –** <br> **11/30/2012** | **$93,015.50** | **$371.49** | **$74,412.40** | **$371.49** | **01/28/13** <br> **IL Docket No. 1063** |
| **5th INTERIM** <br> **IL Docket No.** <br> **1083** | **08/01/2012 –** <br> **11/30/2012** | **$349,613.00** | **$4,597.20** | **$349,613.00** | **$3,320.30** | **02/26/2013** <br> **IL Docket No. 1214** |
| **02/28/2013** <br> **IL Docket No.** <br> **1232** | **12/01/2012 –** <br> **12/31/2012** | **$52,722.00** | **$813.59** | **$42,177.60** | **$813.59** | **03/22/2013** <br> **IL Docket No. 1394** |
| **04/25/2013** <br> **IL Docket No.** <br> **1569** | **01/01/2013 –** <br> **01/31/2013** | **$54,246.00** | **$418.51** | **$43,396.80** | **$418.51** | **05/20/2013** <br> **IL Docket No. 1674** |
| **04/25/2013** <br> **IL Docket No.** <br> **1572** | **02/01/2013 –** <br> **02/28/2013** | **$44,579.00** | **$464.34** | **$35,663.20** | **$464.34** | **05/20/2013** <br> **IL Docket No. 1675** |
| **04/25/2013** <br> **IL Docket No.** <br> **1573** | **03/01/2013 –** <br> **03/31/2013** | **$70,183.00** | **$41.12** | **$56,146.40** | **$41.12** | **05/20/2013** <br> **IL Docket No. 1676** |

28.     On November 10, 2011, Lowenstein Sandler filed its First Monthly Statement for

the Period of August 25, 2011 through September 30, 2011 (the "**First Monthly Statement**"),

requesting fees in the sum of $136,767.60, representing 80% of fees in the amount of

$170,959.50 (20% holdback of $34,191.90), and reimbursement of expenses in the sum of

$3,126.11 [Delaware Docket No. 462].

29.     On December 1,  2011, Lowenstein Sandler filed its Second Monthly Statement

for the Period of October 1, 2011 through October 31, 2011 (the "**Second Monthly Statement**"),

requesting fees in the sum of $111,825.60, representing 80% of fees in the amount of

$139,782.00 (20% holdback of $27,956.40), and reimbursement of expenses in the sum of

$5,175.19 [Delaware Docket No. 552].

30.    On December 5, 2011, Lowenstein Sandler filed its First Interim Application for the Period of August 25, 2011 through October 31, 2011 (the "**First Interim Application**"), requesting fees in the sum of $310,741.50 and reimbursement of expenses in the sum of $8,301.30 [Delaware Docket No. 561].  On December 28, 2011, the Court entered the First Interim Order awarding Lowenstein Sandler $310,741.50 in fees and $8,301.30 in expenses [Delaware Docket No. 663].

31.    On January 5, 2012, Lowenstein Sandler filed its Third Monthly Statement for the Period of November 1, 2011 through November 30, 2011 (the "**Third Monthly Statement**"), requesting fees in the sum of $89,437.20, representing 80% of fees in the amount of $111,796.50 (20% holdback of $22,359.30), and reimbursement of expenses in the sum of $2.940.13 [Delaware Docket No. 672].

32.    On February 12, 2012, Lowenstein Sandler filed its Fourth Monthly Statement for the Period of December 1, 2011 through December 31, 2011 (the "**Fourth Monthly Statement**"), requesting fees in the sum of $89,177.60, representing 80% of fees in the amount of $111,472.00 (20% holdback of $22,294.40), and reimbursement of expenses in the sum of $1,190.08 [Delaware Docket No. 717].

33.    On April 13, 2012, Lowenstein Sandler filed its Fifth Monthly Statement for the Period of January 1, 2012 through January 31, 2012 (the "**Fifth Monthly Statement**"), requesting fees in the sum of $60,611.60, representing 80% of fees in the amount of $75,764.50 (20% holdback of $15,152.90), and reimbursement of expenses in the sum of $1,622.89 [Illinois Docket No. 269].

34.    On April 18, 2012, Lowenstein Sandler filed its Second Interim Application for the Period of November 1, 2011 through January 31, 2012 (the "**Second Interim Application**"),

requesting fees in the sum of $299,033.00 and reimbursement of expenses in the sum of $5,753.10 [Illinois Docket No. 290]. On September 26, 2012, the Court entered the Second Interim Order awarding Lowenstein Sandler $297,569.80 in fees – a reduction of $1,463.20 from the amount requested - and $5,196.96 in expenses – a reduction of $556.14 from the amount requested [Illinois Docket No. 729].

