# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>QUALTEQ, INC.,<br>d/b/a VCT NEW JERSEY, INC., *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-05861 (ERW)<br><br>Jointly Administered |

**ORDER APPROVING TWENTIETH MONTHLY STATEMENT AND FINAL FEE APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 25, 2011 THROUGH JUNE 19, 2013**

Lowenstein Sandler LLP ("**Lowenstein Sandler**"), as counsel for the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the above-captioned cases, filed its Twentieth Monthly Statement and Final Fee Application for allowance of compensation for services rendered and reimbursement of expenses incurred for the period of August 25, 2011 through June 19, 2013 (the "**Final Fee Application**"). The Court has reviewed the Final Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; (b) notice of the Final Fee Application, and any hearing on the Final Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Fee Application. Accordingly it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Anar Real Estate, LLC (9267); (vi) Automated Presort, Inc. (0850); (vii) Avadamma LLC (4775; 4800; 4810; 4829); (viii) Creative Automation Company (4350); (ix) Creative Investments, a General Partnership (5992); (x) Fulfillment Xcellence, Inc. (3461); (xi) Global Card Services, Inc. (4581); (xii) Unique Data Services, Inc. (1068); (xiii) Unique Embossing Services, Inc. (1043); (xiv) Unique Mailing Services, Inc. (2594); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

25970/2
06/21/2013 **25636623**.1

-2-

**ORDERED** that the Final Fee Application is GRANTED, on a final basis. Debtors in the above Chapter 11 Cases shall pay Lowenstein Sandler the sum of $1,677,008.60 as compensation and $28,255.18 as reimbursement of expenses, for a total of $1,705,263.78 for services rendered and disbursements incurred by Lowenstein Sandler for the period of August 25, 2011 through June 19, 2013, less any amounts previously paid in connection with the monthly and interim fee statements covered by the Final Fee Application.

Dated: July __, 2013

_____
HONORABLE EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY JUDGE