# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>QUALTEQ, INC.,<br>d/b/a VCT NEW JERSEY, INC., *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-05861 (ERW)<br><br>Jointly Administered |

## CERTIFICATION OF SERVICE

I, *Diane C. Claussen*, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler LLP, counsel to the Official Committee of Unsecured Creditors (the "**Committee**").

2. On June 21, 2013, I caused a copies of the following documents to be served upon the parties referenced on the service list attached hereto as **Exhibit "A"** and via Federal Express:

- *Twentieth Monthly Statement and Final Fee Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 25, 2011 through June 19, 2013 [Docket No. 1777], Notice and proposed Order.*

3. On June 20, 2013, the foregoing documents were electronically filed with the United States Bankruptcy Court for the Northern District of Illinois [Docket Nos. 1771 and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Anar Real Estate, LLC (9267); (vi) Automated Presort, Inc. (0850); (vii) Avadamma LLC (4775; 4800; 4810; 4829); (viii) Creative Automation Company (4350); (ix) Creative Investments, a General Partnership (5992); (x) Fulfillment Xcellence, Inc. (3461); (xi) Global Card Services, Inc. (4581); (xii) Unique Data Services, Inc. (1068); (xiii) Unique Embossing Services, Inc. (1043); (xiv) Unique Mailing Services, Inc. (2594); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

-2-

1774, respectively] and served electronically via the Court's CM/ECF system upon those parties entitled to receive electronic notice.

       I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief.  If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated:   June 21, 2013                    */s/ Diane C. Claussen*
                                                      Diane C. Claussen

**EXHIBIT "A"**
**NOTICE PARTY SERVICE LIST**

| | |
|---|---|
| Fred C. Caruso<br>70 West Madison Street<br>Suite 2300<br>Chicago, IL 60602<br>*(Chapter 11 Trustee)* | David L. Eaton, Esq.<br>Ryan Preston Dahl, Esq.<br>Michael Weitz, Esq.<br>Kirkland & Ellis<br>300 North LaSalle Street,<br>36th Floor, Suite 3600<br>Chicago, IL 60654<br>*(Counsel to Chapter 11 Trustee)* |
| Jeffrey Schlerf, Esq.<br>Fox Rothschild LLP<br>919 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>*(Counsel to Debtors)* | Patrick S. Layng, Esq.<br>Denise DeLaurent, Esq.<br>Office of the U.S. Trustee (N.D.IL)<br>219 S. Dearborn Street<br>Chicago, IL 60604<br>*(U.S. Trustee, N.D. IL)* |
| Joseph O'Neil, Jr., Esq.<br>Montgomery, McCracken, Walker & Rhoads<br>123 South Broad Street, Suite 2800<br>Philadelphia, PA 19109<br>*(Counsel to Amalgamated Bank of Chicago)* | Vincent E. Lazar, Esq.<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>*(Counsel for Oakbrook Financial, Inc.)* |
| Daniel K. Astin, Esq.<br>John D. McLaughlin, Jr., Esq.<br>Joseph J. McMahon, Jr., Esq.<br>Ciardi Ciardi & Astin<br>919 N. Market Street, Suite 700<br>Wilmington, DE 19801<br>*(Counsel to Burr Ridge Bank & Trust)* | Christopher Combest, Esq.<br>Faye B. Feinstein, Esq.<br>Quarles & Brady LLP<br>300 North LaSalle Street, Suite 4000<br>Chicago, IL 60654<br>*(Counsel to Burr Ridge Bank & Trust)* |
| Thomas V. Askounis, Esq.<br>Alex Darcy, Esq.<br>C. Randall Woolley, Esq.<br>Askounis & Darcy, PC<br>401 North Michigan Avenue, Suite 550<br>Chicago, IL 60611<br>*(Counsel to Sterling National Bank)* | Thomas R. Slome, Esq.<br>Meyer, Suozzi, English & Klein, P.C.<br>990 Stewart Avenue, Suite 300<br>P.O. Box 9194<br>Garden City, NY 11530-9194<br>*(Counsel to Sterling National Bank)* |
| Karen C. Bifferato, Esq.<br>Christina M. Thompson, Esq.<br>Kelly M. Conlan, Esq.<br>Connolly Gallagher LLP<br>1000 West Street, Suite 1400<br>Wilmington, DE 19801<br>*(Counsel to Inland Bank and Trust)* | Frederick B. Rosner, Esq.<br>The Rosner Law Group LLC<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>*(Counsel to Sterling National Bank)* |
| | Eugene S. Kraus, Esq.<br>Scott & Kraus, LLC<br>150 South Wacker Drive<br>Chicago, IL 60606<br>*(Counsel to Inland Bank and Trust)* |