IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------------------x
In the Matter of                    :   Chapter 11
                                    :
QUALTEQ, INC.,                      :   Case No. 12-05861 (ERW)
d/b/a VCT NEW JERSEY, INC., et al.,[1]  :
                                    :   (Jointly Administered)
              Debtors.              :
------------------------------------------------------------x   Objection Deadline:

**SEVENTH AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FEBRUARY 1, 2013 THROUGH APRIL 30, 2013 AND FROM AUGUST 29, 2011 THROUGH APRIL 30, 2013**

| | |
|---|---|
| Name of Applicant: | EisnerAmper LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 20, 2011 *Nunc Pro Tunc to* August 29, 2011 |
| Period for which compensation and reimbursement is sought: | February 1, 2013 through April 30, 2013<br>Final: August 29, 2011 through April 30, 2013 |
| Amount of Compensation as actual, reasonable and necessary for the Seventh Fee Application Period: | $13,067.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary for the Seventh Fee Application Period: | $0.00 |
| Amount of Compensation as actual, reasonable and necessary for Final Compensation: | $572,044.75 |

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Automated Presort, Inc. (0850); (vi) Avadamma LLC (4775, 4800, 4810, 4829); (vii) Creative Automotion Company (4350); (viii) Creative Investments, a General Partnership (5992); (ix) Fulfillment Xcellence, Inc. (3461); (x) Global Card Services, Inc. (4581); (xi) Unique Data Services, Inc. (1068); (xii) Unique Embossing Services, Inc. (1043); (xiii) Unique Mailing Services, Inc. (2594); (xiv) University Subscription Service, Inc. (3669); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); (xvii) Vmark, Inc. (5904); and (xviii) Anar Real Estate, LLC (9267).

| | |
|---|---|
| Amount of expense reimbursement sought as actual, reasonable and necessary for Final Reimbursement of Expenses: | $6,696.47 |
| Total Amount Requested for Final Compensation and Reimbursement of Expenses | $578,741.22 |

This is a:   \_\_\_\_\_monthly       _____ interim       \_\_X\_\_final application.

EisnerAmper LLP
Two Logan Square, Suite 1101
100 North 18th Street
Philadelphia, PA 19103

|  |  |
|---|---|
| In the Matter of: | UNITED STATES BANKRUPTCY COURT<br>FOR THE NORTHERN DISTRICT OF ILLINOIS<br>Chapter 11 |
| QUALTEQ, INC.,<br>d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | Case No. 12-05861 (ERW) |
|  | (Jointly Administered) |
| Debtors. | |
| ---------------------------------------------------------x | Objection Deadline: |

### SEVENTH AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FEBRUARY 1, 2013 THROUGH APRIL 30, 2013 AND FROM AUGUST 29, 2011 THROUGH APRIL 30, 2013

EisnerAmper LLP ("EisnerAmper"), the accountants and financial advisors to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors (the "Debtors"), hereby submits this Seventh Interim and Final Fee Application for Compensation and Reimbursement of Expenses (the "Application") in the amount of $13,067.00 together with reimbursement for actual and necessary expenses incurred in the amount of $0.00 for the period commencing February 1, 2013 through April 30, 2013 (the "Compensation Period"). In addition, by this final fee application, EisnerAmper seeks final approval of its prior interim applications filed in this case awarding compensation in the total amount of $572,044.75 for professional services rendered, and

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Automated Presort, Inc. (0850); (vi) Avadamma LLC (4775, 4800, 4810, 4829); (vii) Creative Automotion Company (4350); (viii) Creative Investments, a General Partnership (5992); (ix) Fulfillment Xcellence, Inc. (3461); (x) Global Card Services, Inc. (4581); (xi) Unique Data Services, Inc. (1068); (xii) Unique Embossing Services, Inc. (1043); (xiii) Unique Mailing Services, Inc. (2594); (xiv) University Subscription Service, Inc. (3669); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); (xvii) Vmark, Inc. (5904); and (xviii) Anar Real Estate, LLC (9267).

reimbursement of actual and necessary expenses incurred in the amount of $6,696.47, inclusive of the amounts set forth above. In support hereof, EisnerAmper respectfully represents as follows:

## I. JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicates for the relief sought herein are sections 330, 331 and 1103(a) of the Bankruptcy Code.

