UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| QUALTEQ, INC., ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*, ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21 day of June 2013, I electronically filed the foregoing *Seventh and Final Application for Compensation and Reimbursement of Expenses of EisnerAmper LLP as Accountants and Financial Advisors to the Official Committee of Unsecured Creditors for the Period February 1, 2013 through April 30, 2013 and from August 30, 2011 through April 30, 2013* with the Clerk of the Court using the CM/ECF system which will send notification to the following parties:

| | |
|---|---|
| R. Scott Alsterda: | rsalsterda@uhlaw.com |
| Thomas V. Askounis: | taskounis@askounisdarcy.com |
| Jeffrey E Altshul: | jaltshul@ginsbergjacobs.com |
| Ronald Barliant: | Ronald.barliant@goldbergkohn.com |
| Richard M. Bendix: | rbendix@dykema.com |
| John M. Brom: | jbrm@querrey.com |
| Abraham Brustein: | abrustein@dimonteandlizak.com |
| Marc J. Carmel: | marccarmel@paulhastings.com |
| Paul Catanese: | pcatanese@mcguirewoods.com |
| Jeffrey A. Chadwick: | jchadwick@mcguirewoods.com |
| Barry A. Chatz: | bachatz@arnstein.com |
| Christopher Combest: | Christopher.combest@quarles.com |
| Ryan Dahl: | ryan.dahl@kirkland.com |
| Alex Darcy: | adarcy@askounisdarcy.com |
| Denise A. Delaurent: | Denise.DeLaurent@usdoj.gov |
| Maria A. Diakoumakis: | mdiakoumakis@dykema.com |
| Megan A. Drefchinski: | mdrefchinski@collinslaw.com |
| Kevin C. Driscoll: | kevin.driscoll@btlaw.com |
| Deborah K Ebner: | dkebner@deborahebnerlaw.com |
| Faye B. Feinstein: | faye.feinstein@quarles.com |
| Joseph D Frank: | jfrank@fgllp.com |
| Matthew T. Gensburg: | gensburgm@gtlaw.com |
| Frances Gecker: | fgecker@fgllp.com |
| Michael L. Gesas: | nlgesas@arnstein.com |
| Joshua M. Grenard: | jgrenard@mayerbrown.com |
| Claude W. Irmis: | cirmis@elevenllc.com |

| | |
|---|---|
| Andrew A Jacobson: | ajacobson@bupdlaw.com |
| David L. Kane: | dkane@mpslaw.com |
| James Kenny: | james@kennylawfirm.com |
| Synde B. Keywell: | skeywell@keywell-law.com |
| Gary M. Klinger: | gklinger@cozen.com |
| Eugene S. Kraus: | ekraus@skcounsel.com |
| Micah R Krohn: | mkrohn@fgllp.com |
| Jordan M Litwin: | jlitwin@mpslaw.com |
| Patrick S. Layng: | USTPRegion11.es.ecf@usdoj.gov |
| Mark E. Leipold: | mleipold@gouldratner.com |
| Matthew E. McClintock: | mattm@resturcturingshop.com |
| William J McKenna: | wmckenna@foley.com |
| Joy L Monahan: | jmonahan@edwardswildman.com |
| Kevin H. Morse: | khmorse@arnstein.com |
| Lauren M. Nachinson: | lauren.nachinson@quarles.com |
| John Nasiakos: | john@nasiakoslaw.com |
| Michelle G. Novick: | mgnovick@arnstein.com |
| Sven T Nylen: | sven.nylen@klgates.com |
| Joseph O'Neil, Jr.: | joneil@mmwr.com |
| Ethan Ostrow: | eostrow@bupdlaw.com |
| Jeffrey K. Paulsen: | jpaulsen@wfactorlaw.com |
| Nancy A Peterman: | petermann@gtlaw.com |
| Elizabeth Gayle Peterson: | epeterson@fhslc.com |
| Ann E. Pille: | ann.pille@dlapiper.com |
| Richard B. Polony: | rpolony@hinshawlaw.com |
| Mark L Radtke: | mradtke@shawfishman.com |
| N. Neville Reid: | nreid@fhslc.com |
| Peter J. Roberts: | proberts@shawgussis.com |
| Patrick F. Ross: | pfross@uhlaw.com |
| Joel A Schechter: | joelschechter@covad.net |
| Julia Jensen Smolka: | jjensen@dimonteandlizak.com |
| Miriam R. Stein: | mrstein@arnstein.com |
| Jeremy T. Stillings: | jstillings@proskauer.com |
| L. Judson Todhunter: | jtodhunter@howardandhoward.com |
| Steven B Towbin: | stowbin@shawfishman.com |
| Elizabeth B. Vandesteeg: | evandesteeg@lplegal.com |
| Donna B Wallace: | dbwallace@ameritech.net |
| Ariel Weissberg: | ariel@weissberglaw.com |
| Timothy Wheeler: | twheeler@lowenstein.com |
| Charles R. Woolley: | rwoolley@askounisdary.com |
| Barbara L. Yong: | blyong@golanchristie.com |
| Joseph R. Zapata: | jrzapata@nmmlaw.com |
| Daniel A. Zazove: | docketchi@perkinscoie.com |

