# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>QUALTEQ INC.,<br>d/b/a VCT NEW JERSEY, INC., *et al.*,[1]<br><br><br><br><br><br>Debtors. | Chapter 11<br><br>Case No. 12-05861 (ERW)<br><br>Jointly Administered<br><br>*Hearing Date: July 23, 2013<br>at 9:30 a.m.* |

### NOTICE OF FRANKGECKER LLP'S FIFTH MONTHLY AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD JANUARY 17, 2013 THROUGH MAY 3, 2013

**PLEASE TAKE NOTICE** that on **Tuesday, July 23, 2013, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Hon. Eugene R. Wedoff in Courtroom 744 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or before any other judge who may be sitting in his place and stead, and present *FrankGecker LLP's Fifth Monthly and Final Fee Application For Allowance Of Compensation And For Reimbursement Of Actual And Necessary Expenses Incurred For The Period January 17, 2013 Through May 3, 2013* (the "Application"), at which time and place you may appear if you so desire.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

{QUALTEQ/001/00035263.DOC/}

**PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning the above-captioned chapter 11 cases at the website maintained in these chapter 11 cases at http://www.phaseeleven.com/qualteq/.

<div align="right">
Respectfully submitted,

FRANKGECKER LLP

By: _____/s/ *Frances Gecker*_____
        One of its attorneys

Conflicts Counsel for Fred Caruso,
Chapter 11 Trustee
</div>

Frances Gecker (ARDC #6198450)
Joseph D. Frank (ARDC #6216085)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

Dated:  June 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> QUALTEQ INC., <br> d/b/a VCT NEW JERSEY, INC., *et al.*,[2] <br><br><br><br><br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 12-05861 (ERW) <br> ) <br> ) Jointly Administered <br> ) <br> ) *Hearing Date: July 23, 2013* <br> ) *at 9:30 a.m.* <br> ) <br> ) |

**COVER SHEET FOR FRANKGECKER LLP'S FIFTH MONTHLY AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD JANUARY 17, 2013 THROUGH MAY 3, 2013**

TO:   The Notice Parties identified in Paragraph 1(a) of the Administrative Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses of Professionals

| | |
|---|---|
| Name of Applicant: | FrankGecker LLP |
| Authorized to Provide Professional Services to: | Fred Caruso, Chapter 11 Trustee |
| Date of retention: | February 5, 2013 (retroactively to January 17, 2013) [Docket No. 1095] |
| Period for which compensation and reimbursement is sought | **Monthly Period:** May 1, 2013 through May 3, 2013 <br> **Final Period:** January 17, 2013 through May 3, 2013 |
| Amount of fees to be approved as actual, reasonable and necessary: | **Monthly Period:** $27,069.50 <br> **Final Period:** $199,397.50 |

---

[2]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091);   (c) 200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

{QUALTEQ/001/00035263.DOC/}

| Amount of expenses sought as actual, reasonable and necessary: | Monthly Period: $12.77<br>Final Period: $554.34 |
|---|---|
| This is a: __ monthly __ interim  X  final application.<br>This is FrankGecker's fifth monthly and final fee application in this case. | |

### Summary of FrankGecker's Fee Statements Filed to Date

| Fee Application Filing Date; Docket No. | Filing Period | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date; Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of % Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 2/19/13<br>1190 | 01/17/13 through 01/31/13 | $28,671.00 | 0 | 3/11/13<br>1304 | $22,936.80 | 0 | $5,734.20 |
| 3/14/13<br>1341 | 02/01/13 through 02/28/13 | $64,555.50 | $146.79 | 4/3/13<br>1440 | $51,644.40 | $146.79 | $12,991.10 |
| 4/11/13<br>1468 | 03/01/13 through 03/31/13 | $37,624.00 | $252.90 | 5/1/13<br>1598 | $30,099.20 | $252.90 | $7,524.80 |
| 5/14/13<br>1651 | 04/01/13 through 04/30/13 | $41,477.50 | $141.88 | 6/3/13<br>1713 | $33,182.00 | $141.88 | $8,295.50 |
| 6/27/13<br>____ | 05/01/13 through 05/03/13 | $27,069.50 | $12.77 | Pending | Pending | Pending | Pending |
| **Fifth Monthly and Final Application**<br>06/27/13<br>[____] | 01/17/13 through 05/03/13 | $199,397.50 | $554.34 | N/A | $137,862.40 | $541.57 | $34,545.60 |

