**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| QUALTEQ, INC., ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Hearing Date: July 23, 2013, at |
| ) | 9:30 a.m. (prevailing Central Time) |

**NOTICE OF FOURTH INTERIM AND FINAL FEE
APPLICATION OF BRADFORD R. DOOLEY & ASSOCIATES
FOR COMPENSATION AND REIMBURSEMENT FROM AUGUST 14, 2011
THROUGH MAY 3, 2013, AND MAY 31, 2013, RESPECTIVELY**

**PLEASE TAKE NOTICE** that on **July 23, 2013, at 9:30 a.m. (prevailing Central Time)** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff in Courtroom 744 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the *Fourth Interim and Final Fee Application of Bradford R. Dooley & Associates for Compensation and Reimbursement from August 14, 2011 Through May 3, 2013, and May 31, 2013, Respectively*, at which time and place you may appear if you so desire.

**PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning the above-captioned chapter 11 cases at the website maintained in these chapter 11 cases at http://www.phaseeleven.com/qualteq/.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

1

Dated: July 2, 2013 　　　　　　　　　　Respectfully Submitted,

*/s/ David L. Eaton*
James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: July 23, 2013, at |
| | ) | 9:30 a.m. (prevailing Central Time) |

**COVER SHEET FOR THE FOURTH INTERIM AND FINAL FEE APPLICATION OF BRADFORD R. DOOLEY & ASSOCIATES FOR COMPENSATION AND REIMBURSEMENT FROM AUGUST 14, 2011, THROUGH MAY 3, 2013, AND MAY 31, 2013, RESPECTIVELY**

| **Name of Applicant** | **Bradford R. Dooley & Associates** |
|---|---|
| Authorized to provide professional services to: | Fred C. Caruso, solely in his capacity as the chapter 11 trustee in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New Jersey, Inc. |
| Date of retention: | Order Retaining Bradford R. Dooley and Associates *nunc pro tunc* to the Petition Date entered on June 6, 2012 [Docket No. 408], as amended by [Docket No. 1202] |
| Period for which compensation and reimbursement is sought: | August 14, 2011, through May 3, 2013, for all Debtors on a final basis; May 4, 2013, through May 31, 2013, for Avadamma, LLC and Creative Investments on an interim basis |
| Amount of compensation sought as actual, reasonable, and necessary: | $324,290.00, for all Debtors on a final basis<br><br>$10,000.00, for Avadamma, LLC and Creative Investments on an interim basis |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

Amount of expense reimbursement sought as actual, reasonable, and necessary:   $2,637.00

This is a ___ monthly **X** interim **X** final application.

This is Bradford R. Dooley and Associates' fourth interim and final fee application.

## Summary of Dooley's Fee Statements Filed to Date

| Date & Docket No. | Period Covered | Requested Fees | Requested Expenses | CNO/Order Date & Docket No. | Approved Fees | Approved Expenses | Holdback |
|---|---|---|---|---|---|---|---|
| 06/13/12 [429] | Petition Date through 06/30/12 | $25,000.00 | $0.00 | 07/19/12 [503] | $25,000.00 | $0.00 | $0.00 |
| 08/06/12 [536] | 07/01/12 through 07/31/12 | $55,975.00 | $272.00 | 09/11/12 [637] | $49,780.00 | $272.00 | $6,195.00 |
| 09/13/12 [661] | 08/01/12 through 08/31/12 | $85,394.00 | $2,290.00 | 10/08/12 [778] | $73,315.20 | $2,290.00 | $12,078.80 |
| **First Interim Application 10/15/12 [795]** | **Petition Date through 08/31/12** | **$166,369.00** | **$2,562.00** | **11/06/12 [893]** | **$166,369.00** | **$2,562.00** | **$0.00** |
| 10/11/12 [787] | 09/01/12 through 09/30/12 | $61,063.00 | $0.00 | 11/08/12 [898] | $53,850.40 | $0.00 | $7,213.00 |
| 11/27/12 [927] | 10/01/12 through 10/31/12 | $26,250.00 | $0.00 | 12/17/12 [964] | $21,000.00 | $0.00 | $5,250.00 |
| 12/13/12 [959] | 11/01/12 through 11/30/12 | $19,869.00 | $0.00 | 01/03/13 [990] | $15,895.20 | $0.00 | $3,973.80 |
| **Second Interim Application 01/22/13 [1038]** | **09/01/12 through 11/30/12** | **$107,182.00** | **$0.00** | **03/13/13 [1178]** | **$107,182.00** | **$0.00** | **$0.00** |
| 01/25/13 [1053] | 12/01/12 through 12/31/12 | $7,213.00 | $0.00 | 02/15/13 [1173] | $5,770.40 | $0.00 | $1,442.60 |
| 02/22/13 [1205] | 01/01/13 through 01/31/13 | $5,125.00 | $0.00 | 03/14/13 [1345] | $4,100.00 | $0.00 | 1,025.00 |
| **Third Interim Application 04/22/13 [1548]** | **12/01/12 through 01/31/13** | **$12,338.00** | **$0.00** | **05/14/2013 [1654]** | **$12,338.00** | **$0.00** | **$0.00** |

