**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| QUALTEQ, INC., ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., et al.,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**COVER SHEET FOR FINAL FEE APPLICATION OF HILCO REAL ESTATE, LLC FOR ALLOWANCE OF FEES FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS REAL ESTATE CONSULTANTS AND ADVISORS FOR THE PERIOD FROM MAY 25, 2012 THROUGH MAY 3, 2013**

| | |
|---|---|
| Authorized to provide professional services to: | Fred C. Caruso, solely in his capacity as the chapter 11 trustee in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New Jersey, Inc. |
| Date of retention: | Order retaining Hilco Real Estate, LLC *nunc pro tunc* entered on July 18, 2012 [Docket No. 499] |
| Period for which compensation and reimbursement is sought: | May 25, 2012 through May 3, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,250,790.00[2] |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estates, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

[2]  Hilco is continuing to actively market the real property located at 125 & 200-220 Fencl Lane, Hillside, Illinois, owned by Creative Investments, an Illinois general partnership ("Creative Investments"). Hilco will file a supplemental final fee application to the extent that Hilco is entitled to any compensation or expense reimbursement for the marketing and sale, if any, of the real property owned by Creative Investments.

| | |
|---|---|
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $56,156.12 |

This is a ___ monthly ___ interim  X  final fee application.

---

This is the applicant's first and final fee application.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| QUALTEQ, INC., d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) Case No. 12-05861 (ERW) |
| Debtors. | ) Jointly Administered |

## FINAL FEE APPLICATION OF HILCO REAL ESTATE, LLC FOR ALLOWANCE OF FEES FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS REAL ESTATE CONSULTANTS AND ADVISORS EFFECTIVE NUNC PRO TUNC TO THE ENGAGEMENT DATE

Pursuant to 11 U.S.C. §§ 328 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Hilco Real Estate, LLC ("Hilco") hereby moves this Court for final allowance of compensation for professional services rendered and reimbursement of expenses as real estate advisors nunc pro tunc to July 13, 2012 to Fred C. Caruso, solely in his capacity as the chapter 11 trustee (the "Trustee") in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New Jersey, Inc. ("Qualteq") and its affiliated chapter 11 debtors (collectively, with Qualteq, the "Debtors") in the amount of $1,557,332.26 for the period commencing July 13, 2012 through and including

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estates, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

May 3, 2013 (the "Fee Period").[2] In support of its Application, Hilco respectfully represents as follows:

### Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are 327, 328 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Bankruptcy Rule 2016, and Local Bankruptcy Rule 5082-1.

### Background

4. On August 14, 2011 (the "Initial Petition Date"), each of the Debtors except for Anar Real Estates, LLC ("Anar") filed petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. On September 11, 2011 (the "Anar Petition Date," and together with the Initial Petition Date, the "Petition Date"), Anar filed its petition for relief with the United States Bankruptcy Court for the District of Delaware.

5. On August 25, 2011, the United States Trustee (the "U.S. Trustee") appointed the official committee of unsecured creditors (the "Committee").

6. On February 16, 2012, the United States Bankruptcy Court for the District of Delaware transferred venue to the United States Bankruptcy Court for the Northern District of Illinois (the "Court").

---

[2] Hilco is continuing to actively market the real property located at 125 & 200-220 Fencl Lane, Hillside, Illinois, owned by Creative Investments, an Illinois general partnership ("Creative Investments"). Hilco will file a supplemental final fee application to the extent that Hilco is entitled to any compensation or expense reimbursement for the marketing and sale, if any, of the real property owned by Creative Investments.

7.  On April 5, 2012, Bank of America, N.A., filed the *Motion to Appoint a Chapter 11 Trustee* [Docket No. 202], and on May 2, 2012, the Court entered the *Order Granting Motion for Appointment of a Chapter 11 Trustee* [Docket No. 334].

8.  On May 9, 2012, the U.S. Trustee filed an application to appoint Fred C. Caruso as chapter 11 trustee in these chapter 11 cases.

