UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**ORDER APPROVING SIXTH AND FINAL APPLICATION OF
COZEN O'CONNOR FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS LOCAL COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE INTERIM PERIOD
OF DECEMBER 1, 2012 THROUGH MAY 3, 2013 AND THE FINAL PERIOD OF
SEPTEMBER 22, 2011 THROUGH MAY 3, 2013**

Upon consideration of the sixth and final application of Cozen O'Connor ("Cozen") as local counsel to the Official Committee of Unsecured Creditors (the "Final Application"), for allowance of compensation and reimbursement of expenses for the Sixth Interim Period of December 1, 2012 through May 3, 2013 and the Final Period of September 22, 2011 through May 3, 2013; and the Court having determined that the fees and expenses incurred were reasonable and necessary and that notice of the Final Application was appropriate; and good and sufficient cause appearing therefore; it is hereby

ORDERED that the Final Application is APPROVED; and it further

ORDERED that Cozen is granted allowance of compensation in the amount of $12,681.00 for fees incurred during the Sixth Interim Period; and it is further

ORDERED that Cozen is granted the reimbursement of reasonable and necessary expenses in the amount of $734.98 incurred during the Sixth Interim Period; and it is further

ORDERED that Cozen is granted final compensation in the amount of $~~111,218.55~~ *110,744.80* for actual, reasonable and necessary professional services rendered on behalf of the Committee during the Final Period; and it is further

ORDERED that Cozen is allowed final reimbursement in the amount of $4,574.49 for actual, reasonable and necessary expenses incurred during the Final Period; and it is further

ORDERED that the Chapter 11 Trustee is ~~authorized~~ *allowed* to remit payment to Cozen in the amount of $~~115,793.04~~ *$115,319.29* on account of such fees and expenses, less any amounts previously paid to Cozen on account of its prior interim fee applications.

Dated: July 16, 2013

Hon. Eugene R. Wedoff
United States Bankruptcy Judge

2

16725693\1