# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| QUALTEQ INC., | ) Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Hearing Date: July 30, 2013** |
| | ) **Hearing Time: 9:30 a.m.** |
| | ) **Courtroom:     744** |

# NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **July 30, 2013, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff in Courtroom 744 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the **Motion of Development Specialists, inc., Solely in its Capacity as Liquidator, Requesting that this Court Defer Ruling on the Third Interim and Final Fee Application of Goldstein & McClintock LLLP, Counsel to the Debtors and Former Debtors in Possession, for Allowance of Compensation for the Period August 26, 2011 through May 10, 2012** (the "Motion"), at which time and place you may appear if you so desire.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

**PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning the Chapter 11 case at the web site maintained in these chapter 11 cases at

http://www.phaseeleven.com/qualteq/.

Dated:  July 22, 2013     Respectfully submitted,

**DEVELOPMENT SPECIALISTS, INC., SOLELY IN ITS CAPACITY AS LIQUIDATOR IN THE ABOVE-CAPTIONED CHAPTER 11 CASES**

By:     */s/ Reed Heiligman*
        One of his attorneys

Joseph D. Frank (IL No. 6216085)
Reed Heiligman (IL No. 6204312)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone: (312) 276-1400
Facsimile:  (312) 276-0035
jfrank@fgllp.com
rheiligman@fgllp.com

*Counsel to the Liquidator*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| QUALTEQ INC., | ) Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |

**MOTION OF DEVELOPMENT SPECIALISTS, INC., SOLELY IN ITS CAPACITY AS LIQUIDATOR, REQUESTING THAT THIS COURT DEFER RULING ON THE THIRD INTERIM AND FINAL FEE APPLICATION OF GOLDSTEIN & MCCLINTOCK LLLP, COUNSEL TO THE DEBTORS AND FORMER DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION FOR THE PERIOD AUGUST 26, 2011 THROUGH MAY 10, 2012**

Development Specialists, Inc., solely in its capacity as liquidator (the "Liquidator") pursuant to the confirmed First Amended Joint Plan of Liquidation (the "Plan") in the above-captioned chapter 11 cases, hereby moves (the "Motion") for this Court to defer its ruling on the Third Interim and Final Fee Application of Goldstein & McClintock LLLP, Counsel to the Debtors and Former Debtors in Possession, for Allowance of Compensation for the Period August 26, 2011 through May 10, 2012 [Docket No. 1809] (the "Application"), filed by Goldstein & McClintock LLLP ("G&M"). In support of the Motion, the Liquidator respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.  This matter is a core proceeding pursuant under 28 U.S.C. §157(b).  Venue is proper in this Court under 28 U.S.C. §§1408 and 1409.  The relief sought herein is appropriate pursuant to 11 U.S.C. §§105 and 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

## BACKGROUND

2.      On March 6, 2013, this Court entered an order [Docket No. 1283] approving, in part, the Second Interim Fee Application of Goldstein & McClintock as Counsel to the Debtors and Former Debtors in Possession (the "Second Interim Fee Application"), over the objections of Bank of America, N.A. [Docket No. 1149], Brenda Porter Helms, not individually, but solely in her capacity as Chapter 7 Trustee for the Estate of Pethinaidu Veluchamy and Parameswari Veluchamy [Docket No. 1151] and Fred C. Caruso, solely in his capacity as the Chapter 11 trustee of the Debtors [Docket No. 1222].

3.      At the hearing on G&M's Second Interim Fee Application, the Court stated that it had reviewed all objections to the Second Interim Fee Application, and had hoped that the Objecting Parties would have performed a line-by-line analysis of requested fees and prepared a corresponding objection.  *See* Transcript of Hearing March 6, 2013 (the "March 6 Transcript"), at p. 16; ll. 5-12.  A copy of the March 6 Transcript is attached hereto as **Exhibit A**.

4.      The Court continued, noting that the Objecting Parties raised issues of potential impropriety:

> Among the objections, there were assertions that there may have been false statements made to the Court or false statements made in fee applications. I've not taken those into consideration. As the briefing indicates, there may be ongoing discovery bearing on these questions. The question of whether there should be sanctions for any misconduct is a separate question from ruling on the itemization that's been suggested for supporting this fee application. All I am doing is the later, not the former
>
> If there are grounds for 9011 motions or any other requests for the imposition of sanctions due to misconduct and misleading the Court, I would consider that at the time it's brought to my attention.

March 6 Transcript, at p. 25, ll. 9-25.

5. On June 27, 2013, the Liquidator filed its Motion to Compel Goldstein & McClintock LLLP to Produce Documents By Date Certain [Docket No. 1797].

6. On July 2, 2013, the Court entered an order [Docket No. 1804] directing G&M to turn over documents and records to the Liquidator no later than September 16, 2013.

7. On July 2, 2013, G&M filed its Final Fee Application, seeking approval of over $3 million in compensation sought by G&M in connection with its representation of the Debtors in their bankruptcy cases.

