UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**ORDER APPROVING SEVENTH AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF EISNERAMPER LLP AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FEBRUARY 1, 2013 THROUGH APRIL 30, 2013 AND FROM AUGUST 29, 2011 THROUGH APRIL 30, 2013**

Upon consideration of the seventh and final application of EisnerAmper LLP ("EisnerAmper") as accountants and financial advisors to the Official Committee of Unsecured Creditors (the "Final Application"), for allowance of compensation and reimbursement of expenses for the Compensation Period of February 1, 2013 through April 30, 2013 and the Final Period of August 29, 2011 through April 30, 2013; and the Court having determined that the fees and expenses incurred were reasonable and necessary and that notice of the Final Application was appropriate; and good and sufficient cause appearing therefore; it is hereby

ORDERED that the Final Application is APPROVED; and it further

ORDERED that EisnerAmper is granted allowance of compensation in the amount of $13,067.00 for fees incurred during the Compensation Period; and it is further

ORDERED that EisnerAmper is granted the reimbursement of reasonable and necessary expenses in the amount of $0.00 incurred during the Compensation Period; and it is further

ORDERED that EisnerAmper is granted final compensation in the amount of $572,044.75 for actual, reasonable and necessary professional services rendered on behalf of the Committee during the Final Period; and it is further

ORDERED that EisnerAmper is allowed final reimbursement in the amount of $6,696.47 for actual, reasonable and necessary expenses incurred during the Final Period; and it is further

ORDERED that the Debtors are ~~authorized~~ allowed to remit payment to EisnerAmper in the amount of $578,741.22 on account of such fees and expenses less any amounts previously paid to EisnerAmper on account of its prior interim fee applications.

Dated: July 23, 2013

Hon. Eugene R. Wedoff
United States Bankruptcy Judge

16725844\1