UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>QUALTEQ, INC.,<br>d/b/a VCT NEW JERSEY, INC., et al.,<br><br><br><br>Debtor(s) | BK No.:  12-05861<br>(Jointly Administered)<br>Chapter:  11<br>Honorable Eugene R. Wedoff |

**ORDER GRANTING FINAL FEE APPLICATION OF HILCO REAL ESTATE, LLC FOR ALLOWANCE OF FEES FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 25, 2012 THROUGH MAY 3, 2013**

Upon the final fee application (the "Final Fee Application") of Hilco Real Estate, LLC ("Hilco"), as real estate consultants to Fred C. Caruso, solely in his capacity as the chapter 11 trustee (the "Trustee") in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New Jersey, Inc. ("Qualteq") and its affiliated chapter 11 debtors (collectively, with Qualteq, the "Debtors") for the entry of an order (this "Order"):  (a) allowing and awarding to Hilco compensation for professional services rendered during the Fee Period in the amount of $1,250,790.00 and for reimbursement of all actual and necessary expenses incurred by Hilco during the Fee Period in the amount of $56,156.12; and (b) granting related relief; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Final Fee Application is in the best interests of the Debtors' estates, its creditors, and other parties in interest; and the Trustee having provided appropriate notice under the circumstances of the Final Application and the opportunity for a hearing on the Final Fee Application, and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Final Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Final Fee Application.
2. Compensation to Hilco for professional services rendered during the Fee Period is allowed in the amount of $1,250,790.00 on a final basis.
3. Reimbursement to Hilco for expenses incurred during the Fee Period is allowed in the amount of $56,156.12 on a final basis.
4. The Trustee or the Liquidator, as applicable, is allowed to pay Hilco all fees and expenses allowed pursuant to this Order.
5. Hilco shall file a supplemental final fee application to the extent that Hilco is entitled to any compensation or expense reimbursement for the marketing and sale, if any, of the real property owned by Creative Investments.
6. The Trustee is allowed to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Final Fee Application.
7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Enter: _____

Dated: 7 AUG 2013

United States Bankruptcy Judge

**Prepared by:**

James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Counsel to the Chapter 11 Trustee

Rev: 20120501_bko