UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| QUALTEQ, INC., | ) Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC. *et al.*,[1] | ) Jointly Administered |
| Debtors. | ) |

## ORDER APPROVING THIRD INTERIM AND FINAL FEE APPLICATION OF GOLDSTEIN & MCCLINTOCK LLLP, COUNSEL FOR THE DEBTORS AND FORMER DEBTORS IN POSSESSION

Upon the *Third Interim and Final Fee Application of Goldstein & McClintock LLLP, Counsel to the Debtors and Former Debtors In Possession, for Allowance of Compensation for the Period August 26, 2011 through May 10, 2012* (the "*Final Fee Application*") filed by Goldstein & McClintock LLLP ("*G&M*"), the Court finding that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the amounts approved herein were reasonable and necessary; (d) all parties entitled thereto have been provided appropriate notice and that no other or further notice is required; (e) the legal and factual bases set forth in the Final Fee Application establish just cause for the relief granted herein; (f) all objections to the Final Fee Application are hereby overruled

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Anar Real Estate, LLC (9267); (vi) Automated Presort, Inc. (0850); (vii) Avadamma LLC (4775; 4800; 4810; 4829); (viii) Creative Automation Company (4350); (ix) Creative Investments, a General Partnership (5992); (x) Fulfillment Xcellence, Inc. (3461); (xi) Global Card Services, Inc. (4581); (xii) Unique Data Services, Inc. (1068); (xiii) Unique Embossing Services, Inc. (1043); (xiv) Unique Mailing Services, Inc. (2594); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

to the extent set forth on the record in open court; and (g) a total of $466,894.35 in fees and $8,739.81 in expenses requested in the Final Fee Application will not be allowed, comprised of: (i) amounts relating to the period subsequent to appointment of the chapter 11 trustee in these cases (totaling $264,769.50 in fees and $5,096.19 in expenses), (ii) $183,189.10 in fees incurred by Clint Francis which was not previously disallowed (comprised of $192,897.50 total, less prior disallowances of his time in G&M's Second Interim Fee Application in the amount of $9,708.40), and (iii) those amounts listed an Exhibit A to this Order totaling $18,935.75 in fees and $3,643.62 in expenses (representing amounts disallowed in this Court's *Findings of Fact and Conclusions of Law in Support of Order Awarding to Goldstein & McClintock LLLP, for Allowance and Payment of Interim and Final Compensation and Reimbursement of Expenses* dated August 8, 2013 that are not redundant of amounts disallowed for alternate reasons, *i.e.*, relating to the period subsequent to the appointment of the chapter 11 trustee); and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. Compensation to G&M for professional services rendered in the above-captioned cases is allowed on a final basis in the amount of $3,050,390.65.

2. Reimbursement to G&M for actual and necessary expenses incurred in the above-captioned cases is allowed on a final basis in the amount of $25,567.44.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry; this Order is a Final Order; and the period in which an appeal must be filed shall commence upon the entry hereof.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August 8, 2013

Entered:

_____
United States Bankruptcy Judge

EXHIBIT A

| Date | Timekeeper | Matter | Description | Requested | Disallowed |
|---|---|---|---|---|---|
| 2/17/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to address issues in same | $58.00 | $58.00 |
| 2/20/2012 | Amrit Kapai | Case Administration | Follow-up on open case issues and research | $120.00 | $120.00 |
| 2/20/2012 | Matthew McClintock | Case Administration | Prepare for and attend call with Harley Goldstein and Committee counsel to discuss case status and open issues | $261.00 | $261.00 |
| 2/21/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to assist with addressing issues in same | $116.00 | $116.00 |
| 2/21/2012 | Harley Goldstein | Case Administration | Review various incoming notices | $139.00 | $139.00 |
| 2/22/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to address issues in same | $348.00 | $348.00 |
| 2/23/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to assist with addressing issues raised | $203.00 | $203.00 |
| 2/24/2012 | Harley Goldstein | Case Administration | Review various incoming notices and pleadings | $139.00 | $139.00 |
| 2/24/2012 | Amrit Kapai | Case Administration | Review incoming pleadings and email correspondence to apprise working group regarding same | $120.00 | $120.00 |
| 2/24/2012 | Lauren Tobiason | Case Administration | Review incoming pleadings filed to assist with issues raised | $87.00 | $87.00 |
| 2/28/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to address issues in same | $203.00 | $203.00 |
| 3/1/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed of assist with same | $116.00 | $116.00 |
| 3/1/2012 | Harley Goldstein | Case Administration | Review incoming notices | $69.50 | $69.50 |
| 3/2/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to ensure issues are addressed | $116.00 | $116.00 |
| 3/2/2012 | Harley Goldstein | Case Administration | Review and address incoming notices | $69.50 | $69.50 |
| 3/5/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to ensure issues are being addressed | $232.00 | $232.00 |
| 3/6/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to address issues in same | $174.00 | $174.00 |
| 3/6/2012 | Harley Goldstein | Case Administration | Address issues concerning going-forward tasks and dates for same | $69.50 | $69.50 |
| 3/8/2012 | Harley Goldstein | Case Administration | Review incoming notices | $69.50 | $69.50 |
| 3/8/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to ensure matters are appropriately addressed | $203.00 | $203.00 |
| 3/9/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to ensure that issues are appropriately addressed | $232.00 | $232.00 |
| 3/12/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to address same | $261.00 | $261.00 |
| 3/12/2012 | Harley Goldstein | Case Administration | Follow up from Amrit Kapai regarding research issues | $69.50 | $69.50 |
| 3/13/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed | $116.00 | $116.00 |
| 3/14/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to address issues therein | $116.00 | $116.00 |
| 3/14/2012 | Harley Goldstein | Case Administration | Review updated docket and incoming notices | $139.00 | $139.00 |

