**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: September 17, 2013, |
| | ) | at 9:30 a.m. (prevailing Central Time) |

**NOTICE OF THE SUPPLEMENTAL FINAL FEE
APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ALLOWANCE OF
COMPENSATION AND FOR REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED FOR THE PERIOD MAY 4, 2013 THROUGH
JUNE 27, 2013, SOLELY WITH RESPECT TO AVADAMMA, LLC**

**PLEASE TAKE NOTICE** that on **September 17, 2013, at 9:30 a.m. (prevailing Central Time)** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff in Courtroom 744 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the *Supplemental Final Fee Application of the Chapter 11 Trustee for Allowance of Compensation and for Reimbursement of Actual and Necessary Expenses Incurred for the Period May 4, 2013 Through June 27, 2013, Solely With Respect to Avadamma, LLC* (the "Application"), at which time and place you may appear if you so desire.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

**PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning the above-captioned chapter 11 cases at the website maintained in these chapter 11 cases at http://www.phaseeleven.com/qualteq/.

Dated: August 26, 2013                              Respectfully Submitted,

*/s/ David L. Eaton*
James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: September 17, 2013, |
| | ) | at 9:30 a.m. (prevailing Central Time) |
| | ) | |

**COVER SHEET FOR THE SUPPLEMENTAL FINAL FEE
APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ALLOWANCE OF
COMPENSATION AND FOR REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED FOR THE PERIOD MAY 4, 2013 THROUGH
JUNE 27, 2013, SOLELY WITH RESPECT TO AVADAMMA, LLC**

| | |
|---|---|
| Name of Applicant: | Fred C. Caruso, solely in his capacity as the chapter 11 trustee (the "Trustee") in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New Jersey, Inc. ("Qualteq") and its affiliated chapter 11 debtors (collectively, with Qualteq, the "Debtors") |
| Authorized to Provide Professional Services to: | The Debtors' Estates |
| Date of Retention: | May 10, 2012 [Docket No. 351] |
| Period for Which Commission Is Sought: | May 4, 2013 through June 27, 2013 (solely with respect to Avadamma, LLC)[2] |
| Total Supplemental Compensation Sought to be Allowed on a Final Basis: | $26,484.86 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma, LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

[2] Because a chapter 11 plan has not been consummated for Creative Investments, an Illinois general partnership ("Creative Investments"), the Trustee will continue to file monthly applications for compensation and expenses for Creative Investments in compliance with the Interim Compensation Order.

K&E 27578148

This is a: __ monthly __ interim __ final application **X** supplement to the final application.

## Summary of Trustee's Fee Statements Filed to Date

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | CNO/Order Date & Docket No. | Approved Fees | Approved Expenses | Holdback |
|---|---|---|---|---|---|---|---|
| 06/25/12 [447] | 05/10/12 through 05/31/12 | $209,744.00 | $2,497.02 | 07/19/12 [502] | $167,795.20 | $2,497.02 | $41,948.80 |
| 07/25/12 [515] | 06/01/12 through 06/30/12 | $328,638.00 | $4,395.63 | 08/15/12 [571] | $262,910.40 | $4,395.63 | $65,727.60 |
| 08/24/12 [607] | 07/01/12 through 07/31/12 | $299,678.00 | $2,260.88 | 09/20/12 [692] | $239,742.40 | $2,260.88 | $59,935.60 |
| 09/25/12 [720] | 08/01/12 through 08/31/12 | $345,769.00 | $4,766.42 | 10/18/12 [804] | $276,615.20 | $4,070.56 | $69,153.80 |
| **First Interim App.** **10/15/12** **[792]** | **05/10/12 through 08/31/12** | **$1,183,829.00** | **$13,919.95** | **11/6/12 [888]** | **$1,183,829.00** | **$13,224.09** | **$0.00** |
| 10/25/12 [815] | 09/01/12 through 09/30/12 | $333,065.00 | $4,558.62 | 11/19/12 [916] | $266,452.00 | $4,535.12 | $66,613.00 |
| 11/26/12 [924] | 10/01/12 through 10/31/12 | $367,483.50 | $2,348.44 | 12/18/12 [970] | $293,986.80 | $2,348.44 | $73,496.70 |
| 12/18/2012 [973] | 11/01/12 through 11/30/12 | $296,438.50 | $3,462.75 | 01/07/12 [1002] | $237,150.80 | $3,462.75 | $59,287.70 |
| **Second Interim App.** **01/22/2013** **[1036]** | **09/01/12 through 11/30/12** | **$996,987.00** | **$10,369.81** | **02/13/2013 [1165]** | **$996,987.00** | **$10,346.41** | **$0.00** |

