## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date:  September 17, 2013, |
| | ) | at 9:30 a.m. (prevailing Central Time) |
| | ) | |

## NOTICE OF THE SUPPLEMENTAL
## FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2013 THROUGH JUNE 27, 2013

**PLEASE TAKE NOTICE** that Kirkland & Ellis, LLP ("K&E") has filed its *Supplemental Final Fee Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and for Reimbursement of Expenses for the Period June 1, 2013 through June 27, 2013* (the "Application") pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Application will be held before the Honorable Eugene R. Wedoff, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 744, Chicago, Illinois 60604, on **September 17, 2013, at 9:30 a.m. (prevailing Central Time).**

**PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning the above-captioned chapter 11 cases at the website maintained in these chapter 11 cases at http://www.phaseeleven.com/qualteq/.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

Dated:  August 26, 2013

Respectfully Submitted,

/s/ David L. Eaton
James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Chapter 11 Trustee*

2

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUALTEQ INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | Hearing Date:  September 17, 2013, |
|  | ) | at 9:30 a.m. (prevailing Central Time) |
|  | ) |  |

## SUMMARY OF THE SUPPLEMENTAL FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2013 THROUGH JUNE 27, 2013

| Name of Applicant[2] | Kirkland & Ellis LLP ("K&E") |
|---|---|
| Authorized to provide professional services to: | Fred C. Caruso, solely in his capacity as the chapter 11 trustee in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New Jersey, Inc. |
| Date of retention: | *Order Retaining Kirkland & Ellis LLP nunc pro tunc to the Appointment Date*  [Docket No. 435], entered on June 19, 2012 |
| Period for which compensation and reimbursement is sought: | June 1, 2013 through June 27, 2013 (solely with respect to Avadamma, LLC)[3] |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

[2]   Capitalized terms not defined herein have the meaning ascribed to them in this Supplemental Final Fee Application.

[3]   Because a chapter 11 plan has not been consummated for Creative Investments, an Illinois general partnership ("Creative Investments"), K&E will continue to file monthly applications for compensation and expenses for Creative Investments in compliance with the Interim Compensation Order.

Amount of compensation sought as    $62,618.00
actual, reasonable, and necessary:

Amount of expense reimbursement    $552.43
sought as actual, reasonable, and
necessary:

This is a ___ monthly ___ interim ___ final application **X** supplement to the final application.

### Summary of Fee Applications Filed By K&E

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed (Fees and Expenses) | Fee and Expenses Previously Paid |
|---|---|---|---|---|
| June 26, 2012 [Docket No. 452] | 5/10/12 – 5/31/12 | $182,149.87 | $145,763.17 | $145,763.17 |
| July 25, 2012 [Docket No. 516] | 6/1/12 – 6/30/12 | $240,843.81 | $193,763.61 | $193,763.61 |
| August 27, 2012 [Docket No. 620] | 7/1/12 – 7/31/12 | $306,813.54 | $246,670.24 | $246,670.24 |
| September 25, 2012 [Docket No. 719] | 8/1/12 – 8/31/12 | $396,415.59 | $318,336.79 | $318,336.79 |
| **First Interim Fee Application**[4] October 15, 2012 [Docket No. 797] | 5/10/12 – 8/31/12 | $1,124,902.03 | $1,091,902.03 | $1,091,902.03 |
| October 25, 2012 [Docket No. 818] | 9/1/12 – 9/30/12 | $738,262.83 | $593,017.03 | $593,017.03 |
| November 26, 2012 [Docket No. 925] | 10/1/12 – 10/31/12 | $625,169.39 | $504,158.89 | $504,158.89 |
| December 26, 2012 [Docket No. 985] | 11/1/12 – 11/30/12 | $639,954.20 | $516,532.80 | $516,532.80 |
| **Second Interim Fee Application**[5] January 22, 2013 [Docket No. 1039] | 9/1/12 – 11/30/12 | $2,002,443.43 | $2,001,623.43 | $2,001,623.43 |
| January 25, 2013 [Docket No. 1054] | 12/1/12 – 12/31/12 | $305,210.35 | $245,349.15 | $245,349.15 |
| February 25, 2013 [Docket No. 1211] | 1/1/13 – 1/31/13 | $422,379.22 | $338,878.42 | $338,878.42 |

---

[4]    On November 6, 2012, the Court entered the *Order Granting First Interim Fee Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Interim Period May 10, 2012 Through August 31, 2012* [Docket No. 896].

