## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUALTEQ INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | Hearing Date:  June 25, 2014, |
|  | ) | at 9:30 a.m. (prevailing Central Time) |
|  | ) |  |

## NOTICE OF FINAL MONTHLY FEE APPLICATION
## AND SUPPLEMENTAL FINAL FEE APPLICATION OF
## KIRKLAND & ELLIS LLP FOR ALLOWANCE OF ADMINISTRATIVE
## CLAIM FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD JULY 1, 2013 THROUGH APRIL 30, 2014

**PLEASE TAKE NOTICE** that Kirkland & Ellis, LLP ("K&E") has filed its *Final Monthly Fee Application and Supplemental Final Fee Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and for Reimbursement of Expenses for the Period July 1, 2013 Through April 30, 2014* (the "Application") pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Application will be held before the Honorable Eugene R. Wedoff, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 744, Chicago, Illinois 60604, on **June 25, 2014, at 9:30 a.m. (prevailing Central Time).**

**PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning the above-captioned chapter 11 cases at the website maintained in these chapter 11 cases at http://www.phaseeleven.com/qualteq/.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

Dated:  May 16, 2014                    Respectfully Submitted,

                                        /s/ David L. Eaton
                                        James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
                                        David L. Eaton (IL Bar No. 3122303)
                                        Ryan Preston Dahl (IL Bar No. 6292645)
                                        **KIRKLAND & ELLIS LLP**
                                        300 North LaSalle Street
                                        Chicago, Illinois  60654
                                        Telephone: (312) 862-2000
                                        Facsimile:  (312) 862-2200

                                        *Counsel to the Chapter 11 Trustee*

KE 31740320

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date:  June 25, 2014, |
| | ) | at 9:30 a.m. (prevailing Central Time) |
| | ) | |

## SUMMARY OF THE FINAL MONTHLY FEE APPLICATION AND SUPPLEMENTAL FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2013 THROUGH APRIL 30, 2014

| Name of Applicant[2] | Kirkland & Ellis LLP ("K&E") |
|---|---|
| Authorized to provide professional services to: | Fred C. Caruso, solely in his capacity as the chapter 11 trustee in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New Jersey, Inc. |
| Date of retention: | *Order Retaining Kirkland & Ellis LLP nunc pro tunc to the Appointment Date*  [Docket No. 435], entered on June 19, 2012 |
| Period for which compensation and reimbursement is sought: | July 1, 2013 through April 30, 2014 (the "Final Fee Period") |
| Amount of compensation sought as actual, reasonable, and necessary: | $122,724.50 of the Final Fee Period ($7,925.50 for the period from April 1, 2014, through April 30, 2014 (the "Final Monthly Period") |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

[2]   Capitalized terms not defined herein have the meaning ascribed to them in this Application.

KE 31740320

Amount of expense reimbursement          $1,041.19 for the Final Fee Period ($84.40 for the Final
sought as actual, reasonable, and        Monthly Period)
necessary:

This is a ___ monthly _ interim _ final application **X** supplement to the initial supplemental
application

## Summary of Fee Applications Filed By K&E Related to the Supplemental Final Fee Period

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed (Fees and Expenses) | Fee and Expenses Previously Paid |
|---|---|---|---|---|
| August 26, 2013 [Docket No. 1950][3] | 7/1/13 – 7/31/13 | $3,036.80 | $2,430.70 | $2,430.70 |
| September 24, 2013 [Docket No. 1990][4] | 8/1/13 – 8/31/13 | $4,493.67 | $3,602.77 | $3,602.77 |
| October 25, 2013 [Docket No. 2028][5] | 9/1/13 – 9/30/13 | $32,816.52 | $26,299.22 | $26,299.22 |
| November 25, 2013 [Docket No. 2059][6] | 10/1/13 – 10/31/13 | $44,578.02 | $35,695.22 | $35,695.22 |
| December 26, 2013 [Docket No. 2095][7] | 11/1/13 – 11/30/13 | $5,789.48 | $4,639.98 | $4,639.98 |
| January 27, 2014 [Docket No. 2105][8] | 12/1/13 – 12/31/13 | $2,859.90 | $2,289.10 | $2,289.10 |
| February 24, 2014 [Docket No. 2111][9] | 1/1/14 – 1/1/14 | $4,165.50 | $3,355.00 | $3,355.00 |
| March 27, 2014 [Docket No. 2149][10] | 2/1/14 – 2/28/14 | $7,249.60 | $5,860.30 | Pending |

