**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUALTEQ, INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | Hearing Date: June 25, 2014, |
|  | ) | at 9:30 a.m. (prevailing Central Time) |

**NOTICE OF THE SUPPLEMENTAL FINAL FEE APPLICATION OF THE
CHAPTER 11 TRUSTEE FOR ALLOWANCE OF COMPENSATION
AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY
EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2013,
SOLELY WITH RESPECT TO CREATIVE INVESTMENTS**

**PLEASE TAKE NOTICE** that on **June 25, 2014, at 9:30 a.m. (prevailing Central Time)** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff in Courtroom 744 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the *Supplemental Final Fee Application of the Chapter 11 Trustee for Allowance of Compensation and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from July 1, 2013, Solely With Respect to Creative Investments* (the "Supplemental Final Fee Application"), at which time and place you may appear if you so desire.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

KE 31728208

**PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning the above-captioned chapter 11 cases at the website maintained in these chapter 11 cases at http://www.phaseeleven.com/qualteq/.

Dated: May 16, 2014

Respectfully Submitted,

*/s/ David L. Eaton*
James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Chapter 11 Trustee*

KE 31728208

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| QUALTEQ, INC., <br> d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) Case No. 12-05861 (ERW) <br> ) Jointly Administered |
| Debtors. | ) Hearing Date: June 25, 2014, <br> ) at 9:30 a.m. (prevailing Central Time) |

**COVER SHEET FOR THE SUPPLEMENTAL FINAL FEE APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2013, SOLELY WITH RESPECT TO CREATIVE INVESTMENTS**

| | |
|---|---|
| Name of Applicant: | Fred C. Caruso, solely in his capacity as the chapter 11 trustee (the "Trustee") in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New Jersey, Inc. ("Qualteq") and its affiliated chapter 11 debtors (collectively, with Qualteq, the "Debtors") |
| Authorized to Provide Professional Services to: | The Debtors' Estates |
| Date of Retention: | May 10, 2012 [Docket No. 351] |
| Period for Which Commission Is Sought: | From July 1, 2013 (solely with respect to Creative Investments)[2] |
| Total Supplemental Compensation Sought to be Allowed on a Final Basis: | $30,988.00 (including $15,000.00 in post March 31, 2014 compensation) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma, LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

[2] Because a chapter 11 plan has not been consummated for Creative Investments, an Illinois general partnership ("Creative Investments"), the Trustee will continue to file monthly applications for compensation and expenses for Creative Investments in compliance with the Interim Compensation Order.

| Total Expense Reimbursement Sought to be Allowed on a Final Basis: | $1.15 |
|---|---|

This is a:  __ monthly __ interim __ final application **X** supplement to the final fee application.

## Summary of Trustee's Fee Statements Filed
## Regarding for the Supplemental Final Fee Period

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | CNO/Order Date & Docket No. | Approved Fees | Approved Expenses | Holdback |
|---|---|---|---|---|---|---|---|
| 08/26/2013 [1947] | 07/01/2013 through 07/31/2013 | $5,118.00 | $0.00 | 09/17/2013 [1982] | $4,094.40 | $0.00 | $1,023.60 |
| 09/16/2013 [1980] | 08/01/2013 through 08/31/2013 | $2,227.50 | $0.00 | 10/10/2013 [2008] | $1,782.00 | $0.00 | $445.50 |
| 10/16/2013 [2015] | 09/01/2013 through 09/30/2013 | $2,287.50 | $0.00 | 11/08/2013 [2041] | $1,830.00 | $0.00 | $457.50 |
| 11/21/2013 [2056] | 10/01/2013 through 10/31/2013 | $2,012.50 | $0.00 | 12/23/2013 [2089] | $1,610.00 | $0.00 | $402.50 |
| 12/23/2013 [2091] | 11/01/2013 through 11/30/2013 | $3,117.00 | $0.00 | 01/15/2013 [2099] | $2,493.60 | $0.00 | $623.40 |
| 5/16/2014 | 12/01/2013 through 03/31/2014 | $1,225.50 | $1.15 | N/A | $0.00 | $1.15 | $1,226.65 |
| 5/16/2014 | Worked Performed Post 03/31/2014 | $15,000.00 | $0.00 | N/A | $0.00 | $0.00 | $15,000.00 |

