UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-05861 |
| QUALTEQ, INC., | ) | (Jointly Administered) |
| d/b/a VCT NEW JERSEY, INC., et al., | ) | Chapter:  11 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING THE FINAL MONTHLY FEE APPLICATION
AND SUPPLEMENTAL FINAL FEE APPLICATION OF
KIRKLAND & ELLIS LLP FOR ALLOWANCE OF ADMINISTRATIVE
CLAIM FOR COMPENSATION AND FOR REIMBURSEMENT OF
EXPENSES FOR THE PERIOD JULY 1, 2013 THROUGH AND APRIL 30, 2014**

  Upon the supplemental final fee application (the "Supplemental Final Fee Application") and final monthly application (the "Final Monthly Application," together with the Supplemental Final Fee Application, the "Application") of Kirkland & Ellis LLP ("K&E"), counsel to Fred C. Caruso, solely in his capacity as the chapter 11 trustee (the "Trustee") in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New Jersey, Inc. ("Qualteq") and its affiliated chapter 11 debtors (collectively, with Qualteq, the "Debtors") for the entry of an order (this "Order"):  (a) allowing on a final basis and awarding to K&E compensation for professional services rendered during the Final Fee Period in the amount of $122,724.50 and for reimbursement of all actual and necessary expenses incurred by K&E during the Final Fee Period in the amount of $1,041.19; and (b) granting related relief; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Application is in the best interests of the Debtors' estates, its creditors, and other parties in interest; and the Trustee having provided appropriate notice under the circumstances of the Application and the opportunity for a hearing on the Application, and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Final Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

  1.  All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Application.

  2. The Trustee or the Liquidator, as applicable, is authorized to pay K&E all fees and expenses allowed pursuant to this Order, including those that were previously held back pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Delaware Docket No. 125], as amended by [Docket No. 411], less any amounts previously paid in connection with the Monthly Applications covered by the Application.

  3. Compensation to K&E for professional services rendered during the Final Fee Period is allowed on a final basis in the amount of $122,724.50.

  4. Reimbursement to K&E for expenses incurred in the Final Fee Period is allowed on a final basis in

the amount of $1,041.19.

   5. The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

   6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

   7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  June 25, 2014

**Prepared by:**

James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Counsel to the Chapter 11 Trustee