UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-05861 |
| QUALTEQ, INC., | ) | (Jointly Administered) |
| d/b/a VCT NEW JERSEY, INC., et al., | ) | Chapter:  11 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER APPROVING SUPPLEMENTAL FINAL FEE APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2013, SOLELY WITH RESPECT TO CREATIVE INVESTMENTS**

Upon the Supplemental Final Fee Application of Fred C. Caruso, solely in his capacity as the chapter 11 trustee (the "Trustee") in the chapter 11 cases of Qualteq, Inc., d/b/a VCT New Jersey, Inc. ("Qualteq") and its affiliated chapter 11 debtors (collectively, with Qualteq, the "Debtors") for the entry of an order (this "Order"):  (a) allowing, on an final basis, compensation for professional services rendered and reimbursement of actual and necessary expenses incurred in the Supplemental Final Fee Period, solely with respect to Creative Investments; (b) authorizing payment on the full amounts requested in the Monthly Applications for the Supplemental Final Fee Period, solely with respect to Creative Investments, including the twenty (20) percent holdback of fees provided-for in the Interim Compensation Order; and (c) granting related relief; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Supplemental Final Fee Application is in the best interests of the Debtors' estates, its creditors, and other parties in interest; and the Trustee having provided appropriate notice under the circumstances of the Application and the opportunity for a hearing on the Supplemental Final Fee Application, and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

   1. All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Supplemental Final Fee Application.

   2. Compensation to the Trustee for professional services rendered on behalf of Creative Investments during the Supplemental Final Fee Period is allowed on a final basis in the amount of $30,988.00 and reimbursement of expenses incurred is allowed on a final basis in the amount of $1.15.

   3. The Trustee is authorized to receive all fees and expenses allowed pursuant to this Order, including those that were previously held back pursuant to the Interim Compensation Order, less any amounts previously received in connection with the Monthly Applications covered by the Application.

   4. The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

   5. The terms and conditions of this Order shall be immediately effective and enforceable upon its

entry.

   6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

                                                      Enter: *[signature: Eugene R. Wedoff]*

                                                       Honorable Eugene R. Wedoff

Dated: June 25, 2014                                      United States Bankruptcy Judge

**Prepared by:**

James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Counsel to the Chapter 11 Trustee