IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Creative Investments, a General Partnership　　　　　　　CASE NO.　12-05882 (ERW)

FINAL REPORT
SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For The Three Months Ending September 30, 2014

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ 460,410 |
| RECEIPTS: | |
| 1. Receipts from operations | $ 1 |
| 2. Transfers from other accounts | $ - |
| DISBURSEMENTS: | |
| 3. Net payroll: | |
| a. Officers | $ - |
| b. Others | $ - |
| 4. Taxes | |
| a. Federal Income Taxes | $ - |
| b. FICA Withholdings | $ - |
| c. Employee's withholdings | $ - |
| d. Employer's FICA | $ - |
| e. Federal Unemployment Taxes | $ - |
| f. State Income Tax | $ - |
| g. State Employee withholdings | $ - |
| h. All other state taxes | $ - |
| 5. Necessary Expenses: | |
| a. Rent or mortgage payment(s) | $ 333,000 |
| b. Utilities | $ - |
| c. Insurance | $ - |
| d. Management Fees | $ - |
| e. U. S. Trustee Fees | $ 5,229 |
| f. Admin | $ 122,181 |
| DISBURSEMENTS (before transfers) | $ 460,410 |
| Transfers to Other Accounts | $ - |
| DISBURSEMENTS (including transfers) | $ 460,410 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ (460,410) |
| ENDING BALANCE IN: LPL Financial (T-Bills) | $ - |
| ENDING BALANCE IN: The Private Bank | $ - |
| ENDING BALANCE TOTAL | $ - |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Creative Investments, a General Partnership     CASE NO. 12-05882 (ERW)

RECEIPTS LISTING

For Month Ending    September 30, 2014

Bank:           LPL Financial

Location:       Chicago, IL

Account Name:   Creative Investments

Account No:     XXXXXXX64  (T-Bill account)

| DATE RECEIVED: | DESCRIPTION | AMOUNT |
|---|---|---|
| Various | Misc. Interest Income | $ 0.84 |
| | TOTAL: | $ 1 |

Receipts may be identified by major categories.  It is not necessary to list each transaction separately by name of customer or invoice number.  You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Creative Investments, a General Partnership     CASE NO.   12-05882 (ERW)

DISBURSEMENTS LISTING

For Month Ending   September 30, 2014

Bank: The Private Bank

Location: Chicago, IL

Account Name: Creative Investments

Account No: XXXXXXX96

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 07/02/14 | Transfer | FXI (Prof fee reimbursement) | $ 19,179.15 |
| 07/08/14 | Transfer | FXI (Prof fee reimbursement) | $ 45,453.70 |
| 07/20/14 | 1020 | US Trustee | $ 325.00 |
| 07/22/14 | fee | Account Fee | $ 24.57 |
| 08/19/14 | fee | Account Fee | $ 32.31 |
| 08/29/14 | 1021 | Smith Hemmesch Burke & Kaczynski | $ 26,965.00 |
| 09/13/14 | 1022 | Brad Dooley & Associates | $ 448.00 |
| 09/16/14 | fee | Account Fee | $ 20.76 |
| 09/24/14 | wire | Harris Bank | $ 333,000.00 |
| 09/24/14 | 1023 | US Trustee | $ 4,904.35 |
| 09/24/14 | 1024 | Brad Dooley & Associates | $ 8,057.62 |
| 09/24/14 | 1026 | IDOR | $ 22,000.00 |
| | | TOTAL: | $ 460,410 |

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Creative Investments, a General Partnership

CASE NO.: 12-05882 (ERW)

For Month Ending September 30, 2014

### STATEMENT OF INVENTORY

Beginning inventory $ -
Change in inventory $ -
Ending inventory $ -

### PAYROLL INFORMATION STATEMENT

Gross payroll for this period $ -

Payroll taxes due but unpaid _____

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | 0 | $ - |

Note: Amount can vary due to number of days, interest rate and or tax escrows.

TOTAL: $ -

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Creative Investments, a General Partnership          CASE NO. 12-05882 (ERW)

For Month Ending    September 30, 2014

### STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE

| | |
|---|---|
| Beginning of month balance | $ - |
| Add: sales on account | $ - |
| Less: collections | $ - |
| End of month balance | $ - |

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 |

### STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ - |
| Net Change | $ - |
| End of month balance | $ - |

| | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|---|
| Third Party | $0 | $0 | $0 | $0 | $0 |
| Intercompany | $0 | $0 | $0 | $0 | $0 |
| TOTAL | $0 | $0 | $0 | $0 | $0 |

Aging buckets are based on dates entered into the Accounts Payable ledger.

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

Document      Page 6 of 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Creative Investments, a General Partnership          CASE NO.    12-05882 (ERW)

For Month Ending    September 30, 2014

TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( x ) | No ( ) |
| 2. | FICA withholdings | Yes ( x ) | No ( ) |
| 3. | Employee's withholdings | Yes ( x ) | No ( ) |
| 4. | Employer's FICA | Yes ( x ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( x ) | No ( ) |
| 6. | State Income Taxes | Yes ( x ) | No ( ) |
| 7. | State Employee withholdings | Yes ( x ) | No ( ) |
| 8. | All other State Taxes | Yes ( x ) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of the last payment.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DECLARATION UNDER PENALTY OF PERJURY**

I, _____Fred C. Caruso_____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)


Print or type name and capacity of
person signing this Declaration:

Fred C. Caruso_____
Chapter 11 Trustee_____
Creative Investments, a General Partnership_____

DATED: __9/24/14_____

OPERATING REPORT Page 8