## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

I, Melissa Obermayr, depose and say that I am employed by Phase Eleven Consultants LLC ("PEC"), the court appointed claims and noticing agent for the Debtors in the above-captioned case.

On December 18, 2014, at my direction and under my supervision, employees of PEC caused to be served the following documents via Electronic Mail (Email) Service (where applicable) upon the service list attached hereto as Exhibit 1 (the "Core Service List"):

- Notice of the Liquidator's Motion for Entry of an Order (A) Granting a Final Decree Closing the Chapter 11 Case of Avadamma LLC (Case No. 11-12577) and (B) Granting Related Relief [Docket 2228].

On December 18, 2014, at my direction and under my supervision, employees of PEC caused to be served the following documents via U.S. First-Class Mail Service upon the service list attached hereto as Exhibit 2 (the "Core Service List Individuals With No Email"):

- Notice of the Liquidator's Motion for Entry of an Order (A) Granting a Final Decree Closing the Chapter 11 Case of Avadamma LLC (Case No. 11-12577) and (B) Granting Related Relief [Docket 2228].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Automated Presort, Inc. (0850); (vi) Avadamma LLC (4775; 4800; 4810; 4829); (vii) Creative Automation Company (4350); (viii) Creative Investments, a General Partnership (5992); (ix) Fulfillment Xcellence, Inc. (3461); (x) Global Card Services, Inc. (4581); (xi) Unique Data Services, Inc. (1068); (xii) Unique Embossing Services, Inc. (1043); (xiii) Unique Mailing Services, Inc. (2594); (xiv) Versatile Card Technology, Inc. (5258); (xv) Veluchamy LLC (3434); and (xvi) Vmark, Inc. (5904).

On December 18, 2014, at my direction and under my supervision, employees of PEC caused to be served the following documents via U.S. First-Class Mail Service upon the service list attached hereto as Exhibit 3 (the "Avadamma List"):

- Notice of the Liquidator's Motion for Entry of an Order (A) Granting a Final Decree Closing the Chapter 11 Case of Avadamma LLC (Case No. 11-12577) and (B) Granting Related Relief [Docket 2228].

Dated:     December 18, 2014

Melissa Obermayr

Subscribed and sworn to (or affirmed)
before me this 18th day of December, 2014
by Melissa Obermayr, proved to me on
the basis of satisfactory evidence to be
the person who appeared before me.

OFFICIAL SEAL
JULIE MEEGAN
Notary Public - State of Illinois
My Commission Expires Feb 4, 2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
EXHIBIT 1

Qualteq, Inc. d/b/a VCT New Jersey, Inc., Case No. 12-05861
Exhibit 1 - Creditor list 2002/Core Service List
Report Generated: 12/18/2014 6:30:51 PM

| Creditor Id. No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 307821 | | Gesas, Michael | 120 S Riverside Plaza | Suite 1200 | Chicago | IL | 60606-3910 | | 312-876-6260 | mlgesas@arnstein.com |
| 307825 | | Nasiakos, John | 7101 N Cicero | | Lincolnwood | IL | 60712 | | 847-982-9517 | john@nasiakoslaw.com |
| 314949 | Unlimited Business Solutions Inc. d/b/a Furniture Values | | c/o Joel A. Schechter Esq. | 53 W. Jackson Blvd., Ste. 1522 | Chicago | IL | 60604-3761 | | 312 939-4714 | joelschechter@covad.net |
| 294353 | Alliance Leasing Inc. c/o Askounis & Darcy PC | Alliance Leasing Inc. c/o Askounis & Darcy PC (Thomas V. Askounis Esq.) | 444 N. Michigan Ave., Ste. 3270 | | Chicago | IL | 60611 | | 312-784-2410 | taskounis@askounisdarcy.com |
| 294127 | American Express Bank, FSB | American Express Bank, FSB | c/o Becket & Lee LLP, Gilbert B. Weisman | PO Box 3001 | Malvern | PA | 19355 | | 610-993-8493 | emeeker@becket-lee.com |
| 294109 | Arnstein & Lehr LLP | Arnstein & Lehr LLP (Michelle G. Novick Esq.) | 120 S. Riverside Plz., Ste. 1200 | Bradner Central Co. | Chicago | IL | 60606-3910 | US | 312-876-7349 | mgnovick@arnstein.com |
| 294176 | Arnstein & Lehr LLP | Arnstein & Lehr LLP (Novick, Michelle) | 120 S. Riverside Plaza, Suite 1200 | | Chicago | IL | 60606 | | 312-876-7349 | mgnovick@arnstein.com |
| 294312 | Arnstein & Lehr, LLP | Arnstein & Lehr, LLP (Morse, Esq., Kevin) | 120 S. Riverside Plaza, Suite 1200 | | Chicago | IL | 60606 | | 312-876-0288 | khmorse@arnstein.com |
| 303349 | Askounis & Darcy, P.C. | Askounis & Darcy, P.C. (Darcy, D. Alexander) | 444 North Michigan Avenue, Suite 3270 | | Chicago | IL | 60611 | | (312) 784-2410 | adarcy@askounisdarcy.com |
| 294354 | ASKOUNIS & DARCY, PC | ASKOUNIS & DARCY, PC (Woolley, Esq., C. Randall) | 444 North Michigan Avenue | Suite 3270 | Chicago | IL | 60611 | | (312) 784-2410 | rwoolley@askounisdarcy.com |
| 301798 | Bank of America NA | Bank of America NA (John Schuessler, Thomas J. Flanagan) | 135 S. LaSalle St., Ste. 1140 | | Chicago | IL | 60603-4177 | | 312-537-6917 | john.schuessler@bankofamerica.com |
| 303465 | Barnes & Thornburg, LLP | Barnes & Thornburg, LLP (Driscoll, Jr., Esq., Kevin) | 1 North Wacker Drive, Suite 4400 | | Chicago | IL | 60606 | | 312-759-5646 | kevin.driscoll@btlaw.com |
| 303347 | Bayside Funding | Bayside Funding | 1450 Brickell Avenue, 31st Floor | | Miami | FL | 33131 | | 305-379-3655 | bayside@bayside.com |
| 294307 | Blank Rome LLP | Blank Rome LLP (Alan M. Root Esq.) | 1201 N. Market St., Ste. 800 | | Wilmington | DE | 19801-1807 | | 302-428-5109 | root@blankrome.com |
| 308496 | BMO Harris NA | BMO Harris NA (Gregory J. Nelson) | 111 W. Monroe St., Fl. 4 | | Chicago | IL | 60603-4096 | | 312-293-4780 | bmoharrisfinancialadvisors@bmo.com |
| 294309 | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) | c/o Barry Chatz, Esq. | Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th | Chicago | IL | 60606 | | 312-876-6241 | bachatz@arnstein.com |
| 294292 | Briggs and Morgan, P.A. | Briggs and Morgan, P.A. (Gordon, Esq., Michael) | 2200 IDS Center | 80 South 8th Street | Minneapolis | MN | 55402 | | 612-977-8650 | mgordon@briggs.com |
| 299549 | Brown Udell Pomerantz & Delrahim Ltd. | Brown Udell Pomerantz & Delrahim Ltd. (Andrew A. Jacobson Esq., Jaganath A. Naidu, Vasudevaki Naidu) | 1332 N. Halsted St., Ste. 100 | | Chicago | IL | 60642-2637 | | 312-475-1188 | ajacobson@bupdlaw.com |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
### EXHIBIT 1

