UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-05861 |
| QUALTEQ, INC., | ) | (Jointly Administered) |
| d/b/a VCT NEW JERSEY, INC., et al., | ) | Chapter: 11 |
| | ) | Honorable Eugene Wedoff |
| Debtor(s) | ) | |

## ORDER (A) GRANTING A FINAL DECREE CLOSING THE CHAPTER 11 CASE OF AVADAMMA LLC (CASE NO. 12-05879) AND (B) GRANTING RELATED RELIEF

Upon the motion (the "Motion") of Fred C. Caruso, solely in his capacity as the liquidator (the "Liquidator") in the chapter 11 case of Avadamma LLC ("Avadamma"), for the entry of an an order (the "Order"):  (a) granting a final decree closing Avadamma's chapter 11 case (Case No. 12-05879) (the "Avadamma Case"); and (b) granting related relief; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of Debtors' chapter 11 estates, its creditors, and other parties in interest; and the Liquidator having provided appropriate notice of the Motion under the circumstances and the opportunity for a hearing on the Motion, and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted.  All capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

2. Pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, the Court hereby enters this final decree and Order and orders the case of Avadamma LLC, Case No. 12-05879, closed pursuant to the terms of this Order.  This Order does not close any other open chapter 11 case of any other Debtor other than Avadamma.

3. Entry of this Order is without prejudice to the rights of the Liquidator or any other party in interest to seek to reopen the Avadamma Case for good cause shown pursuant to section 350(b) of the Bankruptcy Code.

4. The Liquidator is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court retains jurisdiction with respect to all matters arising from or related to the Avadamma Case, including the implementation of this Order.

Enter:

*[Signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: December 23, 2014

**Prepared by:**

James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Counsel to the Liquidator