IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| QUALTEQ, INC., | ) Case No. 12-05861 (ERW) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |

## AFFIDAVIT OF PUBLICATION

I, Claude Wm. Irmis, depose and say that I am employed by Phase Eleven Consultants, LLC ("PEC"), the court appointed claims and noticing agent for the Debtors in the above-captioned case.

On September 6, 2015, at my direction and under my supervision, employees of PEC caused the following notice to be published in the Sunday, September 6, 2015 Chicago Tribune Newspaper, Business Section, Page 9, attached hereto as Exhibit A (the "Chicago Tribune Publication Notice"):

- Notice of the Liquidator's Motion for an Order (A) Granting A Final Decree Closing the Debtors' Remaining Chapter 11 Cases, (B) Authorizing Distributions on Account of Certain Equity Interests, and (C) Granting Related Relief [Docket 2256].

Dated:    September 7, 2015

*/s/ Claude Wm. Irmis*
Claude Wm. Irmis

Subscribed and sworn to (or affirmed) before me this
7th day of September, 2015 By Julie Meegan, proved to
me on the basis of satisfactory evidence to be the
person who appeared before me.

*/s/ Julie Meegan*

OFFICIAL SEAL
JULIE MEEGAN
Notary Public - State of Illinois
My Commission Expires Feb 4, 2018

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Automated Presort, Inc. (0850); (vi) Avadamma LLC (4775; 4800; 4810; 4829); (vii) Creative Automation Company (4350); (viii) Creative Investments, a General Partnership (5992); (ix) Fulfillment Xcellence, Inc. (3461); (x) Global Card Services, Inc. (4581); (xi) Unique Data Services, Inc. (1068); (xii) Unique Embossing Services, Inc. (1043); (xiii) Unique Mailing Services, Inc. (2594); (xiv) Versatile Card Technology, Inc. (5258); (xv) Veluchamy LLC (3434); and (xvi) Vmark, Inc. (5904).

Case 12-05861    Doc 2260    Filed 09/08/15    Entered 09/08/15 09:37:33    Desc Main
Document      Page 2 of 2
Exhibit A

