**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| QUALTEQ, INC., d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) | Case No. 12-05861 (ERW) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF PUBLICATION

I, Claude Wm. Irmis, depose and say that I am employed by Phase Eleven Consultants, LLC ("PEC"), the court appointed claims and noticing agent for the Debtors in the above-captioned case.

On September 9, 2015, at my direction and under my supervision, employees of PEC caused the following notice to be published in the Wednesday, September 9, 2015 Chicago Tribune Newspaper, Business Section, Page 4, attached hereto as Exhibit A (the "Chicago Tribune Publication Notice"):

- Notice of the Liquidator's Motion for an Order (A) Granting A Final Decree Closing the Debtors' Remaining Chapter 11 Cases, (B) Authorizing Distributions on Account of Certain Equity Interests, and (C) Granting Related Relief [Docket 2256].

Dated: September 9, 2015

Claude Wm. Irmis

Subscribed and sworn to (or affirmed) before me this 9th day of September, 2015 By Julie Meegan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

OFFICIAL SEAL
JULIE MEEGAN
Notary Public - State of Illinois
My Commission Expires Feb 4, 2018

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Automated Presort, Inc. (0850); (vi) Avadamma LLC (4775; 4800; 4810; 4829); (vii) Creative Automation Company (4350); (viii) Creative Investments, a General Partnership (5992); (ix) Fulfillment Xcellence, Inc. (3461); (x) Global Card Services, Inc. (4581); (xi) Unique Data Services, Inc. (1068); (xii) Unique Embossing Services, Inc. (1043); (xiii) Unique Mailing Services, Inc. (2594); (xiv) Versatile Card Technology, Inc. (5258); (xv) Veluchamy LLC (3434); and (xvi) Vmark, Inc. (5904).

This electronic tearsheet confirms the ad appeared in The Chicago Tribune on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

Publication Date: 09/09/2015




# AMA sounds merger alarm

Less competition in insurance hurts patients, group says

By Ameet Sachdev
Chicago Tribune

The proposed mergers among the nation's largest health insurers raise antitrust issues and warrant careful review, the American Medical Association said Tuesday.

The Chicago-based doctors group said the combinations of Anthem and Cigna, and Aetna with Humana, could reduce competition in up to 154 cities in 23 states, including Illinois.

"A lack of competition in health insurer markets is not in the best interests of patients or physicians," AMA President Steven Stack said in a statement. "If a health insurer merger is likely to erode competition, employers and patients may be charged higher than competitive premiums, and physicians may be pressured to accept unfair terms that undermine their role as patient advocates and their ability to provide high-quality care."

The AMA joined the American Hospital Association in criticizing the proposed mergers. The hospital trade association said last week that the Aetna-Humana deal would further concentrate the business of selling private Medicare plans to seniors. More than 30 percent of Medicare beneficiaries have enrolled in such private plans, which provide an alternative to traditional Medicare.

*"A lack of competition ... is not in the best interests of patients or physicians."*

*— AMA President Steven Stack*

The associations' concerns are hardly surprising because doctors and hospitals have long fought with insurance companies over payments. Larger insurance companies created through mergers could have more leverage in future negotiations with providers. The insurers involved in the deals have said that the consolidation would reduce costs and increase efficiencies.

Consolidation also is sweeping the hospital industry. In addition, hospitals are acquiring physician groups to increase their revenues.

The U.S. Justice Department has geared up to examine the insurance mergers to see if they would benefit consumers.

In Illinois, the AMA found that the Aetna-Humana merger would concentrate the market in Rockford. The finding is consistent with data analyzed by the Kaiser Family Foundation in the private Medicare market.

*asachdev@tribpub.com*
*Twitter @ameetsachdev*

# Tailgating services, at a price

*Tailgater, from Page 1*

Golden's attempt to create a "consistent, national" brand is new and will allow him to rely on insights from his 24 years at McDonald's, he said.

Golden resists comparisons to the growing trend of glamorous camping, or "glamping," in which urban sophisticates pay top dollar to experience the great outdoors in high style, but he is betting that two groups of college football fans will be willing to shell out premium prices: recently graduated superfans of college teams looking to reunite with their college pals, and well-heeled older alumni keen to have everything taken care of by a hospitality industry pro and a team of current students.




