UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>QUALTEQ, INC.,<br>d/b/a VCT NEW JERSEY, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-05861 (ERW)<br><br>Jointly Administered |

### ORDER (A) GRANTING A FINAL DECREE CLOSING THE DEBTORS' REMAINING CHAPTER 11 CASES, (B) AUTHORIZING DISTRIBUTIONS ON ACCOUNT OF CERTAIN EQUITY INTERESTS, AND (C) GRANTING RELATED RELIEF

Upon the motion (the "Motion") of Development Specialists, Inc., solely in his capacity as the liquidator (the "Liquidator") in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), for the entry of an an order (this "Order"): (a) granting a final decree closing the remaining Debtors' chapter 11 cases; (b) authorizing distributions on account of certain equity interests; and (c) granting related relief; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of Debtors' chapter 11 estates, its creditors, and other parties in interest; and the Liquidator having provided appropriate notice

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (a) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (b) 1400 Centre Circle, LLC (7091); (c) 5200 Thatcher, LLC (6991); (d) 5300 Katrine, LLC (6016); (e) Anar Real Estate, LLC (9267); (f) Automated Presort, Inc. (0850); (g) Creative Automation Company (4350); (h) Fulfillment Xcellence, Inc. (3461); (i) Global Card Services, Inc. (4581); (j) Unique Data Services, Inc. (1068); (k) Unique Embossing Services, Inc. (1043); (l) Unique Mailing Services, Inc. (2594); (m) Versatile Card Technology, Inc. (5258); (n) Veluchamy LLC (3434); and (o) Vmark, Inc. (5904).

KE 37654388

of the Motion under the circumstances and the opportunity for a hearing on the Motion, and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted. All capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

2. The Liquidator is hereby authorized and directed to distribute any proceeds relating to the equity interests of record held by Pethinaidu, Parameswari, Anu, and Arun Veluchamy to the Chapter 7 Trustee, including (x) the Existing Equity Proceeds[2] and (y) any proceeds collected or received by the Liquidator or the above-captioned chapter 11 estates subsequent to the date hereof (the "Subsequent Equity Proceeds").

3. With respect to any proceeds relating to equity interests of record held by Arun or Anu Veluchamy (the "Arun/Anu Equity Interests"), including the Existing Equity Proceeds and the Subsequent Equity Proceeds, such distribution shall be made by the Liquidator to the Chapter 7 Trustee on a final basis; provided that solely with respect to Arun Veluchamy and Anu Veluchamy, on the one hand, and the Chapter 7 estate, on the other hand, such distribution shall be provisional and subject to disgorgement to the extent that the entire respective liabilities of Arun Veluchamy and/or Anu Veluchamy to the Chapter 7 estate in connection with the Amended Judgment Order are finally determined to be less than the amount distributed to the

---

[2] "Existing Equity Proceeds" means cash attributable to the equity interests of record of Arun Veluchamy ($5,067,598), Anu Veluchamy ($5,067,598), and Mrs. Parameswari Veluchamy ($958,188).

Chapter 7 estate by the Liquidator on account of their respective asserted interests in the Chapter 11 debtors.

4. Subject to any Existing Equity Proceeds or Subsequent Equity Proceeds disgorged pursuant to Paragraph 3 hereof: (a) Arun Veluchamy shall receive a credit of $5,067,598 against his obligations arising under the Amendment Judgment Order on account of the Existing Equity Proceeds distributed in accordance with this Order; (b) Anu Veluchamy shall receive a credit of $5,067,598 against her obligations arising under the Amendment Judgment Order on account of the Existing Equity Proceeds distributed in accordance with this Order; and (c) Arun Veluchamy and/or Anu Veluchamy shall receive a credit against their respective obligations arising under the Amendment Judgment Order on account of their respective Subsequent Equity Proceeds, if any, distributed in accordance with this Order.

5. Pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, the Court hereby enters this final decree and Order and orders the chapter 11 cases set forth on **Exhibit 1** hereto (collectively, the "Chapter 11 Cases") closed pursuant to the terms of this Order.

6. Entry of this Order is without prejudice to the rights of the Liquidator or any other party in interest to seek to reopen the Chapter 11 Cases for good cause shown pursuant to section 350(b) of the Bankruptcy Code.

7. The Liquidator is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

KE 37654388

9.  This Court retains jurisdiction with respect to all matters arising from or related to the Chapter 11 Cases, including the implementation of this Order.

Chicago, Illinois
Date: _____, 2015

**15 SEP 2015**

_____
United States Bankruptcy Judge

**Prepared by:**
James H.M. Sprayregen, P.C. (IL Bar No. 6190206)
David L. Eaton (IL Bar No. 3122303)
Ryan Preston Dahl (IL Bar No. 6292645)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to the Liquidator*

KE 37654388

## Exhibit 1

## Chapter 11 Cases

KE 37654388

| Case No. | Debtor | Last 4 Digits of EIN |
|---|---|---|
| 12-05861 | Qualteq, Inc., d/b/a VCT New Jersey, Inc. | 4600 |
| 12-05868 | 1400 Centre Circle, LLC | 7091 |
| 12-05869 | 5200 Thatcher, LLC | 6991 |
| 12-05870 | 5300 Katrine, LLC | 6016 |
| 12-05871 | Automated Presort, Inc. | 0850 |
| 12-05874 | Creative Automation Co. | 4350 |
| 12-05884 | Fulfillment Xcellence, Inc. | 3461 |
| 12-05889 | Global Card Services, Inc. | 4581 |
| 12-05894 | Unique Data Services, Inc. | 1068 |
| 12-05896 | Unique Embossing Services, Inc. | 1043 |
| 12-05899 | Unique Mailing Services, Inc. | 2594 |
| 12-05904 | Versatile Card Technology, Inc. | 5258 |
| 12-05906 | Veluchamy LLC | 3434 |
| 12-05907 | Vmark, Inc. | 5904 |
| 12-05909 | Anar Real Estate, LLC | 9267 |

KE 37654388