35.     On April 13, 2012, Lowenstein Sandler filed its Sixth Monthly Statement for the Period of February 1, 2012 through February 28, 2012 (the "**Sixth** **Monthly** **Statement**"), requesting fees in the sum of $55,167.60, representing 80% of fees in the amount of $68,959.50 (20% holdback of $13,791.90), and reimbursement of expenses in the sum of $1,391.62 [Illinois Docket No. 270].

36.     On June 6, 2012, Lowenstein Sandler filed its Seventh Monthly Statement for the Period of March 1, 2012 through March 31, 2012 (the "**Seventh** **Monthly** **Statement**"), requesting fees in the sum of $78,365.60, representing 80% of fees in the amount of $97,957.00 (20% holdback of $19,591.40), and reimbursement of expenses in the sum of $2,026.76 [Illinois Docket No. 405].

37.     On June 26, 2012, Lowenstein Sandler filed its Eighth Monthly Statement for the Period of April 1, 2012 through April 30, 2012 (the "**Eighth** **Monthly** **Statement**"), requesting fees in the sum of $95,773.60, representing 80% of fees in the amount of $119,717.00 (20% holdback of $23,943.40), and reimbursement of expenses in the sum of $9,157.88 [Illinois Docket No. 450].

38.     On July 17, 2012, Lowenstein Sandler filed its Third Interim Application for the Period of February 1, 2012 through April 30, 2012 (the "**Third** **Interim** **Application**"), requesting fees in the sum of $286,633.50 and reimbursement of expenses in the sum of

$12,576.26 [Illinois Docket No. 493].   On September 26, 2012, the Court entered the Third

Interim Order awarding Lowenstein Sandler $281,384.80 in fees – a reduction of $5,248.70 from

the amount requested - and $3,560.14 in expenses – a reduction of $9,016.12 from the amount

requested [Illinois Docket No. 732].

39.    On August 3, 2012, Lowenstein Sandler filed its Ninth Monthly Statement for the

Period of May 1, 2012 through May 31, 2012 (the "**Ninth** **Monthly** **Statement**"), requesting fees

in the sum of $49,019.60, representing 80% of fees in the amount of $61,274.50 (20% holdback

of $12,254.90), and reimbursement of expenses in the sum of $1,088.88 [Illinois Docket No.

532].

40.    On August 17, 2012, Lowenstein Sandler filed its Tenth Monthly Statement for the

Period of June 1, 2012 through June 30, 2012 (the "**Tenth** **Monthly** **Statement**"), requesting fees

in the sum of $48,119.20, representing 80% of fees in the amount of $60,149.00 (20% holdback

of $12,029.80), and reimbursement of expenses in the sum of $942.42 [Illinois Docket No. 574].

41.    On August 17, 2012, Lowenstein Sandler filed its Eleventh Monthly Statement for

the Period of July 1, 2012 through July 31, 2012 (the "**Eleventh** **Monthly** **Statement**"),

requesting fees in the sum of $25,430.00, representing 80% of fees in the amount of $31,787.50

(20% holdback of $6,357.50), and reimbursement of expenses in the sum of $387.20 [Illinois

Docket No. 575].

42.    On September 24, 2012, Lowenstein Sandler filed its Fourth Interim Application

for the Period of May 1, 2012 through July 31, 2012 (the "**Fourth** **Interim** **Application**"),

requesting fees in the sum of $153,211.00 and reimbursement of expenses in the sum of

$2,338.50 [Illinois Docket No. 702].   On October 23, 2012, the Court entered the Fourth Interim

Order awarding Lowenstein Sandler $153,211.00 in fees and $2,338.50 in expenses [Illinois

Docket No. 812].

43.     On December 18, 2012, Lowenstein Sandler filed its Twelfth Monthly Statement

for the Period of August 1, 2012 through August 31, 2012 (the "**Twelfth Monthly Statement**"),

requesting fees in the sum of $40,474.40, representing 80% of fees in the amount of $50,593.00

(20% holdback of $10,118.60), and reimbursement of expenses in the sum of $1,069.93 [Illinois

Docket No. 969].

44.     On January 3, 2013, Lowenstein Sandler filed its Thirteenth Monthly Statement for

the Period of September 1, 2012 through September 30, 2012 (the "**Thirteenth Monthly

Statement**"), requesting fees in the sum of $94,218.40, representing 80% of fees in the amount

of $117,773.00 (20% holdback of $23,554.60), and reimbursement of expenses in the sum of

$2,701.96 [Illinois Docket No. 991].

45.     On January 3, 2013, Lowenstein Sandler filed its Fourteenth Monthly Statement

for the Period of October 1, 2012 through October 31, 2012 (the "**Fourteenth Monthly

Statement**"), requesting fees in the sum of $70,585.20, representing 80% of fees in the amount

of $88,231.50 (20% holdback of $17,646.30), and reimbursement of expenses in the sum of

$453.82 [Illinois Docket No. 992].