## II. BACKGROUND

2. On August 14, 2011 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code"). The Debtors have continued in the management and operation of their businesses and properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

In accordance with the provisions of section 1102(b) of the Bankruptcy Code, on August 25, 2011, the United States Trustee appointed a Committee in the Debtors cases. Thereafter, the Committee selected Timothy R. Wheeler, Esquire of Lowenstein Sandler LLP, as its counsel and EisnerAmper LLP as its accountants and financial advisors.

3. On October 20, 2011, this Court entered an Order approving the retention of EisnerAmper as accountants and financial advisors to the Committee, *Nunc Pro Tunc to* August 29, 2011. A true and correct copy of the retention order is attached hereto as Exhibit "A". EisnerAmper has continuously rendered services on behalf of the Committee during the Compensation Period, totaling 31.0 hours of professional time.

4. EisnerAmper has filed and served monthly applications for the periods covering February 1, 2013 through and including April 30, 2013. Each of the Monthly Fee Applications is incorporated by reference as if fully set forth herein.

5. A summary of the hours spent, the names of each professional and paraprofessional rending services to the Committee during the Compensation Period, the regular customary billing rates and the total value of time incurred by each of the EisnerAmper professionals rendering services to the Committee is attached to each of the Monthly Fee Applications as Exhibit "B." A copy of the computer generated time entries reflecting the time recorded for these services, organized in project billing categories in accordance with the United States Trustee's Guidelines For Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §§ 330 (the "Guidelines"), is attached to each of the Monthly Fee Applications as Exhibit "C." A statement of expenses incurred by EisnerAmper during the Application Period is attached to each Monthly Fee Applications as Exhibit "D." All time entries and requested expenses are in compliance with Local Rule No. 2016-2.

6. The total value for professional services EisnerAmper rendered on behalf of the Committee for the Compensation Period is $13,067.00. EisnerAmper submits that the professional services it rendered on behalf of the Committee during this time were reasonable and necessary. In accordance with Local Bankruptcy Rule 2016-2(d)(viii), non-working travel has been billed at 50 percent (50%) of standard hourly rates.

7. EisnerAmper did not expend any costs on behalf of the Committee during the Compensation period.

8. Accordingly EisnerAmper seeks interim allowance of the sum of $13,067.00 in fees and $0.00 in expenses, for a total of $13,067.00 for the Compensation Period and that the Debtors be

authorized to pay the $2,613.40 in fees representing that twenty percent (20%) "holdback" of fees (collectively, the "Holdback Amount").

| Period | Fees | Expenses | Holdback Amount | Total Balance Due |
|---|---|---|---|---|
| 02/01/13 - 02/28/13 | $ 6,702.00 | $ - | $ 1,340.40 | $ 1,340.40 |
| 03/01/13 - 03/31/13 | $ 5,127.00 | $ - | $ 1,025.40 | $ 1,025.40 |
| 04/01/13 - 04/30/13 | $ 1,238.00 | $ - | $ 247.60 | $ 1,238.00 |
| **Total** | **$ 13,067.00** | **$ -** | **$ 2,613.40** | **$ 3,603.80** |

9. In addition, EisnerAmper seeks final allowance of the sum of $572,044.75 and $6,696.47 in expenses for a total of $578,741.22. Your Applicant has reviewed Local Bankruptcy Rule 2016-2 and the Application complies with this rule.