      I further certify that on the      day of June 2013, I caused a copy of the foregoing *Seventh and Final Application for Compensation and Reimbursement of Expenses of EisnerAmper LLP as Accountants and Financial Advisors to the Official Committee of Unsecured Creditors for the Period February 1, 2013 through April 30, 2013 and from August 30, 2011 through April 30, 2013* to be served on the Notice Parties listed on Exhibit "A" in the manner indicated.

Dated: June 21, 2013

COZEN O'CONNOR

/s/ Mark E. Felger
Mark E. Felger *(admitted pro hac vice)*
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000

- and -

Nicole J. Kelly (No. 6297229)
Gary M. Klinger (No. 6303726)
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Telephone: (312) 382-3100
*Co-Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT "A"
## Notice Parties

**VIA UPS**
Fred C. Caruso
70 West Madison Street, Suite 2300
Chicago, IL 60602
*(Chapter 11 Trustee)*

**VIA UPS**
David L. Eaton, Esq.
Ryan Preston Dahl, Esq.
Michael Weitz, Esq.
Kirkland & Ellis LLP
300 North LaSalle Street, Suite 3600
Chicago, IL 60654
*(Counsel to Chapter 11 Trustee)*

**VIA UPS**
Kaushik Pancholi
Oakbrook Financial
1112 S. Washington Street, Suite 204
Naperville, IL 60540

**VIA CM/ECF**
Synde B. Keywell, Esq.
3656 W. Fullerton Avenue
Ground Floor
Chicago, IL 60601
*(Counsel to Amalgamated Bank of Chicago)*

**VIA CM/ECF**
Joseph O'Neil, Jr., Esq.
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street, Suite 2800
Philadelphia, PA 19109
*(Counsel to Amalgamated Bank of Chicago)*

**VIA CM/ECF**
Christopher Combest, Esq.
Faye B. Feinstein, Esq.
Lauren Nachinson, Esq.
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
*(Counsel to Burr Ridge Bank & Trust)*

**VIA CM/ECF**
Thomas V. Askounis, Esq.
Alex Darcy, Esq.
C. Randall Woolley, Esq.
Askounis & Darcy, PC
401 North Michigan Avenue, Suite 550
Chicago, IL 60611
*(Counsel to Sterling National Bank)*

**VIA UPS**
Eugene S. Kraus, Esq.
Scott & Kraus, LLC
150 South Wacker Drive
Chicago, IL 60606
*(Counsel to Inland Bank and Trust)*

**VIA CM/ECF**
Patrick S. Layng, Esq.
Denise DeLaurent, Esq.
Office of the U.S. Trustee
for the Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

2

16713751\1