Respectfully submitted,

FRANK/GECKER LLP


By:_____/s/ *Frances Gecker*_____
        One of its attorneys

Conflicts Counsel for Fred Caruso,
Chapter 11 Trustee

Frances Gecker (ARDC #6198450)
Joseph D. Frank (ARDC #6216085)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

Dated:  June 27, 2013

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| QUALTEQ INC., | ) Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[3] | ) Jointly Administered |
| | ) *Hearing Date: July 23, 2013* |
| | ) *at 9:30 a.m.* |
| Debtors. | ) |

## FRANKGECKER LLP'S FIFTH MONTHLY FINAL
## FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR
## REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED
## FOR THE PERIOD JANUARY 17, 2013 THROUGH MAY 3, 2013

FrankGecker LLP ("FrankGecker"), conflicts counsel to Fred Caruso, Chapter 11 Trustee (the "Trustee") of the estate of Qualteq, Inc., d/b/a VCT New Jersey, Inc. ("Qualteq") and its affiliated chapter 11 debtors (collectively, with Qualteq, the "Debtors"), hereby submits this application (the "Application") for entry of an order, substantially in the form attached hereto, for: (a) allowance of compensation for professional services rendered in the amount of $27,069.50 and reimbursement of actual and necessary expenses incurred in the amount of $12.77 for the monthly period of May 1, 2013 through and including May 3, 2013; (b) allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred in the amount of $199,951.84 for the period January 17, 2013 through and including May 3, 2013 (the "Fee Period") as required by the *Order Establishing Procedures for*

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

{QUALTEQ/001/00035263.DOC/}

*Interim compensation and Reimbursement of Expenses for Professionals and Official Committee Members* [Delaware Docket No. 125], as amended by [Docket No. 411] (the "Interim Compensation Order"); (c) authorization to pay the full amounts requested in the Monthly Applications (as defined herein), including the 20% holdback of fees as provided for in the Interim Compensation Order; (d) approval of and authorization to pay final compensation in the amount of $199,397.50 for professional services rendered and $554.34 for reimbursement of actual and necessary expenses incurred; and (d) related relief.  In support of its Application, FrankGecker respectfully represents as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are 327, 330, and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

### Background

4. On August 14, 2011 (the "Initial Petition Date"), each of the Debtors except for Anar Real Estates, LLC ("Anar") filed petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. On September 11, 2011 (the "Anar Petition Date," and together with the Initial Petition Date, the "Petition Date"), Anar filed its petition for relief with the United States Bankruptcy Court for the District of Delaware.

5.  On August 25, 2011, the United States Trustee (the "U.S. Trustee") appointed the official committee of unsecured creditors (the "Committee").

6.  On February 16, 2012, the United States Bankruptcy Court for the District of Delaware transferred venue to the United States Bankruptcy Court for the Northern District of Illinois (the "Court").

7.  On April 5, 2012, Bank of America, N.A., filed the Motion to Appoint a Chapter 11 Trustee [Docket No. 202], and on May 2, 2012, the Court entered the Order Granting Motion for Appointment of a Chapter 11 Trustee [Docket No. 334].

8.  On May 9, 2012, the U.S. Trustee filed an application to appoint Fred C. Caruso as chapter 11 trustee in these chapter 11 cases.

9.  On May 10, 2012 (the "Appointment Date"), the Court entered an order approving Mr. Caruso's appointment as the Trustee [Docket No. 351], thereby taking the Debtors and their assets out of possession and placing their assets and businesses under the Trustee's control.