2

| Date & Docket No. | Period Covered | Requested Fees | Requested Expenses | CNO/Order Date & Docket No. | Approved Fees | Approved Expenses | Holdback |
|---|---|---|---|---|---|---|---|
| 04/25/13 [1574] | 02/01/13 through 03/31/13 | $26,388.00 | $75.00 | 05/17/13 [1667] | $21,110.40 | $75.00 | $5,277.60 |
| 05/28/13 [1698] | 04/01/13 through 04/30/13 | $10,669.00 | $0.00 | 06/17/13 [1760] | $8,535.20 | $0.00 | $2,133.80 |
| 06/25/13 [1785] | 05/01/13 through 05/03/13[2] | $1,344.00 | $0.00 | Objection deadline 07/15/2013 | n/a | n/a | $268.80 |
| 06/25/13 [1785] | 05/04/13 through 05/31/13[3] | $10,000.00 | $0.00 | Objection deadline 07/15/2013 | n/a | n/a | $2,000 |

Dated:  July 2, 2013                    Respectfully Submitted,

/s/ David L. Eaton
James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Chapter 11 Trustee*

---

[2]  For all Debtors.

[3]  For Avadamma, LLC and Creative Investments.

3

K&E 25874756

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**FOURTH INTERIM AND FINAL FEE APPLICATION**
**OF BRADFORD R. DOOLEY & ASSOCIATES FOR**
**COMPENSATION AND REIMBURSEMENT FROM AUGUST 14, 2011,**
**THROUGH MAY 3, 2013, AND MAY 31, 2013, RESPECTIVELY**

Bradford R. Dooley & Associates ("Dooley"), independent auditor, accountant, and tax advisor to Fred C. Caruso, solely in his capacity as the chapter 11 trustee (the "Trustee") in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New Jersey, Inc. ("Qualteq") and its affiliated chapter 11 debtors (collectively, with Qualteq, the "Debtors"), submits this application (this "Application") for entry of an order, substantially in the form attached hereto as **Exhibit A**: (a) allowing Dooley's compensation for professional services rendered and reimbursement of actual and necessary expenses incurred on behalf of all Debtors in the amount of $326,927.00 for the period August 14, 2011 through and including May 3, 2013 (the "Final Fee Period"), on a final basis; (b) allowing Dooley's compensation for professional services rendered and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

reimbursement of actual and necessary expenses incurred on behalf of Debtors Avadamma, LLC and Creative Investments in the amount of $10,000.00 for the period May 4, 2013 through and including May 31, 2013 (the "Interim Final Fee Period"), on an interim basis, as set forth in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* [Delaware Docket No. 125], as amended by [Docket No. 411] (the "Interim Compensation Order"); (b) authorizing the Trustee to pay the full amounts requested in the Monthly Applications (as defined herein), including the 20% holdback of fees as provided for in the Interim Compensation Order; and (c) granting related relief. In further support of this Application, Dooley respectfully states as follows:

## Compensation Requested

1.      Pursuant to the *Order Authorizing the Employment and Retention of Bradford R. Dooley & Associates as Independent Auditors, Accountants, and Tax Advisors Effective Nunc Pro Tunc to the Petition Date and Granting Related Relief* [Docket No. 408], as amended by [Docket No. 1202] (the "Retention Order"), Dooley was retained in these chapter 11 cases to provide auditing, accounting, and tax advisory services to the Trustee *nunc pro tunc* to August 14, 2011 (the "Petition Date").

2.      Dooley has previously filed and served monthly applications for the periods from the Petition Date through May 31, 2013 (collectively, the "Monthly Applications").[2] Each of the Monthly Applications is incorporated herein by reference. Schedules of services rendered and expenses incurred by Dooley from the Petition Date through May 31, 2013 are attached as

---

[2]    See [Docket Nos. 429, 536, 661, 787, 927, 959, 1053, 1205, 1574, 1698, and 1785].

**Exhibit A** to the Monthly Applications. Dooley has also previously filed and served interim fee applications for the periods from the Petition Date through January 31, 2013.[3]

3. Dooley seeks (a) allowance of fees and expenses, on a final basis, in the amount of $326,927.00 for professional services rendered to all Debtors for the Final Fee Period; (b) allowance of fees and expenses, on an interim basis, in the amount of $10,000.00 for professional services rendered to Avadamma, LLC and Creative Investments for the Interim Fee Period; (c) authorization to pay the $9,680.20 in fees representing the 20% holdback of fees required by the Interim Compensation Order.

4. Dooley respectfully submits that this Application, as well as all time entries and expenses herein, are in substantial compliance with Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

5. Dooley further respectfully submits that notice of this Application has been provided in accordance with the Interim Compensation Order, and that no other or further notice need be provided.

---

[3] See [Docket Nos. 795, 1038, and 1548].

6. WHEREFORE, the undersigned respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**: (a) allowing and awarding compensation for professional services rendered during the Final Fee Period in the amount of $326,927.00; (b) allowing and awarding compensation for professional services rendered during the Interim Fee Period in the amount of $10,000.00; and (c) granting related relief.

Dated:  July 2, 2013                                  Respectfully Submitted,

*/s/ Bradford R. Dooley*
Bradford R. Dooley
Bradford R. Dooley & Associates
209 West Jackson Blvd., Suite 404
Chicago, Illinois 60606
Telephone: (312) 939-0477
Facsimile:  (312) 939-8739

# **EXHIBIT A**

**Proposed Order**