9.  On May 10, 2012 (the "Appointment Date"), the Court entered an order approving Mr. Caruso's appointment as the Trustee [Docket No. 351], thereby taking the Debtors and their assets out of possession and placing their assets and businesses under the Trustee's control.

10. Hilco was retained as real estate advisor to the Trustee in connection with these Chapter 11 Cases pursuant to an Order entered by this Court on July 18, 2012, effective as of July 13, 2012 (the "Engagement Date"). The Order authorized Hilco to be compensated in accordance with the terms of that certain Real Estate Consulting and Advisory Services Agreement dated July 13, 2012 (the "Engagement Letter"), provided that, Hilco was required to submit a final fee application with a summary of fees earned and expenses incurred along with a summary of what fees and expenses have been paid.

### Compensation Paid and its Source

11. All fees and expenses for which compensation is requested and reimbursement is sought by Hilco were earned and incurred for or on behalf of the Trustee, and have been paid.

12. Attached hereto as **Exhibit A** is a breakdown of the fees earned by Property and expenses incurred during the Fee Period as outlined in the Engagement Letter.

## Summary of Services Rendered

13.     The Trustee retained Hilco to provide certain real estate consultation, advisory, marketing, and other services in regard to the Properties[3] and the Bankruptcy. To that end, Hilco has provided real estate services to the Trustee including, but not limited, to the following: (i) meeting with the Trustee to ascertain the Trustee's goals objectives and financial parameters; (ii) soliciting interested parties for the sale of those certain real properties set forth on Exhibit A to the Engagement Letter (the "Properties"), and marketing the Properties for sale; (iii) negotiating the terms of the sale of the Properties at the direction and on behalf of the Trustee; (iv) identifying fair market rent associated with the Properties or other locations leased by the Debtors to their affiliates; (v) coordinating with the Trustee and PriceWaterhouseCoopers Corporate Finance LLC, the Trustee's financial advisor, in connection with the sale of disposition of the Debtors' non-real estate assets and/or the sale or disposition of the assets owned or beneficially held by the Debtors' affiliates; (vi) assisting the Trustee and his advisors in the Trustee's negotiation of multiple sale agreements; (vii) preparing for and participating in hearings before the Court and providing relevant testimony with respect to the matters set forth in the Engagement Letter; and (viii) assisting the Trustee in his preparations for meeting with potential buyers, creditors, or other parties in interest.

14.     During the Fee Period, Hilco made great strides to achieve significant results in order to achieve the Trustee's goals and objectives for the Debtors' estates. As a result of Hilco's efforts, Hilco was able to generate a significant value by facilitating the sale of eight Properties. Given the results obtained, Hilco respectfully submits that the services for which it seeks compensation in this Application were, at the time rendered, believed to be necessary for, beneficial to, and in the best interests of, the Debtors' estates. Hilco further submits that the compensation and

---

[3]  Capitalized terms used herein shall have the meaning ascribed to them in the Services Agreement.

reimbursement requested herein is reasonable in light of the nature, extent, and value of such services to the Trustee and necessary to the services provided.

### The Requested Compensation Should be Allowed

15.     Section 328(a) of the Bankruptcy Code provides the trustee, or a committee appointed under section 1102, with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103, on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis. 11 U.S.C. § 328(a). Section 328 also says:

> The court may allow compensation different from the compensation provided under such terms and conditions after the conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

11 U.S.C. § 328(a).

16.     The foregoing professional services performed by Hilco were appropriate and necessary. They were in the best interests of the Trustee, the Debtors' estates, and other parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, and tasks involved. The professional services were performed in an appropriately expeditious and efficient manner at all times.

17.     Pursuant to Section 330 of the Bankruptcy Code, Hilco incurred expenses totaling $59,542.26. The expenses were necessary to the performance of the professional services above and are reasonable.