## RELIEF REQUESTED

8. The Liquidator respectfully requests that the Court defer its ruling on the Final Fee Application, pursuant to 11 U.S.C. §§105 and 330, and Federal Rule of Bankruptcy Procedure 2016, pending completion of the Liquidator's investigation into any potential misconduct of the Debtors' professionals.

**BASIS FOR RELIEF REQUESTED**

9. As G&M has not yet turned over the documents and records in its possession, the Liquidator cannot complete its investigation into the conduct of the professionals retained by the Debtors, including whether: (1) the professionals were disinterested; (2) the professionals acted with undivided loyalty to the Debtors' estates and their creditors; and (3) the professionals made any material misrepresentations to the Court.

10. In addition, and as the Court requested at the hearing on G&M's Second Interim Fee Application, the Liquidator has identified multiple bases for objecting to the fees requested by G&M that require careful consideration, including the circumstances surrounding G&M's use of Clinton M. Francis as "Of Counsel" in this Case, and has identified specific time entries in its objection to the Final Fee Application, filed concurrently herewith.

11. Finally, the Liquidator is not privy to the financial arrangement between G&M and Mr. Francis. Accordingly, there is an open question as to whether G&M is a party to an impermissible fee sharing arrangement in violation of section 504 of the United States Bankruptcy Code and Rule 5.4 of the Illinois Rules of Professional Conduct. The Liquidator desires to take discovery on this matter.

12. In light of the foregoing, the Liquidator asks the Court to refrain from awarding any fees to G&M pending completion of the Liquidator's investigation.

WHEREFORE, Development Specialists, Inc., solely in its capacity as liquidator of the Debtors, respectfully requests that the Court defer awarding any compensation on the Third Interim and Final Fee Application of Goldstein & McClintock LLLP, Counsel to the Debtors and Former Debtors in Possession, for Allowance of Compensation for the Period August 26, 2011 through May 10, 2012, until the Liquidator is able to complete his investigation into any wrongdoing on the part of the Debtors' professionals, and grant such further relief as this Court deems just.

Dated:  July 22, 2013

Respectfully submitted,

**DEVELOPMENT SPECIALISTS, INC., solely in its capacity as liquidator in the above-captioned chapter 11 cases**

By:  */s/ Reed Heiligman*
     One of its attorneys

Frances Gecker (IL Bar No. 6198450)
Joseph D. Frank (IL Bar No. 6216085)
Reed Heiligman (IL Bar No. 6294312)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone: (312) 276-1400
Facsimile:  (312) 276-0035
rheiligman@fgllp.com

*Counsel to the Liquidator*

# **CERTIFICATE OF SERVICE**

I, Reed Heiligman, an attorney, hereby certify that on **July 22, 2013**, I caused a true and correct copy of the foregoing **Motion of Development Specialists, inc., Solely in its Capacity as Liquidator, Requesting that this Court Defer Ruling on the Third Interim and Final Fee Application of Goldstein & McClintock LLLP, Counsel to the Debtors and Former Debtors in Possession, for Allowance of Compensation for the Period August 26, 2011 through May 10, 2012** to be filed electronically.  Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System.

                                                                                            */s/ Reed Heiligman*

# Mailing Information for Case 12-05861

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- R Scott Alsterda    rsalsterda@uhlaw.com
- Jeffrey E Altshul    jaltshul@ginsbergjacobs.com
- Thomas V Askounis    taskounis@askounisdarcy.com, jburt@askounisdarcy.com
- Josef S. Athanas    josef.athanas@lw.com, chefiling@lw.com
- Ronald Barliant    ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Richard M Bendix    rbendix@dykema.com, nrakunas@dykema.com
- Lauren N. Beslow    Lauren.Beslow@quarles.com, Faye.Feinstein@quarles.com
- John M Brom    jbrom@querrey.com, dkastner@querrey.com;dnuding@querrey.com
- Abraham Brustein    abrustein@dimonteandlizak.com, phogan@dimontelaw.com
- Marc J Carmel    marccarmel@paulhastings.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- Jeffrey A Chadwick    jchadwick@mcguirewoods.com
- Barry A Chatz    bachatz@arnstein.com, jbmedziak@arnstein.com
- Christopher Combest    christopher.combest@quarles.com, Faye.Feinstein@quarles.com;Sarah.Baker@quarles.com
- Ryan Dahl    ryan.dahl@kirkland.com, david.eaton@kirkland.com;michael.weitz@kirkland.com;joe.graham@kirkland.com;carrie.sroka@kirkland.com;j.michael.jones@kirkland.com;neal.donnelly@kirkland.com
- Ryan Dahl    ryan.dahl@kirkland.com, david.eaton@kirkland.com;michael.weitz@kirkland.com;joe.graham@kirkland.com;carrie.sroka@kirkland.com;j.michael.jones@kirkland.com;neal.donnelly@kirkland.com
- Alex Darcy    adarcy@askounisdarcy.com
- John M Debbeler    mdebbeler@graydon.com
- Denise A Delaurent    USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
- Maria A Diakoumakis    mdiakoumakis@dykema.com, DocketCH@dykema.com
- Chris L. Dickerson    chris.dickerson@dlapiper.com, jeremy.hall@dlapiper.com;jonathan.pfleeger@dlapiper.com
- Megan A Drefchinski    mdrefchinski@collinslaw.com, ktaylor@collinslaw.com
- Kevin C. Driscoll    kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
- Faye B Feinstein    faye.feinstein@quarles.com, stella.love@quarles.com
- Mark E. Felger    mfelger@cozen.com, dreyes@cozen.com
- Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
- Frances Gecker    fgecker@fgllp.com
- Michael L. Gesas    mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
- Joshua M Grenard    jgrenard@mayerbrown.com, courtnotification@mayerbrown.com
- Reed A Heiligman    rheiligman@fgllp.com, ccarpenter@fgllp.com
- Claude W Irmis    cirmis@elevenllc.com
- Andrew A Jacobson    ajacobson@bupdlaw.com, nwood@bupdlaw.com
- Patrick M. Jones    pmj@greensfelder.com, je@greensfelder.com
- David L Kane    dkane@mpslaw.com, dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
- James Kenny    james@kennylawfirm.com
- Synde B. Keywell    skeywell@keywell-law.com, jthomas@nslaw.net