1

| Date | Name | Category | Description | Amount | Amount |
|---|---|---|---|---|---|
| 3/15/2012 | Matthew McClintock | Case Administration | Telephone strategy conference with David Hall to coordinate addressing open case issues | $217.50 | $217.50 |
| 3/15/2012 | Amrit Kapai | Case Administration | Review incoming pleadings and emails and respond to and address same | $120.00 | $120.00 |
| 3/15/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to assist with addressing issues raised | $464.00 | $464.00 |
| 3/16/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to address issues in same | $232.00 | $232.00 |
| 3/16/2012 | Harley Goldstein | Case Administration | Download and review court calendar for upcoming matters | $208.50 | $208.50 |
| 3/19/2012 | Amrit Kapai | Case Administration | Review and respond to incoming emails | $96.00 | $96.00 |
| 3/19/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed | $58.00 | $58.00 |
| 3/20/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to address same | $261.00 | $261.00 |
| 3/21/2012 | Amrit Kapai | Case Administration | Review and respond to incoming emails | $96.00 | $96.00 |
| 3/22/2012 | Amrit Kapai | Case Administration | Review and respond to incoming emails | $72.00 | $72.00 |
| 3/22/2012 | Harley Goldstein | Case Administration | Multiple email correspondence with working group regarding pleadings | $208.50 | $208.50 |
| 3/22/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed | $116.00 | $116.00 |
| 3/23/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed | $58.00 | $58.00 |
| 3/26/2012 | Amrit Kapai | Case Administration | Review incoming pleadings filed and contemplate issues regarding same | $120.00 | $120.00 |
| 3/26/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to address issues in same | $58.00 | $58.00 |
| 3/27/2012 | Harley Goldstein | Case Administration | Review incoming notices | $69.50 | $69.50 |
| 3/27/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed | $116.00 | $116.00 |
| 3/28/2012 | Amrit Kapai | Case Administration | Review incoming emails and respond to same | $72.00 | $72.00 |
| 3/28/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to address issues in same | $58.00 | $58.00 |
| 3/29/2012 | Harley Goldstein | Case Administration | Review updated docket and incoming notices | $69.50 | $69.50 |
| 3/29/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to address same | $87.00 | $87.00 |
| 4/2/2012 | Harley Goldstein | Case Administration | Download and review court calendar for hearing | $139.00 | $109.00 |
| 4/3/2012 | Harley Goldstein | Case Administration | Review of incoming pleadings filed to assist with same | $87.00 | $87.00 |
| 4/9/2012 | Harley Goldstein | Case Administration | Download and review court calendar for hearing | $208.50 | $108.50 |
| 4/9/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to ensure working group is apprised of issues to be addressed | $232.00 | $232.00 |
| 4/9/2012 | Amrit Kapai | Case Administration | Review and respond to incoming emails regarding case status and other open issues | $96.00 | $96.00 |
| 4/10/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to address issues in same | $116.00 | $116.00 |