2

K&E 27578148

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | CNO/Order Date & Docket No. | Approved Fees | Approved Expenses | Holdback |
|---|---|---|---|---|---|---|---|
| 01/25/2013 [1051] | 12/01/2012 through 12/31/2012 | $184,819.50 | $4,821.22 | 02/15/2013 [1171] | $147,855.60 | $4,821.22 | $36,963.90 |
| 02/12/2013 [1141] | 01/01/2013 through 01/31/2013 | $271,118.50 | $7,511.08 | 03/04/2013 [1252] | $216,894.80 | $7,511.08 | $54,223.70 |
| 03/25/2013 [1414] | 02/01/2013 through 02/28/2013 | $193,909.50 | $1,278.97 | 04/16/2013 [1502] | $155,127.60 | $1,278.97 | $38,781.90 |
| **Third Interim App.** **04/22/2013 [1547]** | **12/01/2012 through 02/28/2013** | **$649,847.50** | **$13,611.27** | **N/A** | **$649,847.50** | **$13,611.27** | **$0.00** |
| 04/12/2013 [1480] | 03/01/2013 through 03/31/2013 | $188,956.50 | $902.60 | 05/02/2013 [1602] | $151,165.20 | $902.60 | $37,791.30 |
| 05/14/2013 [1657] | 04/01/2013 through 04/30/2013 | $183,025.50 | $1,628.44 | 06/03/2013 [1714] | $146,420.40 | $1,628.44 | $36,605.10 |
| 06/17/13 [1759] | 05/01/2013 through 05/03/2013[3] | $24,870.00 | $39.10 | 07/09/2013 [1822] | $19,896.00 | $39.10 | $4,974.00 |
| 06/17/13 [1759] | 05/04/2013 through 05/31/2013[4] | $13,936.50[5] | $281.36 | 07/09/2013 [1822] | $11,149.20 | $281.36 | $2,787.30 |

---

[3]  For all Debtors.

[4]  For post-May 3, 2013 amounts owing to Avadamma, LLC, and Creative Investments.

[5]  The total fees and expenses the Trustee incurred on behalf of Avadamma, LLC during this period is $11,257.36 ($10,976 in fees plus $281.36 in expenses). The total fees and expenses the Trustee incurred on behalf of Creative Investments during this period is $2,960.50 ($2,960.50 in fees plus $0.00 in expenses). For the avoidance of doubt, the Trustee does not, by this Application, seek final approval of the fees and expenses attributable to Creative Investments at this time.

3

K&E 27578148

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | CNO/Order Date & Docket No. | Approved Fees | Approved Expenses | Holdback |
|---|---|---|---|---|---|---|---|
| **Totals for Fourth Interim and Final App.** **07/02/2013 [1808]** | **05/10/ 2012 through 05/03/2013 (w/r/t all Debtors), and 05/04/2013 through 05/31/2013 (solely with respect to Avadamma, LLC and Creative Investments)** | **$3,977,515.50** | **$39,751.81** | N/A | N/A | N/A | N/A |
| 07/15/2013 [1832] | 06/01/2013 through 06/30/2013 | $16,547.50[6] | $0.00 | 08/12/2013 [1913] | $13,238.00 | $0.00 | $3,309.50 |

Dated: August 26, 2013

Respectfully Submitted,

*/s/ David L. Eaton*
James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Chapter 11 Trustee*

---

[6] The total fees and expenses the Trustee incurred for Avadamma, LLC during this period is $15,227.50 ($15,227.50 in fees plus $0.00 in expenses). The total fees and expenses the Trustee incurred for Creative Investments during this period is $1,320.00 ($1,320.00 in fees plus $0.00 in expenses). For the avoidance of doubt, the Trustee does not, by this Application, seek final approval of the fees and expenses attributable to Creative Investments at this time.