[5]    See *Order Granting Second Interim Fee Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation for the Interim Period September 1, 2012 Through November 30, 2012* [Docket No. 1155]; *Findings of Fact and Conclusions of Law in Support of Order Awarding to Kirkland & Ellis LLP, Attorneys for the Trustee, for Allowance and Payment of Interim Compensation* [Docket No. 1156]; and *Amended Order Granting Second Interim Fee Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Interim Period September 1, 2012 Through November 30, 2012* [Docket No. 1291].

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed (Fees and Expenses) | Fee and Expenses Previously Paid |
|---|---|---|---|---|
| March 25, 2013 [Docket No. 1412] | 2/1/13 – 2/28/13 | $375,952.82 | $302,587.92 | $302,587.92 |
| **Third Interim Fee Application**[6] March 22, 2013 [Docket No. 1546] | 12/1/12 – 2/28/13 | $1,103,542.39 | $1,100,052.42 | $1,100,052.42 |
| April 25, 2013 [Docket No. 1575] | 3/1/13 – 3/31/13 | $512,619.47 | $413,161.57 | $413,161.57 |
| May 28, 2013 [Docket No. 1699] | 4/1/13 – 4/30/13 | $359,381.39 | $288,750.39 | $288,750.39 |
| June 25, 2013 [Docket No. 1786] | 5/1/13 – 5/31/13 | $70,079.88 | $56,663.28 | $56,663.28 |
| **Fourth Interim and Final Fee Application** July 2, 2013 [Docket No. 1806][7] | May 10, 2012 through May 3, 2013 (with respect to all Debtors), and May 4, 2013 through May 31, 2013 (solely with respect to Avadamma, LLC and Creative Investments) | $5,135,844.55 | $5,133,049.55 | $5,133,049.55 |
| July 25, 2013 [Docket No. 1880] | 6/1/13 – 6/30/13[8] | $63,198.68 | Pending | Pending |

## Summary of Hours Billed by Attorneys
## and Paraprofessionals During the Supplemental Final Fee Period

| Attorney | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Margaret Cahoon | Associate | 2011 | Real Estate | $495.00 | 13.00 | $6,435.00 |
| Ryan P. Dahl | Associate | 2007 | Restructuring | $715.00 | 27.80 | $19,877.00 |
| Neal P. Donnelly | Associate | 2011 | Restructuring | $430.00 | 1.40 | $602.00 |
| David L. Eaton | Partner | 1978 | Restructuring | $1,045.00 | 2.80 | $2,926.00 |
| Joseph M. Graham | Associate | 2011 | Restructuring | $495.00 | 1.80 | $891.00 |
| Mike Jones | Associate | 2011 | Restructuring | $495.00 | 1.90 | $940.50 |
| Scott A. McMillin, P.C. | Partner | 1996 | Litigation | $840.00 | 1.60 | $1,344.00 |

---

[6]     See *Order Granting Third Interim Fee Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation for the Interim Period December 1, 2012 Through February 28, 2013* [Docket No. 1655] and *Findings of Fact and Conclusions of Law in Support of Order Awarding to Kirkland & Ellis LLP, Attorneys for the Trustee, for Allowance and Payment of Interim Compensation* [Docket No. 1659].