[3]    On September 17, 2013, K&E filed a *Certificate of No Objection [Docket No. 1950]* [Docket No. 1983] for the July 1, 2013 through July 31, 2013 period (the "July Application").

[4]    On October 16, 2013, K&E filed a *Certificate of No Objection [Docket No. 1990]* [Docket No. 2014] for the August 1, 2013 through August 31, 2013 period.

[5]    On November 19, 2013, K&E filed a *Certificate of No Objection [Docket No. 2028]* [Docket No. 2051] for the September 1, 2013 through September 30, 2013 period.

[6]    On December 23, 2013, K&E filed a *Certificate of No Objection [Docket No. 2059]* [Docket No. 2090] for the October 1, 2013 through October 31, 2013 period.

[7]    On January 15, 2014, K&E filed a *Certificate of No Objection [Docket No. 2095]* [Docket No. 2100] for the November 1, 2013 through November 30, 2013 period.

[8]    On February 21, 2014, K&E filed a *Certificate of No Objection [Docket No. 2105]* [Docket No. 2109] for the December 1, 2013 through December 31, 2013 period.

[9]    On March 27, 2014, K&E filed a *Certificate of No Objection [Docket No. 2111]* [Docket No. 2150] for the January 1, 2014 through January 31, 2014 period.

KE 31740320

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed (Fees and Expenses) | Fee and Expenses Previously Paid |
|---|---|---|---|---|
| April 30, 2014 [Docket No. 2171] (the "April Application")[11] | 3/1/14 – 3/31/14 | $10,766.30 | Pending | Pending |
| May 16, 2014 (the "Final Monthly Application") | 4/1/14 – 4/30/14 | $8,009.90 | Pending | Pending |

## Summary of Hours Billed by Attorneys
## and Paraprofessionals During the Supplemental Final Fee Period

| Attorney | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Margaret Cahoon | Associate | 2011 | Real Estate | $565.00 | 23.40 | $13,221.00 |
| Ryan P. Dahl | Associate | 2007 | Restructuring | $735.00 | 9.70 | $7,904.50 |
| | | | | $775.00 | 1.00 | |
| Thad Davis | Partner | 2005 | Taxation | $915.00 | 0.20 | $183.00 |
| Neal P. Donnelly | Associate | 2011 | Restructuring | $495.00 | 10.20 | $9,417.00 |
| | | | | $520.00 | 8.40 | |
| David L. Eaton | Partner | 1978 | Restructuring | $1,125.00 | 0.30 | $337.50 |
| Joseph M. Graham | Associate | 2011 | Restructuring | $565.00 | 1.30 | $853.50 |
| | | | | $595.00 | 0.20 | |
| Mike Jones | Associate | 2011 | Restructuring | $565.00 | 1.40 | $791.00 |
| Joy Spezeski | Associate | 2013 | Real Estate | $430.00 | 3.20 | $1,376.00 |
| Michael Weitz | Associate | 2011 | Restructuring | $565.00 | 90.30 | $51,019.50 |
| | | | | $595.00 | 25.10 | $14,934.50 |
| **Total for Attorneys** | | | | | **174.70** | **$100,037.50** |

| Paraprofessional | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Andrew Brniak | Legal Assistant | Restructuring | $250.00 | 0.20 | $50.00 |
| Stephanie D. Frye | Conflicts Coordinator | Administrative Services | $255.00 | 10.30 | $2,626.50 |
| Stephen P. Garoutte | Conflicts Analyst II | Administrative Services | $200.00 | 1.00 | $200.00 |
| Allison Graybill | Conflicts Analyst I | Administrative Services | $180.00 | 10.00 | $1,800.00 |

---

[10]   On April 17, 2014, K&E filed a *Certificate of No Objection [Docket No. 2149]* [Docket No. 2162] for the February 1, 2014 through February 28, 2014 period.