2

KE 31728208

Dated:  May 16, 2014

Respectfully Submitted,

*/s/ David L. Eaton*
James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Chapter 11 Trustee*

KE 31728208

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUALTEQ, INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | Hearing Date: June 25, 2014, at |
|  | ) | 9:30 a.m. (prevailing Central Time) |

**SUPPLEMENTAL FINAL FEE**
**APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ALLOWANCE OF**
**COMPENSATION AND FOR REIMBURSEMENT OF ACTUAL AND**
**NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2013,**
**SOLELY WITH RESPECT TO CREATIVE INVESTMENTS**

Fred C. Caruso, solely in his capacity as the chapter 11 trustee (the "Trustee") in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New Jersey, Inc. ("Qualteq") and its affiliated chapter 11 debtors (collectively, with Qualteq, the "Debtors"), hereby submits this supplemental final fee application (this "Supplemental Final Fee Application") for entry of an order, substantially in the form attached hereto as **Exhibit A**: (a) approving and allowing, on a final basis, compensation for professional services rendered and reimbursement of necessary expenses incurred by the Trustee for the period from July 1, 2013 (the "Supplemental Final Fee Period"), solely with respect to Debtor Creative Investments, in the amount of $30,988.00 and $1.15, respectively; (b) authorizing the payment of the unpaid portions of such allowed fees and expenses pursuant to the *Order Establishing Procedures for Interim Compensation and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Avadamma LLC (4775; 4800; 4810; 4829); (h) Creative Automation Company (4350); (i) Creative Investments, a General Partnership (5992); (j) Fulfillment Xcellence, Inc. (3461); (k) Global Card Services, Inc. (4581); (l) Unique Data Services, Inc. (1068); (m) Unique Embossing Services, Inc. (1043); (n) Unique Mailing Services, Inc. (2594); (o) Versatile Card Technology, Inc. (5258); (p) Veluchamy LLC (3434); and (q) Vmark, Inc. (5904).

KE 31728208

*Reimbursement of Expenses for Professionals and Official Committee Members* [Delaware Docket No. 125], as amended by [Docket No. 411] (the "Interim Compensation Order"); and (c) granting related relief. In further support of this Supplemental Final Fee Application, the Trustee respectfully states as follows:

## Jurisdiction And Venue

1. The United States Bankruptcy Court for the Northern District of Illinois (this "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are 327, 330, and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## Relief Requested

4. By this Supplemental Final Fee Application, the Trustee seeks entry of an order, substantially in the form attached hereto as **Exhibit A**: (a) approving and allowing, on a final basis, compensation for professional services rendered and reimbursement of necessary expenses incurred by the Trustee during the Supplemental Final Fee Period, solely with respect to Creative Investments; (b) authorizing the payment of the twenty (20) percent of such fees held back pursuant to the Interim Compensation Order; and (c) granting related relief. The Trustee has previously filed and served monthly applications for the period covering July 1, 2013 through and including November 30, 2013 [Docket Nos. 1947, 1980, 2015, 2056, 2091]

2

(each a "Monthly Application," and collectively the "Monthly Applications"). The Monthly Applications are incorporated herein by reference.

**Background**

5. On April 23, 2013, the Court entered an order (the "Confirmation Order") [Docket No. 1555] confirming the *Chapter 11 Trustee's First Amended Joint Plan of Liquidation for Qualteq Inc., d/b/a VCT New Jersey, and Certain of Its Affiliated Chapter 11 Debtors Pursuant to Chapter 11 of the Bankruptcy Code (With Technical Amendments)* [Docket No. 1530] (with all supplements and exhibits thereto, the "Plan") and on May 3, 2013 (the "Effective Date"), the conditions precedent to the consummation of the Plan were satisfied or waived in accordance with the terms of the Plan and the Confirmation Order for each Debtor other than Avadamma, LLC. By its terms, the Plan excluded Creative Investments for purposes of the Plan. On June 27, 2013, the Trustee caused the Plan to be substantially consummated for Avadamma, LLC.