Qualteq, Inc. d/b/a VCT New Jersey, Inc., Case No. 12-05861
Exhibit 1 - Creditor list 2002/Core Service List
Report Generated: 12/18/2014 6:30:51 PM

| Creditor Id. No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 314913 | Brown Udell Pomerantz & Delrahim Ltd. | Brown Udell Pomerantz & Delrahim Ltd. (Ethan F. Ostrow Esq.) | 1332 N. Halsted St., Ste. 100 | | Chicago | IL | 60642-2637 | | 312-475-1188 | eostrow@bupdlaw.com |
| 316757 | Brown Udell Pomerantz & Delrahim Ltd. | Brown Udell Pomerantz & Delrahim Ltd. (Michelle A. Miner Esq.) | 1332 N. Halsted St., Ste. 100 | | Chicago | IL | 60642-2637 | | 312-475-1188 | mminer@bupdlaw.com |
| 308390 | Buchalter Nemer, A Professional Corporation | Buchalter Nemer, A Professional Corporation (Shawn M. Christianson, Esq.) | 55 Second Street, 17th Floor | | San Francisco | CA | 94105 | | 415-227-0770 | schristianson@buchalter.com |
| 288977 | Burr Ridge Bank and Trust | Burr Ridge Bank and Trust | 7020 S. County Line Rd. | | Burr Ridge | IL | 60527-5670 | | 630-366-2001 | info@brbank.com |
| 294171 | c/o Eugene Stuart Kraus Esq., Scott & Kraus LLC | c/o Eugene Stuart Kraus Esq., Scott & Kraus LLC (Inland Bank & Trust) | 150 S. Wacker Dr., Ste. 2900 | | Chicago | IL | 60606-4206 | | 312-327-1051 | ekraus@skcounsel.com |
| 294331 | Caxton Mark, Inc. | Caxton Mark, Inc. (Poole, Nick) | 5 Iroquois Road | | Leamington | Ontario | N8H3V7 | Canada | 519-322-1847 | Nick.Poole@caxtonmark.com |
| 315013 | Chapman & Cutler LLP | Chapman & Cutler LLP (Jennifer Lisa Majewski Esq.) | 111 W. Monroe St., Ste. 1600 | Harris Bank Bldg. | Chicago | IL | 60603-4099 | | 312-516-3945 | majewski@chapman.com |
| 315014 | Chapman & Cutler LLP | Chapman & Cutler LLP (Michael Terrence Benz Esq.) | 111 W. Monroe St., Ste. 1600 | Harris Bank Bldg. | Chicago | IL | 60603-4099 | | 312-516-3969 | benz@chapman.com |
| 289204 | Connolly Gallagher LLP | Connolly Gallagher LLP (Bifferato, Esq., Karen) | 1000 West Street, Suite 1400 | | Wilmington | DE | 19801 | | 302-757-7299 | kbifferato@connollygallagher.com |
| 304134 | Cozen O'Connor LLP | Cozen O'Connor LLP (Gary M. Klinger Esq.) | 333 W. Wacker Dr., Ste. 1900 | | Chicago | IL | 60606-2211 | | 312-462-1803 | gklinger@cozen.com |
| 294347 | Cozen O'Connor LLP | Cozen O'Connor LLP (Mark E. Felger Esq.) | 1201 N. Market St., Ste. 1400 | Chase Manhattan Ctr. | Wilmington | DE | 19801-1163 | | 302-295-2013 | mfelger@cozen.com |
| 294346 | Cozen O'Connor LLP | Cozen O'Connor LLP (Simon E. Fraser Esq.) | 1201 N. Market St., Ste. 1400 | Chase Manhattan Ctr. | Wilmington | DE | 19801-1163 | | 302-295-2013 | sfraser@cozen.com |
| 308298 | Creative Automation, a Vmark Co. | Creative Automation, a Vmark Co. (Gail M. Peterson) | 220 Fencl Ln. | | Hillside | IL | 60162-2002 | | 708-449-2826 | info@validusa.com |
| 303952 | Crowe Horwath LLP | Crowe Horwath LLP (Grivetti, John) | 70 West Madison Street | Suite 700 | Chicago | IL | 60602-4903 | | 312-899-5300 | john.grivetti@crowehorwath.com |
| 314754 | DaCorsi Placencio & Rumsey PC | DaCorsi Placencio & Rumsey PC (John DaCorsi Esq.) | 21031 Ventura Blvd., Ste. 640 | | Woodland Hills | CA | 91364-2226 | | 818-884-8677 | |
| 294294 | DataCard Corporation | DataCard Corporation (Tibbits, Esq., Lisa) | 11111 Bren Road West | | Minnetonka | MN | 55343 | | 952-932-9409 | lisa_tibbits@datacard.com |
| 294148 | Delaware Secretary of State | Delaware Secretary of State | 401 Federal Street, Suite 3 | | Dover | DE | 19901 | | 302-739-3811 | corp@delaware.gov |
| 294145 | Delaware Secretary of Treasury | Delaware Secretary of Treasury | 820 Silver Lake Boulevard, Suite 100 | | Dover | DE | 19904 | | 302-739-5635 | statetreasurer@state.de.us |
| 307350 | Dimonte & Lizak LLC | Dimonte & Lizak LLC (Abraham E. Brustein Esq.) | 216 W. Higgins Rd. | | Park Ridge | IL | 60068-5706 | | 847-698-9623 | abrustein@dimonteandlizak.com |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**
EXHIBIT 1

Qualteq, Inc. d/b/a VCT New Jersey, Inc., Case No. 12-05861
Exhibit 1 - Creditor list 2002/Core Service List
Report Generated: 12/18/2014 6:30:51 PM

| Creditor Id. No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 307351 | Dimonte & Lizak LLC | Dimonte & Lizak LLC (Derek D. Samz Esq.) | 216 W. Higgins Rd. | | Park Ridge | IL | 60068-5706 | | 847-698-9623 | dereksamz@gmail.com |
| 315015 | Dimonte & Lizak LLC | Dimonte & Lizak LLC (Derek D. Samz Esq.) | 216 W. Higgins Rd. | | Park Ridge | IL | 60068-5706 | | 847-698-9623 | dsamz@dimontelaw.com |
| 307427 | DiMonte & Lizak LLC | DiMonte & Lizak LLC (Julia Jensen Smolka Esq.) | 216 W. Higgins Rd. | | Park Ridge | IL | 60068-5706 | | 847-698-9623 | jjensen@dimonteandlizak.com |
| 289200 | DLA Piper | DLA Piper (Brown, Esq., Stuart) | 919 N. Market Street, Suite 1500 | | Wilmington | DE | 19801 | | 302-778-7913 | stuart.brown@dlapiper.com |
| 307841 | DLA Piper LLP | DLA Piper LLP (Chris L. Dickerson Esq.) | 203 N. LaSalle St., Ste. 1900 | | Chicago | IL | 60601-1263 | | 312-630-5310 | chris.dickerson@dlapiper.com |
| 289201 | DLA Piper LLP | DLA Piper LLP (Craig Martin Esq.) | 919 N. Market St., Ste. 1500 | | Wilmington | DE | 19801-3046 | | 302-778-7834 | craig.martin@dlapiper.com |
| 308397 | DLA Piper LLP | DLA Piper LLP (Jeremy R. Hall Esq.) | 203 N. LaSalle St., Ste. 1900 | | Chicago | IL | 60601-1293 | | 312-251-2178 | jeremy.hall@dlapiper.com |
| 303463 | Dreamworks Graphic Communications LLC | Dreamworks Graphic Communications LLC (Barry E. Morgen Esq.) | 8424 Skokie Blvd., Ste. 210 | | Skokie | IL | 60077-2568 | US | 847-679-6717 | bem7101@aol.com |
| 294325 | Dykema Gossett PLLC | Dykema Gossett PLLC (Maria A. Diakoumakis Esq.) | 10 S. Wacker Dr., Ste. 2300 | CME Ctr. | Chicago | IL | 60606-7509 | | 312-876-1155 | mdiakoumakis@dykema.com |
| 294306 | Dykema Gossett PLLC | Dykema Gossett PLLC (Richard M. Bendix Jr. Esq.) | 10 S. Wacker Dr., Ste. 2300 | CME Ctr. | Chicago | IL | 60606-7509 | | 312-876-1155 | rbendix@dykema.com |
| 308395 | Edwards Wildman | Edwards Wildman (Fischer, David) | 225 West Wacker Drive | Suite 3000 | Chicago | IL | 60606 | | 855-577-8448 | dfischer@edwardswildman.com |
| 314706 | Edwards Wildman Palmer LLP | Edwards Wildman Palmer LLP (Monahan, Joy) | 225 W Wacker Drive | Suite 300 | Chicago | IL | 60606 | | 855-586-3267 | jmonahan@edwardswildman.com |
| 294348 | EisnerAmper LLP | EisnerAmper LLP (Phillips, Edward) | 101 West Avenue | P.O. Box 458 | Jenkintown | PA | 19046 | | 215-881-8335 | edward.phillips@eisneramper.com |
| 294350 | EisnerAmper LLP. | EisnerAmper LLP. (Buck, Thomas) | 750 Third Avenue | | New York | NY | 10017 | | 212-682-1661 | thomas.buck@eisneramper.com |
| 303429 | Fox Hefter Swibel Levin & Carroll LLP | Fox Hefter Swibel Levin & Carroll LLP (Elizabeth Peterson Esq.) | 200 W. Madison St., Ste. 3000 | | Chicago | IL | 60606 | | 312-224-1201 | epeterson@fhslc.com |
| 289191 | Fox Rothschild LLP | Fox Rothschild LLP (Eric M. Sutty Esq.) | 919 N. Market St., Ste. 1600 | Citizens Bank Ctr. | Wilmington | DE | 19801-3046 | | 302-656-8920 | esutty@foxrothschild.com |
| 289190 | Fox Rothschild LLP | Fox Rothschild LLP (Jeffrey M. Schlerf Esq.) | 919 N. Market St., Ste. 1600 | Citizens Bank Ctr. | Wilmington | DE | 19801-3046 | | 302-656-8920 | jschlerf@foxrothschild.com |
| 289192 | Fox Rothschild LLP | Fox Rothschild LLP (L. John Bird Esq.) | 919 N. Market St., Ste. 1600 | Citizens Bank Ctr. | Wilmington | DE | 19801-3046 | | 302-656-8920 | jbird@foxrothschild.com |
| 307137 | Fox Rothschild LLP | Fox Rothschild LLP (Samuel H. Israel Esq.) | 2000 Market St., Fl. 20 | | Philadelphia | PA | 19103-3222 | | 215-299-2150 | sisrael@foxrothschild.com |
| 307826 | Fox Swibel Levin & Carroll LLP | Fox Swibel Levin & Carroll LLP (N. Neville Reid Esq.) | 200 W. Madison St., Ste. 3000 | | Chicago | IL | 60610 | | 312-224-1202 | nreid@fslc.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
EXHIBIT 1