CHRIS SWEDA/CHICAGO TRIBUNE

Many tailgaters "just want to enjoy their time with friends and family, not deal with the responsibility," says Tailgater Concierge's Neil Golden, shown with his wife, Lynne.

"They think that it represents a good value," he said, adding that simply finding a good tailgating spot at many schools is expensive and requires a season ticket.

He has deals for prime tailgating spots with 18 schools across the U.S. — including Arizona State University, Mississippi State University, the University of Illinois, Northwestern and UCLA — where he has hired and trained students. At bigger schools, he has the capacity to handle up to 75 tailgates at once, he said.

Customers select a tailgating equipment package online, where they can add extras like a cornhole game or rain ponchos — and at UCLA only, a satellite TV to stay up to date with rival schools' games — then discuss their food requirements with Golden's team. Tailgater Concierge can supply anything from basic burgers and dogs to chateaubriand from Whole Foods, but the menu and the size of the party affect the price. Small parties of four run about $90 per person, but larger groups can bring the price down. Golden doesn't have a license to sell alcohol, so customers have to arrange that themselves.

He said he got the idea from a pal who attended USC and who needles him to this day about the Trojans' victory over the Wildcats in the 1996 Rose Bowl.

It's yet to be seen how seasoned tailgaters will respond.

But Joe Cahn, a tailgating fanatic who says he has attended more than 850 tailgates all over the country since he sold his New Orleans cooking school in 1996 and bought a motor home, said he expects Tailgater Concierge to do well. While "there are unwritten rules and some tailgaters look down" on catered tailgate parties, others treat it as if "you're having a party at your own house and you bring caterers in," said Cahn, who styles himself the "Commissioner of Tailgating" on his tailgating website.

"Part of what makes tailgating so great is that it's one of the only places in America where you'll see a guy in a Rolls-Royce pull up next to a guy in a pickup," Cahn said. "It's more about the community and the social aspect than the food — a tailgate party is the working man's luxury box."

Cahn compared the flashier end of the tailgating scene to "the bar mitzvah trade in New York — some people are like 'We'll bring in the Rolling Stones!'" He said he thought he'd seen it all when a high-rolling tailgater at a UCLA game brought a butler, who set up a table with a white tablecloth, fine china, flowers and a spread of shrimp and foie gras "accompanied by a string quartet that started playing the fight song."

Other people "just grab a disposable grill, some dogs, chips and dip and sit on the curb, and they're happy and that's all they need," he said.

Cahn's only concern about Tailgater Concierge was that clients who are paying up to $90 each might be reluctant to share, he said. And "a chef who is charging by the head might start counting people."

Still, Cahn said, he has only once been asked to leave someone else's catered tailgate party, "and that was by a bunch of lobbyists in Washington, D.C. — it would have to be Washington, wouldn't it?"

*kjanssen@tribpub.com*
*Twitter @kimjnews*



ANTONIO PEREZ/CHICAGO TRIBUNE

Strategic owns the InterContinental hotel in Chicago.

# Chicago hotels owner agrees to $6B buyout

New York investment firm Blackstone is purchasing Chicago-based Strategic Hotels and Resorts in a $6 billion deal, Strategic announced Tuesday.

Affiliates of Blackstone Real Estate Partners have agreed to pay $14.25 per share in cash for Strategic, which owns 18 high-end hotels, including Chicago's InterContinental and Fairmont, and had been looking for a buyer.

"Our board and management team have consistently stated that we would consider any opportunity that maximizes stockholder value," Strategic Hotels Chairman and CEO Raymond L. "Rip" Gellein said in a news release. "The board thoroughly considered various alternatives over the course of the past few years, and this all-cash offer from Blackstone creates significant stockholder value with a high degree of execution certainty."

Tyler Henritze, co-head of U.S. acquisitions for Blackstone Real Estate, added, "long term investors in the lodging industry, we remain confident in the fundamentals of the sector despite recent market volatility."

The price reflects a premium of 13 percent of the price on July 23, when news of the possible purchase first broke. It represents a 4.8 percent premium over Friday's closing price of $13.60 a share.

The firms said they expect to conclude the deal by the first quarter of 2016.

*— Kim Janssen*

# New models coming, so sell old iPhone now

*iPhone, from Page 1*

phones, actively competing for attention.