46.     On January 3, 2013, Lowenstein Sandler filed its Fifteenth Monthly Statement for

the Period of November 1, 2012 through November 30, 2012 (the "**Fifteenth Monthly

Statement**"), requesting fees in the sum of $74,412.40, representing 80% of fees in the amount

of $93,015.50 (20% holdback of $18,603.10), and reimbursement of expenses in the sum of

$371.49 [Illinois Docket No. 993].

47.     On February 1, 2013, Lowenstein Sandler filed its Fifth Interim Application for the Period of August 1, 2012 through November 30, 2012 (the "**Fifth Interim Application**"), requesting fees in the sum of $349,613.00 and reimbursement of expenses in the sum of $4,597.20 [Illinois Docket No. 1083]. On February 26, 2013, the Court entered the Fifth Interim Order awarding Lowenstein Sandler $349,613.00 in fees and $3,320.30 in expenses – a reduction of $1,276.90 from the amount requested [Illinois Docket No. 1214].

48.     On February 28, 2013, Lowenstein Sandler filed its Sixteenth Monthly Statement for the Period of December 1, 2012 through December 31, 2012 (the "**Sixteenth Monthly Statement**"), requesting fees in the sum of $42,177.60, representing 80% of fees in the amount of $52,722.00 (20% holdback of $10,544.40), and reimbursement of expenses in the sum of $813.59 [Illinois Docket No. 1232].

49.     On April 25, 2013, Lowenstein Sandler filed its Seventeenth Monthly Statement for the Period of January 1, 2013 through January 31, 2013 (the "**Seventeenth Monthly Statement**"), requesting fees in the sum of $43,396.80, representing 80% of fees in the amount of $54,246.00 (20% holdback of $10,849.20), and reimbursement of expenses in the sum of $418.51 [Illinois Docket No. 1569].

50.     On April 25, 2013, Lowenstein Sandler filed its Eighteenth Monthly Statement for the Period of February 1, 2013 through February 28, 2013 (the "**Eighteenth Monthly Statement**"), requesting fees in the sum of $35,663.20, representing 80% of fees in the amount of $44,579.00 (20% holdback of $8,915.80), and reimbursement of expenses in the sum of $464.34 [Illinois Docket No. 1572].

51.     On April 25, 2013, Lowenstein Sandler filed its Nineteenth Monthly Statement for the Period of March 1, 2013 through March 31, 2013 (the "**Nineteenth Monthly Statement**"),

requesting fees in the sum of $56,146.40, representing 80% of fees in the amount of $70,183.00

(20% holdback of $14,036.60), and reimbursement of expenses in the sum of $41.12 [Illinois

Docket No. 1573].

## CERTIFICATION OF COUNSEL

52.     A certification of counsel, required under applicable law and the *United States*

*Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of*

*Expenses Filed Under 11 U.S.C. § 330*, effective January 30, 1996 (the "**Guidelines**") is attached

hereto as **Exhibit D** and made part of this Application.

## COMPLIANCE WITH GUIDELINES

53.     This Application substantially complies with the Guidelines.  To the extent there

has not been material compliance with any particular Bankruptcy Rule or Guideline, Lowenstein

Sandler respectfully requests a waiver or an opportunity to cure.

54.     This is Lowenstein Sandler's Final Application pursuant to sections 330 and 331

of the Bankruptcy Code for allowance of fees and reimbursement of expenses in this case.

Except as otherwise set forth herein, Lowenstein Sandler has made no prior or other application

to this or any other Court for the relief requested herein.

**WHEREFORE**, Lowenstein Sandler respectfully requests that it be granted a

final allowance of fees in the amount of $1,677,008.60 for professional services rendered to and

on behalf of the Committee during the Final Fee Period, plus reimbursement of its actual,

reasonable, and necessary expenses incurred in connection with services rendered during the Final

Fee Period in the sum of $28,255.18; and that it be granted such other and further relief as the

Court may deem just and proper.

Dated:  June 20, 2013

Respectfully submitted,


**LOWENSTEIN SANDLER LLP**

By: /s/ *Timothy R. Wheeler*
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq
Timothy R. Wheeler, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
*Counsel to the Official Committee of*
*Unsecured Creditors of Qualteq, Inc., d/b/a VCT*
*New Jersey, Inc., et al.*


-- and --


**COZEN O'CONNOR**
Nicole J. Moody, Esq. (No. 6297229)
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
(312) 882-3115 (Telephone)


*Co -counsel to the Official Committee of*
*Unsecured Creditors of Qualteq, Inc., d/b/a VCT*
*New Jersey, Inc., et al.*