| Period | Fees | Expenses | Total | Paid | Balance Due |
|---|---|---|---|---|---|
| 08/29/11 - 09/30/11 | $ 83,761.25 | $ 6,032.94 | $ 89,794.19 | $ 89,794.19 | $ - |
| 10/01/11 - 10/31/11 | $ 51,826.25 | $ 107.00 | $ 51,933.25 | $ 51,933.25 | $ - |
| 11/01/11 - 11/30/11 | $ 49,479.25 | $ 556.53 | $ 50,035.78 | $ 50,035.78 | $ - |
| 12/01/11 - 12/31/11 | $ 53,358.50 | $ - | $ 53,358.50 | $ 53,358.50 | $ - |
| 01/01/12 - 01/31/12 | $ 33,195.00 | $ - | $ 33,195.00 | $ 33,195.00 | $ - |
| 02/01/12 - 02/28/12 | $ 27,317.00 | $ - | $ 27,317.00 | $ 27,317.00 | $ - |
| 03/01/12 - 03/31/12 | $ 39,347.00 | $ - | $ 39,347.00 | $ 39,347.00 | $ - |
| 04/01/12 - 04/30/12 | $ 28,859.50 | $ - | $ 28,859.50 | $ 28,859.50 | $ - |
| 05/01/12 - 05/31/12 | $ 13,730.50 | $ - | $ 13,730.50 | $ 13,730.50 | $ - |
| 06/01/12 - 06/30/12 | $ 26,021.00 | $ - | $ 26,021.00 | $ 26,021.00 | $ - |
| 07/01/12 - 07/31/12 | $ 20,480.50 | $ - | $ 20,480.50 | $ 20,480.50 | $ - |
| 08/01/12 - 08/31/12 | $ 18,872.50 | $ - | $ 18,872.50 | $ 18,872.50 | $ - |
| 09/01/12 - 09/30/12 | $ 22,906.50 | $ - | $ 22,906.50 | $ 22,906.50 | $ - |
| 10/01/12 - 10/31/12 | $ 31,233.00 | $ - | $ 31,233.00 | $ 31,233.00 | $ - |
| 11/01/12 - 11/30/12 | $ 35,579.00 | $ - | $ 35,579.00 | $ 35,579.00 | $ - |
| 12/01/12 - 12/31/12 | $ 11,482.00 | $ - | $ 11,482.00 | $ 11,482.00 | $ - |
| 01/01/13 - 01/31/13 | $ 11,529.00 | $ - | $ 11,529.00 | $ 11,529.00 | $ - |
| 02/01/13 - 02/28/13 | $ 6,702.00 | $ - | $ 6,702.00 | $ 5,361.60 | $ 1,340.40 |
| 03/01/13 - 03/31/13 | $ 5,127.00 | $ - | $ 5,127.00 | $ 4,101.60 | $ 1,025.40 |
| 04/01/13 - 04/30/13 | $ 1,238.00 | $ - | $ 1,238.00 | $ - | $ 1,238.00 |
| **Total** | **$ 572,044.75** | **$ 6,696.47** | **$ 578,741.22** | **$ 575,137.42** | **$ 3,603.80** |

WHEREFORE, EisnerAmper hereby requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 331, granting it's interim compensation for professional services rendered and reimbursement of expenses in the total sum of $13,067.00 as accountants and financial advisors to the Committee for the period February 1, 2013 through April 30, 2013, and final compensation for professional services rendered and reimbursement of expenses in the total sum of $578,741.22 as accountants and financial advisors to the Committee for the period August 29, 2011 through April 30, 2013, and granting such other and further relief as this Court may deem just and proper.

Respectfully submitted,

EISNERAMPER, LLP
Certified Public Accountants and Consultants

Dated: June __, 2013

By _____
Edward A. Phillips, CPA/CFF, CFE, CIRA
Two Logan Square, Suite 1101
100 North 18th Street
Philadelphia, PA 19103
Phone: (215) 881-8168
Fax: (215) 881-8335

Accountants and Financial Advisors for the
Official Committee of Unsecured Creditors