**Retention and Continuing Disinterestedness of FrankGecker LLP**

10.  By this Court's order dated February 5, 2013 [Docket No. 1095], the Trustee was authorized to retain FrankGecker as its conflicts counsel, retroactive to January 17, 2013, to assist the Trustee in certain discrete matters, including the "[e]valuation of issues related to services provided and fees and expenses charged by professionals during the Debtors' bankruptcy cases and litigation of any issues identified by such examination." [Docket No. 1059] (the "Retention Order"). The Retention Order authorizes the Trustee to compensate FrankGecker in accordance with the procedures set forth in the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, and any applicable orders of this Court.

11. As disclosed in the *Affidavit of Disinterestedness of FrankGecker LLP, as Conflicts Counsel to Chapter 11 Trustee, Fred C. Caruso* [Docket No. 1059, Ex. B] filed on January 28, 2013 (the "FrankGecker Declaration"), FrankGecker does not hold or represent any interest adverse to the Debtors' estates and is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

12. FrankGecker performed the services for which it is seeking compensation on behalf of the Trustee and/or the Debtors' estates and not on behalf of any committee, creditor, or other person.

13. Except as provided herein or in the application to retain FrankGecker, FrankGecker has received no payment and no promises for payment from any source other than the Trustee for services rendered or to be rendered in any capacity whatsoever in connection with these chapter 11 cases.

14. Pursuant to Bankruptcy Rule 2016(b), FrankGecker has not shared, nor has FrankGecker agreed to share: (a) any compensation it received or may receive with another person other than with the partners, counsel, and associates of FrankGecker; or (b) any compensation another person or party has received or may receive.

## THE MONTHLY APPLICATION

### Reasonable and Necessary Services Rendered by FrankGecker LLP -- Generally

15. This is FrankGecker's Fifth Monthly Application for compensation and reimbursement of expenses. It covers the period from May 1, 2013 to and including May 3, 2013. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Trustee and estates of Qualteq. No agreement or understanding exists between FrankGecker and any other person for the sharing of compensation received or to

{QUALTEQ/001/00035263.DOC/}    -4-

be received in connection with these bankruptcy cases, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

16.  The FrankGecker attorneys and paraprofessionals who rendered professional services during the Fee Period are:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| PARTNERS AND OF COUNSEL | | | | |
| Frances Gecker | Partner; Member of IL Bar since 1988 | $690.00 | 13.00 | $8,970.00 |
| Joseph D. Frank | Partner; Member of IL Bar since 1993 | $690.00 | 9.00 | $6,210.00 |
| TOTAL PARTNERS AND OF COUNSEL | | | 22.00 | $15,180.00 |
| | | | | |
| ASSOCIATES AND PARAPROFESSIONALS | | | | |
| Micah R. Krohn | Senior Counsel; Member of IL Bar since 1993; member of the New York Bar | $425.00 | 18.90 | $8,032.50 |
| Reed Heiligman | Associate; Member of IL Bar since 2007 | $290.00 | 13.30 | $3,857.00 |
| TOTAL ASSOCIATES AND PARAPROFESSIONALS | | | 32.20 | $11,889.50 |
| | | | | |
| TOTAL ALL PROFESSIONALS | | | 54.20 | $27,069.50 |
| BLENDED HOURLY RATE | | | | $523.75 |

17.  This Application sets forth in detail the work performed by FrankGecker and the time spent between May 1, 2013 and May 3, 2013. To aid the Court in its review of the Application, FrankGecker has divided the Application into three parts. Part I describes the practical and legal issues encountered by FrankGecker, and the actions taken and results obtained by FrankGecker. Part II describes counsel's qualifications and areas of special expertise. Part III describes the manner in which the fees and costs were calculated.