WHEREFORE, Hilco respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit B**, for final allowance of (i) fees in the amount of $1,250,790.00 as compensation for necessary professional services rendered to the Trustee during the Fee Period and (ii) expenses in the amount of $56,156.12 as reimbursement for expenses for such professional services during the Fee Period, and further requests such other and further relief as this Court may deem just and proper.

Dated:  July 2, 2013

HILCO REAL ESTATE, LLC

_____
Ian S. Fredericks
Vice President and Assistant General Counsel
Hilco Trading, LLC

*Real Estate Advisors to the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., et al.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) ss: | |
| COUNTY OF COOK | ) | |

## VERIFICATION

Ian S. Fredericks, after being duly sworn according to law, deposes and says:

1. I am the Vice President and Assistant General Counsel of Hilco Trading, LLC, the managing member of Hilco Real Estate, LLC.

2. I am familiar with the work performed on behalf of the Trustee by the professionals in Hilco Real Estate, LLC.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estates, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Chicago, Illinois
Date: July 2, 2013                                 _____
                                                   Ian S. Fredericks

2

# EXHIBIT A

**Summary and Payment Schedule for Unpaid Fees**

**and**

**Schedule of Expenses**

Hilco Real Estate, LLC
Qualteq summary

| Date | Description | Sale price | Commission % | Commission | Discount | Net commission | Retainer | Retainer refund | Expense reimbursement | Total invoice | Payment | Balance | Date paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | - | | | - | - | - | - | |
| 10/01/12 | Monthly fee | | | | | - | 50,000.00 | | 29,117.14 | 79,117.14 | (79,117.14) | - | 10/22/12 |
| 11/12/12 | Monthly fee | | | | | - | 100,000.00 | | 2,508.24 | 102,508.24 | (102,508.24) | - | 11/16/12 |
| 12/07/12 | Monthly fee & 800 Montrose | 3,500,000.00 | 2.00% | 70,000.00 | | 70,000.00 | 50,000.00 | (35,000.00) | 18,097.50 | 103,097.50 | (103,097.50) | - | 12/21/12 |
| 03/25/13 | University Plaza | 8,150,000.00 | 3.25% | 264,875.00 | | 264,875.00 | | | | 264,875.00 | (264,875.00) | - | 03/29/13 |
| 03/25/13 | Meadowbrook | 4,350,000.00 | 3.25% | 141,375.00 | | 141,375.00 | | | | 141,375.00 | (141,375.00) | - | 03/29/13 |
| 03/25/13 | 5300 Katrine | 3,710,000.00 | 3.25% | 120,575.00 | | 120,575.00 | | | | 120,575.00 | (120,575.00) | - | 03/29/13 |
| 03/25/13 | 5200 Thatcher | 3,705,000.00 | 3.25% | 120,412.50 | | 120,412.50 | | | | 120,412.50 | (120,412.50) | - | 03/29/13 |
| 03/25/13 | 1400 Centre Circle | 3,607,000.00 | 3.25% | 117,227.50 | | 117,227.50 | | | | 117,227.50 | (117,227.50) | - | 03/29/13 |
| 04/04/13 | North Park Mall | 8,800,000.00 | 3.25% | 286,000.00 | (1,300.00) | 284,700.00 | | | 6,433.24 | 291,133.24 | (291,133.24) | - | 04/25/13 |
| 04/04/13 | 500 N LaSalle | 4,050,000.00 | 3.25% | 131,625.00 | | 131,625.00 | | | | 131,625.00 | (131,625.00) | - | 06/27/13 |
| 04/15/13 | Retainer refund | | | - | | - | | (165,000.00) | | (165,000.00) | 165,000.00 | - | 04/15/13 |
| | | | | 1,252,090.00 | (1,300.00) | 1,250,790.00 | 200,000.00 | (200,000.00) | 56,156.12 | 1,306,946.12 | (1,306,946.12) | - | |