- Gary M Klinger    gklinger@cozen.com
- Eugene S. Kraus    ekraus@skcounsel.com
- Micah R Krohn    mkrohn@fgllp.com, ccarpenter@fgllp.com
- Forrest B Lammiman    flammiman@mpslaw.com, dkane@mpslaw.com;srogovin@mpslaw.com;dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Vincent E. Lazar    vlazar@jenner.com, lyap@jenner.com;mmatlock@jenner.com;docketing@jenner.com;thooker@jenner.com
- Mark E Leipold    mleipold@gouldratner.com, stamssot@gouldratner.com;hmartinez@gouldratner.com
- Jordan M Litwin    jlitwin@mpslaw.com, dnichols@mpslaw.com;mpslawllc@gmail.com
- Matthew E. McClintock    mattm@restructuringshop.com, seanw@restructuringshop.com;teresag@restructuringshop.com;johnd@restructuringshop.com;zoranb@restructuringshop.com;harleyg@restructuringshop.com
- William J McKenna    wmckenna@foley.com, thardy@foley.com;khall@foley.com
- Joy L Monahan    jmonahan@edwardswildman.com, ksoto@edwardswildman.com
- Nicole J Moody    nmoody@cozen.com, erodeghier@cozen.com;mfelger@cozen.com
- Kevin H Morse    khmorse@arnstein.com
- John Nasiakos    john@nasiakoslaw.com
- Michelle G Novick    mgnovick@arnstein.com, lcsolomon@arnstein.com
- Sven T Nylen    sven.nylen@klgates.com, teresa.gomez@klgates.com
- Joseph O'Neil    joneil@mmwr.com
- Ethan Ostrow    eostrow@bupdlaw.com
- Jeffrey K. Paulsen    jpaulsen@wfactorlaw.com, gsullivan@wfactorlaw.com
- Nancy A Peterman    petermann@gtlaw.com, ChiBkyDocket@gtlaw.com;greenbergc@gtlaw.com
- Elizabeth Gayle Peterson    epeterson@fslc.com, docket@fslc.com;bkdocket@fslc.com
- Ann E Pille    ann.pille@dlapiper.com, apille@reedsmith.com
- Richard B. Polony    rpolony@hinshawlaw.com, vlorber@hinshawlaw.com
- Mark L Radtke    mradtke@shawfishman.com, bharrington@shawfishman.com
- N. Neville Reid    nreid@fslc.com, bkdocket@fslc.com;kgoin@fslc.com
- Peter J Roberts    proberts@shawfishman.com
- Patrick F Ross    pfross@uhlaw.com, kburde@uhlaw.com;rjanczak@uhlaw.com;keedeus@uhlaw.com;sgfeibus@uhlaw.com
- Joel A Schechter    joelschechter@covad.net
- Peter A Siddiqui    peter.siddiqui@kattenlaw.com
- John P Sieger    john.sieger@kattenlaw.com
- Julia Jensen Smolka    jjensen@dimonteandlizak.com
- Jeremy T Stillings    jstillings@proskauer.com, mhagan@proskauer.com
- L. Judson Todhunter    JTodhunter@howardandhoward.com
- Steven B Towbin    stowbin@shawfishman.com
- Elizabeth B Vandesteeg    evandesteeg@lplegal.com, nbailey@lplegal.com
- Donna B Wallace    dbwallace@ameritech.net
- Matthew Warren    matthew.warren@lw.com, chefiling@lw.com
- Ariel Weissberg    ariel@weissberglaw.com, Hava@weissberglaw.com;mike@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com
- Timothy R. Wheeler    twheeler@lowenstein.com, dclaussen@lowenstein.com;echafetz@lowenstein.com;jprol@lowenstein.com
- Charles R Woolley    rwoolley@askounisdarcy.com
- Barbara L Yong    blyong@golanchristie.com, mperez@golanchristie.com;myproductionss@gmail.com
- Joseph R Zapata    jrzapata@nmmlaw.com
- Daniel A Zazove    docketchi@perkinscoie.com