2

| Date | Timekeeper | Category | Description | Amount | Amount |
|---|---|---|---|---|---|
| 4/10/2012 | Harley Goldstein | Case Administration | Download and review court calendar for hearing | $139.00 | $109.00 |
| 4/10/2012 | Harley Goldstein | Case Administration | Review updated docket and multitude of notices from yesterday and today | $208.50 | $108.50 |
| 4/11/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to address issues in same | $116.00 | $116.00 |
| 4/16/2012 | Harley Goldstein | Case Administration | Download and review court calendar for hearing | $208.50 | $108.50 |
| 4/18/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to assist with addressing issues in same | $203.00 | $203.00 |
| 4/19/2012 | Amrit Kapai | Case Administration | Review incoming pleadings and catch up on Qualteq-related correspondence received | $120.00 | $12.00 |
| 4/23/2012 | Amrit Kapai | Case Administration | Review incoming pleadings in chapter 11 and affiliated chapter 7 case to assist with same | $96.00 | $96.00 |
| 4/30/2012 | Amrit Kapai | Case Administration | Review and respond to incoming email correspondence from various parties | $144.00 | $144.00 |
| 5/1/2012 | Harley Goldstein | Case Administration | Download and review court calendar for hearing | $139.00 | $109.00 |
| 5/3/2012 | Harley Goldstein | Case Administration | Review updated docket and incoming notices | $69.50 | $69.50 |
| 5/4/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to address issues therein | $58.00 | $58.00 |
| 5/10/2012 | Lauren Tobiason | Case Administration | Review of incoming pleadings filed to ensure issues are addressed during transition | $87.00 | $87.00 |
| 3/7/2012 | Matthew McClintock | Schedules and Reports | Email correspondence to Denise DeLaurent to schedule a meeting to open lines of communication, discuss reporting issues, and to generally bring her up to speed on the cases (and coordinate internally to schedule same) and apprise Harley Goldstein regarding same | $87.00 | $8.70 |
| 2/18/2012 | Harley Goldstein | Claims | Draft e-mail correspondence to Matt McClintock and Dave Hall regarding exclusivity litigation, objection to Bank of America claim, and related issues | $208.50 | $20.85 |
| 3/29/2012 | Amrit Kapai | Claims | Review updated claims analysis spreadsheet and correspondence with Zoran Balac regarding same | $288.00 | $28.80 |
| 3/29/2012 | Amrit Kapai | Claims | Review filed claims objections and email correspondence with Claude Irmis regarding same | $168.00 | $16.80 |
| 4/3/2012 | Harley Goldstein | Claims | Address inquiries from Erwin Katz regarding hearing, claims, and going-forward issues | $139.00 | $93.00 |
| 3/15/2012 | Harley Goldstein | Asset Sales | Contemplate potential sale and exit issues | $278.00 | $178.00 |
| 3/15/2012 | Harley Goldstein | Asset Sales | Contemplate sale plan issues and related matters | $208.50 | $108.50 |
| 3/16/2012 | Harley Goldstein | Asset Sales | Inquiry from Geoff Richards (investment banker to CPI) | $69.50 | $69.50 |
| 3/16/2012 | Harley Goldstein | Asset Sales | Review correspondence from Geoff Richards (investment banker to CPI) and draft multiple e-mail correspondence to Geoff Richards, Dan Scouler (Scouler & Company), et al. regarding same | $208.50 | $208.50 |
| 3/16/2012 | Harley Goldstein | Asset Sales | Strategy conference with Matt McClintock regarding plan and sale procedures issues, creditors' committee discussions, and scheduling motion concerning objection to Bank of America's claims | $278.00 | $27.80 |
| 3/16/2012 | Harley Goldstein | Asset Sales | Telephone conversations with company management regarding sale issues, creditor discussions and other issues | $278.00 | $178.00 |
| 3/16/2012 | Harley Goldstein | Asset Sales | Conference with Matt McClintock regarding U.S. Trustee discussions and additional sale issues | $139.00 | $13.90 |