4

K&E 27578148

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: September 17, 2013, at |
| | ) | 9:30 a.m. (prevailing Central Time) |

**SUPPLEMENTAL FINAL FEE
APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ALLOWANCE OF
COMPENSATION AND FOR REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED FOR THE PERIOD MAY 4, 2013 THROUGH
JUNE 27, 2013, SOLELY WITH RESPECT TO AVADAMMA, LLC**

Fred C. Caruso, solely in his capacity as the chapter 11 trustee (the "Trustee") in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New Jersey, Inc. ("Qualteq") and its affiliated chapter 11 debtors (collectively, with Qualteq, the "Debtors"), hereby submits this supplemental final fee application (this "Supplemental Final Fee Application") for entry of an order, substantially in the form attached hereto as **Exhibit A**: (a) approving and allowing, on a final basis, compensation for professional services rendered and reimbursement of necessary expenses incurred by the Trustee for the period May 4, 2013, through and including June 27, 2013 (the "Supplemental Final Fee Period"), solely with respect to Debtor Avadamma, LLC, in the amount of $26,484.86; (b) authorizing the payment of the unpaid portions of such allowed fees and expenses pursuant to the *Order Establishing Procedures for Interim Compensation and*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

K&E 27578148

*Reimbursement of Expenses for Professionals and Official Committee Members* [Delaware Docket No. 125], as amended by [Docket No. 411] (the "Interim Compensation Order"); and (c) granting related relief. In further support of this Supplemental Final Fee Application, the Trustee respectfully states as follows:

### Jurisdiction And Venue

1.   The United States Bankruptcy Court for the Northern District of Illinois (this "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2).

2.   Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.   The statutory bases for the relief requested herein are 327, 330, and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

### Relief Requested

4.   By this Application, the Trustee seeks entry of an order, substantially in the form attached hereto as **Exhibit A**: (a) approving and allowing, on a final basis, compensation for professional services rendered and reimbursement of necessary expenses incurred by the Trustee during the Supplemental Final Fee Period, solely with respect to Avadamma, LLC; (b) authorizing the payment of the twenty (20) percent of such fees held back pursuant to the Interim Compensation Order; and (c) granting related relief. The Trustee has previously filed and served monthly applications for the period covering May 4, 2013 through and including June 27, 2013 [Docket Nos. 1759 & 1832] (each a "Monthly Application," and collectively the "Monthly Applications"). The Monthly Applications are incorporated herein by reference.

**Background**

5. On August 14, 2011 (the "Initial Petition Date"), each of the Debtors except for Anar Real Estate, LLC ("Anar") filed their petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. On September 11, 2011 (the "Anar Petition Date," and together with the Initial Petition Date, the "Petition Date"), Anar filed its petition for relief with the United States Bankruptcy Court for the District of Delaware.

6. On August 25, 2011, the United States Trustee (the "U.S. Trustee") appointed the official committee of unsecured creditors (the "Committee").

7. On February 16, 2012, the United States Bankruptcy Court for the District of Delaware transferred venue to the United States Bankruptcy Court for the Northern District of Illinois (the "Court").

8. On April 5, 2012, Bank of America, N.A., filed the *Motion to Appoint a Chapter 11 Trustee* [Docket No. 202], and on May 2, 2012, the Court entered the *Order Granting Motion for Appointment of a Chapter 11 Trustee* [Docket No. 334].

9. On May 9, 2012, the U.S. Trustee filed an application to appoint Fred C. Caruso as chapter 11 trustee in these chapter 11 cases.

10. On May 10, 2012 (the "Appointment Date"), the Court entered an order approving Mr. Caruso's appointment as the Trustee [Docket No. 351], thereby taking the Debtors and their assets out of possession and placing their assets and businesses under the Trustee's control.

11. On April 23, 2013, the Court entered an order (the "Confirmation Order") [Docket No. 1555] confirming the *Chapter 11 Trustee's First Amended Joint Plan of Liquidation for Qualteq Inc., d/b/a VCT New Jersey, and Certain of Its Affiliated Chapter 11 Debtors*

3

*Pursuant to Chapter 11 of the Bankruptcy Code (With Technical Amendments)* [Docket No. 1530] (with all supplements and exhibits thereto, the "Plan") and on May 3, 2013 (the "Effective Date"), the conditions precedent to the consummation of the Plan were satisfied or waived in accordance with the terms of the Plan and the Confirmation Order for each Debtor other than Avadamma, LLC. By its terms, the Plan excluded Creative Investments for purposes of the Plan.[2]

12. On June 17, 2013, the Trustee caused a Monthly Application to be filed[3] requesting, among other things, payment of compensation of $14,217.86 for fees and expenses incurred by the Trustee from May 4, 2013 through May 31, 2013, solely with respect to Avadamma, LLC and Creative Investments. Of that amount, the total fees and expenses the Trustee incurred on behalf of Avadamma, LLC during that period is $11,257.36 ($10,976.00 in fees plus $281.36 in expenses). The total fees and expenses the Trustee incurred on behalf of Creative Investments during that period is $2,960.50 ($2,960.50 in fees plus $0.00 in expenses). For the avoidance of doubt, the Trustee does not, by this Application, seek final approval of the fees and expenses attributable to Creative Investments at this time.