[7]     See *Order Granting Fourth Interim and Final Fee Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and for Reimbursement of Expenses for the Period May 10, 2012 Through May 3, 2013 and May 31, 2013, Respectively* [Docket No. 1857]

[8]     On August 20, 2013, K&E filed a *Certificate of No Objection [Docket No. 1880]* [Docket No. 1938] for the June 1, 2013 through June 30, 2013 period.

| Attorney | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Alexandria Ottens | Associate | 2012 | Real Estate | $430.00 | 10.30 | $4,429.00 |
| Michael Weitz | Associate | 2011 | Restructuring | $495.00 | 44.10 | $21,829.50 |
| **Totals for Attorneys** | | | | | **104.70** | **$59,274.00** |

| Paraprofessionals | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Daniel Hill | Project Assistant | Restructuring | $190.00 | 1.10 | $209.00 |
| Maureen McCarthy | Legal Assistant | Restructuring | $315.00 | 3.00 | $945.00 |
| Timothy Schmeling | Project Assistant | Restructuring | $190.00 | 5.80 | $1,102.00 |
| Carrie Sroka | Legal Assistant | Restructuring | $275.00 | 3.20 | $880.00 |
| Sara Tobler | Legal Assistant | Real Estate | $260.00 | 0.80 | $208.00 |
| **Totals for Paraprofessionals** | | | | **13.90** | **$3,344.00** |

4

**Summary of the Total Amount of Fees Incurred**
**Under Each Subject Matter During the Supplemental Final Fee Period**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Amount |
|---|---|---|---|
| 9 | Claims Administration and Objections | 0.20 | $99.00 |
| 12 | Disclosure Statement, Plan, Confirmation | 1.60 | $792.00 |
| 14 | Hearings | 10.90 | $5,063.50 |
| 17 | K&E Retention, Fee Applications | 7.30 | $2,830.00 |
| 24 | Real Estate Sale Process | 98.60 | $53,833.50 |
| **Total** | | **118.60** | **$62,618.00** |

### **Summary of Expenses Incurred During the Supplemental Final Fee Period**

| Service Description | Amount |
| --- | --- |
| Third Party Telephone Charges | $107.29 |
| Standard Copies or Prints | $276.60 |
| Scanned Images | $69.40 |
| Overnight Delivery | $10.14 |
| Court Reporter Fee/Deposition | $44.00 |
| Overtime Transportation | $45.00 |
| **Total** | **$552.43** |

Dated:  August 26, 2013

Respectfully Submitted,

/s/ David L. Eaton
James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUALTEQ INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | Hearing Date:  September 17, 2013, |
|  | ) | at 9:30 a.m. (prevailing Central Time) |
|  | ) |  |

**SUPPLEMENTAL FINAL FEE APPLICATION OF**
**KIRKLAND & ELLIS LLP FOR ALLOWANCE OF ADMINISTRATIVE**
**CLAIM FOR COMPENSATION AND FOR REIMBURSEMENT**
**OF EXPENSES FOR THE PERIOD JUNE 1, 2013 THROUGH JUNE 27, 2013**

Kirkland & Ellis LLP ("K&E"), counsel to Fred C. Caruso, solely in his capacity as the

chapter 11 trustee (the "Trustee") in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New

Jersey, Inc. ("Qualteq") and its affiliated chapter 11 debtors (collectively, with Qualteq, the

"Debtors"), hereby submits its supplemental final fee application (this "Supplemental Final Fee

Application") for: (a) final allowance of compensation for professional services rendered in the

amount of $62,618.00 and reimbursement of actual and necessary expenses in the amount of

$552.43 that K&E incurred for the period June 1, 2013, through June 27, 2013

(the "Supplemental Final Fee Period"); (b) payment of the unpaid portions of such allowed fees

and expenses, pursuant to the *Order Establishing Procedures for Interim Compensation and*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091);
(c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267);
(f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation
Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461);
(k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services,
Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258);
(p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

*Reimbursement of Expenses for Professionals and Official Committee Members* [Delaware Docket No. 125], as amended by [Docket No. 411] (the "<u>Interim Compensation Order</u>"); and (c) granting related relief.