[11]   The objection deadline for the April Application expires on May 21, 2014 at 4:00 p.m. (Central Time).

3

| Paraprofessional | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Daniel Hill | Project Assistant | Restructuring | $190.00 | 1.00 | $190.00 |
| Maureen McCarthy | Legal Assistant | Restructuring | $315.00 | 12.40 | $7,668.00 |
| | | | $330.00 | 11.40 | |
| Nicole Pytel | Legal Assistant | Real Estate | $235.00 | 5.50 | $1,292.50 |
| Kenneth Sampson | Conflicts Analyst | Administrative Services | $185.00 | 10.00 | $1,850.00 |
| Linda A. Scussel | Conflicts Specialist | Administrative Services | $280.00 | 1.50 | $1,983.50 |
| | | | $295.00 | 5.30 | |
| Carrie Sroka | Legal Assistant | Restructuring | $275.00 | 4.10 | $2,722.50 |
| | | | $290.00 | 5.50 | |
| Katee Stahl | Conflicts Analyst | Administrative Services | $190.00 | 3.00 | $570.00 |
| Elizabeth A. Suehr | Conflicts Specialist | Administrative Services | $255.00 | 6.80 | $1,734.00 |
| **Totals for Paraprofessionals** | | | | **88.00** | **$22,687.00** |

4

KE 31740320

**Summary of the Total Amount of Fees Incurred**
**Under Each Subject Matter During the Supplemental Final Fee Period**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 6 | Case Administration | 38.40 | $13,340.50 |
| 14 | Hearings | 4.60 | $2,833.00 |
| 16 | Non-K&E Retention Issues | 3.90 | $1,984.50 |
| 17 | K&E Retention, Fee Applications | 71.30 | $25,550.00 |
| 18 | Schedules, Statement of Financial Affairs and Monthly Operating Report | 1.90 | $694.50 |
| 19 | Tax Issues | 0.20 | $183.00 |
| 24 | Real Estate Sale Process | 142.40 | $78,139.00 |
| **Totals** | | **262.70** | **$122,724.50** |

5

KE 31740320

## Summary of Expenses Incurred During the Supplemental Final Fee Period

| Expense Category | Amount |
|---|---:|
| Color Copies or Prints | $0.55 |
| Computer Database Research | $155.10 |
| Outside Messenger Services | $13.00 |
| Outside Retrieval Service | $301.00 |
| Overnight Delivery | $40.06 |
| Overtime Transportation | $17.85 |
| Scanned Images | $18.40 |
| Standard Copies or Prints | $440.40 |
| Third Party Telephone Charges | $54.83 |
| **Total** | **$1,041.19** |

KE 31740320

Dated:  May 16, 2014                    Respectfully Submitted,

                                        /s/ David L. Eaton
                                        James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
                                        David L. Eaton (IL Bar No. 3122303)
                                        Ryan Preston Dahl (IL Bar No. 6292645)
                                        **KIRKLAND & ELLIS LLP**
                                        300 North LaSalle Street
                                        Chicago, Illinois  60654
                                        Telephone: (312) 862-2000
                                        Facsimile:  (312) 862-2200

                                        *Counsel to the Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUALTEQ INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | Hearing Date: June 25, 2014, |
|  | ) | at 9:30 a.m. (prevailing Central Time) |

## FINAL MONTHLY FEE APPLICATION AND SUPPLEMENTAL FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2013 THROUGH APRIL 30, 2014