6. On July 2, 2013, the Trustee caused the *Chapter 11 Trustee's Fourth Interim and Final Fee Application for Allowance of Compensation and for Reimbursement of Actual and Necessary Expenses Incurred for the Period May 10, 2012 Through May 3, 2013 and May 31, 2013, Respectively* [Docket No. 1808] (the "Initial Final Application") to be filed, pursuant to which the Trustee sought compensation and reimbursement for fees and expenses on a final basis with respect to all Debtors other than Avadamma, LLC and Creative Investments. On September 11, 2013, the Court entered an order [Docket No. 1972] approving the fees and expenses requested by the Initial Final Application.

7. On August 26, 2013 the Trustee caused the *Supplemental Final Fee Application of the Chapter 11 Trustee for Allowance of Compensation and for Reimbursement of Actual and Necessary Expenses Incurred for the Period May 4, 2013 Through June 27, 2013, Solely With*

3

*Respect to Avadamma, LLC* [Docket No. 1948] (the "<u>First Supplemental Final Application</u>") to be filed, pursuant to which the Trustee sought compensation and reimbursement for fees and expenses on a final basis solely with respect to Avadamma, LLC.  In the First Supplemental Final Application the Trustee stated that he did not at that time seek final approval of the fees and expenses attributable to the chapter 11 estate of Creative Investments, but would in the future, pending the ultimate disposition of Creative Investments' estate.  On September 18, 2013, the Court entered an order [Docket No. 1985] approving the fees and expenses requested by the First Supplemental Final Application.

## Compensation Requested

8.    On April 16, 2014, the Court entered an order approving certain procedures governing the distribution of assets and providing for the ultimate disposition of Creative Investment's estate [Docket No. 2159].  Pursuant to that order, the Court set May 16, 2014 as the deadline to file final applications for compensation with respect to professional fee claims for Creative Investment's estate.  The Trustee hereby files the Supplemental Final Fee Application in compliance with that requirement.

9.    A detailed schedule of services rendered by the Trustee during the Supplemental Final Fee Period is attached hereto as **Exhibit B**, and includes:  (a) a summary of the hours spent, the names of each professional and paraprofessional rendering services to the Debtors' estates during the Supplemental Final Fee Period, the regular customary billing rates, and the total value of time incurred by each of the Trustee's professionals rendering services to the Debtors' estates during the Supplemental Final Fee Period; (b) a copy of the time entries reflecting the time recorded for these services; and (c) a statement of expenses incurred by the

4

Trustee during the Supplemental Final Fee Period. All time entries and requested expenses are in substantial compliance with Local Rule 5082-1.

10. The Trustee seeks final allowance of (a) fees in the amount of $30,988.00 for professional services rendered, including an estimated $15,000 of fees, with respect to the post-March 31, 2014 time period, and (b) expenses incurred in the amount of $1.15, for the Supplemental Final Fee Period. The Trustee also requests authorization to pay the twenty (20) percent of fees held back, as required by the Interim Compensation Order. The Trustee's requested fees fall below the 3% maximum compensation allowed to the Trustee pursuant to section 326(a) of the Bankruptcy Code.

11. The undersigned has reviewed the requirements of Local Rule 5082-1 and certifies to the best of his information, knowledge, and belief that this Application complies with that Local Rule. Notice of this Supplemental Final Fee Application has been provided in accordance with the Interim Compensation Order. The Trustee submits that no other or further notice need be provided.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

KE 31728208

WHEREFORE, the Trustee respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**: (a) approving and allowing, on a final basis, compensation for professional services rendered and reimbursement of necessary expenses incurred by the Trustee during the Supplemental Final Fee Period, solely with respect to Creative Investments; (b) authorizing the payment of the twenty (20) percent of such fees held back pursuant to the Interim Compensation Order; and (c) granting related relief.

| | |
|---|---|
| Dated: May 16, 2014 | Respectfully Submitted, |
| | |
| | */s/ David L. Eaton* |
| | James H.M. Sprayregen, P.C. (IL Bar No. 6190206) |
| | David L. Eaton (IL Bar No. 3122303) |
| | Ryan Preston Dahl (IL Bar No. 6292645) |
| | **KIRKLAND & ELLIS LLP** |
| | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | |
| | *Counsel to the Chapter 11 Trustee* |

**Exhibit A**

**Proposed Order**

KE 31728208