Qualteq, Inc. d/b/a VCT New Jersey, Inc., Case No. 12-05861
Exhibit 1 - Creditor list 2002/Core Service List
Report Generated: 12/18/2014 6:30:51 PM

| Creditor Id. No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 308537 | FrankGecker LLP | FrankGecker LLP (Frances Gecker Esq.) | 325 N. LaSalle St., Ste. 625 | Reid Murdoch Ctr. | Chicago | IL | 60654-6465 | | 312-276-0035 | fgecker@fglp.com |
| 308538 | FrankGecker LLP | FrankGecker LLP (Reed A. Heiligman Esq.) | 325 N. LaSalle St., Ste. 625 | Reid Murdoch Ctr. | Chicago | IL | 60654-6465 | | 312-276-0035 | rheiligman@fglp.com |
| 314705 | Ginsberg Jacobs LLC | Ginsberg Jacobs LLC (Brian J. Pleviak Esq.) | 300 S. Wacker Dr., Ste. 2750 | | Chicago | IL | 60606-6782 | | 312-660-9612 | bpleviak@ ginsbergjacobs.com |
| 314704 | Ginsberg Jacobs LLC | Ginsberg Jacobs LLC (Jeffrey Eliot Altshul Esq.) | 300 S. Wacker Dr., Ste. 2750 | | Chicago | IL | 60606-6782 | | 312-660-9612 | jaltshul@ ginsbergjacobs.com |
| 303336 | Golan & Christie LLP | Golan & Christie LLP (Lederer, Esq., Caren) | 70 W. Madison Street, Suite 1500 | | Chicago | IL | 60602 | | 312-263-0939 | calederer@ golanchristie.com |
| 303337 | Golan & Christie LLP | Golan & Christie LLP (Yong, Esq., Barbara) | 70 W. Madison Street, Suite 1500 | | Chicago | IL | 60602 | | 312-263-0939 | blyong@golanchristie. com |
| 294337 | Goldstein & McClintock LLLP | Goldstein & McClintock LLLP (Amrit S. Kapai Esq.) | 208 S. LaSalle St., Ste. 1750 | JW Marriott Chicago | Chicago | IL | 60604-1170 | | 312-277-2320 | amritk@ restructuringshop.com |
| 289193 | Goldstein & McClintock LLLP | Goldstein & McClintock LLLP (Harley J. Goldstein Esq.) | 208 S. LaSalle St., Ste. 1750 | JW Marriott Chicago | Chicago | IL | 60604-1170 | | 312-277-2301 | harleyg@ restructuringshop.com |
| 294338 | Goldstein & McClintock LLLP | Goldstein & McClintock LLLP (Lauren L. Tobiason Esq.) | 208 S. LaSalle St., Ste. 1750 | JW Marriott Chicago | Chicago | IL | 60604-1170 | | 312-277-2310 | laurent@ restructuringshop.com |
| 289194 | Goldstein & McClintock LLLP | Goldstein & McClintock LLLP (Matthew E. McClintock Esq.) | 208 S. LaSalle St., Ste. 1750 | JW Marriott Chicago | Chicago | IL | 60604-1170 | | 312-277-2305 | mattm@ restructuringshop.com |
| 307823 | Gould & Ratner LLP | Gould & Ratner LLP (Mark E. Leipold Esq.) | 222 N. LaSalle St., Ste. 800 | | Chicago | IL | 60601-1011 | | 312-236-3241 | mleipold@gouldratner. com |
| 294162 | Graydon Head & Ritchey LLP | Graydon Head & Ritchey LLP (Debbeler, Esq., J. Michael) | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-333-4320 | mdebbeler@graydon. com |
| 308539 | Greenberg Traurig | Greenberg Traurig (Peterman, Esq., Nancy) | 77 W. Wacker Drive, Suite 3100 | | Chicago | IL | 60601 | | 312-899-0341 | petermanN@gtlaw. com |
| 294117 | Greenberg Traurig, LLP | Greenberg Traurig, LLP (Cousins, Esq., Scott) | The Nemours Building | 1007 North Orange Street, Suite 1200 | Wilmington | DE | 19801 | | 302-661-7360 | cousins@ccbllp.com |
| 294118 | Greenberg Traurig, LLP | Greenberg Traurig, LLP (Gensburg, Esq., Matthew) | 77 West Wacker Drive, Suite 3100 | | Chicago | IL | 60601 | | 312-456-8435 | gensburgm@gtlaw. com |
| 294119 | Greenberg Traurig, LLP | Greenberg Traurig, LLP (Meloro, Esq., Dennis) | The Nemours Building | 1007 North Orange Street, Suite 1200 | Wilmington | DE | 19801 | | 302-661-7360 | melorod@gtlaw.com |
| 294120 | Greenberg Traurig, LLP | Greenberg Traurig, LLP (Mote, Esq., Jeffrey) | 77 West Wacker Drive, Suite 3100 | | Chicago | IL | 60601 | | 312-456-8435 | motej@gtlaw.com |
| 308509 | Greensfelder, Hemker & Gale, P.C. | Greensfelder, Hemker & Gale, P.C. (Jones, Patrick) | 200 West Madison Street | Suite 2700 | Chicago | IL | 60606 | | 312-419-1930 | pmj@greensfelder.com |
| 303369 | Heartland Bank and Trust Company | Heartland Bank and Trust Company | c/o The Collins Law Firm, P.C.- M. Collins | 1770 Park Street, Suite 200 | Naperville | IL | 60563 | | 630-527-1193 | mdrefchinski@ collinslaw.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
EXHIBIT 1