For example, Gazelle, known for its simple sell-back process, recently guaranteed the best price on trade-ins of certain iPhone models through Wednesday, compared with the prices offered by Apple or major wireless carriers such as Verizon and AT&T. The guarantee is for the iPhone 5S and newer.

Activity was so brisk on Tuesday that Gazelle was issuing about four price quotes per second, double the rate of last year's iPhone-eve, a spokesman said.

Online marketplace eBay, among the outlets known for fetching higher resale prices, recently introduced a new way of selling old phones that it says is simpler. It claims you can list your previous generation phone in less than 30 seconds.

NextWorth.com, which buys phones, said it has seen a 74 percent increase in iPhone trade-ins, compared with the same period last year.

"The anticipation of the newest Apple device always drives an uptick in trade-ins for us, and we've seen particular interest in Wednesday's announcement," said Jeff Trachsel, NextWorth chief marketing officer.

Trachsel said the jump was odd, given that the new iPhone is expected to be an upgrade in phone specifications but not a big change in features or looks, like the iPhone 6 represented last year. "Even though this announcement will likely be an 'S' version with little to no form-factor changes, consumers seem to continue to have an ever-growing interest in new iPhones," he said.

Meanwhile, high demand in secondary markets for iPhone 6 and 6 Plus models are leading consumers to trade them in at a higher rate.

Through Tuesday, about half of the iPhone trades at NextWorth were those new models, when historically that number has been about 25 percent, Trachsel said.

Activity is also bustling at Gazelle, said Sarah Welch, Gazelle's chief marketing officer.

"We're seeing very robust trade-in activity," Welch said. "In fact volume (Tuesday) is tracking almost double the day before iPhone announcement day last year." At Gazelle, the iPhone 5S was the most popular trade-in, representing 35 percent of sales.

These days, fewer people are leaving their old smartphone in a drawer, where it's sure to lose value over time.

A survey by NextWorth found that while 44 percent of respondents traded in when purchasing their current phone, 59 percent intend to trade in when purchasing their next phone.

Consumers have many choices for selling an old phone. Besides dedicated resell sites and aggregators, such as Gazelle, Nextworth, uSell and Flipsy, Amazon buys back phones at typically higher prices but pays in Amazon credit instead of cash.

While online sites tend to be easy to work with, consumers might get highest prices by selling the device themselves, perhaps to a friend or with help from eBay, Craigslist or Glyde.

Established retailers, such as Best Buy, Target, Wal-Mart and Apple, also buy phones, as do major wireless carriers.

Apple devices, because they are in high demand, tend to fetch higher prices than Android phones, which also can be sold the same ways.

*sharp@tribpub.com*
*Twitter @spendingsmart*

# Tribune Publishing dismisses LA Times leader

*Times, from Page 1*

Angeles Times didn't sit well with Tribune Publishing, especially those with political undertones.

Those include Internet strategist Nicco Mele, who helped move political campaigning into the digital era and was named deputy publisher of the paper in November, as well as Johanna Maska, who served in various roles with the Obama administration before being named vice president of marketing and communications in April.

Those hires fueled speculation that Beutner was setting himself up for another political run, perhaps for the governorship of California, sources said.

Beutner's initiatives at the Los Angeles Times included launching a string of email newsletters to reach audiences directly on a variety of topics, developing verticals on subjects such as education and California politics, and adding editorial firepower to the newspaper's staff. The long-term goal was to build audience engagement, and ultimately, the viability of a medium struggling to transition from print to digital.

Media analyst Ken Doctor said Beutner's plan may have been too long-term for Griffin and publicly-traded Tribune Publishing.

"If you look at Beutner's strategy, it was a private company's strategy within a single-class public company," Doctor said. "This was the core problem."

Advertising revenue continues to fall for the Chicago-based company, which is seeking to bolster operations through acquisitions, cost-cutting and an aggressive digital transformation. The San Diego acquisition was driven by Tribune Publishing, but sources said leadership was not satisfied with Beutner's execution on that strategy.

A former Wall Street investment banker, Beutner was co-founder of New York-based Evercore Partners in 1995. He moved to Los Angeles in 2000 as the company expanded and left soon after it went public in 2006.

In 2010, Beutner was appointed deputy mayor of economic development for Los Angeles. He explored a run for the mayor's office the following year.