I.  **SERVICES PERFORMED**

A.  Case Administration                         $16,884.00

FrankGecker spent 31.20 hours at a cost of $16,884.00 on general case administration matters. During this period, counsel drafted a detailed response, and affidavit in support of the

{QUALTEQ/001/00035263.DOC/}               -5-

response, to the motion for stay pending appeal filed by Goldstein & McClintock in regards to this Court's order on the Trustee's limited waiver of the attorney-client privilege.

      B.      Investigation                                  $10,185.50

Counsel spent 23.00 hours at a cost of $10,185.50 on investigation. At the request of the Trustee, counsel continued its investigation of certain professionals retained by the Debtors to determine whether the professionals were disinterested and whether the professionals observed their fiduciary duties to the Debtors' estates and their creditors. During this period, counsel made ongoing document requests to third parties, and continued the review of numerous documents and transcripts.

## II. ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE

    A.    <u>Frances Gecker</u> (FG) is a partner at FrankGecker. Ms. Gecker is a 1988 graduate of Northwestern University School of Law (magna cum laude), where she was a member of the Editorial Board of the Northwestern Law Review and was elected to the Order of the Coif. Ms. Gecker specializes in bankruptcy, financial restructuring and corporate finance and was responsible for overseeing the investigation being undertaken by the Trustee.

    B.    <u>Joseph D. Frank</u> (JDF) is a partner at FrankGecker. Mr. Frank graduated from the University of Chicago Law School in 1993 with honors. Mr. Frank specializes in bankruptcy law and litigation and has taken the lead role in the representation of the Trustee with the Court and parties in interest.

    C.    <u>Micah R. Krohn</u> (MRK) is senior counsel at FG. Mr. Krohn graduated from the Cardozo School of Law in 1992 and served as law clerk to the Hon. Erwin I. Katz.

    D.    <u>Jeremy C. Kleinman</u> (JCK) is a bankruptcy associate at FG. Mr. Kleinman graduated from the University of Michigan Law School in 1999 and served as law clerk to the Honorable John D. Schwartz.

E.  Reed Heiligman (RH) is an associate at FrankGecker LLP. Mr. Heiligman graduated from John Marshall School of Law in 2007.

F.  Christina S. Smith (CSS) is a bankruptcy paralegal at Frank/Gecker. Ms. Smith assisted counsel in case administration.

### III.   CALCULATION OF TIME AND FEES

18. As set forth in the attached exhibit, the attorneys and paralegals at FrankGecker have spent a total of 54.20 hours providing necessary legal services for the Trustee. As a result, they request compensation in the amount of $27,069.50 for actual, necessary legal services performed. The average hourly rate is $499.43.

19. In preparing this fee application, counsel has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts which are kept on each client. The hourly rates charged are the regular hourly rates charged by counsel to its clients. Counsel worked to avoid any duplication of efforts between parties, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement. Multiple representation in analogous circumstances has been approved. *See Berberena v. Coler*, 753 F.2d 629 (7th Cir. 1985); *In re Washington Manufacturing Co.*, 101 B.R. 944 (Bankr. M.D. Tenn. 1989); *In re N-Ren Corp.*, 71 B.R. 488 (Bankr. S.D. Ohio 1987).

20. To aid the Court in its review of this material, counsel has prepared its time exhibits by topic as presented in the attached Exhibit A. For purposes of this Application, counsel used two categories. They cover all work on that project regardless of whether it was office conferences, telephone conferences, research, etc.

21. Counsel also incurred out-of-pocket expenses which are also listed in the attached Exhibit B. The expenses incurred during this period were courier charges and postage charges.

{QUALTEQ/001/00035263.DOC/}            -7-

22.   Counsel does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing or photocopying; instead, such expenses are factored into counsel's normal and customary rate. Counsel does not include charges for long distance telephone, photocopying or computer research in its overhead because it has determined that it is fairer to its smaller clients who use proportionately less of these services to have these expenses billed separately. These charges fairly compensate the firm's actual costs and do not result in undue revenue for the firm. Moreover, counsel's non-bankruptcy clients routinely are billed and pay these types of expenses. See *In re Continental Securities Litigation*, 962 F.2d 566, 570 (7th Cir. 1992).