Case 12-05861   Doc 1807   Filed 07/02/13   Entered 07/02/13 16:58:20   Desc Main
Document   Page 13 of 15

Hilco Real Estate, LLC
Qualteq Expense Detail

| Vendor | Date | Expense Description | Travel | Phone | Shipping | ALTA Survey | Roof Inspection | Professional Services | Advertising/ Mailing | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Bock & Clark | 09/19/12 | 300BOCKCLA10220 | $ - | $ - | $ - | $ 3,300.00 | $ - | $ - | - | $ 3,300.00 |
| Bock & Clark | 09/19/12 | 300BOCKCLA10221 | - | - | - | 3,300.00 | - | - | - | 3,300.00 |
| Bock & Clark | 09/19/12 | 300BOCKCLA10223 | - | - | - | 3,300.00 | - | - | - | 3,300.00 |
| Bock & Clark | 09/19/12 | 300BOCKCLA10224 | - | - | - | 3,300.00 | - | - | - | 3,300.00 |
| Bock & Clark | 09/19/12 | 300BOCKCLA10225 | - | - | - | 3,300.00 | - | - | - | 3,300.00 |
| Bock & Clark | 09/19/12 | 300BOCKCLA10226 | - | - | - | 3,300.00 | - | - | - | 3,300.00 |
| Bock & Clark | 09/19/12 | 300BOCKCLA10227 | - | - | - | 3,400.00 | - | - | - | 3,400.00 |
| Frey Design | 09/19/12 | 300FREYDES3842 | - | - | - | - | - | - | 693.75 | 693.75 |
| TSS Facility Services | 09/19/12 | 300TSS 25649 | - | - | - | - | 749.00 | - | - | 749.00 |
| A-1 Roofing Company | 09/19/12 | 300A1ROOF 19453 | - | - | - | - | 4,350.00 | - | - | 4,350.00 |
| FedEx | 08/15/12 | 300FEDEX 797759400 | - | - | 10.76 | - | - | - | - | 10.76 |
| FedEx | 09/25/12 | 300FEDEX 202152814 | - | - | 7.72 | - | - | - | - | 7.72 |
| FedEx | 09/12/12 | 300FEDEX 200706803 | - | - | 21.04 | - | - | - | - | 21.04 |
| Premier Confernce Calling | 08/15/12 | 300PREMCON11838832 | - | 5.87 | - | - | - | - | - | 5.87 |
| Geoffrey Schnipper | 09/12/12 | 300GSCHNIP091012 | 39.00 | - | - | - | - | - | 40.00 | 79.00 |
| **Subtotal 10/01/12 submission** | | | **39.00** | **5.87** | **39.52** | **23,200.00** | **5,099.00** | **-** | **733.75** | **29,117.14** |
| | | | | | | | | | | |
| ALM | 10/17/12 | 300ALM 0195303401 | - | - | - | - | - | - | 750.00 | 750.00 |
| Greg Apter | 11/06/12 | 300GAPTER 110112-1 | 34.20 | - | - | - | - | - | - | 34.20 |
| Greg Apter | 11/14/12 | 300GAPTER 110912 | 54.20 | - | - | - | - | - | - | 54.20 |
| Joel Schneider | 10/03/12 | 300JSCHEID100112-1 | 176.40 | - | - | - | - | - | - | 176.40 |
| Joel Schneider | 10/18/12 | 10000121 08.20.12-1 | 1,159.49 | - | 111.93 | - | - | - | 59.00 | 1,330.42 |
| Joel Schneider | 11/06/12 | 300JSCHEID110512-2 | 34.20 | - | - | - | - | - | - | 34.20 |
| Geoffrey Schnipper | 10/18/12 | 10000125 08.20.12-1 | 73.00 | - | - | - | - | - | - | 73.00 |
| John Tschantz | 10/03/12 | 300JTSCHAN100112 | 48.10 | - | - | - | - | - | - | 48.10 |
| Fed Ex | | 300FEDEX 79895204 | - | - | 7.72 | - | - | - | - | 7.72 |
| **Subtotal 11/12/12 submission** | | | **1,579.59** | **-** | **119.65** | **-** | **-** | **-** | **809.00** | **2,508.24** |
| | | | | | | | | | | |
| Bock & Clark | 11/27/12 | 300BOCKCLA1079659 | - | - | - | 1,925.00 | - | - | - | 1,925.00 |
| Bock & Clark | 11/27/12 | 300BOCKCLA1079660 | - | - | - | 1,925.00 | - | - | - | 1,925.00 |
| Bock & Clark | 11/27/12 | 300BOCKCLA1079661 | - | - | - | 1,925.00 | - | - | - | 1,925.00 |
| Bock & Clark | 11/27/12 | 300BOCKCLA1080466 | - | - | - | 4,815.00 | - | - | - | 4,815.00 |
| Bock & Clark | 11/27/12 | 300BOCKCLA1080736 | - | - | - | 6,665.00 | - | - | - | 6,665.00 |
| ALM | 11/14/12 | 300ALM 0196070001 | - | - | - | - | - | - | 750.00 | 750.00 |
| Geoffrey Schnipper | 11/14/12 | 300GSCHNIP110812 | 61.50 | - | - | - | - | - | - | 61.50 |
| John Tschantz | 11/27/12 | 300JTSCHAN112012-1 | 31.00 | - | - | - | - | - | - | 31.00 |
| **Subtotal 12/07/12 submission** | | | **92.50** | **-** | **-** | **17,255.00** | **-** | **-** | **750.00** | **18,097.50** |
| | | | | | | | | | | |
| Wm J Cody Realty Advisors | 10/30/12 | 300WCODYF 101612 | - | - | - | - | - | 2,860.00 | - | 2,860.00 |
| Wall Street Journal | 10/31/13 | 300DOWJONC93739 & 97598 | - | - | - | - | - | - | 3,029.89 | 3,029.89 |
| John Tschantz | 12/11/12 | 300JTSCHAN121112 | 25.91 | - | - | - | - | - | - | 25.91 |
| John Tschantz | 12/19/12 | 300JTSCHAN121712 | 41.09 | - | - | - | - | - | - | 41.09 |
| John Tschantz | 12/26/12 | 300JTSCHAN122012-2 | 41.46 | - | - | - | - | - | - | 41.46 |