3

| | | | | | |
|---|---|---|---|---|---|
| 3/17/2012 | Scott Kitei | Asset Sales | Review and revise sale plan of reorganization, disclosure statement, and related pleadings | $4,200.00 | $420.00 |
| 2/17/2012 | Harley Goldstein | Customers, Vendors, and Operations | Work on customer relations issues in light of venue transfer and multiple e-mail correspondence with Ken Gillette (Scouler & Company) et al. regarding same (and review materials regarding same) | $1,181.50 | $118.15 |
| 2/17/2012 | David Hall | Customers, Vendors, and Operations | Calls regarding venue communications strategy | $261.00 | $261.00 |
| 2/17/2012 | Matthew McClintock | Customers, Vendors, and Operations | Multiple email correspondence concerning addressing customer reaction to venue ruling | $174.00 | $174.00 |
| 3/2/2012 | Harley Goldstein | Customers, Vendors, and Operations | Two telephone conversations with vendor in response to its inquiries | $139.00 | $139.00 |
| 3/2/2012 | Harley Goldstein | Customers, Vendors, and Operations | Address vendor inquiries | $208.50 | $208.50 |
| 3/4/2012 | Harley Goldstein | Customers, Vendors, and Operations | Address inquiry received from vendor | $69.50 | $69.50 |
| 3/4/2012 | Harley Goldstein | Customers, Vendors, and Operations | Telephone conversations with management and vendors in response to their inquiries | $278.00 | $278.00 |
| 3/4/2012 | Harley Goldstein | Customers, Vendors, and Operations | Follow up regarding customer relations issues | $139.00 | $139.00 |
| 3/5/2012 | Harley Goldstein | Customers, Vendors, and Operations | Telephone conversation with vendor in response to its inquiry | $69.50 | $69.50 |
| 3/5/2012 | Harley Goldstein | Customers, Vendors, and Operations | Multiple email correspondence regarding customer and vendor relations issues | $139.00 | $139.00 |
| 3/5/2012 | Harley Goldstein | Customers, Vendors, and Operations | Address vendor inquiries | $208.50 | $208.50 |
| 3/7/2012 | Harley Goldstein | Customers, Vendors, and Operations | Telephone conference with vendor and company management in response to vendor's inquires | $347.50 | $347.50 |
| 3/8/2012 | Harley Goldstein | Customers, Vendors, and Operations | Telephone conversations with vendor in response to its inquiries | $139.00 | $139.00 |
| 3/8/2012 | Harley Goldstein | Customers, Vendors, and Operations | Telephone calls to vendor in response to its inquiry | $69.50 | $69.50 |
| 3/9/2012 | Harley Goldstein | Customers, Vendors, and Operations | Follow up with vendor in response to its inquiry | $69.50 | $69.50 |
| 3/11/2012 | Harley Goldstein | Customers, Vendors, and Operations | Inquiries from vendor | $139.00 | $139.00 |
| 3/14/2012 | Harley Goldstein | Customers, Vendors, and Operations | Telephonic discussion with vendor in response to its inquiry | $69.50 | $69.50 |
| 3/19/2012 | Harley Goldstein | Customers, Vendors, and Operations | Address vendor issues | $69.50 | $69.50 |
| 4/6/2012 | Amrit Kapai | Customers, Vendors, and Operations | Review and respond to inquiries from company | $120.00 | $120.00 |
| 2/21/2012 | Harley Goldstein | Litigation and Avoidance Actions | Conference with Dan Scouler (Scouler & Company regarding "town hall" meeting for employees, request of counsel for Veluchamy's Chapter 7 Trustee for standstill agreement made through counsel to creditors' committee (and potential discussion/settlement issues), motion to reassign Qualteq cases before judge presiding over Veluchamys' cases, issues in Veluchamys' bankruptcy that are impacting Qualteq Debtors, and other procedural issues | $69.50 | $6.95 |