13. On June 27, 2013, the Trustee caused the Plan to be substantially consummated for Avadamma, LLC.[4]

14. On July 15, 2013, the Trustee caused a Monthly Application to be filed[5] requesting, among other things, payment of compensation of $16,547.50 for fees and expenses

---

[2]  The chapter 11 case for Creative Investments remains pending, and a plan has not been confirmed with respect to Creative Investments at this time. K&E intends to continue to seek allowance for professional fees and reimbursable expenses incurred on account of services rendered to the Trustee with respect to Creative Investments pursuant to the procedures set forth by the Interim Compensation Order pending the ultimate disposition of Creative Investments' estate.

[3]  See [Docket No. 1759].

[4]  See [Docket No. 1798].

4

incurred by the Trustee from June 1, 2013 through June 30, 2013, solely with respect to Avadamma, LLC and Creative Investments. Of that amount, the total fees and expenses the Trustee incurred on behalf of Avadamma, LLC during that period is $15,227.50 ($15,227.50 in fees plus $0.00 in expenses). The total fees and expenses the Trustee incurred on behalf of Creative Investments during that period is $1,320.00 ($1,320.00 in fees plus $0.00 in expenses). For the avoidance of doubt, the Trustee does not, by this Application, seek final approval of the fees and expenses attributable to Creative Investments at this time.

15. On the Effective Date, and in accordance with the Plan, the Liquidator was appointed pursuant to that certain Liquidator Agreement [Docket No. 1524] to effectuate the wind down, dissolution, and liquidation of certain of the Debtors' estates. That process is ongoing.

## Compensation Requested

16. A detailed schedule of services rendered by the Trustee during the Supplemental Final Fee Period is attached to the Monthly Applications as **Exhibit A**, and includes: (a) a summary of the hours spent, the names of each professional and paraprofessional rendering services to the Debtors' estates during the Supplemental Final Fee Period, the regular customary billing rates, and the total value of time incurred by each of the Trustee's professionals rendering services to the Debtors' estates during the Supplemental Final Fee Period; (b) a copy of the time entries reflecting the time recorded for these services; and (c) a statement of expenses incurred by the Trustee during the Supplemental Final Fee Period. All time entries and requested expenses are in substantial compliance with Local Rule 5082-1.

---

5   See [Docket No. 1832].

17. The Trustee seeks final allowance of (a) fees in the amount of $26,203.50 for professional services rendered, and (b) expenses incurred in the amount of $281.36, for the Supplemental Final Fee Period. The Trustee also requests authorization to pay the twenty (20) percent of fees held back, as required by the Interim Compensation Order.

18. The Trustee's requested fees fall below the 3% maximum compensation allowed to the Trustee pursuant to section 326(a) of the Bankruptcy Code.

19. The undersigned has reviewed the requirements of Local Rule 5082-1 and certifies to the best of his information, knowledge, and belief that this Application complies with that Local Rule. Notice of this Application has been provided in accordance with the Interim Compensation Order. The Trustee submits that no other or further notice need be provided.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, the Trustee respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**: (a) approving and allowing, on a final basis, compensation for professional services rendered and reimbursement of necessary expenses incurred by the Trustee during the Supplemental Final Fee Period, solely with respect to Avadamma, LLC; (b) authorizing the payment of the twenty (20) percent of such fees held back pursuant to the Interim Compensation Order; and (c) granting related relief.

| | |
|---|---|
| Dated: August 26, 2013 | Respectfully Submitted, |
| | |
| | */s/ David L. Eaton* |
| | James H.M. Sprayregen, P.C. (IL Bar No. 6190206) |
| | David L. Eaton (IL Bar No. 3122303) |
| | Ryan Preston Dahl (IL Bar No. 6292645) |
| | **KIRKLAND & ELLIS LLP** |
| | 300 North LaSalle Street |
| | Chicago, Illinois  60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile:  (312) 862-2200 |
| | |
| | *Counsel to the Chapter 11 Trustee* |

# Exhibit A

# Proposed Order