The Trustee caused the Plan (as defined herein) to be substantially consummated for Avadamma, LLC on June 27, 2013.[2]  Pursuant to Article II.B of the Plan, the deadline to file final fee applications for professional fees is August 26, 2013.  The Supplemental Final Fee Application is for final allowance for professional fees and reimbursable expenses incurred on account of services rendered to the Trustee with respect to Avadamma, LLC for the period June 1, 2013, through June 27, 2013.  K&E's professional fees and reimbursable expenses for the period May 10, 2012, through May 31, 2013 have been approved on a final bases pursuant to the Final Fee Order (as defined herein).[3]   In further support of this Supplemental Final Fee Application, K&E respectfully states as follows:

<u>**Jurisdiction And Venue**</u>

1.     The United States Bankruptcy Court for the Northern District of Illinois (this "<u>Court</u>") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2).

2.     Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The statutory bases for the relief requested herein are 327, 330, and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 5082-1 of the Local

---

[2]     <u>See</u> [Docket No. 1798].

[3]     The chapter 11 case for Creative Investments remains pending, and a plan has not been confirmed with respect to Creative Investments at this time.  K&E intends to continue to seek allowance for professional fees and reimbursable expenses incurred on account of services rendered to the Trustee with respect to Creative Investments pursuant to the procedures set forth by the Interim Compensation Order pending the ultimate disposition of Creative Investments' estate.

2

Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## Background

4.     On August 14, 2011 (the "Initial Petition Date"), each of the Debtors except for Anar Real Estate, LLC ("Anar") filed their petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.   On September 11, 2011 (the "Anar Petition Date," and together with the Initial Petition Date, the "Petition Date"), Anar filed its petition for relief with the United States Bankruptcy Court for the District of Delaware.

5.     On August 25, 2011, the United States Trustee (the "U.S. Trustee") appointed the official committee of unsecured creditors (the "Committee").

6.     On February 16, 2012, the United States Bankruptcy Court for the District of Delaware transferred venue to the United States Bankruptcy Court for the Northern District of Illinois (the "Court").

7.     On April 5, 2012, Bank of America, N.A., filed the *Motion to Appoint a Chapter 11 Trustee* [Docket No. 202], and on May 2, 2012, the Court entered the *Order Granting Motion for Appointment of a Chapter 11 Trustee* [Docket No. 334].

8.     On May 9, 2012, the U.S. Trustee filed an application to appoint Fred C. Caruso as chapter 11 trustee in these chapter 11 cases.

9.     On May 10, 2012 (the "Appointment Date"), the Court entered an order approving Mr. Caruso's appointment as the Trustee [Docket No. 351], thereby taking the Debtors and their assets out of possession and placing their assets and businesses under the Trustee's control.

3

10.     On April 23, 2013, the Court entered an order (the "Confirmation Order") [Docket No. 1555] confirming the *Chapter 11 Trustee's First Amended Joint Plan of Liquidation for Qualteq Inc., d/b/a VCT New Jersey, and Certain of Its Affiliated Chapter 11 Debtors Pursuant to Chapter 11 of the Bankruptcy Code (With Technical Amendments)* [Docket No. 1530] (with all supplements and exhibits thereto, the "Plan") and on May 3, 2013 (the "Effective Date"), the conditions precedent to the consummation of the Plan were satisfied or waived in accordance with the terms of the Plan and the Confirmation Order for each Debtor other than Avadamma, LLC.  By its terms, the Plan excluded Creative Investments for purposes of the Plan.

11.     On June 27, 2013, the Trustee caused the Plan to be substantially consummated for Avadamma, LLC.

12.     On the Effective Date, and in accordance with the Plan, the Liquidator was appointed pursuant to that certain Liquidator Agreement [Docket No. 1524] to effectuate the wind down, dissolution, and liquidation of certain of the Debtors' estates.  That process is ongoing.