Kirkland & Ellis LLP ("K&E"), counsel to Fred C. Caruso, solely in his capacity as the chapter 11 trustee (the "Trustee") in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New Jersey, Inc. ("Qualteq") and its affiliated chapter 11 debtors (collectively, with Qualteq, the "Debtors"), hereby submits its: (a) supplemental final fee application (the "Supplemental Final Fee Application") for final allowance of compensation for services rendered in the amount of $122,724.50 and reimbursement of actual and necessary expenses in the amount of $1,014.19 for the period from July 1, 2013, through April 30, 2014 (the "Final Fee Period"); (b) final monthly fee application (the "Final Monthly Application," together with the Supplemental Final Fee Application, the "Application") for compensation for services rendered in the amount of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

$7,925.50 and reimbursement of actual and necessary expense in the amount of $84.40 for the

period April 1, 2014, through April 30, 2014 (the "<u>Final Monthly Period</u>"); (c) payment of the

unpaid portions of such allowed fees and expenses, pursuant to the *Order Establishing*

*Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and*

*Official Committee Members* [Delaware Docket No. 125], as amended by [Docket No. 411]

(the "<u>Interim Compensation Order</u>"); and (d) granting related relief.  In further support of the

Application, K&E respectfully states as follows:

## <u>Jurisdiction And Venue</u>

1.      The United States Bankruptcy Court for the Northern District of Illinois

(this "<u>Court</u>") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This

matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2).

2.      Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the relief requested herein are 327, 330, and 331 of title 11

of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>"), Rule 2016 of the

Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 5082-1 of the Local

Rules for the United States Bankruptcy Court for the Northern District of Illinois

(the "<u>Local Rules</u>").

## <u>Background</u>

4.      On April 23, 2013, the Court entered an order (the "<u>Confirmation Order</u>")

[Docket No. 1555] confirming the *Chapter 11 Trustee's First Amended Joint Plan of Liquidation*

*for Qualteq Inc., d/b/a VCT New Jersey, and Certain of Its Affiliated Chapter 11 Debtors*

*Pursuant to Chapter 11 of the Bankruptcy Code (With Technical Amendments)*

[Docket No. 1530] (with all supplements and exhibits thereto, the "<u>Plan</u>") and on May 3, 2013

(the "<u>Effective Date</u>"), the conditions precedent to the consummation of the Plan were satisfied

2

or waived in accordance with the terms of the Plan and the Confirmation Order for each Debtor

other than Avadamma, LLC.  By its terms, the Plan excluded Creative Investments for purposes

of the Plan.

5.      On June 27, 2013, the Trustee caused the Plan to be substantially consummated

for Avadamma, LLC.  By its terms, the Plan excluded Creative Investments, an Illinois general

partnership ("Creative Investments"), for purposes of the Plan.   Since the Effective Date,

Creative Investments has therefore continued to operate under the protections of chapter 11 with

Mr. Caruso as Trustee.

6.      On July 2, 2013 K&E filed its *Fourth Interim and Final Fee Application of

Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and for

Reimbursement of Expenses for the Period May 10, 2012 Through May 3, 2013 and May 31,

2013, Respectively* [Docket No. 1806] (the "Initial Final Fee Application"), pursuant to which

K&E was compensated and reimbursed for fees and expenses incurred for all Debtors through

May 31, 2013.[2]   On August 26, 2013, K&E filed its *Supplemental Final Fee Application of

Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and for

Reimbursement of Expenses for the Period June 1, 2013 through June 27, 2013* [Docket No.

1949] (the "First Supplemental Final Application"), pursuant to which K&E was compensated

and reimbursed for fees and expenses incurred for all Debtors through June 27, 2013.[3]   However,

as K&E noted in the First Supplemental Final Application, because a chapter 11 plan had not

been consummated for Creative Investments K&E continued to file monthly applications for

compensation  and  expenses  for  Creative  Investments  in  compliance  with  the  Interim

---

[2]      See [Docket No. 1857].

[3]      See [Docket No. 1986].

Compensation Order until such time as filing a final application (i.e., this Application) became
appropriate.