Qualteq, Inc. d/b/a VCT New Jersey, Inc., Case No. 12-05861
Exhibit 1 - Creditor list 2002/Core Service List
Report Generated: 12/18/2014 6:30:51 PM

| Creditor Id. No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 289129 | Hinshaw & Culbertson LLP | Hinshaw & Culbertson LLP (Paul R. Boken) | 222 N. LaSalle St., Ste. 300 | | Chicago | IL | 60601-1013 | | 312-704-3001 | pboken@hinshawlaw.com |
| 289100 | Hinshaw & Culbertson LLP | Hinshaw & Culbertson LLP (Richard B. Polony, Esq.) | 222 N. LaSalle St., Ste. 300 | | Chicago | IL | 60601-1013 | | 312-704-3001 | rpolony@hinshawlaw.com |
| 314977 | Hinshaw Culbertson LLP | Hinshaw Culbertson LLP (Devin B. Noble Esq.) | 100 Park Ave., Ste. 1 | | Rockford | IL | 61101-1099 | | 815-490-4901 | dnoble@hinshawlaw.com |
| 314978 | Hinshaw Culbertson LLP | Hinshaw Culbertson LLP (Devin B. Noble Esq.) | P.O. Box 1389 | | Rockford | IL | 61105-1389 | | 815-490-4901 | dnoble@hinshawlaw.com |
| 314975 | Hinshaw Culbertson LLP | Hinshaw Culbertson LLP (Thomas J. Lester Esq.) | 100 Park Ave., Ste. 1 | | Rockford | IL | 61101-1099 | | 815-490-4901 | tlester@hinshawlaw.com |
| 314976 | Hinshaw Culbertson LLP | Hinshaw Culbertson LLP (Thomas J. Lester Esq.) | P.O. Box 1389 | | Rockford | IL | 61105-1389 | | 815-490-4901 | tlester@hinshawlaw.com |
| 303467 | Howard & Howard | Howard & Howard (Todhunter, Esq., L. Judson) | 200 S. Michigan Avenue, Suite 1100 | | Chicago | IL | 60604 | | 312-939-5617 | jtodhunter@howardandhoward.com |
| 303466 | Howard & Howard Attorneys PLLC | Howard & Howard Attorneys PLLC (Timothy S. Buckley Esq.) | 200 S. Michigan Ave., Ste. 1100 | | Chicago | IL | 60604-2461 | US | 312-939-5617 | tbuckley@howardandhoward.com |
| 307105 | IBM Corporation/IBM Credit LLC | IBM Corporation/IBM Credit LLC (Dube, Marie-Josee) | 1360 Rene-Levesque W., Suite 400 | | Montreal | QC | H3G 2W6 | Canada | 845-491-5032 | mjdube@ca.ibm.com |
| 308494 | Inland Bank | Inland Bank (Sommers, David) | 2805 Butterfield Road | Suite 200 | Oak Brook | IL | 60523 | | | dsommers@inlandbank.com |
| 288978 | Inland Bank & Trust | Inland Bank & Trust (Jayne Williams) | 2805 Butterfield Rd., Ste. 200 | | Oak Brook | IL | 60523-1170 | | 630-908-6460 | info@inlandbank.com |
| 288967 | Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 877-477-0567 | |
| 294147 | Internal Revenue Service | Internal Revenue Service | 11601 Roosevelt Blvd., DP N-934 | | Philadelphia | PA | 19154-2117 | | 215-516-2555 | |
| 288972 | Internal Revenue Service | Internal Revenue Service (Case Manager) | 600 Arch St. | Wm. F. Green Federal Bldg. | Philadelphia | PA | 19106-1611 | | 215-861-1628 | |
| 288971 | Internal Revenue Service, Insolvency Division (Attn: Case Manager) | Internal Revenue Service, Insolvency Division (Attn: Case Manager) | 31 Hopkins Plz., Rm. 1150 | | Baltimore | MD | 21201-2825 | | 410-962-9955 | |
| 301560 | Jayaram Law Group | Jayaram Law Group (Jayaram, Esq., Vivek) | 33 N. LaSalle Street, Suite 2900 | | Chicago | IL | 60602 | | 312-551-0322 | vivek@jayaramlaw.com |
| 299555 | Jenner & Block LLP | Jenner & Block LLP (Vincent Edward Lazar Esq.) | 353 N. Clark St., Ste. 2800 | | Chicago | IL | 60654-3456 | | 312-840-7389 | vlazar@jenner.com |
| 307196 | JP Morgan Chase | JP Morgan Chase | 700 Kansas Ln. | Chase Record Ctr. | Monroe | LA | 71203-4774 | | 866-699-0618 | |
| 307131 | Katten Muchin Rosenman LLP | Katten Muchin Rosenman LLP (Jeffrey L. Elegant, Esq.) | 525 West Monroe Street | | Chicago | IL | 60661 | | 3129021061 | jeff.elegant@kattenlaw.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
EXHIBIT 1

Qualteq, Inc. d/b/a VCT New Jersey, Inc., Case No. 12-05861
Exhibit 1 - Creditor list 2002/Core Service List
Report Generated: 12/18/2014 6:30:51 PM

| Creditor Id. No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 307132 | Katten Muchin Rosenman LLP | Katten Muchin Rosenman LLP (John P. Sieger, Esq.) | 525 West Monroe Street | | Chicago | IL | 60661 | | 312.902.1061 | john.sieger@kattenlaw.com |
| 307839 | Katten Muchin Rosenman LLP | Katten Muchin Rosenman LLP (Peter A. Siddiqui, Esq.) | 525 West Monroe Street | | Chicago | IL | 60661 | | 3129021061 | peter.siddiqui@kattenlaw.com |
| 304120 | Kirkland & Ellis LLP | Kirkland & Ellis LLP (David Lawrence Eaton Esq.) | 300 N. LaSalle St., Fl. 36 | | Chicago | IL | 60654-3406 | | 312-862-2200 | david.eaton@kirkland.com |
| 318421 | Kirkland & Ellis LLP | Kirkland & Ellis LLP (James H.M. Sprayregen PC) | 300 N. LaSalle St., Fl. 36 | | Chicago | IL | 60654-3406 | | 312-862-2200 | james.sprayregen@kirkland.com |
| 318421 | Kirkland & Ellis LLP | Kirkland & Ellis LLP (James H.M. Sprayregen PC) | 601 Lexington Ave., Fl. 40 | | New York | NY | 10022-4646 | | 312-862-2200 | james.sprayregen@kirkland.com |
| 307133 | Kirkland & Ellis LLP | Kirkland & Ellis LLP (Jared Micheal Jones Esq.) | 300 N. LaSalle St., Fl. 36 | | Chicago | IL | 60654-3406 | | 312-862-2200 | j.michael.jones@kirkland.com |
| 304123 | Kirkland & Ellis LLP | Kirkland & Ellis LLP (Joseph Graham Esq.) | 300 N. LaSalle St., Fl. 36 | | Chicago | IL | 60654-3406 | | 312-862-2200 | joe.graham@kirkland.com |
| 304122 | Kirkland & Ellis LLP | Kirkland & Ellis LLP (Michael William Weitz Esq.) | 300 N. LaSalle St., Fl. 36 | | Chicago | IL | 60654-3406 | | 312-862-2200 | michael.weitz@kirkland.com |
| 304121 | Kirkland & Ellis LLP | Kirkland & Ellis LLP (Ryan Preston Dahl Esq.) | 300 N. LaSalle St., Fl. 36 | | Chicago | IL | 60654-3406 | | 312-862-2200 | ryan.dahl@kirkland.com |
| 294110 | Klockner Pentaplast of America Inc. c/o McGuire Woods LLP | Klockner Pentaplast of America Inc. c/o McGuire Woods LLP (Joseph S. Sheerin Esq.) | 901 E. Cary St., Ste. 300 | One James Ctr. | Richmond | VA | 23219-4030 | | 804-698-2076 | jsheerin@mcguirewoods.com |
| 294311 | Landis Rath & Cobb LLP | Landis Rath & Cobb LLP (Chipman, Jr., Esq., William) | 919 North Market Street, Suite 1800 | | Wilmington | DE | 19801 | | 302-467-4450 | chipman@lrclaw.com |
| 294310 | Landis Rath & Cobb LLP | Landis Rath & Cobb LLP (Landis, Esq., Adam) | 919 North Market Street, Suite 1800 | | Wilmington | DE | 19801 | | 302-467-4450 | landis@lrclaw.com |
| 294131 | Law Firm of Russell R. Johnson, III | Law Firm of Russell R. Johnson, III (Craig, Esq., John) | 2258 Wheatlands Drive | | Manakin-Sabot | VA | 23103 | | 804-749-8862 | russj4478@aol.com |
| 294130 | Law Firm of Russell R. Johnson, III | Law Firm of Russell R. Johnson, III (Johnson, III, Esq., Russell) | 2258 Wheatlands Drive | | Manakin-Sabot | VA | 23103 | | 804-749-8862 | russj4478@aol.com |
| 303379 | Levenfeld Pearlstein LLC | Levenfeld Pearlstein LLC (Attn: Northern Trust Co.) | 2 N. LaSalle St., Ste. 1300 | | Chicago | IL | 60602-3709 | | 312-346-8434 | |
| 307194 | Levenfeld Pearlstein, LLC | Levenfeld Pearlstein, LLC (Friedland, Jonathan) | 2 N. LaSalle St | Suite 1300 | Chicago | IL | 60602 | | 312-346-8434 | jfriedland@lplegal.com |
| 301557 | Levenfeld Pearlstein, LLC | Levenfeld Pearlstein, LLC (Vandesteeg, Esq., Elizabeth) | 2 N. LaSalle Street, Suite 1300 | | Chicago | IL | 60602 | | 312-346-8434 | evandesteeg@lplegal.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
EXHIBIT 1