Before taking the reins at the Los Angeles Times, Beutner reportedly had been interested in buying the newspaper. In 2013, Tribune Co. (now Tribune Media) was considering the sale of its newspapers as a means to separate its publishing and broadcasting assets. Beutner and Los Angeles investor Eli Broad were among those looking at acquiring the Los Angeles Times, according to reports at the time.

Tribune Publishing was subsequently spun off, allowing Tribune Co. to offload the newspapers while avoiding the large capital gains tax it would have incurred from an outright sale.

Broad reportedly approached Tribune Publishing more recently with renewed interest in buying the California News Group and taking the newspapers private. Sources said the company rejected the overtures last week, a decision which likely set the table for Beutner's ouster.

"Whether Beutner was directly connected to Broad on this deal or not, he knew that he needed to take that company private to be able to maintain his long-term strategy," Doctor said. "When (the deal) fell apart, Tribune used it as an opportunity to say that the difference between Griffin and Beutner was too great ... and fired him."

New Los Angeles Times publisher Ryan, a former Chicago Tribune executive, had been publisher and CEO of the Baltimore Sun Media Group since 2007, and also led Tribune Publishing's Morning Call Media Group in Pennsylvania. A native of Rochester, N.Y., Ryan has an MBA from Northwestern's Kellogg Graduate School of Management.

"It is a privilege to lead the iconic Los Angeles Times and the San Diego Union-Tribune," Ryan said in a statement. "I am committed to ensuring that these brands continue their legacy of world-class journalism and grow their already-significant voices to drive deeper engagement with consumers and marketers across all platforms."

Ryan, who began his career at the Chicago Tribune in 1982, also served as vice president of circulation at the Philadelphia Inquirer for seven years. His most recent stint at the Chicago Tribune was as vice president of circulation and consumer marketing from 2005 to 2007.

An interim publisher at the Baltimore Sun is expected to be named soon.

*rchannick@tribpub.com*
*Twitter @RobertChannick*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re<br>QUALTEQ, INC.,<br>d/b/a VCT NEW JERSEY, INC., *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 12-05861 (ERW)<br>Jointly Administered<br>Hearing Date: September 15, 2015 at 10:00 a.m. (prevailing Central Time) |

**NOTICE OF THE LIQUIDATOR'S MOTION FOR ENTRY OF AN ORDER (A) GRANTING A FINAL DECREE CLOSING THE DEBTORS' REMAINING CHAPTER 11 CASES, (B) AUTHORIZING DISTRIBUTIONS ON ACCOUNT OF CERTAIN EQUITY INTERESTS, AND (C) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on September 15, 2015, at 9:30 a.m. (prevailing Central Time) or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff in Courtroom 744 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the *Liquidator's Motion for Entry of an Order (A) Granting a Final Decree Closing the Debtors' Remaining Chapter 11 Cases, (B) Authorizing Distributions on Account of Certain Equity Interests, and (C) Granting Related Relief* (the "Motion"), at which time and place you may appear if you so desire.

**PLEASE TAKE FURTHER NOTICE** that, you may obtain a copy of the Motion, free of charge, and additional information concerning the above-captioned chapter 11 cases, at the website maintained in these chapter 11 cases at http://www.phaseelevn.com/qualteq/

**PLEASE TAKE FURTHER NOTICE** that, if you do not respond to the Motion at or before the Court's hearing, the Court may grant the relief requested by the Motion without further notice.

Dated: August 31, 2015

Respectfully Submitted, */s/ Ryan Preston Dahl*, James H.M. Sprayregen, P.C. (IL Bar No. 6190206), David L. Eaton (IL Bar No. 3122303), Ryan Preston Dahl (IL Bar No. 6292645), **KIRKLAND & ELLIS LLP**, 300 North LaSalle Street, Chicago, Illinois 60654, Telephone: (312) 862-2000, Facsimile: (312) 862-2200, *Counsel to the Liquidator*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6010); (e) Avar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Creative Automation Company (4350); (h) Fulfillment Xcellence, Inc. (3461); (i) Global Card Services, Inc. (4581); (j) Unique Data Services, Inc. (1068); (k) Unique Embossing Services, Inc. (1043); (l) Unique Mailing Services, Inc. (7594); (m) Versatile Card Technology, Inc. (5758); (n) Velochaney LLC (3434); and (o) Vmark, Inc. (5904).