23.   No compensation has been promised to counsel other than as disclosed or approved by this Court. Counsel certifies that there is no agreement between it and any other party regarding the sharing of fees except with counsel's general partners, and counsel has not discussed or negotiated the amount of its fees with any party except its client. Finally, counsel represents that it is and remains a disinterested party and does not hold any adverse relationship with this estate.

## COMPENSATION REQUESTED

## THE FINAL APPLICATION

### Summary of FrankGecker's Fee Statements Filed to Date

| Fee Application Filing Date; Docket No. | Filing Period | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date; Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of % Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 2/19/13 1190 | 01/17/13 through 01/31/13 | $28,671.00 | 0 | 3/11/13 1304 | $22,936.80 | 0 | $5,734.20 |
| 3/14/13 1341 | 02/01/13 through 02/28/13 | $64,555.50 | $146.79 | 4/3/13 1440 | $51,644.40 | $146.79 | $12,991.10 |

{QUALTEQ/001/00035263.DOC/}              -8-

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/11/13 1468 | 03/01/13 through 03/31/13 | $37,624.00 | $252.90 | 5/1/13 1598 | $30,099.20 | $252.90 | $7,524.80 |
| 5/14/13 1651 | 04/01/13 through 04/30/13 | $41,477.50 | $141.88 | 6/3/13 1713 | $33,182.00 | $141.88 | $8,295.50 |
| 6/27/13 ―― | 05/01/13 through 05/03/13 | $27,069.50 | $12.77 | Pending | Pending | Pending | Pending |
| **Fifth Monthly and Final Application** 06/27/13 [___] | 01/17/13 through 05/03/13 | $199,397.50 | $554.34 | N/A | $137,862.40 | $541.57 | $34,545.60 |

24. By this Application, FrankGecker seeks approval and allowance of its compensation for professional services and reimbursement of expenses incurred during the Fee Period, including the authorization to pay the 20% holdback of fees as provided by the Interim Compensation Order. FrankGecker has previously filed and served four monthly applications for the periods covering January 17, 2013 through April 30, 2013, copies of which are attached hereto as Exhibit C. The monthly application for the period covering May 1, 2013 through May 3, 2013 is included herein (collectively, the "Monthly Fee Applications"). Each of the Monthly Applications is incorporated herein by reference.

25. A detailed schedule of services rendered by FrankGecker during the Fee Period is incorporated or attached to the Monthly Applications. Each of the Monthly Applications includes: (a) a summary of the hours spent, the names of each professional and paraprofessional rendering services to the Debtors' estates during the Fee Period, the regular customary billing rates, and the total value of time incurred by each of the Trustee's professionals rendering services to the Debtor's estates during the Fee Period; (b) a copy of the time entries reflecting the time recorded for these services; and (c) a statement of expenses incurred by FrankGecker during the Fee Period. All time entries and requested expenses are in substantial compliance with Rule

5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

26.     FrankGecker seeks allowance of final fees in the amount of $199,397.50 for professional services rendered, and final expenses incurred in the amount of $554.34, for the Fee Period.  FrankGecker also requests authorization to pay fees of $27,069.50 and expenses of $12.77 for the Fifth Monthly Application, and $34,545.60 in fees representing the 20% holdback of fees required by the Interim Compensation Order.

27.     The undersigned has reviewed the requirements of Local Rule 5082-1 and certifies to the best of its information, knowledge, and belief that this Application complies with that Rule.  Notice of this Application has been provided in accordance with the Interim Compensation Order.  FrankGecker submits that no other or further notice need be provided.