Hilco Real Estate, LLC
Qualteq Expense Detail

| Vendor | Date | Expense Description | Travel | Phone | Shipping | ALTA Survey | Roof Inspection | Professional Services | Advertising/ Mailing | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| John Tschantz | 01/29/13 | 300JTSCHAN011813 | 87.46 | | | | | | | 87.46 |
| John Tschantz | 02/20/13 | 300JTSCHAN021913 | 32.36 | | | | | | | 32.36 |
| Joel Schneider | 03/20/13 | 300JSCHEID021113-5 | 64.00 | | | | | | | 64.00 |
| Geoffrey Schnipper | 01/30/13 | 300GSCHNIPGS011813 | 77.55 | | | | | | | 77.55 |
| Geoffrey Schnipper | 02/19/13 | 300GSCHNIP021913-1 | 29.49 | | | | | | | 29.49 |
| Geoffrey Schnipper | 02/27/13 | 300GSCHNIP022513 | 32.00 | | | | | | | 32.00 |
| Greg Apter | 03/06/13 | 300GAPTER GA031113 | 112.03 | | | | | | | 112.03 |
| Subtotal 04/04/13 submission | | | 543.35 | - | - | - | - | 2,860.00 | 3,029.89 | 6,433.24 |
| | | Total | $ 2,254.44 | $ 5.87 | $ 159.17 | $ 40,455.00 | $ 5,099.00 | $ 2,860.00 | $ 5,322.64 | $ 56,156.12 |

## **EXHIBIT B**

**Proposed Order**