4

| Date | Timekeeper | Category | Description | Amount | Amount |
|---|---|---|---|---|---|
| 2/21/2012 | Harley Goldstein | Litigation and Avoidance Actions | Review, consider issues in, and respond to multiple e-mail correspondence from Matt McClintock and Amrit Kapai regarding potential amendments to existing plan versus possible sale plan, ramifications on exclusivity of same, issues concerning lift-stay matter, committee's discussions with Veluchamys' Chapter 7 Trustee to press for consensual exit, creditor discussions, reply concerning Bank of America claims objection, and motion to reassign Qualteq cases before judge presiding over Veluchamys' cases | $208.50 | $20.85 |
| 2/24/2012 | Harley Goldstein | Litigation and Avoidance Actions | Strategy conferences with Matt McClintock and Dave Hall regarding plan, litigation, lift-stay response, exclusivity response, negotiation with adverse parties, and Bayside commitment letter | $1,320.50 | $132.00 |
| 2/29/2012 | Harley Goldstein | Litigation and Avoidance Actions | Check court calendars on Internet to determine whether lift-stay motions remain on Judge Doyle's calendar or have been moved to Judge Wedoff's calendar | $139.00 | $109.00 |
| 2/29/2012 | Harley Goldstein | Litigation and Avoidance Actions | Multiple e-mail correspondence to and from Matt McClintock regarding discussions with chambers concerning whether lift-stay motion has been transferred between judges | $69.50 | $39.50 |
| 2/29/2012 | Harley Goldstein | Litigation and Avoidance Actions | Telephone conversation with Tina Devine (Judge Doyle's deputy clerk) to confirm lift-stay matter is still being heard by Judge Doyle | $69.50 | $39.50 |
| 3/1/2012 | Harley Goldstein | Litigation and Avoidance Actions | Discussions with company management and Matt McClintock regarding discussions with Barry Chatz (counsel to Veluchamys' Chapter 7 Trustee) and committee, discovery issues, and going-forward issues | $417.00 | $41.70 |
| 3/7/2012 | Harley Goldstein | Litigation and Avoidance Actions | Multiple e-mail correspondence from and to working group regarding exclusivity bridge, case procedures motion, potential application of megacase procedures and related research (and contemplate same) | $903.50 | $90.35 |
| 3/13/2012 | Harley Goldstein | Litigation and Avoidance Actions | Telephone conversations with Dan Scouler (Scouler & Company) before and after court hearing regarding strategic case exit, litigation, and negotiation issues and regarding creditors' committee call | $903.50 | $90.35 |
| 3/14/2012 | Harley Goldstein | Litigation and Avoidance Actions | Inquiries from Geoff Richards (investment banker to CPI) | $625.50 | $625.50 |
| 3/14/2012 | Harley Goldstein | Litigation and Avoidance Actions | Contemplate issues regarding discussions with CPI's investment banker | $208.50 | $208.50 |
| 3/19/2012 | Harley Goldstein | Litigation and Avoidance Actions | Address litigation issues | $139.00 | $139.00 |
| 3/20/2012 | Harley Goldstein | Litigation and Avoidance Actions | Download and review update calendar of matters for hearing | $139.00 | $109.00 |
| 3/21/2012 | Harley Goldstein | Litigation and Avoidance Actions | Address various outside inquiries received regarding case litigation (and multiple e-mail correspondence regarding same) | $1,112.00 | $1,112.00 |
| 3/21/2012 | Harley Goldstein | Litigation and Avoidance Actions | Address litigation issues | $278.00 | $278.00 |
| 3/21/2012 | Harley Goldstein | Litigation and Avoidance Actions | Multiple additional e-mail correspondence regarding settlement documents | $208.50 | $208.50 |
| 3/27/2012 | Harley Goldstein | Litigation and Avoidance Actions | Review, contemplate, and outline reply to various pleadings and exhibits filed on plan lift-stay and motion to reconsider (including original pleadings and responses thereto) | $3,336.00 | $333.60 |
| 3/28/2012 | Harley Goldstein | Litigation and Avoidance Actions | Address litigation issues | $278.00 | $278.00 |
| 3/29/2012 | Harley Goldstein | Litigation and Avoidance Actions | Telephone conference with Dan Scouler (Scouler & Company), Tom Mills (Focal Point), Matt McClintock, and Dave Hall regarding various strategic | $764.50 | $76.45 |

5

| Date | Name | Category | Description | Amount | Disallowed |
|---|---|---|---|---|---|
| | | | case and exit alternatives and other action items | | |
| 4/9/2012 | Harley Goldstein | Litigation and Avoidance Actions | Prepare for contested hearing on multitude of matters (including review of various pleadings for argument and preparation of outline) | $2,502.00 | $1,502.00 |
| 4/10/2012 | Erwin Katz | Litigation and Avoidance Actions | Travel to and attend bankruptcy hearing (including discussions in courthouse with various parties before and after court hearing) | $1,377.50 | $326.25 |
| 4/10/2012 | Harley Goldstein | Litigation and Avoidance Actions | Follow up internally regarding discovery issues | $69.50 | $69.50 |
| 4/10/2012 | Erwin Katz | Litigation and Avoidance Actions | Return from strategy meetings | $652.50 | $326.25 |
| | | | **TOTAL FEES DISALLOWED** | | **$18,935.75** |

| Date | Name | Category | Description | Amount | Disallowed |
|---|---|---|---|---|---|
| 2/29/2012 | Expense (Westlaw) | Expense | Westlaw - Research charges for February 1-29, 2012 (billed at actual cost) | $1,423.56 | $1,423.56 |
| 3/31/2012 | Expense (Westlaw) | Expense | Westlaw - Research charges for the month of March 2012 (3/1/2012-3/3/2012) (billed at actual cost) | $972.45 | $972.45 |
| 4/30/2012 | Expense (Westlaw) | Expense | Westlaw - Qualteq-related research charges for the month of April (4/1/12-4/30/2012) (billed at actual cost) | $1,197.45 | $1,197.45 |
| 5/2/2012 | Expense (Meals) | Expense | Lunch Meeting with Matt McClintock to discuss going-forward issues for transition to Chapter 11 Trustee on 5/2/12 | $50.16 | $50.16 |
| | | | **TOTAL EXPENSES DISALLOWED** | | **$3,643.62** |

9