### Retention of and Continuing Disinterestedness Of Kirkland & Ellis LLP

13.     By this Court's order dated June 19, 2012,[4] the Trustee was authorized to retain K&E as his counsel, effective as of the Appointment Date, to assist the Trustee with managing the chapter 11 estates, prosecuting these chapter 11 cases, and all related matters (the "Retention Order").  The Retention Order authorizes the Trustee to compensate K&E in accordance with the procedures set forth in the applicable provisions of the Bankruptcy Code,

---

[4]     See *Order Authorizing the Employment and Retention of Kirkland & Ellis LLP as Bankruptcy Counsel to the Chapter 11 Trustee Nunc Pro Tunc to the Appointment Date* [Docket No. 435].

4

the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines (the "Guidelines"), and any

applicable orders of this Court.

14.     As disclosed in the declarations previously filed with the Court,[5] K&E does not

hold or represent any interest adverse to the Debtors' estates and is a "disinterested person" as

that term is defined in section 101(14) of the Bankruptcy Code.

15.     K&E performed the services for which it is seeking compensation on behalf of the

Trustee and/or the Debtors' estates and not on behalf of any committee, creditor, or other person.

16.     Except as provided herein or in the application to retain K&E, K&E has received

no payment and no promises for payment from any source other than the Trustee for services

rendered or to be rendered in any capacity whatsoever in connection with these chapter 11 cases.

17.     Pursuant to Bankruptcy Rule 2016(b), K&E has not shared, nor has K&E agreed

to share:  (a) any compensation it received or may receive with another person other than with

the partners, counsel, and associates of K&E; or (b) any compensation another person or party

has received or may receive.

---

[5]     *See* *Declaration of David L. Eaton in Support of the Chapter 11 Trustee's Application for Entry of an Order
Authorizing the Employment and Retention of Kirkland & Ellis LLP as Bankruptcy Counsel to the Chapter 11
Trustee Effective Nunc Pro Tunc to the Appointment Date* [Docket No. 397, Ex. B], filed on June 1, 2012, the
*Supplemental Declaration of David L. Eaton in Support of the Chapter 11 Trustee's Application for Entry of an
Order Authorizing the Employment and Retention of Kirkland & Ellis LLP as Bankruptcy Counsel to the
Chapter 11 Trustee Effective Nunc Pro Tunc to the Appointment Date* [Docket No. 432], filed on June 18, 2012,
the *Second Supplemental Declaration of David L. Eaton in Support of the Chapter 11 Trustee's Application for
Entry of an Order Authorizing the Employment and Retention of Kirkland & Ellis LLP as Bankruptcy Counsel
to the Chapter 11 Trustee Effective Nunc Pro Tunc to the Appointment Date* [Docket No. 629], filed on
September 5, 2012, the *Third Supplemental Declaration of David L. Eaton in Support of the Chapter 11
Trustee's Application for Entry of an Order Authorizing the Employment and Retention of Kirkland & Ellis LLP
as Bankruptcy Counsel to the Chapter 11 Trustee Effective Nunc Pro Tunc to the Appointment Date* [Docket
No. 788], filed on October 11, 2012, the *Fourth Supplemental Declaration of David L. Eaton in Support of the
Chapter 11 Trustee's Application for Entry of an Order Authorizing the Employment and Retention of Kirkland
& Ellis LLP as Bankruptcy Counsel to the Chapter 11 Trustee Effective Nunc Pro Tunc to the Appointment
Date* [Docket No. 997], filed on January 4, 2013, and the *Fifth Supplemental Declaration of David L. Eaton in
Support of the Chapter 11 Trustee's Application for Entry of an Order Authorizing the Employment and
Retention of Kirkland & Ellis LLP as Bankruptcy Counsel to the Chapter 11 Trustee Effective Nunc Pro Tunc to
the Appointment Date* [Docket No. 1604], filed on May 3, 2013.