### Retention of and Continuing Disinterestedness of Kirkland & Ellis LLP

7.      By this Court's order dated June 19, 2012,[4] the Trustee was authorized to retain
K&E as his counsel, effective as of the Appointment Date, to assist the Trustee with managing
the chapter 11 estates, prosecuting these chapter 11 cases, and all related matters
(the "Retention Order").   The Retention Order authorizes the Trustee to compensate K&E in
accordance with the procedures set forth in the applicable provisions of the Bankruptcy Code,
the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines (the "Guidelines"), and any
applicable orders of this Court.

8.      As disclosed in the declarations previously filed with the Court,[5] K&E does not
hold or represent any interest adverse to the Debtors' estates and is a "disinterested person" as
that term is defined in section 101(14) of the Bankruptcy Code.

---

[4]    See *Order Authorizing the Employment and Retention of Kirkland & Ellis LLP as Bankruptcy Counsel to the
Chapter 11 Trustee* Nunc Pro Tunc *to the Appointment Date* [Docket No. 435].

[5]    See *Declaration of David L. Eaton in Support of the Chapter 11 Trustee's Application for Entry of an Order
Authorizing the Employment and Retention of Kirkland & Ellis LLP as Bankruptcy Counsel to the Chapter 11
Trustee Effective* Nunc Pro Tunc *to the Appointment Date* [Docket No. 397, Ex. B], filed on June 1, 2012, the
*Supplemental Declaration of David L. Eaton in Support of the Chapter 11 Trustee's Application for Entry of an
Order Authorizing the Employment and Retention of Kirkland & Ellis LLP as Bankruptcy Counsel to the
Chapter 11 Trustee Effective* Nunc Pro Tunc *to the Appointment Date* [Docket No. 432], filed on June 18, 2012,
the *Second Supplemental Declaration of David L. Eaton in Support of the Chapter 11 Trustee's Application for
Entry of an Order Authorizing the Employment and Retention of Kirkland & Ellis LLP as Bankruptcy Counsel
to the Chapter 11 Trustee Effective* Nunc Pro Tunc *to the Appointment Date* [Docket No. 629], filed on
September 5, 2012, the *Third Supplemental Declaration of David L. Eaton in Support of the Chapter 11
Trustee's Application for Entry of an Order Authorizing the Employment and Retention of Kirkland & Ellis LLP
as Bankruptcy Counsel to the Chapter 11 Trustee Effective* Nunc Pro Tunc *to the Appointment Date* [Docket
No. 788], filed on October 11, 2012, the *Fourth Supplemental Declaration of David L. Eaton in Support of the
Chapter 11 Trustee's Application for Entry of an Order Authorizing the Employment and Retention of Kirkland
& Ellis LLP as Bankruptcy Counsel to the Chapter 11 Trustee Effective* Nunc Pro Tunc *to the Appointment
Date* [Docket No. 997], filed on January 4, 2013, the *Fifth Supplemental Declaration of David L. Eaton in
Support of the Chapter 11 Trustee's Application for Entry of an Order Authorizing the Employment and
Retention of Kirkland & Ellis LLP as Bankruptcy Counsel to the Chapter 11 Trustee Effective* Nunc Pro Tunc *to
the Appointment Date* [Docket No. 1604], filed on May 3, 2013, the *Sixth Supplemental Declaration of David L.
Eaton in Support of the Chapter 11 Trustee's Application for Entry of an Order Authorizing the Employment
and Retention of Kirkland & Ellis LLP as Bankruptcy Counsel to the Chapter 11 Trustee Effective* Nunc Pro

4

9.      K&E performed the services for which it is seeking compensation on behalf of the Trustee and/or the Debtors' estates and not on behalf of any committee, creditor, or other person.

10.     Except as provided herein or in the application to retain K&E, K&E has received no payment and no promises for payment from any source other than the Trustee for services rendered or to be rendered in any capacity whatsoever in connection with these chapter 11 cases.

11.     Pursuant to Bankruptcy Rule 2016(b), K&E has not shared, nor has K&E agreed to share:  (a) any compensation it received or may receive with another person other than with the partners, counsel, and associates of K&E; or (b) any compensation another person or party has received or may receive.