Qualteq, Inc. d/b/a VCT New Jersey, Inc., Case No. 12-05861
Exhibit 1 - Creditor list 2002/Core Service List
Report Generated: 12/18/2014 6:30:51 PM

| Creditor Id. No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 294124 | Lowenstein Sandler LLP | Lowenstein Sandler LLP (Eric Scott Chafetz Esq.) | 1251 Avenue of the Americas, Fl. 17 | | New York | NY | 10020-1104 | | 973-422-6469 | echafetz@lowenstein.com |
| 294123 | Lowenstein Sandler LLP | Lowenstein Sandler LLP (Jeffrey David Prol Esq.) | 65 Livingston Ave., Ste. 2 | | Roseland | NJ | 07068-1791 | | 973-597-2491 | jprol@lowenstein.com |
| 294113 | Lowenstein Sandler LLP | Lowenstein Sandler LLP (Kenneth A. Rosen Esq.) | 65 Livingston Ave., Ste. 2 | | Roseland | NJ | 07068-1791 | | 973-597-2549 | krosen@lowenstein.com |
| 294122 | Lowenstein Sandler LLP | Lowenstein Sandler LLP (Timothy Raymond Wheeler Esq.) | 1251 Avenue of the Americas, Fl. 17 | | New York | NY | 10020-1104 | | 973-597-6249 | twheeler@lowenstein.com |
| 314715 | Mason, Wenk & Berman | Mason, Wenk & Berman (Coan, Craig) | 1033 Skokie Blvd. | Suite 250 | Northbrook | IL | 60062 | | 847-656-6067 | ccoan@mwblawfirm.com |
| 289202 | Mayer Brown | Mayer Brown (Kiriakos, Esq., Thomas) | 71 S. Wacker Drive | | Chicago | IL | 60606 | | 312-706-8232 | tkiriakos@mayerbrown.com |
| 294135 | Mayer Brown LLP | Mayer Brown LLP (Grenard, Esq., Joshua) | 71 S. Wacker Drive | | Chicago | IL | 60606 | | 312-701-7711 | jgrenard@mayerbrown.com |
| 299561 | Mayer Brown LLP | Mayer Brown LLP (Janis Klein, Esq., Beverly ) | 71 S. Wacker Drive | | Chicago | IL | 60606 | | 312-706-8728 | bklein@mayerbrown.com |
| 294134 | Mayer Brown LLP | Mayer Brown LLP (Roin, Esq., Howard) | 71 S. Wacker Drive | | Chicago | IL | 60606 | | 312-701-7711 | hroin@mayerbrown.com |
| 299565 | Mayer Brown LLP | Mayer Brown LLP (Shroeder, Esq., James C.) | 71 S. Wacker Drive | | Chicago | IL | 60606 | | 312-706-8682 | jschroeder@mayerbrown.com |
| 299564 | Mayer Brown LLP | Mayer Brown LLP (Sostrin, Esq., Matthew C.) | 71 S. Wacker Drive | | Chicago | IL | 60606 | | 312-706-8683 | msostrin@mayerbrown.com |
| 294136 | Mayer Brown LLP | Mayer Brown LLP (Stone, Esq., William) | 71 S. Wacker Drive | | Chicago | IL | 60606 | | 312-701-7711 | wstone@mayerbrown.com |
| 308495 | MB Financial Bank NA | MB Financial Bank NA (David Beck) | 6111 N. River Rd. | | Rosemont | IL | 60018-5111 | | 847-653-2293 | helpcenter@mbfinancial.com |
| 303377 | MB Financial Bank NA | MB Financial Bank NA (Dean Avdalas) | 6111 N. River Rd. | | Rosemont | IL | 60018-5111 | | 847-653-2293 | helpcenter@mbfinancial.com |
| 303362 | McGuire Woods LLP | McGuire Woods LLP (Catanese, Paul) | 77 West Wacker Drive, Suite 4100 | | Chicago | IL | 60601 | | 312-920-3697 | pcatanese@mcguirewoods.com |
| 303361 | McGuire Woods LLP | McGuire Woods LLP (Chadwick, Esq., Jeffrey) | 77 West Wacker Drive, Suite 4100 | | Chicago | IL | 60601 | | 312-698-4592 | jchadwick@mcguirewoods.com |
| 294298 | McGuire Woods LLP | McGuire Woods LLP (Johnston, Esq., J. Trevor) | PO Box 31247 | | Charlotte | NC | 28231 | | 704-444-8730 | tjohnston@mcguirewoods.com |
| 294181 | McGuireWoods LLP | McGuireWoods LLP (Joseph S. Sheerin Esq.) | 901 E. Cary St., Ste. 300 | One James Ctr. | Richmond | VA | 23219-4030 | | 804-698-2076 | jsheerin@mcguirewoods.com |
| 303574 | Meltzer Purtill & Stelle LLC | Meltzer Purtill & Stelle LLC (Kane, Esq., David) | 300 South Wacker Drive, Suite 3500 | | Chicago | IL | 60606 | | 312-987-9854 | dkane@mpslaw.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
EXHIBIT 1

Qualteq, Inc. d/b/a VCT New Jersey, Inc., Case No. 12-05861
Exhibit 1 - Creditor list 2002/Core Service List
Report Generated: 12/18/2014 6:30:51 PM

| Creditor Id. No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 308391 | Meltzer, Purtill & Stelle LLC | Meltzer, Purtill & Stelle LLC (Litwin, Jordan) | 300 S. Wacker Drive | Suite 3500 | | | | | 312-987-9854 | jlitwin@mpslaw.com |
| 294133 | Meyer Suozzi English & Klein PC | Meyer Suozzi English & Klein PC (Thomas R. Slome Esq.) | 990 Stewart Ave., Ste. 300 | | Garden City | NY | 11530-9882 | | 516-741-6706 | tslome@msek.com |
| 294291 | Montgomery, McCracken, Walker & Rhoads, LLP | Montgomery, McCracken, Walker & Rhoads, LLP (O'Neil, Jr., Esq., Joseph) | 123 South Broad Street, 28th Floor | | Philadelphia | PA | 19109 | | 215-772-7620 | joneil@mmwr.com |
| 294116 | Montgomery, McCracken, Walker & Rhoads, LLP | Montgomery, McCracken, Walker & Rhoads, LLP (Ramsey, Esq, Natalie) | 1105 North Market Street, Suite 1500 | | Wilmington | DE | 19801 | | 215-772-7620 | nramsey@mmwr.com |
| 314908 | Mosaic Properties and Development | Mosaic Properties and Development (David Dresdner, Esq.) | 555 Skokie Blvd., Suite 204 | | Northbrook | IL | 60062 | | 847-498-5977 | dd@mosaic-pd.com |
| 289130 | Nagasai Paladugu (SAPVIX) | Nagasai Paladugu (SAPVIX) | 48531 Warm Springs Blvd, Suite #406, | | Fremont | CA | 94539 | | | npaladugu@vct.com |
| 303159 | New York State Department of Taxation and Finance | New York State Department of Taxation and Finance (Cook, Esq., Robert) | 340 East Main Street | | Rochester | NY | 14604 | | 585-530-8497 | robert.cook@tax.ny.gov |
| 299548 | Norris, McLaughlin & Marcus, PA | Norris, McLaughlin & Marcus, PA (Zapata, Esq., Joseph) | 721 Route 202-206, Suite 200 | | Bridgewater | NJ | 08807 | | 908-722-0755 | jrzapata@nmmlaw.com |
| 289089 | Oakbrook Financial Inc. | Oakbrook Financial Inc. (Kaushik C. Pansholi ) | 1112 S. Washington St., Ste. 101 | | Naperville | IL | 60540-7959 | | 630-741-0690 | |
| 288970 | Office of the United States Trustee | Office of the United States Trustee (Buchbinder, Esq., David) | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | | (302) 573-6497 | david.l.buchbinder@usdoj.gov |
| 294140 | Office of the United States Trustee, Region 11 | Office of the United States Trustee, Region 11 (Patrick Sean Layng Esq., Denise Ann Delaurent Esq.) | 219 S. Dearborn St., Rm. 873 | | Chicago | IL | 60604-2027 | | 312-886-5794 | ustpregion11.es.ecf@usdoj.gov |
| 303357 | Paul Hastings, LLP | Paul Hastings, LLP (Auty, Esq., Christian) | 191 N. Wacker Drive, 30th Floor | | Chicago | IL | 60603 | | 312-499-6100 | christianauty@paulhastings.com |
| 303350 | Paul Hastings, LLP | Paul Hastings, LLP (Carmel, Esq., Marc) | 191 N. Wacker Drive, 30th Floor | | Chicago | IL | 60606 | | 312-499-6140 | marccarmel@paulhastings.com |
| 307070 | Perkins Coie LLP | Perkins Coie LLP (Daniel A. Zazove Esq.) | 131 S. Dearborn St., Ste. 1700 | Citadel Ctr. | Chicago | IL | 60603-5559 | | 312-324-9605 | dzazove@perkinscoie.com |
| 294132 | Potter Anderson & Corroon LLP | Potter Anderson & Corroon LLP (Wolfe, Esq., Etta) | Hercules Plaza, 6th Floor | 1313 North Market Street | Wilmington | DE | 19801 | | 302-658-1192 | ewolfe@potteranderson.com |
| 289198 | Potter Anderson & Corroon LLP | Potter Anderson & Corroon LLP (Silverstein, Laurie Selber) | Hercules Plaza | 1313 N. Market Street | Wilmington | DE | 19801 | | 302-658-1192 | lsilverstein@potteranderson.com |
| 307134 | Proskauer Rose LLP | Proskauer Rose LLP (Stillings, Jeremy) | | | | | | | | jstillings@proskauer.com |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
### EXHIBIT 1