{QUALTEQ/001/00035263.DOC/}                    -10-

28. WHEREFORE, FrankGecker LLP, respectfully requests that this Court enter an Order, substantially in the form filed with this Application: (a) allowing and awarding compensation for professional services rendered during the Monthly Fee Period in the amount of $27,069.50 and for reimbursement of all actual and necessary expenses incurred by FrankGecker during the Monthly Fee Period in the amount of $12.77; (b) allowing and awarding compensation for professional services rendered during the Fee Period in the amount of $199,397.50 and for reimbursement of all actual and necessary expenses incurred by FrankGecker during the Fee Period in the amount of $554.34; (c) authorizing the Trustee to pay fees of $27,069.50 and expenses of $12.77 for the Fifth Monthly Application and $34,545.60 in fees representing the 20% holding required by the Interim Compensation Order; and (d) granting related relief.

Respectfully submitted,

FRANK/GECKER LLP


By: _____/s/ *Frances Gecker*_____
One of its attorneys

Conflicts Counsel for Fred Caruso,
Chapter 11 Trustee

Frances Gecker (ARDC #6198450)
Joseph D. Frank (ARDC #6216085)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

Dated: June 27, 2013

## CERTIFICATE OF SERVICE

I, Frances Gecker, hereby certify that on Thursday, June 27, 2013, I served one copy of the foregoing **Fifth Monthly and Final Fee Application Of FrankGecker, LLP, Conflicts Counsel To Fred Caruso, Chapter 11 Trustee of Qualteq, Inc.** on the parties listed below via CM/ECF, the Court's electronic filing system, and the Notice Parties listed below via courier or overnight delivery (without Exhibit C), as noted.

/s/ *Frances Gecker*

# Mailing Information for Case 12-05861

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- R Scott Alsterda    rsalsterda@uhlaw.com
- Jeffrey E Altshul    jaltshul@ginsbergjacobs.com
- Thomas V Askounis    taskounis@askounisdarcy.com, jburt@askounisdarcy.com
- Josef S. Athanas    josef.athanas@lw.com, chefiling@lw.com
- Ronald Barliant    ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Richard M Bendix    rbendix@dykema.com, nrakunas@dykema.com
- Lauren N. Beslow    Lauren.Beslow@quarles.com, Faye.Feinstein@quarles.com
- John M Brom    jbrom@querrey.com, dkastner@querrey.com;dnuding@querrey.com
- Abraham Brustein    abrustein@dimonteandlizak.com, phogan@dimontelaw.com
- Marc J Carmel    marccarmel@paulhastings.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- Jeffrey A Chadwick    jchadwick@mcguirewoods.com
- Barry A Chatz    bachatz@arnstein.com, jbmedziak@arnstein.com
- Christopher Combest    christopher.combest@quarles.com, Faye.Feinstein@quarles.com;Sarah.Baker@quarles.com
- Ryan Dahl    ryan.dahl@kirkland.com, david.eaton@kirkland.com;michael.weitz@kirkland.com;joe.graham@kirkland.com;carrie.sroka@kirkland.com;j.michael.jones@kirkland.com;neal.donnelly@kirkland.com
- Ryan Dahl    ryan.dahl@kirkland.com, david.eaton@kirkland.com;michael.weitz@kirkland.com;joe.graham@kirkland.com;carrie.sroka@kirkland.com;j.michael.jones@kirkland.com;neal.donnelly@kirkland.com
- Alex Darcy    adarcy@askounisdarcy.com
- John M Debbeler    mdebbeler@graydon.com