### K&E's Previous Interim Fee Applications and Final Fee Application

18.     On October 15, 2012, K&E filed the *First Interim Fee Application of Kirkland &
Ellis LLP for Allowance of Administrative Claim for Compensation and Reimbursement of
Expenses for the Interim Period May 10, 2012 Through August 31, 2012* [Docket No. 797]
(the "First Interim Fee Application").  In the First Interim Fee Application, Kirkland sought
compensation in the amount of $1,108,445.00 and reimbursement of expenses in the amount of
$16,457.03.

19.     On November 6, 2012, the Court entered the *Order Granting First Interim Fee
Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation
and Reimbursement of Expenses for the Interim Period May 10, 2012 Through August 31, 2012*
[Docket No. 896], which awarded K&E $1,091,902.03 on account of its fees and expenses on an
interim basis and authorized the Trustee to remit such amount to K&E for the period
May 10, 2012, through August 31, 2012.

20.     On January 22, 2013, K&E filed the *Second Interim Fee Application of Kirkland
& Ellis LLP for Allowance of Administrative Claim for Compensation and Reimbursement of
Expenses for the Interim Period September 1, 2012 Through November 30, 2012*
[Docket No. 1039]  (the "Second Interim Fee Application").   In the Second Interim Fee
Application, Kirkland sought compensation in the amount of $1,948,028.50 and reimbursement
of expenses in the amount of $54,414.93.

21.     On February 13, 2013, the Court entered the *Order Granting Second Interim Fee
Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation
for the Interim Period September 1, 2012 Through November 30, 2012* [Docket No. 1155] and
the *Findings of Fact and Conclusions of Law in Support of Order Awarding to Kirkland & Ellis
LLP, Attorneys for the Trustee, for Allowance and Payment of Interim Compensation*

[Docket No. 1156]; and on March 6, 2013, the Court entered the *Amended Order Granting Second Interim Fee Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Interim Period September 1, 2012 Through November 30, 2012* [Docket No. 1291].    Together, these orders awarded K&E $2,001,623.43 on account of its fees and expenses on an interim basis and authorized the Trustee to remit such amount to K&E for the period September 1, 2012, through November 30, 2012.

22.    On April 22, 2013, K&E filed the *Third Interim Fee Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Interim Period December 1, 2012 Through February 28, 2013* [Docket No. 1546] (the "Third Interim Fee Application").  In the Third Interim Fee Application, Kirkland sought compensation in the amount of $1,083,634.50 and reimbursement of expenses in the amount of $19,907.89.

23.    On May 14, 2013, the Court entered the *Order Granting Third Interim Fee Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation for the Interim Period December 1, 2012 Through February 28, 2013* [Docket No. 1655] and the *Findings of Fact and Conclusions of Law in Support of Order Awarding to Kirkland & Ellis LLP, Attorneys for the Trustee, for Allowance and Payment of Interim Compensation* [Docket No. 1659].  Together, these orders awarded K&E $1,100,052.42 on account of its fees and expenses on an interim basis and authorized the Trustee to remit such amount to K&E for the period December 1, 2012, through February 28, 2013.

24.    On July 2, 2013, K&E filed the *Fourth Interim and Final Fee Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and for Reimbursement of Expenses for the Period May 10, 2012 Through May 3, 2013 and May 31,*

2013, Respectively [Docket No. 1806] (the "Final Fee Application").    In the Final Fee

Application, Kirkland sought compensation in the amount of $5,023,160.50 and reimbursement

of expenses in the amount of $112,684.05.    Because the Plan had been consummated with

respect to Avadamma, LLC ("Avadamma") on June 27, 2013, the deadline for submission of

final applications for professional fees and expenses incurred on account of services rendered to

the Trustee with respect to the Avadamma estate were not due until August 26, 2013.  Moreover,

delays arising from K&E's accounting and processing systems prevented K&E from including

such fees and expenses incurred during the Supplemental Fee Period in the Final Fee

Application.