### K&E's Monthly Fee Applications

12.     K&E has filed the following monthly fee applications, which are covered by this Supplemental Final Fee Application (collectively, the "Monthly Fee Applications").  The chart attached hereto as **Exhibit C** summarizes the current status of the Monthly Fee Applications:

(a)     Fifteenth Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Interim Period July 1, 2013, Through July 31, 2013 (Filed:  August 26, 2013) [Docket No. 1950] (the "July Application");

(b)     Sixteenth Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Interim Period August 1, 2013, Through August 31, 2013  (Filed: September 24, 2013)  [Docket No. 1990] (the "August Application");

(c)     Seventeenth Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Interim Period September 1, 2013, Through September 30, 2013 (Filed: October 25, 2013) [Docket No. 2028] (the "September Application");

---

Tunc *to the Appointment Date* [Docket No. 1995], filed on October 8, 2013, and the *Seventh Supplemental Declaration of David L. Eaton in Support of the Chapter 11 Trustee's Application for Entry of an Order Authorizing the Employment and Retention of Kirkland & Ellis LLP as Bankruptcy Counsel to the Chapter 11 Trustee Effective* Nunc Pro Tunc *to the Appointment Date* [Docket No. 2113], filed on February 25, 2014.

(d)     Eighteenth Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Interim Period October 1, 2013, Through October 31, 2013 (Filed: November 25, 2013) [Docket No. 2059] (the "October Application");

(e)     Nineteenth Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Interim Period November 1, 2013, Through November 30, 2013 (Filed: December 26, 2013) [Docket No. 2095] (the "November Application");

(f)     Twentieth Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Interim Period December 1, 2013, Through December 31, 2013 (Filed: January 27, 2014) [Docket No. 2105] (the "December Application");

(g)     Twenty-First Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Interim Period January 1, 2014, Through January 31, 2014 (Filed: February 24, 2014) [Docket No. 2111] (the "January Application");

(h)     Twenty-Second Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Interim Period February 1, 2014, Through February 28, 2014 (Filed: March 27, 2014) [Docket No. 2149] (the "February Application");

(i)     Twenty-Third Application of Kirkland & Ellis LLP for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Interim Period March 1, 2014, Through March 31, 2014 (Filed: April 30, 2014) [Docket No. 2171] (the "March Application"); and

(j)     The Final Monthly Application, subject to the representations made herein, all fees and expenses sought for the Final Monthly Period are included as part of this Final Fee Period. The fees and expenses sought in this Supplemental Final Fee Application attributable to the Final Monthly Period total $7,925.50 and $84.40, respectively. The Final Monthly Application is attached hereto as **Exhibit B**.

**Kirkland & Ellis LLP Total Payment Received and Payment Request**

13.     By this Supplemental Final Fee Application, K&E seeks final approval of the

amounts of the fees and expenses requested for the Final Fee Period. Specifically, K&E seeks

final allowance of compensation for professional services rendered to the Trustee during the
Final Fee Period in the aggregate amount of $122,724.50 and for reimbursement of actual
expenses incurred in connection with rending such services in the aggregate amount of
$1,041.19, for a total award of $123,765.69 for fees and expenses.

14.     As of the date hereof, K&E has received $78,311.99 from the Trustee for fees and
expenses incurred during the Final Fee Period, which represents 80% of fees and 100% of
expenses requested in the July Application, the August Application, the September Application,
the October Application, the November Application, the December Application, and the January
Application.   As of the date herein, K&E has not yet received payment for the February
Application, the March Application and the Final Monthly Application.  The objection period for
the March Application expires on May 21, 2014, and the objection period for the Final Monthly
Application expires on June 5, 2014.