Qualteq, Inc. d/b/a VCT New Jersey, Inc., Case No. 12-05861
Exhibit 1 - Creditor list 2002/Core Service List
Report Generated: 12/18/2014 6:30:51 PM

| Creditor Id. No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 294335 | Quarles & Brady LLP | Quarles & Brady LLP (Christopher P. Combest Esq.) | 300 N. LaSalle St., Ste. 4000 | | Chicago | IL | 60654-3422 | | 312-632-1727 | christopher.combest@quarles.com |
| 294336 | Quarles & Brady LLP | Quarles & Brady LLP (Faye B. Feinstein Esq.) | 300 N. LaSalle St., Ste. 4000 | | Chicago | IL | 60654-3422 | | 312-632-1723 | faye.feinstein@quarles.com |
| 303348 | Quarles & Brady LLP | Quarles & Brady LLP (Lauren Nachinson Esq.) | 300 N. LaSalle St., Ste. 4000 | | Chicago | IL | 60654-3422 | | 312-632-1783 | lauren.nachinson@quarles.com |
| 303464 | Querrey & Harrow LLP | Querrey & Harrow LLP (Brom, Esq., John) | 175 W. Jackson Boulevard, Suite 1600 | | Chicago | IL | 60604 | | 312-540-0578 | jbrom@querrey.com |
| 294297 | Reed Smith LLP | Reed Smith LLP (Pille, Ann) | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606-7507 | | 312-207-6400 | apille@reedsmith.com |
| 294102 | Reed Smith LLP | Reed Smith LLP (Silverschotz, Esq., Mark) | 599 Lexington Avenue | | New York | NY | 10022 | | 212-521-5450 | msilverschotz@reedsmith.com |
| 308302 | RR Donnelley | RR Donnelley (Pevonka , Dan) | 4101 Winfield Rd | | Warrenville | IL | 60555 | | 630-788-1966 | dan.pevonka@rrd.com |
| 301558 | Saul Ewing LLP | Saul Ewing LLP (Minuti, Mark) | 222 Delaware Avenue, Suite 1200 | P.O. Box 1266 | Wilmington | DE | 19801 | | 302-421-5873 | mminuti@saul.com |
| 301559 | Saul Ewing LLP | Saul Ewing LLP (Murley, Lucian) | 222 Delaware Avenue, Suite 1200 | P.O. Box 1266 | Wilmington | DE | 19801 | | 302-421-5873 | lmurley@saul.com |
| 289207 | Scott & Kraus LLC | Scott & Kraus LLC (Eugene Stuart Kraus Esq.) | 150 S. Wacker Dr., Ste. 2900 | | Chicago | IL | 60606-4206 | | 312-327-1051 | ekraus@skcounsel.com |
| 289186 | Scouler & Company LLC | Scouler & Company LLC (Dan Scouler) | 1801 Century Park E., Ste. 2400 | | Los Angeles | CA | 90067-2326 | | 310-556-9629 | dscouler@scouler.com |
| 289187 | Scouler & Company, LLC | Scouler & Company, LLC (Gillette, Kem) | 1801 Century Park East, Suite 2400 | | Los Angeles | CA | 90067 | | 310-556-9629 | kgillette@scouler.com |
| 294340 | Scouler & Company, LLC | Scouler & Company, LLC (Hedge, Christine) | | | | | | | | chedge@scouler.com |
| 288969 | Secretary of State | Secretary of State | P.O. Box 898 | | Dover | DE | 19903 | | 302-739-3811 | corp@delaware.gov |
| 288968 | Secretary of Treasury | Secretary of Treasury | P.O. Box 7040 | | Dover | DE | 19903 | | (302) 739-5635 | statetreasurer@state.de.us |
| 288973 | Securities & Exchange Commission (Hawke, Daniel) | Securities & Exchange Commission (Hawke, Daniel) | The Mellon Independence Center | 701 Market Street | Philadelphia | PA | 19106 | | (215) 861-9640 | philadelphia@sec.gov |
| 288965 | Securities and Exchange Commission | Securities and Exchange Commission | 100 F Street, NE | | Washington | DC | 20549 | | (202) 504-2474 | smallbusiness@sec.gov |
| 288966 | Securities and Exchange Commission | Securities and Exchange Commission (George S. Canellos, Regional Director) | 3 World Financial Ctr., Ste. 400 | | New York | NY | 10281-1013 | | 212-336-1323 | nyrobankruptcy@sec.gov |
| 294358 | Seitz, Van Ogtrop & Green, P.A. | Seitz, Van Ogtrop & Green, P.A. (Hill, Esq., R. Karl) | 222 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19801 | | 302-888-0606 | khill@svglaw.com |
| 308351 | Shaw Fishman Glantz & Towbin | Shaw Fishman Glantz & Towbin (Kimberly Bacher, Esq.) | 321 N. Clark Street, Suite 800 | | Chicago | IL | 60654 | | 3129803888 | kbacher@shawgussis.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
EXHIBIT 1

Qualteq, Inc. d/b/a VCT New Jersey, Inc., Case No. 12-05861
Exhibit 1 - Creditor list 2002/Core Service List
Report Generated: 12/18/2014 6:30:51 PM