{QUALTEQ/001/00035263.DOC/}

- **Denise A Delaurent**  USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
- **Maria A Diakoumakis**  mdiakoumakis@dykema.com, DocketCH@dykema.com
- **Chris L. Dickerson**  chris.dickerson@dlapiper.com, jeremy.hall@dlapiper.com;jonathan.pfleeger@dlapiper.com
- **Megan A Drefchinski**  mdrefchinski@collinslaw.com, ktaylor@collinslaw.com
- **Kevin C. Driscoll**  kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
- **Faye B Feinstein**  faye.feinstein@quarles.com, stella.love@quarles.com
- **Mark E. Felger**  mfelger@cozen.com, dreyes@cozen.com
- **Joseph D Frank**  jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
- **Frances Gecker**  fgecker@fgllp.com
- **Michael L. Gesas**  mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
- **Joshua M Grenard**  jgrenard@mayerbrown.com, courtnotification@mayerbrown.com
- **Reed A Heiligman**  rheiligman@fgllp.com, ccarpenter@fgllp.com
- **Claude W Irmis**  cirmis@elevenllc.com
- **Andrew A Jacobson**  ajacobson@bupdlaw.com, nwood@bupdlaw.com
- **Patrick M. Jones**  pmj@greensfelder.com, je@greensfelder.com
- **David L Kane**  dkane@mpslaw.com, dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
- **James Kenny**  james@kennylawfirm.com
- **Synde B. Keywell**  skeywell@keywell-law.com, jthomas@nslaw.net
- **Gary M Klinger**  gklinger@cozen.com
- **Eugene S. Kraus**  ekraus@skcounsel.com
- **Micah R Krohn**  mkrohn@fgllp.com, ccarpenter@fgllp.com
- **Forrest B Lammiman**  flammiman@mpslaw.com, dkane@mpslaw.com;srogovin@mpslaw.com;dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
- **Patrick S Layng**  USTPRegion11.ES.ECF@usdoj.gov
- **Vincent E. Lazar**  vlazar@jenner.com, lyap@jenner.com;mmatlock@jenner.com;docketing@jenner.com;thooker@jenner.com
- **Mark E Leipold**  mleipold@gouldratner.com, stamssot@gouldratner.com;hmartinez@gouldratner.com
- **Jordan M Litwin**  jlitwin@mpslaw.com, dnichols@mpslaw.com;mpslawllc@gmail.com
- **Matthew E. McClintock**  mattm@restructuringshop.com, seanw@restructuringshop.com;teresag@restructuringshop.com;johnd@restructuringshop.com;zoranb@restructuringshop.com
- **William J McKenna**  wmckenna@foley.com, thardy@foley.com;khall@foley.com
- **Joy L Monahan**  jmonahan@edwardswildman.com, ksoto@edwardswildman.com
- **Nicole J Moody**  nmoody@cozen.com, erodeghier@cozen.com;mfelger@cozen.com
- **Kevin H Morse**  khmorse@arnstein.com
- **John Nasiakos**  john@nasiakoslaw.com
- **Michelle G Novick**  mgnovick@arnstein.com, lcsolomon@arnstein.com
- **Sven T Nylen**  sven.nylen@klgates.com, teresa.gomez@klgates.com
- **Joseph O'Neil**  joneil@mmwr.com
- **Ethan Ostrow**  eostrow@bupdlaw.com
- **Jeffrey K. Paulsen**  jpaulsen@wfactorlaw.com, nb@wfactorlaw.com;jpaulsenwfactorlawecf@gmail.com
- **Nancy A Peterman**  petermann@gtlaw.com, ChiBkyDocket@gtlaw.com;greenbergc@gtlaw.com
- **Elizabeth Gayle Peterson**  epeterson@fslc.com, docket@fslc.com;bkdocket@fslc.com
- **Ann E Pille**  ann.pille@dlapiper.com, apille@reedsmith.com
- **Richard B. Polony**  rpolony@hinshawlaw.com, vlorber@hinshawlaw.com
- **Mark L Radtke**  mradtke@shawfishman.com, bharrington@shawfishman.com
- **N. Neville Reid**  nreid@fslc.com, bkdocket@fslc.com;kgoin@fslc.com
- **Peter J Roberts**  proberts@shawfishman.com