25.    On July 23, 2013, the Court entered the *Order Granting Fourth Interim and Final*

*Fee Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for*

*Compensation and for Reimbursement of Expenses for the Period May 10, 2012 Through*

*May 3, 2013 and May 31, 2013, Respectively* [Docket No. 1857] (the "Final Fee Order"), which

awarded K&E $5,133,049.55 on account of its fees and expenses on an final basis and authorized

the Trustee to remit such amount to K&E for the period May 10, 2012, through May 3, 2013 and

May 31, 2013 respectively.

### K&E's Contributions to the Chapter 11 Cases

26.    As more fully discussed in the Final Fee Application, K&E advised and assisted

the Trustee on all aspects of these chapter 11 cases.  These efforts included, among other things:

(a) advising the Trustee and his other retained professionals on the legal ramifications of efforts

to stabilize the Debtors' operations and communicating with key stakeholders regarding the

chapter 11 process; (b) drafting documentation for, negotiating, and closing on the sale of the

Debtors' operating businesses and seven separate parcels of the Debtors owned real property;

and (c) obtaining confirmation of the Plan, which provides for full distributions to substantially

8

all of the Debtors' creditors, and recoveries to equityholders estimated to be in excess of approximately $10 million.  The facts and basis for relief set forth in the Final Fee Application is incorporated herein by reference.

### Summary Of Services

27.    During the Supplemental Final Fee Period K&E incurred $62,618.00 in fees for legal services provided to the Trustee and $552.43 in expenses incurred in connection with such services.   By this Supplemental Final Fee Application, K&E seeks final approval of all supplemental fee and expenses and requests that the Court authorize the Trustee to release payment of the unpaid portions of such allowed fees and expenses.

28.    During the Supplemental Final Fee Period K&E has advised and represented the Trustee in connection with the operation of the Debtors' businesses and all other matters arising in the performance of the Trustee's duties in administering the chapter 11 estates.  The attached **Exhibit B** is a summary statement of the number of hours of service by each attorney and paraprofessional and hourly rate of each individual during the Supplemental Final Fee Period.  The attached **Exhibit C** is the detailed itemization and description of the services that K&E rendered during the Supplemental Final Fee Period.   Based on these rates and the services performed by each individual during the Supplemental Final Fee Period, the total reasonable value of such services rendered during the Supplemental Final Fee Period is $62,618.00.   The K&E attorneys and paraprofessionals expended a total of 118.60 hours working on this chapter 11 case during the Supplemental Final Fee Period.   K&E's blended hourly rate for the services provided during the Supplemental Final Fee Period is $527.98.   In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given, among other things:  (a) the complexity of these chapter 11 cases; (b) the time

9

expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

29.     Further, **Exhibit C**:  (a) identifies the individuals that rendered services in each Subject Matter (as defined below); (b) describes each activity or service that each individual performed; and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services.  Each matter number in **Exhibit C** corresponds to the matter number that K&E assigned to the Subject Matters (as defined and described below).  The attached **Exhibit C** is a schedule of the total amount of fees incurred under each Subject Matter during the Supplemental Final Fee Period.

30.     The professional services that K&E rendered during the Supplemental Final Fee Period are grouped into the numbered and titled categories of the subject matters (each a "Subject Matter," and, collectively, the "Subject Matters") described herein.

(a)     Claims Administration and Objections (Matter 9)

(Fees:  $99.00; Hours:  0.20)

This Subject Matter includes legal services rendered in connection with: (a) reviewing potential claims against the chapter 11 estates, including analyzing claims set forth on the schedules and statements prepared by the Debtors and the proofs of claim filed in these chapter 11 cases;  (b) analyzing legal and factual grounds for potential objections to various proofs of claims; and (c) investigating and responding to claims-related questions from creditors.

(b)     Disclosure Statement, Plan, Confirmation (Matter 12)

(Fees:  $792.00; Hours:  1.60)

31.     This Subject Matter includes legal services rendered in connection with working towards, and achieving, consummation of the Plan for Avadamma, LLC on June 27, 2013.