15.     The fees sought in this Supplemental Final Fee Application reflect an aggregate of
262.70 hours expended by K&E professionals and paraprofessionals during the Final Fee Period
rendering necessary and beneficial legal services to the Trustee at a blended average hourly rate
of $467.17 for both attorneys and paraprofessionals (or $572.62 for attorneys only).   K&E
maintains computerized records of the time expended in the performance of the professional
services required by the Trustee and the Debtors' estates.  These records are maintained in the
ordinary course of K&E's practice.

16.     The hourly rates and corresponding rate structure used by K&E in the chapter 11
cases are equivalent to the hourly rates and corresponding rate structure predominantly used by
K&E for restructuring, workout, bankruptcy, insolvency, and comparable matters, and similar
complex corporate matters whether in court or otherwise, regardless of whether a fee application

7

is required.  The rates and rate structure reflect that K&E's matters are typically national in scope and generally involve great complexity, high stakes, and severe time pressures.

17.     K&E's hourly rates are set at a level designed to compensate K&E fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

18.     This Supplemental Final Fee Application is K&E's final request for compensation for services rendered and reimbursement of expenses incurred as counsel to the Trustee.

### K&E's Contributions to the Chapter 11 Case

19.     As more fully discussed in the Initial Final Fee Application, K&E advised and assisted the Trustee on all aspects of these chapter 11 cases.  These efforts included, among other things:  (a) advising the Trustee and his other retained professionals on the legal ramifications of efforts to stabilize the Debtors' operations and communicating with key stakeholders regarding the chapter 11 process; (b) drafting documentation for, negotiating, and closing on the sale of the Debtors' operating businesses and seven separate parcels of the Debtors owned real property; and (c) obtaining confirmation of the Plan, which provides for full distributions to substantially all of the Debtors' creditors, and recoveries to equityholders estimated to be in excess of approximately $10 million.  The facts and basis for relief set forth in the Initial Final Fee Application is incorporated herein by reference.

### Summary Of Services

20.     During the Final Fee Period, K&E provided a significant number of professional services to the Trustee in connection with these chapter 11 cases.  These services were often performed under time constraints and were necessary to administer a multitude of critical issues

8

both unique to these chapter 11 cases and typically faced by large corporate debtors in similar cases of this magnitude and complexity. Throughout the Final Fee Period covered by this Supplemental Final Fee Application, K&E spent a significant amount of time working on initiatives that maximized the value of the Debtors' estates, including issues related to obtaining liquidity necessary to operate business operations, seeking entry into new leases for operating and real property assets, and, ultimately, negotiating and documenting purchase agreements for the Debtors' valuable assets, the proceeds of which were distributed to the Debtors' creditors and equityholders through a consensual chapter 11 plan.

21.     To provide a meaningful summary of K&E's services rendered on behalf of the Trustee, K&E has established, in accordance with the Guidelines and its internal billing procedures, certain subject matters (each, a "<u>Subject Matter</u>") in connection with these chapter 11 cases.  The following is a summary, by Subject Matter, of the principle professional services rendered by K&E during the Final Fee Period.  This summary is organized in accordance with K&E's internal system of matter numbers.  Additionally, the computerized time records for the Final Fee Period were provided to the Court and the U.S. Trustee.  The detailed descriptions demonstrate K&E was heavily involved in performing services for the Trustee on a daily basis, often including night and weekend work, to meet the Trustee's needs and those of the Debtors' estates in these chapter 11 cases.

(a)     <u>Case Administration (Matter 6)</u>

(Fees:  $13,340.50; Hours:  38.40)

22.     This Subject Matter includes legal services rendered in connection with the administration of the chapter 11 estates, including:   (a) monitoring the Court's docket; (b) performing clerical and administrative activities; (c) preparing and updating case calendars and works in process lists; (d) conducting internal K&E conferences and corresponding with the

9

Trustee regarding case status; and (e) coordinating case management tasks among K&E personnel and other retained professionals.

(b)     Hearings (Matter 14)

(Fees:  $2,833.00; Hours:  4.60)

23.     This Subject Matter includes legal services rendered in preparing for and attending numerous hearings in these chapter 11 cases and related hearings in the chapter 7 cases of Pethinaidu Veluchamy and Parameswari Veluchamy.