| Creditor Id. No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 314893 | Shaw Fishman Glantz & Towbin LLC | Shaw Fishman Glantz & Towbin LLC (Radtke, Esq., Mark) | 321 North Clark Street | Suite 800 | Chicago | IL | 60654 | | 312-980-3888 | mradtke@shawfishman.com |
| 314892 | Shaw Fishman Glantz & Towbin LLC | Shaw Fishman Glantz & Towbin LLC (Towbin, Esq., Steven) | 321 North Clark Street | Suite 800 | Chicago | IL | 60654 | | 312-980-3888 | stowbin@shawfishman.com |
| 304124 | Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (Glantz, Robert) | 321 North Clark Street | Suite 800 | Chicago | IL | 60654 | | 312-980-3888 | rglantz@shawgussis.com |
| 294351 | Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (Roberts, Esq., Peter) | 321 North Clark Street, Suite 800 | | Chicago | IL | 60654 | | 312-980-3888 | proberts@shawgussis.com |
| 289199 | Sills Cummis & Gross P.C. | Sills Cummis & Gross P.C. (Kimmelman, Esq., Simon) | 650 College Road East, 4th Floor | | Princeton | NJ | 08540 | | 609-227-4680 | skimmelman@sillscummis.com |
| 304067 | State of Delaware, Division of Corporations | State of Delaware, Division of Corporations | 401 Federal Street | Ste 4 | Dover | DE | 19901 | | 302-739-3812 | corp@delaware.gov |
| 294112 | Sullivan Hazeltine Allinson LLC | Sullivan Hazeltine Allinson LLC (Allinson, III, Esq., Elihu) | 901 N. Market Street, Suite 1300 | | Wilmington | DE | 19801 | | 302-428-8195 | zallinson@sha-llc.com |
| 294139 | The Helms Law Firm | The Helms Law Firm (Helms, Esq., Brenda) | 3400 West Lawrence | | Chicago | IL | 60625 | | 773-267-9405 | brenda.helms@albanybank.com |
| 303461 | The Law Offices of William J. Factor Ltd. | The Law Offices of William J. Factor Ltd. (Jeffrey K. Paulsen Esq.) | 105 W. Madison St., Ste. 1500 | | Chicago | IL | 60602-4602 | | 847-574-8233 | jpaulsen@wfactorlaw.com |
| 303462 | The Law Offices of William J. Factor Ltd. | The Law Offices of William J. Factor Ltd. (William J. Factor Esq.) | 105 W. Madison St., Ste. 1500 | | Chicago | IL | 60602-4602 | | 847-574-8233 | wfactor@wfactorlaw.com |
| 303263 | The Northern Trust | The Northern Trust (Eddington, Esq., Rick) | 50 S. LaSalle Street, B-4 | | Chicago | IL | 60603 | | 312-557-7358 | |
| 301561 | The Rosner Law Group LLC | The Rosner Law Group LLC (Frederick B. Rosner Esq.) | 824 N. Market St., Ste. 810 | | Wilmington | DE | 19801-4939 | | | rosner@teamrosner.comx |
| 288975 | U.S. Attorney for the District of Delaware (Slights, Ellen) | U.S. Attorney for the District of Delaware (Slights, Ellen) | 1007 Orange Street, Suite 700 | P.O. Box 2046 | Wilmington | DE | 19899 | | (302) 573-6220 | USTP.region03@usdoj.gov |
| 303322 | Ungaretti & Harris LLP | Ungaretti & Harris LLP (Patrick F. Ross Esq.) | 70 W. Madison St., Ste. 3500 | Three First National Plaza | Chicago | IL | 60602-4224 | | | pfross@uhlaw.com |
| 303320 | Ungaretti & Harris LLP | Ungaretti & Harris LLP (Richard Scott Alsterda Esq.) | 70 W. Madison St., Ste. 3500 | Three First Nat'l Plz. | Chicago | IL | 60602-4224 | US | 312-977-4405 | rsalsterda@uhlaw.com |
| 303321 | Ungaretti & Harris LLP | Ungaretti & Harris LLP (Tina B. Solis Esq.) | 70 W. Madison St., Ste. 3500 | Three First National Plaza | Chicago | IL | 60602-4224 | | 312-977-4405 | tbsolis@uhlaw.com |
| 299557 | Ungaretti & Harris, LLP | Ungaretti & Harris, LLP (F. Thomas Hecht Esq.) | 70 W. Madison St., Ste. 3500 | Three First National Plaza | Chicago | IL | 60602-4224 | | 312-977-4405 | fthecht@uhlaw.com |
| 288974 | United States Trustee, Roberta A. DeAngelis | United States Trustee, Roberta A. DeAngelis | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207, Lockbox 35 | Wilmington | DE | 19801 | | (302) 573-6497 | USTP.region03@usdoj.gov |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
### EXHIBIT 1

Qualteq, Inc. d/b/a VCT New Jersey, Inc., Case No. 12-05861
Exhibit 1 - Creditor list 2002/Core Service List
Report Generated: 12/18/2014 6:30:51 PM

| Creditor Id. No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 308398 | Valid USA Inc. | Valid USA Inc. (Dean Warner) | 220 Fencl Ln. | | Hillside | IL | 60162-2002 | | 708-449-2826 | info@validusa.com |
| 294141 | Weissberg & Associates Ltd. | Weissberg & Associates Ltd. (Ariel Weissberg Esq.) | 401 S. LaSalle St., Ste. 403 | | Chicago | IL | 60605-1079 | | 312-663-1514x | ariel@weissberglaw.com |
| 299552 | Weissberg & Associates Ltd. | Weissberg & Associates Ltd. (John B. Wolf Esq.) | 401 S. LaSalle St., Ste. 403 | | Chicago | IL | 60605-1079 | | 312-663-1514x | john@weissberglaw.com |
| 289131 | Wessels & Sherman | Wessels & Sherman (Wessels, Richard) | 2035 Foxfield Rd | | St. Charles | IL | 60174 | | 630-377-1653 | riwessels@wesselssherman.com |
| 299668 | White Castle Systems, Inc. | White Castle Systems, Inc. | 555 West Goodale Street, Attn: Nicholas W. Zuk | Real Estate Department | Columbus | OH | 43215 | | | zukn@whitecastle.com |
| 289189 | Xpedx, a division of International Paper | Xpedx, a division of International Paper | c/o J. Michael Debbeler,Graydon Head & Ritchey LLP | 1900 Fifth Third Center, 511 Walnut Street | Cincinnati | OH | 45202 | | 513-651-3836 | mdebbeler@graydon.com |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
### EXHIBIT 2

Qualteq, Inc. d/b/a VCT New Jersey, Inc., Case No. 12-05861
Exhibit 2 - Creditor list 2002/Core Service List Individuals With No Email
Report Generated: 12/18/2014 6:30:52 PM

| Creditor Id. No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 308496 | BMO Harris NA | BMO Harris NA (Gregory J. Nelson) | 111 W. Monroe St., Fl. 4 | | Chicago | IL | 60603-4096 | | 312-293-4780 | bmoharrisfinancialadvisors@bmo.com |
| 288977 | Burr Ridge Bank and Trust | Burr Ridge Bank and Trust | 7020 S. County Line Rd. | | Burr Ridge | IL | 60527-5670 | | 630-366-2001 | info@brbank.com |
| 308298 | Creative Automation, a Vmark Co. | Creative Automation, a Vmark Co. (Gail M. Peterson) | 220 Fencl Ln. | | Hillside | IL | 60162-2002 | | 708-449-2826 | info@validusa.com |
| 288978 | Inland Bank & Trust | Inland Bank & Trust (Jayne Williams) | 2805 Butterfield Rd., Ste. 200 | | Oak Brook | IL | 60523-1170 | | 630-908-6460 | info@inlandbank.com |
| 288967 | Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 877-477-0567 | |
| 294147 | Internal Revenue Service | Internal Revenue Service | 11601 Roosevelt Blvd., DP N-934 | | Philadelphia | PA | 19154-2117 | | 215-516-2555 | |
| 288972 | Internal Revenue Service | Internal Revenue Service (Case Manager) | 600 Arch St. | Wm. F. Green Federal Bldg. | Philadelphia | PA | 19106-1611 | | 215-861-1628 | |
| 288971 | Internal Revenue Service, Insolvency Division (Attn: Case Manager) | Internal Revenue Service, Insolvency Division (Attn: Case Manager) | 31 Hopkins Plz., Rm. 1150 | | Baltimore | MD | 21201-2825 | | 410-962-9955 | |
| 307196 | JP Morgan Chase | JP Morgan Chase | 700 Kansas Ln. | Chase Record Ctr. | Monroe | LA | 71203-4774 | | 866-699-0618 | |
| 303379 | Levenfeld Pearlstein LLC | Levenfeld Pearlstein LLC (Attn: Northern Trust Co.) | 2 N. LaSalle St., Ste. 1300 | | Chicago | IL | 60602-3709 | | 312-346-8434 | |
| 308495 | MB Financial Bank NA | MB Financial Bank NA (David Beck) | 6111 N. River Rd. | | Rosemont | IL | 60018-5111 | | 847-653-2293 | helpcenter@mbfinancial.com |
| 303377 | MB Financial Bank NA | MB Financial Bank NA (Dean Avdalas) | 6111 N. River Rd. | | Rosemont | IL | 60018-5111 | | 847-653-2293 | helpcenter@mbfinancial.com |
| 307604 | MeritDirect LLC | MeritDirect LLC | 2 International Dr., Ste. 300 | | Port Chester | NY | 10573-1063 | | 914-285-0032 | info@meritdirect.com |
| 289089 | Oakbrook Financial Inc. | Oakbrook Financial Inc. (Kaushik C. Pansholi) | 1112 S. Washington St., Ste. 101 | | Naperville | IL | 60540-7959 | | 630-741-0690 | |
| 308398 | Valid USA Inc. | Valid USA Inc. (Dean Warner) | 220 Fencl Ln. | | Hillside | IL | 60162-2002 | | 708-449-2826 | info@validusa.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
EXHIBIT 3