- **Patrick F Ross**   pfross@uhlaw.com, kburde@uhlaw.com;rjanczak@uhlaw.com;keedeus@uhlaw.com;sgfeibus@uhlaw.com
- **Joel A Schechter**   joelschechter@covad.net
- **Peter A Siddiqui**   peter.siddiqui@kattenlaw.com
- **John P Sieger**   john.sieger@kattenlaw.com
- **Julia Jensen Smolka**   jjensen@dimonteandlizak.com
- **Jeremy T Stillings**   jstillings@proskauer.com, mhagan@proskauer.com
- **L. Judson Todhunter**   JTodhunter@howardandhoward.com
- **Steven B Towbin**   stowbin@shawfishman.com
- **Elizabeth B Vandesteeg**   evandesteeg@lplegal.com, nbailey@lplegal.com
- **Donna B Wallace**   dbwallace@ameritech.net
- **Matthew Warren**   matthew.warren@lw.com, chefiling@lw.com
- **Ariel Weissberg**   ariel@weissberglaw.com, Hava@weissberglaw.com;mike@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com
- **Timothy R. Wheeler**   twheeler@lowenstein.com, dclaussen@lowenstein.com;echafetz@lowenstein.com;jprol@lowenstein.com
- **Charles R Woolley**   rwoolley@askounisdarcy.com, tslome@msek.com
- **Barbara L Yong**   blyong@golanchristie.com, mperez@golanchristie.com;myproductionss@gmail.com
- **Joseph R Zapata**   jrzapata@nmmlaw.com
- **Daniel A Zazove**   docketchi@perkinscoie.com

| <center>**NOTICE PARTIES**</center> ||
|---|---|
| <u>**VIA MESSENGER DELIVERY**</u> | <u>**VIA MESSENGER DELIVERY**</u> |
| Fred C. Caruso<br>Development Specialists, Inc.<br>70 West Madison Street<br>Suite 2300<br>Chicago, Illinois  60602<br><br>***CHAPTER 11 TRUSTEE*** | David L. Eaton<br>Ryan Preston Dahl<br>Michael Weitz<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Suite 3600<br>Chicago, IL  60654<br>david.eaton@kirkland.com<br>ryan.dahl@kirkland.com<br>michael.weitz@kirkland.com<br><br>***COUNSEL TO THE CHAPTER 11 TRUSTEE*** |

| **VIA MESSENGER DELIVERY**<br><br>Christopher Combest<br>Faye B. Feinstein<br>Quarles & Brady LLP<br>300 North LaSalle Street<br>Suite 4000<br>Chicago, IL 60654<br>christopher.combest@quarles.com<br>faye.feinstein@quarles.com<br><br>*COUNSEL TO BURR RIDGE BANK & TRUST* | **VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**<br><br>Thomas R. Slome<br>Meyer, Souzzi, English & Klein, P.C.<br>990 Stewart Avenue<br>Suite 300<br>P.O. Box 9194<br>Garden City, New York 11530<br><br>*COUNSEL TO STERLING BANK* |
|---|---|
| **VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**<br><br>Inland Bank<br>2225 South Wolf Road<br>Hillside, Illinois 60162-2212 | **VIA MESSENGER DELIVERY**<br><br>Eugene S. Kraus<br>Scott & Kraus LLC<br>150 South Wacker Drive<br>Suite 2900<br>Chicago, Illinois 60606 |
| **VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**<br><br>Kenneth A. Rosen<br>Timothy R. Wheeler<br>Jeffrey D. Prol<br>Eric S. Chafetz<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>krosen@lowenstein.com<br>twheeler@lowenstein.com<br>jprof@lowenstein.com<br>echafetz@lowenstein.com<br><br>*COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS* | **VIA MESSENGER DELIVERY**<br><br>Patrick S. Layng<br>Denise DeLaurent<br>Office of the U.S. Trustee, Region 11<br>Dirksen Federal Court House<br>219 South Dearborn Street<br>Room 873<br>Chicago, IL 60604<br>pat.s.layng@usdoj.gov<br>denise.delaurent@usdoj.gov<br><br>*UNITED STATES TRUSTEE* |