10

(c)     Hearings (Matter 14)

(Fees:  $5,063.50; Hours:  10.90)

32.     This Subject Matter includes legal services rendered in preparing for and attending multiple hearings in these chapter 11 cases and related hearings in the chapter 7 cases of Pethinaidu Veluchamy and Parameswari Veluchamy.

(d)     K&E Retention, Fee Applications (Matter 17)

(Fees:  $2,830.00; Hours:  7.30)

33.     This Subject Matter includes legal services rendered in connection with K&E's retention, including:  (a) performing comprehensive conflicts checks and related disclosures in connection with the Avadamma estate; and (b) preparing and filing K&E's monthly and interim fee applications in these chapter 11 cases, and related matters.

(e)     Real Estate Sale Process (Matter 24)

(Fees:  $53,833.50; Hours:  98.60)

This Subject Matter includes legal services rendered in connection with all aspects of the sale of Avadamma's real estate assets, including: (a) advising the Trustee with respect to a dispute over the closing of the sale of one parcel of the Debtors' owned real property; (b) negotiating and drafting an amendment to the purchase agreement related to such parcel of real property; (c) closing on the sale of such real property; and (d) drafting and filing a response to *White Castle System, Inc.'s Motion for Relief from Order Pursuant to Rule 9024 Concerning the Order Entered on March 20, 2013, Authorizing the Sale of North Park Mall Pursuant to 11 U.S.C. § 363* [Docket No. 1686] (the "White Castle Motion").[6]

---

[6]     The Trustee reserves all rights to seek indemnification from Mosaic Real Estate Investments, LLC, as purchaser pursuant to that certain Purchase Agreement dated as of March 15, 2013, on account of fees and expenses incurred in connection with defending the White Castle Motion.

11

## Actual And Necessary Expenses Incurred By K&E

34.     It is K&E's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also K&E's policy to charge its clients only the amount actually incurred by K&E in connection with such items.  Examples of such expenses are postage, overnight mail, courier delivery, transportation, computer-assisted legal research, photocopying, airfare, meals, and lodging.  Pursuant to the engagement letter between K&E and the Trustee, K&E professionals may charge their overtime meals and overtime transportation to the Trustee consistent with K&E's ordinary business practices. However, K&E has voluntarily waived reimbursement on account of computer-assisted legal research and overtime meals and does not seek reimbursement for such expenses by this Supplemental Final Fee Application.

35.     A summary of expenses by type, as well as a detailed itemization and description of the disbursements made by K&E on the behalf of the Trustee or on the behalf of the chapter 11 estates during the Supplemental Final Fee Period, is attached hereto as **Exhibit D**. These disbursements comprise the requested sum for K&E's out-of-pocket expenses and total $552.43.

36.     Although every effort has been made to include all fees and expenses incurred in the Supplemental Final Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Supplemental Final Fee Period.  K&E reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

WHEREFORE, K&E respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**:  (a) allowing on a final basis and awarding compensation for professional services rendered during the Supplemental Final Fee Period in the amount of $62,618.00 and for reimbursement of all actual and necessary expenses incurred by K&E in the amount of $552.43; (b) payment of the unpaid portions of such allowed fees and expenses; and (c) granting related relief.

Dated:  August 26, 2013                     Respectfully Submitted,


                                            */s/ David L. Eaton*
                                            James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
                                            David L. Eaton (IL Bar No. 3122303)
                                            Ryan Preston Dahl (IL Bar No. 6292645)
                                            **KIRKLAND & ELLIS LLP**
                                            300 North LaSalle Street
                                            Chicago, Illinois  60654
                                            Telephone: (312) 862-2000
                                            Facsimile:  (312) 862-2200

                                            *Counsel to the Chapter 11 Trustee*

K&E 27557153

**<u>Exhibit A</u>**

**Proposed Order**