(c)     Non-K&E Retention Issues (Matter 16)

(Fees:  $1,984.50; Hours:  3.90)

24.     This Subject Matter includes legal services rendered in connection with certain non-K&E professionals' retention applications, including assisting with such professionals' retention and compensation in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and applicable orders of the Court.

(d)     K&E Retention, Fee Applications (Matter 17)

(Fees:  $25,550.00; Hours:  71.30)

25.     This Subject Matter includes legal services rendered in connection with K&E's retention, including, performing comprehensive conflicts checks and related disclosures and preparing and filing the Monthly Applications in these chapter 11 cases.

(e)     Schedules, Statement of Financial Affairs
and Monthly Operating Report (Matter 18)

(Fees:  $694.50; Hours:  1.90)

26.     This Subject Matter includes legal services rendered in connection with issues related to:  (a) preparing and reviewing the monthly operating reports for the chapter 11 estates; and (b) preparing and filing certain amended schedules [Docket Nos. 1096, 1491, and 1521].

10

      (f)      <u>Tax Issues (Matter 19)</u>

            (Fees:  $183.00; Hours:  0.20)

27.      This Subject Matter includes legal services rendered in connection with issues related to tax matters.

      (g)      <u>Real Estate Sale Process (Matter 24)</u>

            (Fees:  $78,139.00; Hours:  142.40)

28.      This Subject Matter includes legal services rendered in connection with the preparation for the sale Debtors' principal asset, namely those certain parcels of real property located at 125 and 200-220 Fencl Road, Hillsdale, Illinois (collectively, the "<u>Fencl Property</u>"). In this process, K&E advised the Trustee on, among other things, the terms and conditions around the $2.4 million credit bid for the Fencl Property submitted by BMO Harris Bank, N.A., the asset purchase entered-into with respect to the Fencl Property, the consummation of that transaction, which occurred on October 28, 2013, and various post-closing matters.

**<u>Actual and Necessary Expenses Incurred by K&E</u>**

29.      It is K&E's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also K&E's policy to charge its clients only the amount actually incurred by K&E in connection with such items.  Examples of such expenses are postage, overnight mail, courier delivery, transportation, computer-assisted legal research, photocopying, airfare, meals, and lodging.  Pursuant to the engagement letter between K&E and the Trustee, K&E professionals may charge their overtime meals and overtime transportation to the Trustee consistent with K&E's ordinary business practices. However, K&E has voluntarily waived reimbursement on account of computer-assisted legal

research and overtime meals and does not seek reimbursement for such expenses by this Supplemental Final Fee Application.

30.     A summary of expenses by type, as well as a detailed itemization and description of the disbursements made by K&E on the behalf of the Trustee or on the behalf of the chapter 11 estates during the Supplemental Final Fee Period, is attached hereto as **Exhibit D**. K&E has incurred a total of $1,041.19 in expenses on behalf of the Trustee for the Final Fee Period.

31.     Although every effort has been made to include all fees and expenses incurred in the Supplemental Final Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Supplemental Final Fee Period.  K&E reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, the K&E respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**: (a) allowing on a final basis and awarding compensation for professional services rendered during the Final Fee Period in the amount of $122,724.50 and for reimbursement of all actual and necessary expenses incurred by K&E during the Final Fee Period in the amount of $1,041.19; and (b) granting related relief.

Dated:  May 16, 2014                   Respectfully Submitted,


                                       */s/ David L. Eaton*
                                       James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
                                       David L. Eaton (IL Bar No. 3122303)
                                       Ryan Preston Dahl (IL Bar No. 6292645)
                                       **KIRKLAND & ELLIS LLP**
                                       300 North LaSalle Street
                                       Chicago, Illinois  60654
                                       Telephone: (312) 862-2000
                                       Facsimile:  (312) 862-2200

                                       *Counsel to the Chapter 11 Trustee*

KE 31740320

<u>**Exhibit A**</u>

**Proposed Order**

KE 31740320