Qualteq, Inc. d/b/a VCT New Jersey, Inc., Case No. 12-05861
Exhibit 3 - Creditor list Avadamma
Report Generated: 12/18/2014 6:30:52 PM

| Creditor Id. No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 289784 | Bradford R. Dooley & Assoc. | Bradford R. Dooley & Assoc. (Bradford R. Dooley) | 209 W. Jackson Blvd., Ste. 404 | | Chicago | IL | 60606-6934 | US | 312-939-8739 | bdooley@ accountantauditor.com |
| 289157 | City of Chicago Dept. of Revenue | City of Chicago Dept. of Revenue | 121 N. LaSalle St. | City Hall | Chicago | IL | 60602-1200 | | 312-742-0981 | |
| 302352 | Cook Cnty. Collector | Cook Cnty. Collector | 118 N. Clark St., Ste. 112 | Cook Cnty. Bldg. | Chicago | IL | 60602-1332 | | | |
| 290223 | Cook Cnty. Collector, Dept. of Revenue, Environmental Control | Cook Cnty. Collector, Dept. of Revenue, Environmental Control | P.O. Box 641547 | | Chicago | IL | 60664-1547 | | | |
| 289160 | Cook Cnty. Dept. of Revenue | Cook Cnty. Dept. of Revenue | 69 W. Washington St., Ste. 500 | Cook Cnty. Bldg. | Chicago | IL | 60602-3030 | | 312-603-5870 | |
| 290226 | Cook Cnty. Treasurer | Cook Cnty. Treasurer | P.O. Box 802448 | | Chicago | IL | 60680-2448 | | | |
| 302353 | Cook Cnty. Treasurer | Cook Cnty. Treasurer | P.O. Box 4468 | | Carol Stream | IL | 60197-4468 | | | |
| 307827 | Cook Cnty. Treasurer's Ofc. | Cook Cnty. Treasurer's Ofc. (Maria Pappas) | 118 N. Clark St., Ste. 112 | Cook Cnty. Bldg. | Chicago | IL | 60602-1332 | | | |
| 289156 | Downers Grove Dept. of Revenue | Downers Grove Dept. of Revenue | 801 Burlington Ave. | | Downers Grove | IL | 60515-4782 | | 630-434-5571 | |
| 290562 | DuPage Cnty. Treasurer | DuPage Cnty. Treasurer (Gwen Henry) | 421 N. County Farm Rd. | | Wheaton | IL | 60187-3978 | | 630-407-5999 | |
| 310048 | DuPage Cnty. Treasurer | DuPage Cnty. Treasurer (Gwen Henry) | 421 N. County Farm Rd. | | Wheaton | IL | 60187-3978 | | 630-407-5999 | |
| 307828 | DuPage Cnty. Treasurer | DuPage Cnty. Treasurer (Gwen Henry) | 421 N. County Farm Rd. | | Wheaton | IL | 60187-3978 | | 630-407-5999 | |
| 291298 | IL Dept. of Revenue | IL Dept. of Revenue | P.O. Box 64449 | Case327722638/ Ochoa | Chicago | IL | 60664-0449 | | | |
| 291292 | IL Dept. of Revenue | IL Dept. of Revenue | P.O. Box 64449 | | Chicago | IL | 60664-0449 | | | |
| 289162 | IL Dept. of Revenue | IL Dept. of Revenue | 100 W. Randolph St., Ste. 6-600 | | Chicago | IL | 60601-3229 | | 312-814-4045 | |
| 291300 | IL Dept. of Revenue | IL Dept. of Revenue | P.O. Box 19006 | | Springfield | IL | 62794-9006 | | | |
| 291296 | IL Dept. of Revenue | IL Dept. of Revenue (Clerical Support) | P.O. Box 19084 | | Springfield | IL | 62794-9084 | | 217-557-5353 | |
| 291299 | IL Dept. of Revenue | IL Dept. of Revenue (Business Income Tax, Automatic Extension of Payment) | P.O. Box 19045 | | Springfield | IL | 62794-9045 | | | |
| 291297 | IL Dept. of Revenue | IL Dept. of Revenue (Business Income Tax, Collection Bureau) | P.O. Box 19035 | | Springfield | IL | 62794-9035 | | 217-785-2635 | |
| 314911 | IL Dept. of Revenue, Bankruptcy Section | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) | P.O. Box 64338 | | Chicago | IL | 60664-0338 | | 312-814-4045 | |
| 291302 | IL Dept. of Revenue, Retailers Occupation Tax | IL Dept. of Revenue, Retailers Occupation Tax | Retailer's Occupation Tax | P.O. Box 19013 | Springfield | IL | 62794-9013 | | | |

Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
EXHIBIT 3

Qualteq, Inc. d/b/a VCT New Jersey, Inc., Case No. 12-05861
Exhibit 3 - Creditor list Avadamma
Report Generated: 12/18/2014 6:30:52 PM

| Creditor Id. No. | Company | Contact | Address1 | Address2 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 291301 | IL Dept. of Revenue, Retailers Occupation Tax | IL Dept. of Revenue, Retailers Occupation Tax | Retailer's Occupation Tax | | Springfield | IL | 62796-0001 | | | |
| 291314 | IL Secretary of State | IL Secretary of State | 3701 Winchester Rd. | | Springfield | IL | 62707-9759 | | | |
| 291316 | IL Secretary of State, Dept. of Bus. Svcs. | IL Secretary of State, Dept. of Bus. Svcs. | 501 S. 2nd St. | Howlett Bldg. | Springfield | IL | 62756-5500 | | | |
| 293093 | IL Secretary of State, Dept. of Bus. Svcs. | IL Secretary of State, Dept. of Bus. Svcs. | 501 S. 2nd St., Rm. 330 | Howlett Bldg. | Springfield | IL | 62756-1000 | | | |
| 293089 | IL Secretary of State, Index Dept. | IL Secretary of State, Index Dept. | 111 E. Monroe St. | | Springfield | IL | 62701-1103 | | | |
| 291313 | IL Secretary of State, Renewals Section | IL Secretary of State, Renewals Section | 501 S. 2nd St., Rm. 591 | Howlett Bldg. | Springfield | IL | 62756-1000 | | | |
| 291276 | IL Secretary of State, UCC Div. | IL Secretary of State, UCC Div. | 501 S. 2nd St., Rm. 350 | Howlett Bldg. | Springfield | IL | 62756-1000 | | | |
| 313088 | IL State Treasurer's Ofc. | IL State Treasurer's Ofc. (Dan Rutherford) | 100 W. Randolph St., Ste. 15-600 | | Chicago | IL | 60601-3232 | | | |
| 310997 | Internal Revenue Service (IRS) | Internal Revenue Service (IRS) | 2001 Butterfield Rd., Ste. 1200 | | Downers Grove | IL | 60515-1295 | | | |
| 291422 | Internal Revenue Service (IRS) (Area 5, Central) | Internal Revenue Service (IRS) (Area 5, Central) (Michael L. Pupillo) | 860 E. Algonquin Rd. | | Schaumburg | IL | 60173-3808 | | 847-303-4528 | michael.l.pupillo@irs.gov |
| 294149 | Internal Revenue Service (IRS), Insolvency Div. | Internal Revenue Service (IRS), Insolvency Div. ((Attn: Case Manager)) | 31 Hopkins Plz., Rm. 1150 | G.H. Fallon Fed. Bldg. | Baltimore | MD | 21201-2825 | | | |
| 293090 | Secretary of State | Secretary of State | 213 State Capitol | | Springfield | IL | 62756-0001 | | | |
| 293330 | State Treasurer | State Treasurer | 201 W. Center Ct. | | Schaumburg | IL | 60196-3169 | | | |
| 289158 | Villa Park Dept. of Revenue | Villa Park Dept. of Revenue | 10 W. Park Blvd. | | Villa Park | IL | 60181-2800 | | 630-834-8967 | |
| 293901 | Vlg. of Downers Grove | Vlg. of Downers Grove | P.O. Box 4526 | | Carol Stream | IL | 60197-4526 | | | |